*UNITED STATES DISTRICT COURT*

*SOUTHERN DISTRICT OF FLORIDA*

*FORT LAUDERDALE DIVISION*

*CASE NO. 19-80056-CR-RKA*

*UNITED STATES OF AMERICA,*          .
                                      .
             *Plaintiff,*             . *Fort Lauderdale, Florida*
                                      . *September 9, 2019*
             *v.*                     . *3:06 p.m.*
                                      .
*YUJING ZHANG,*                       .
                                      .
             *Defendant.*             .
*. . . . . . . . . . . . . . . . .*

- - - - -

*Transcript of Excerpt of Trial Proceedings*

*had before the Honorable Roy K. Altman,*

*United States District Judge, and a Jury.*

- - - - -

*DAY 1/P.M. SESSION*

- - - - -

*Proceedings recorded by mechanical stenography, transcript produced by computer.*

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

**APPEARANCES:**

For the Government:      Rolando Garcia
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        500 South Australian Avenue
                        Suite 400
                        West Palm Beach, Florida  33401
                                and
                        Michael R. Sherwin
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        99 NE 4th Street
                        Miami, Florida  33132


For the Defendant:      Kristy Militello
                        Assistant Federal Public Defenders
                        Federal Public Defender's Office
                        450 Australian Avenue South
                        Suite 500
                        West Palm Beach, FL  33401


Court Reporter:         Francine C. Salopek, RMR, CRR
                        Official Court Reporter
                        United States District Court
                        299 E. Broward Blvd., Room 207B
                        Fort Lauderdale, Florida 33301
                        (954)769-5686

                        -   -   -   -   -

| | |
|---|---|
| 1 | **MONDAY, SEPTEMBER 9, 2019, 3:06 P.M.** |
| 2 | *(The Judge entered the courtroom)* |
| 3 | THE COURT:  Please be seated. |
| 4 | One issue I wanted to bring to your attention, in the |
| 5 | break, Juror Number 17, Daphnee Athouriste told my court |
| 6 | security officer that she doesn't understand English.  She then |
| 7 | had a conversation in what amounted to relatively perfect |
| 8 | English with both my court security officer and my courtroom |
| 9 | deputy about her confusion, and said that she works for Kaiser |
| 10 | University, where she, on a daily basis, conducts all of her |
| 11 | business in English.  I'm not sure if either side wants me to |
| 12 | bring her in and inquire further or if that is sufficient.  I |
| 13 | think we left her with the understanding that she's a juror, |
| 14 | she speaks English well enough to do her work and to |
| 15 | communicate with my court security officer.  But if either side |
| 16 | wants me to ask any further questions, I'm happy to do so. |
| 17 | MR. GARCIA:  Judge, not at this time.  As the trial |
| 18 | progresses, if it comes up again, perhaps. |
| 19 | THE COURT:  Ms. Zhang? |
| 20 | THE DEFENDANT:  *(In English)* What's the question, |
| 21 | sorry? |
| 22 | THE COURT:  You got to use the microphone. |
| 23 | THE DEFENDANT:  *(In English)* Sorry, what's the |
| 24 | question? |
| 25 | THE COURT:  The question is whether you want me to |

1  bring her in to ask her further questions on this issue or

2  whether you want to leave it the way it is.

3          THE DEFENDANT:  *(In English)* Take what --

4          THE DEFENDANT:  What are you going -- who are you

5  going to bring in?

6          THE COURT:  Juror Number 17, Ms. Athouriste.

7          I think you're on the -- you're good?

8          Juror Number 17 -- she's Juror Number 7 now that we've

9  selected them -- Ms. Athouriste, said that she doesn't speak

10  English, but she then spoke to both my courtroom deputy and my

11  court security officer for a little bit in English, and their

12  view was she was communicating fine.  And then, of course, when

13  we checked, she works for a university, and she told them that

14  she speaks at the university in English on a daily basis.

15          So my question to both sides is:  Is that sufficient

16  for you?  Do you want to leave her on the jury or do you want

17  me to bring her in and ask her more questions?  The government

18  said it was fine to leave it as it is, and my question to you,

19  Ms. Zhang, is what you would like me to do.

20          THE DEFENDANT:  Did you mean to say that she does not

21  speak much English?

22          THE COURT:  I'm not sure.  She seemed to speak English

23  just fine to both of them, and she works in English on a daily

24  basis.  Would you like me to ask her more questions about that

25  or do you want me to leave her as it is?

1           THE DEFENDANT:  *(In English)* It's okay you ask more

2      questions.

3           THE COURT:  You want me to ask more questions?

4           THE DEFENDANT:  *(In English)* Yes.  Yeah, okay.

5           THE COURT:  Please bring her in.

6           *(Juror Number 7 entered the courtroom)*

7           THE COURT:  Ms. Athouriste, good afternoon.

8           A PROSPECTIVE JUROR:  Good afternoon, sir.

9           THE COURT:  Why don't you pull the microphone down

10     close to you.  There you go.

11          I think you mentioned to my court security officer and

12     to ToniAnn that you don't understand English, is that correct?

13          JUROR NO. 7:  No, it's not that I don't understand

14     English; English is my second language.

15          THE COURT:  Ah.

16          JUROR NO. 7:  It's a lot of terminologies that I don't

17     understand in English.

18          THE COURT:  Okay.

19          JUROR NO. 7:  Well, I went to school here and college

20     through -- I mean high school through college.

21          THE COURT:  Oh, and do you work in English at the

22     university?

23          JUROR NO. 7:  I do, yeah.

24          THE COURT:  Was there something that we talked about

25     this morning that you didn't understand?

```
1            JUROR NO. 7:  There was a few word that was used that
2    I didn't understand what their mean (sic).
3            THE COURT:  Okay.  Do you remember any of them?
4            JUROR NO. 7:  No, I can't recall.
5            THE COURT:  All right.  Well, we'll try to, you know,
6    make the issues understandable.  The lawyers, of course,
7    understand that they have to speak as much as possible in a way
8    the jurors can understand.
9            JUROR NO. 7:  Okay.
10           THE COURT:  I try to do that as well.  And if I fail
11   to do that, I apologize, but I certainly will try to do that
12   during the course of the trial.
13           JUROR NO. 7:  Okay.
14           THE COURT:  Okay?
15           JUROR NO. 7:  Okay.
16           THE COURT:  Thank you, ma'am.
17           JUROR NO. 7:  Thank you.
18           (Juror Number 7 exited the courtroom)
19           THE COURT:  All right.  Ms. Zhang, did you have a
20   chance to speak with Ms. Militello about whether you're going
21   to make an opening statement or not?
22           THE DEFENDANT:  (In English) I have chance and
23   still -- I don't think your -- I want -- I want, uhm,
24   Ms. Militello to, you know, have a speech right now.  Thank
25   you.
```

1          THE COURT:  No problem.

2          You also have the right, even if you don't want

3     Ms. Militello to do it for you, to make an opening statement on

4     your own.  Do you want to do that or do you want to not make an

5     opening statement?

6          THE DEFENDANT:  *(In English)* Uhm, not -- not really.

7     Maybe -- maybe just -- yeah, not really, just, uhm -- yeah.

8          THE COURT:  So is that a no?

9          THE DEFENDANT:  *(In English)* It depends -- I don't

10    know what kind of, you know -- what form of the opening

11    statements it would be, so it depends.  I -- I don't -- I would

12    rather to not do it, but if -- yeah.

13         THE COURT:  Okay.  Well, that's fair enough.  We'll

14    let the government go first, and then you can make a decision

15    at that time.

16         THE DEFENDANT:  *(In English)* Okay.  Thank you.

17         THE COURT:  Please bring in the jury.

18         THE DEFENDANT:  Oh, and before --

19         THE COURT:  One second.

20         THE DEFENDANT:  *(In English)* Sorry, one second.  Can I

21    have one more -- because we just have a communication with

22    Ms. Militello, and I was informed that it would be -- and

23    evidence shows in the opening statement.  So I don't know

24    whether I should -- or I could reject or not, because as you

25    say, you just give me suggestions or -- give me the rights that

8

```
1   I can have for, you know, uhm, the --
2           THE COURT:  Ms. Zhang, it is a lot easier for me if
3   you would speak in Chinese and we can let them translate.
4   Would you mind?
5           THE DEFENDANT:  (In English) Okay, okay.
6           THE COURT:  Go ahead.
7           THE DEFENDANT:  So during the opening statements, the
8   evidence would be presented, so Your Honor seems -- told me
9   that I can object, is that right?
10          THE COURT:  You can object.  Although what evidence is
11  going to be presented in the opening?
12          MR. SHERWIN:  Your Honor, maybe to cut through the
13  chase, during the recess, the government requested and spoke to
14  the PD and the defendant and wanted to see if they would agree
15  to the government showing a map -- it is Government's Exhibit 1
16  that will come in during the first witness -- I don't think
17  it's an adversarial exhibit -- to assist in the opening.  But,
18  of course, if there's an issue with the defendant or the Court,
19  we won't show that in the opening.
20          THE COURT:  If you don't want them to show it, they
21  don't get to show it, because it's not in evidence yet.  But
22  it's up to you.  It sounds like it's a map.
23          THE DEFENDANT:  (In English) Oh, it's fine, maybe.
24          THE COURT:  Okay.
25          MR. GARCIA:  There's one last thing, Judge.  We
```

1  obviously are planning to abide by the rules of evidence.  So I

2  wanted to give Your Honor a heads up on a hearsay statement

3  that we plan to elicit from the first witness.  We're offering

4  that statement not for the truth of the matter, but for the

5  fact to show what actions the witness took in connection with

6  that hearsay statement.

7          THE COURT:  Who is the witness?

8          MR. GARCIA:  Krystle Kerr.

9          THE COURT:  Who is that?

10          MR. GARCIA:  She is the United States Secret Service

11  agent that was posted at the initial security checkpoint in

12  Mar-a-Lago.  She overheard Mar-a-Lago security -- or, actually,

13  Mar-a-Lago security told her that the Beach Club had approved

14  the defendant to enter the property.  That is the hearsay

15  statement.  And based on that statement, Krystle Kerr then

16  allowed the defendant to enter the property.

17          THE COURT:  Based on a statement of the security

18  officer.

19          MR. GARCIA:  Correct.  Correct.

20          THE COURT:  And that statement was made before the

21  defendant appeared on the property.

22          MR. GARCIA:  While the defendant was on property.

23          THE COURT:  And is it true that she was given

24  permission by the security company to enter the property?

25          MR. GARCIA:  That is correct.  Well, Krystle Kerr took

1   her actions in allowing the defendant to enter the property

2   based upon the representations made by Mar-a-Lago security.

3              THE COURT:  Okay.  Well, it seems to be somewhat

4   helpful to the defendant.

5              Ms. Zhang, the rules of evidence generally don't

6   permit a party to bring in what's called hearsay, which is an

7   out-of-court statement by another party who isn't testifying if

8   that statement is offered for the truth of the matter.

9              The government is saying that the first witness in

10  this case is going to say that she overheard someone else say

11  something about how you were given permission to enter the

12  Beach Club.  That statement would be hearsay because it's the

13  statement by someone who's not a witness.  Do you have an

14  objection to that statement being introduced in the trial?

15             THE DEFENDANT:  I'm not -- I do not object, I do not

16  object.

17             THE COURT:  Okay.  Bring in the jury.

18             COURTROOM SECURITY OFFICER:  All rise.

19             *(The jury entered the courtroom)*

20             THE COURT:  Good afternoon.  Please be seated.

21             Ladies and gentlemen, good afternoon.  How was your

22  lunch?

23             A JUROR:  Excellent.

24             THE COURT:  Generally speaking, and I should have told

25  you before, we're going to break for lunch for about an hour

1    and a half, so you'll have more time later on in the week.

2    And, of course, the lunch will come at a more normal hour.

3        The usual schedule will be about 9:30 in the morning

4    till 12:30, where we'll break for lunch, and we'll have a

5    15-minute midmorning break usually around 10:45 or 11 or so.

6    And then we'll come back from lunch at around two, depending on

7    where we are, and we'll go till five or 5:30, depending on how

8    everything goes, and we'll take another mid-afternoon break

9    probably around 3:30 or so.

10        The only exception, as I mentioned earlier, would be

11    Thursday, if we got that far, because I have to be in West Palm

12    at lunchtime.  So we'd only be here for the morning.  But it

13    looks like we'll probably be finished by then.

14        Is there anyone who did not heed my admonitions not to

15    discuss the case with anyone, not to allow the case to be

16    discussed with you, not to do any research on the case, the

17    lawyers, or the parties, and not to communicate about the case

18    with anyone on social media or otherwise?

19        I see no hands.

20        So the trial is about to begin.  I'm going to give you

21    your preliminary instructions on the law, and then the parties

22    will be allowed to give their opening statements.  Remember,

23    again, the government will go first, and the defendant may but

24    need not make an opening statement if she chooses to do so.

25        Members of the jury, now that you have been sworn, I

1    need to explain some basic principles about a criminal trial

2    and your duty as jurors.  These are the preliminary

3    instructions.  At the end of the trial, I will give you more

4    detailed instructions on the law.

5           It will be your duty to decide what happened so that

6    you can determine whether the defendant is guilty or not guilty

7    of the crimes charged in the indictment.  At the end of the

8    trial, I will explain the law that you must follow to reach

9    your verdict.  You must follow the law only as I explain it to

10   you, even if you do not agree with the law.

11          You must decide the case solely on the evidence

12   presented here in the courtroom.  Evidence can come in many

13   forms.  It can be testimony about what someone saw or heard or

14   smelled.  It can be an exhibit admitted into evidence.  It can

15   be someone's opinion.  Some evidence proves a fact indirectly,

16   such as a witness who saw wet grass outside and people walking

17   into the courthouse carrying wet umbrellas.

18          Indirect evidence, what we sometimes call

19   "circumstantial evidence," is simply a chain of circumstances

20   that proves a fact.  As far as the law is concerned, it makes

21   no difference whether evidence is direct or indirect.  You may

22   choose to believe or disbelieve either kind of evidence.  And

23   you should give every piece of evidence whatever weight you

24   think it deserves.

25          Certain things are not evidence, though, and may not

1      be considered by you in any way.  I will list them for you now.

2              First, the statements and arguments of the lawyers.

3      In their opening statements and closing arguments, the lawyers

4      will discuss the case, but their remarks are absolutely not

5      evidence.

6              Second, the questions and objections of the lawyers or

7      the parties.  The lawyers or the parties' questions are not

8      evidence, only the witnesses' answers are evidence.  You should

9      not think that something is true just because a lawyer's

10     question suggests that it is true.  So, for instance, if a

11     lawyer asks a witness, "You saw the defendant hit his sister,

12     didn't you," that question is no evidence whatsoever of what

13     the witness saw or what the defendant did unless and until the

14     witness agrees with it.

15             There are rules of evidence that control what can be

16     received into evidence.  When a lawyer asks a question or

17     offers an exhibit, and a lawyer on the other side thinks that

18     it is not permitted by the rules of evidence, that lawyer or

19     party may object.  If I overrule the objection, then the

20     question may be answered or the exhibit may be received.  If,

21     on the other hand, I sustain the objection, then the question

22     cannot be answered and the exhibit may not be received.

23             Whenever I sustain an objection to a question, you

24     must ignore the question entirely and not try to guess what the

25     answer might have been.

1          Sometimes I may order that evidence be stricken and

2    that you disregard or ignore that evidence.  That means that

3    when you are deciding the case at the end of your

4    deliberations, you must not consider that evidence at all.

5          Some evidence is admitted only for a limited purpose.

6    When I instruct you that an item of evidence has been admitted

7    for a limited purpose, you must consider it only for that

8    limited purpose and for no other purpose.

9          In reaching your verdict, you may have to decide what

10   testimony to believe and what testimony not to believe.  You

11   may believe everything a witness says, or just part of it, or

12   none of it.

13         In considering the testimony of any witness, you may

14   take into consideration the following factors:

15         One, the opportunity and ability of the witness to see

16   or hear or know the things she testified to.

17         Two, the witness's memory.

18         Three, the witness's manner while testifying.

19         Four, the witness's interest, if any, in the outcome

20   of the case and any bias or prejudice of the witness.

21         Five, whether other evidence contradicted the

22   witness's testimony.

23         Six, the reasonableness of the witness's testimony in

24   light of all the other evidence.

25         And, seven, any other factor that you think bears on

1  the witness's believability.

2          I will give you additional guidelines for determining

3  credibility of witnesses at the very end of the case.

4          As you know, and as we've discussed, this is a

5  criminal case.  There are three basic rules about a criminal

6  case that you must always keep in mind and follow.

7          First, the defendant is presumed innocent until proven

8  guilty.  The indictment against the defendant, brought by the

9  government, is only an accusation, nothing more.  It is not

10 proof of guilt or anything else.  The defendant therefore

11 starts out, as we've discussed, with a clean slate.

12         Second, the burden of proof is on the government until

13 the very end of the case.  The defendant has no burden to prove

14 her innocence, or to present any evidence, or to testify.

15 Since the defendant has the right to remain silent and may

16 choose whether to testify, you cannot legally put any weight on

17 the defendant's choice not to testify.  It is not evidence at

18 all, and you may never consider it.

19         Third, the government must prove the defendant's guilt

20 beyond a reasonable doubt.  I will give you further

21 instructions on this point later, but bear in mind that the

22 level of proof required is high.

23         Our law requires jurors to follow certain instructions

24 regarding their personal conduct in order to assure a just and

25 fair trial.  I will give you some instructions about this now.

1    One, do not talk, either amongst yourselves or with

2    anyone else, about anything related to the case.  You may tell

3    the people with whom you live and your employer that you are a

4    juror in a federal case and give them information about when

5    you will be required to be in court.  But you may not discuss

6    with them, or anyone else, anything else related to this case.

7    Two, do not at any time during the trial request,

8    accept, agree to accept, or discuss with any person any type of

9    payment or benefit in return for supplying any information at

10   all about the case.

11   You must prompt -- third, you must promptly tell me

12   about any incident you know of involving any attempt by any

13   person to improperly influence you or any other member of the

14   jury at any point during the trial.

15   Four, do not visit or view the premises or the place

16   where the charged crime was allegedly committed, or any other

17   premises or place involved in the case.  And you must not use

18   Internet Maps or Google Earth in any way or any other program

19   or device to search for a view of any location discussed in the

20   testimony.

21   Five, do not read, watch, or listen to any accounts or

22   discussions related to the case that may be reported by

23   newspapers, television, radio, the Internet, or any other news

24   media.

25   Six, do not attempt to research any fact, issue, or

1   law related to this case, whether by discussions with others,

2   by library or Internet research, or by any other means or

3   source.

4         In this age of instant electronic communication and

5   research, I want to emphasize that in addition to not talking

6   face-to-face with anyone about the case, you must not

7   communicate with anyone about the case by any other means as

8   well, including by telephone, text message, email, Internet

9   chat, chat room, blog, or social networking websites, such as

10  Facebook or Twitter.  You must not provide any information

11  about the case to anyone by any means whatsoever.  And that

12  includes by posting information about the case or what you are

13  doing in the case on any device or Internet site, including,

14  again, any blogs, chat rooms, social website, or any other

15  means.

16        You must not use Google or otherwise search for any

17  information about the case, or the law that might apply to the

18  case, or the people involved in the case, including the

19  defendant, the witnesses, the lawyers, or me, the judge.

20        It is important that you understand why these rules

21  exist and why they are so important.  Our law does not permit

22  jurors to talk with anyone else about the case, or to permit

23  anyone to talk to them about the case, because only jurors are

24  authorized to render a fair verdict in the case.  Only you have

25  been found to be fair and impartial, and only you have promised

1     under oath to be fair and impartial, and so no one else is so

2     qualified.

3              Our law does not permit jurors to talk among

4     themselves about the case until the Court tells them to begin

5     their deliberations because premature discussion can lead to

6     premature final decisions.

7              Our law does not permit you to visit the place

8     discussed in the testimony, because, first, you can't be sure

9     that the place is in the same condition as it was on the day in

10    question; and, second, even if it were in the same condition,

11    once you go to a place discussed in the testimony to evaluate

12    the evidence in light of what you have seen, you become a

13    witness in the case and not a juror.  As a witness, you may now

14    have a mistaken view of the scene that neither party may have

15    the chance or the opportunity to correct, and that's just not

16    fair.

17             Finally, our law requires that you not read or listen

18    to any news accounts of the case and that you not attempt to

19    research any fact, issue, or law related to the case, because

20    your decision must be based solely on the testimony and other

21    evidence presented here in this courtroom.

22             Also, the law often uses words and phrases in special

23    ways, so it's important that any definitions you hear about the

24    case come only from me and not from any other source.

25             It wouldn't be fair to the parties for you to base

1   your decision on some reporter's view or opinion or upon other

2   information you acquire outside of the courtroom that they

3   don't have an opportunity to know about.

4          These rules are designed to help guarantee a fair

5   trial, and our law accordingly sets forth serious consequences

6   if the rules are not obeyed.  I trust that you understand and

7   appreciate the importance of following these rules, and in

8   accordance with your oath and promise, I know that you will do

9   so.

10          Moving on, if you wish, you may take notes to help you

11  remember what witnesses said.  If you do take notes, though,

12  please keep them to yourself until you and your fellow jurors

13  retire to the deliberation room to begin to decide the case.

14  Do not let notetaking distract you so that you do not hear

15  other answers by witnesses.  When you leave the courtroom, your

16  notes should always be left in the jury room, which will be

17  locked.

18          Whether or not you take notes, you should rely on your

19  own memory of what was said.  Notes are there to assist your

20  memory only.  They are not entitled to any greater weight than

21  your memory or impression about the testimony.  And they're

22  certainly not a trump card for disagreeing with what another

23  juror remembers about the testimony.

24          Although the defendants are being -- I apologize --

25  the trial will now begin.  First, as I said, the government

OPENING STATEMENT – SHERWIN

1    will make an opening statement, which is simply an outline to

2    help you understand the evidence as it comes in.  Next, the

3    defendant may, but does not have to, make an opening statement

4    of her own.  Opening statements, as I've told you, are neither

5    evidence nor argument; they're just a road map.

6           The government will then begin its case in chief by

7    presenting its witnesses, and the defendant may, if she wishes,

8    cross-examine them.

9           Following the government's case, the defendant may, if

10   she wishes, present witnesses or evidence whom the government

11   may then cross-examine.

12          After all the evidence is in, the attorneys will

13   present their closing arguments to summarize and interpret the

14   evidence for you, and I will instruct you on the law.  After

15   that, you will go to the jury room to decide your verdict,

16   first by choosing a foreperson to preside among you.

17          Mr. Garcia?

18          MR. GARCIA:  Mr. Sherwin's going to make the opening,

19   Judge.

20          THE COURT:  Mr. Sherwin.

21          MR. SHERWIN:  May I use the wireless microphone?

22          THE COURT:  You can.

23          MR. SHERWIN:  May it please the Court, Ms. Zhang,

24   ladies and gentlemen of the jury.

25          On March 30th, the weekend of March 30th, the

1  president's family and the president were at Mar-a-Lago, which

2  is a property the president owns in Palm Beach County.  And as

3  we're going to learn over the next couple of days, you're going

4  to hear evidence and testimony that will show the following:

5       On that day, March 30th, the defendant goes to the

6  front gate of the front perimeter of Mar-a-Lago and presents

7  false information, presents a lie, and says she's there to

8  enter the facility.  She then gets on to the facility because

9  of that lie.  Once she's on the Mar-a-Lago property, she

10 confronts Mar-a-Lago employees, and she, again, says false

11 information and lies that allowed her to stay on that property.

12      Finally, Secret Service Agent Sam Ivanovich, who's

13 sitting here and will testify later on during this trial,

14 confronts the defendant, speaks to her, and she lies again.  So

15 several instances of lies.  A lie to get on to the property, a

16 lie that continues once she's on the property, and finally,

17 lies once she's confronted by the Secret Service.

18      Now, because of these actions, ladies and gentlemen,

19 the defendant was arrested by Special Agent Sam Ivanovich.  And

20 she was charged, as we briefly discussed with Judge Altman,

21 with two charges.  One charge is providing false information to

22 a government agent.  It's called 18 U.S.C. 1001.  And the

23 second charge is unauthorized access in a restricted area.

24      Now, as we're going to learn over the next couple

25 days, the restricted area in this case is the Mar-a-Lago

1  property.  And for various reasons, you'll learn why that is a
2  restricted area.  It's protected, because under the law that
3  we're going to look at later on during the trial and during the
4  jury instructions, there's special provisions if the president
5  and/or his family members are there; there are restrictions.
6  And because of those restrictions, a perimeter is set up around
7  the property by the Secret Service and Mar-a-Lago security.
8  There's a great number of signs and uniform officers to tell
9  the public and other citizens and foreigners, such as the
10  defendant, that you are only allowed on this property if you
11  are lawfully authorized to be there -- for a function or if
12  you're on a special access list.  And we're going to learn more
13  about that.  Okay?

14          But let's step back for a minute.  I want to highlight
15  some of the things Judge Altman said because they're very
16  important.

17          As Judge Altman said, the burden to prove this case is
18  on my shoulders.  The burden to prove this case is on
19  Mr. Garcia's shoulders.  It is the United States' burden to
20  prove this case beyond a reasonable doubt.  And we will.  We
21  will with a large amount of evidence, testimony, witness
22  testimony, federal agents that confronted the witness, both
23  before, during, and after she was on Mar-a-Lago property.

24          You're also going to hear testimony from civilian
25  witnesses that had interactions with the defendant, who will

OPENING STATEMENT - SHERWIN

```
 1    testify as to her knowledge that Mar-a-Lago was a restricted,
 2    secure property, and she was not authorized to go there.
 3            So I'm going to steal an analogy Judge Altman used
 4    earlier this afternoon when we were talking about selecting a
 5    jury.  And Judge Altman said that the government's case is
 6    similar to football, that the government -- proof beyond a
 7    reasonable doubt.  Not only do we have to have the ball and run
 8    down the field, but we have to score a touchdown, beyond a
 9    reasonable doubt.  So I'm going to use that analogy to lay out
10    the evidence in this case.  Okay?
11            So let's lay out the evidence in essentially four
12    quarters, how the government will prove this case beyond a
13    reasonable doubt.
14            Now, during the first quarter of this football game,
15    you're going to hear testimony and evidence about the
16    defendant, how the defendant came to the United States.  And
17    what you're going to learn is that the defendant, on March 28th
18    of this year, only a few months ago, took a flight from
19    Shanghai to Newark, New Jersey.  She then took a flight from
20    Newark to Palm Beach.  Once she got to Palm Beach, she checked
21    into a hotel, a Red Roof Inn, and that was actually the
22    early -- the early morning of the 29th of March.
23            She then changes hotels the next day, later in the day
24    on March 29th, and she checks into a second hotel, the Colony
25    hotel in Palm Beach County.  Now, after she gets to that hotel
```

OPENING STATEMENT - SHERWIN

1    on the 29th -- she's a citizen of China, but as you're going to

2    learn during this trial, and as the evidence will show you, you

3    will see that she is very proficient in English, and I think

4    the evidence will show you that and the testimony will show you

5    that.  She is extremely educated, extremely sharp, and very

6    savvy.

7           Now, when the defendant checks into the Colony hotel

8    on March 29th, she wants to take a visit to Mar-a-Lago.  This

9    is the day before she's confronted by the Secret Service.  So

10   on March 29th, she requests at the front desk a taxi, a private

11   taxi to take her to Mar-a-Lago, but she doesn't tell them

12   Mar-a-Lago.  She doesn't want to let them know.  What she says

13   is, I want to go Cafe Sapore in Palm Beach County.  She makes

14   no mention of Mar-a-Lago, and she actually uses another name.

15   She says, "My name is Veronica."

16          The taxi driver pulls up.  You're going to hear from

17   him, Willy Isidore, a Haitian American that owns a company.

18   He's not a federal agent.  He has no dog in this fight.  He's

19   going to testify and take that stand, and he's going to say,

20   "When I pulled up to the hotel, I was ready to take her to this

21   cafe."  She gets into the taxi.  She's like, "We're not going

22   to the cafe, take me to Mar-a-Lago."  She says her name is

23   Veronica.

24          Willy Isidore tells her, "You can't just go to

25   Mar-a-Lago.  The president's here this weekend with his family.

OPENING STATEMENT - SHERWIN

1    You can't get in there.  That's restricted.  Unless you have an

2    invite, unless you're on a specific event you're authorized to

3    go there for, you cannot go there.  It's actually very

4    difficult to even drive there because of security."

5         She doesn't care.  She says, "Take me there.  Let's at

6    least drive around the facility.  I want to get familiar with

7    it, because I need to go there the following day."

8         So Willy wants to get his fare, so he takes her.  They

9    take a long route because of the extensive security.  It takes

10   a long time to get there.  And they drive around the facility.

11   He then takes her back to the hotel.  So, again, this is

12   March 29th.

13        The next day -- again, this is the first quarter of

14   the football game before she even gets there -- the next day,

15   March 29th, let's call this the second quarter, all right?

16   March 29th, the defendant leaves the hotel, she does not check

17   out, and she takes another taxi to Mar-a-Lago.  All right?

18        And you're going to learn about the security protocol

19   of Mar-a-Lago.  You'll learn that the outer perimeter is

20   patrolled by police, local state police, and also the Secret

21   Service.

22        And you're going to hear from a second witness,

23   Krystle Kerr, a Secret Service agent.  And Kerr's going to say

24   that that afternoon, around noon, 12:15, the defendant walks up

25   to her, in very good and very clear English, and presents two

OPENING STATEMENT - SHERWIN

1    Chinese passports, two.  One passport was expired, but it had a

2    visa, so that's legitimate.  And the second passport was a

3    current, pending, legitimate passport, just like the first.

4         Kerr sees it, and the first question is obviously,

5    "What are you here for?"  The defendant does not say anything

6    about an event.  The defendant says, "I'm here to visit the

7    pool."  No mention of any event whatsoever.  "I'm here to go to

8    the pool."  Krystle Kerr, the Secret Service agent, wants to

9    verify this with Mar-a-Lago security.

10        So during this trial, ladies and gentlemen, you're

11   going to hear about the interplay.  Mar-a-Lago is a unique

12   property owned by the president.  You're going to hear about

13   the interplay between the Secret Service and Mar-a-Lago

14   security.  They have to work together, they have to collaborate

15   and cooperate to ensure the property is protected.

16        So Krystle Kerr will speak to the representatives at

17   Mar-a-Lago security.  You'll hear the details a little later

18   this afternoon.  And they vet her.  They look at her passport,

19   and they see her last name, Zhang.  Mar-a-Lago security makes

20   the assumption that she is related or a family member of a

21   legitimate member, Zhang, and she is then confronted with this

22   by the security on an iPad.  "Is this your family member,

23   relative?"  She does not say no.  She shrugs her shoulders.

24   She doesn't say no.  And on that basis, the pool and the names

25   matching, Mar-a-Lago lets her, Mar-a-Lago security lets her in.

OPENING STATEMENT - SHERWIN

1    Okay?  So, again, we're still in the second quarter.

2            The defendant then takes a valet -- a golf cart to --

3    let's call it the second checkpoint, because at the first

4    checkpoint, the Secret Service has to check you for weapons,

5    explosives.  That's their job, to make sure the president is

6    protected, his life is protected, and that's what they did.

7    Weapons, explosives, knives, she's clear.

8            So she then travels, once Mar-a-Lago -- under this

9    false assumption, incorrect information that she's a family

10   member going to the pool, she is allowed into the -- let's call

11   that the outer area of Mar-a-Lago.  And you'll see photos,

12   maps.  It will be a little easier for you to understand during

13   the testimony.

14           The golf cart takes her to the second checkpoint, and

15   at the second checkpoint -- it's similar to the first

16   checkpoint -- they want to check you again for weapons,

17   explosives, knives.  There's something called a magnetometer to

18   make sure you don't have those devices.

19           At that second checkpoint, you're going to see large

20   signs.  I'm not the largest guy, the signs are maybe similar to

21   my height, in huge black, white, and red letters saying,

22   "Restricted area, only allowed for lawful entry."  And it has

23   markings about no weapons or explosives that says "restricted."

24   These signs are all over the place at checkpoint 1, where the

25   defendant got dropped off.  They were all over the place at the

OPENING STATEMENT - SHERWIN

1    outer perimeter when the defendant took her taxi ride the day

2    before.  And, again, at this second checkpoint, the signs are

3    all over the place.

4         She gets out of the golf cart.  You're going to hear

5    testimony from another Secret Service agent that found it a

6    little curious, because Mar-a-Lago, you'll come to learn, when

7    you're on that facility, because of the nature of the

8    sensitivities because of the president and the family, you're

9    not permitted, per Mar-a-Lago protocol, to take video or

10   pictures unless you're authorized.

11        So the Secret Service was a little taken offguard

12   during her golf cart drive to the second checkpoint, because

13   you're going to hear testimony that she was filming everything.

14   She gets there, and then she kind of tries to hide her phone.

15   You'll hear that testimony.  She gets out of the cart, and

16   according to Special Agent Paul Patenaude, who you're going to

17   hear from either later today or tomorrow, she gets out and

18   stands right in front of the sign.  And he says it was almost

19   unusual, and it was almost uncomfortable, because she stood

20   there and looked at it for -- he's like, it was almost 20 or

21   30 seconds.  It was a little odd.

22        Again, the government maintains, and we think you will

23   agree with the fact that her English is very good, and you'll

24   hear testimony relating and regarding her understanding of

25   English.

OPENING STATEMENT – SHERWIN

1            THE COURT REPORTER:  Mr. Sherwin, hold the mic up,

2   please.

3            MR. SHERWIN:  Sure.  I apologize.

4            Okay.  So checkpoint 2.  We're still in the second

5   quarter here.  Now she has been granted access into the inner

6   facilities of Mar-a-Lago.  She clears that magnetometer, no

7   weapons, so they let her walk into the facility.

8            That's nowhere near any pool.  Okay?  She doesn't go

9   to the pool.  She walks into a reception area, an elaborate, a

10   very fancy reception area now in the inner sanctum of

11   Mar-a-Lago, inside the facility.  And she appears to be looking

12   around, and she confronts a receptionist, Ariela Grumaz, who

13   you will hear from either tomorrow or Wednesday morning.

14            Grumaz is a young lady that works for Mar-a-Lago.  And

15   Grumaz will testify that she thought it was a little unusual,

16   because the defendant almost tried to hide or ignore her and

17   walk by her.  So Grumaz, in the reception area, says, "Ma'am,

18   may I help you?  What are you here for?"

19            Now, she said she did that initially because Grumaz

20   has worked at Mar-a-Lago for several seasons, and she knows all

21   the members.  It's a relatively limited member list.  And she

22   knew that there was an event there that evening, but she didn't

23   recognize this person as being someone that would have been

24   associated with that meeting.

25            So she very politely confronts the defendant.  "Ma'am,

1    can I help you?  What are you here for?"  She's fumbling

2    around.  She was taking photos as she was walking in.  She

3    tries to hide the phone a little.  And she's not answering

4    Grumaz's questions.

5         Grumaz will testify, similar to Kerr, similar to

6    Patenaude, that her English -- there was no issue in terms of

7    understanding.  She responded immediately, she engaged in

8    conversation, she had a full understanding of what was being

9    said.  Again, this is just their interaction with her.  So this

10   is now -- and, in addition, the Haitian taxi driver,

11   Mr. Isidore, will state the same thing.  He didn't speak with

12   her in Mandarin; he communicated with her in English.  Kerr

13   communicated with her in English.  Grumaz communicated with her

14   in English, not Mandarin.  And as they will testify, they both

15   understood what those conversations were.

16        So Grumaz, doing her job, "How can I help you?"  She's

17   fumbling around, and she's like, "I'm here for this event."

18   She never says anything about a pool.  So remember we talked

19   about in the first quarter, coming into the second quarter,

20   that first lie to Kerr, "I'm here for the pool," family member,

21   uh-huh, never mentioned to Grumaz at all.

22        Now the story changes.  The story is, "I'm here for an

23   event."  Grumaz says, "Okay, let me help you.  What event?"

24   She fumbles with her phone, she's not answering the question,

25   and eventually it comes to light that she says she's there for

OPENING STATEMENT - SHERWIN

1  a U.N. Chinese American association event.  Now, this throws

2  Grumaz off a little, because Grumaz is the receptionist, she

3  knows what's going on at Mar-a-Lago.  There's no such event

4  that evening, U.N. Chinese American association.  But she's

5  polite, she wants to be polite to the defendant, so she's like,

6  "Ma'am, wait here, let me confirm and check whether there's

7  this event here this evening."

8         But she's very suspicious at this point.  She knows

9  something's wrong.  So before she leaves, she grabs another

10 Secret Service agent and says, "Please, wait here with her,

11 something is very suspicious here, wait here."  And he does.

12        Grumaz goes to the banquet manager, the catering room

13 manager and says, Look, sir, have this guest, this person here,

14 Zhang, looked at the passport, says she here for this event,

15 but it just doesn't make sense, it doesn't seem right, I don't

16 believe what she's saying, because there's no event listed.  So

17 she's like, Could we please check, one, the event listing, and,

18 two, the name listing of members, family, friends.  Is she

19 allowed to be here?

20        They do both, and negative for both.  They're then

21 convinced that something happened, she should not be there.

22 And there was no event.  So what she said to Grumaz, as Grumaz

23 will testify, was a lie.  All right?

24        She then goes back into the lobby.  At this point,

25 we're going to go into the third quarter, all right?  This is

OPENING STATEMENT - SHERWIN

1   when Special Agent Sam Ivanovich comes into the picture.  Now

2   the story will change slightly again.  They'll go back into the

3   lobby.  Mr. Ivanovich is on duty that day, as several other

4   Secret Service agents are, and they want to speak with her.

5   What are you here for?  Something's curious.  Now Mar-a-Lago

6   receptionist thinks something odd, suspicious, they know

7   something's wrong.

8        As they try to speak to her, she walks into a nearby

9   bathroom, almost like jogs in there.  The agents were all male,

10  they didn't want to follow her in there, so Grumaz said, "You

11  know what, I'll volunteer and get her out of that bathroom."

12  When she goes in the bathroom, she sees her in the corner

13  texting away, texting, not looking at her.  She tries to

14  confront her and say, "Ma'am, the Secret Service, we would like

15  to speak with you.  We need to know why you're here, how you

16  got here."

17        She agrees -- again in English, she agrees to

18  communicate, and she agrees to come out of the bathroom.

19        That's when Special Agent Ivanovich comes into the

20  picture.  But as you're going to hear from Grumaz's testimony,

21  similar to the other witnesses, Grumaz said it was a little

22  odd, because she's like, Look, if that was someone like me, I

23  would be afraid, ten Secret Service agents surrounding me,

24  "What are you doing here?"  She said what struck her and stayed

25  with her was she was extremely calm, cool, and collected with

OPENING STATEMENT - SHERWIN

1   her full disposition.  She said she wasn't nervous or rattled

2   at all.  She was extremely stoic.

3          Special Agent Ivanovich now comes into the picture.

4   Grumaz goes back to her desk.  You're going to hear this from

5   Special Agent Ivanovich.  Again, my words are not evidence, as

6   Judge Altman said.  The evidence is through the witnesses, the

7   testimony, and the documents.  And you're going to hear this

8   from their mouths.

9          Special Agent Ivanovich, Sam, speaks with her.

10  "Ma'am, what are you doing here?  Why are you here?  What

11  event?"  Says nothing about the pool, like she told -- the

12  defendant told the first agent, Krystle Kerr.

13         Now the event name changed.  It's no longer the U.N.

14  Chinese American association, it is now a friendship

15  association meeting.

16         So the Secret Service at that point knows -- they have

17  vetted again and knows that she is not authorized to be at that

18  facility.  She should not be there, and she has provided false

19  information now to multiple people in order to get on to the

20  facility.

21         So Sam Ivanovich, he does not arrest her yet.  He

22  still wants to investigate.  They want to make sure they're

23  doing the right thing.  So the Secret Service says, "Ma'am, we

24  want to take you off the property, we want to speak to you off

25  the property."

OPENING STATEMENT - SHERWIN

1          So as you're going to see with the maps, there is a --
2     nearby Mar-a-Lago is a Bath & Tennis Club, and there's a large
3     parking lot.  And when the president's in town, when they set
4     up the large perimeter, that's where they do the initial
5     screening.  And that's where you're going to learn about where
6     Krystle Kerr was stationed when she first confronted the
7     defendant.
8          So Sam takes the defendant back there.  They want to
9     find out what's going on in terms of why was she there.  At
10    that point, their radar is going off the grid that she should
11    not have been there, and she lied.  So she is then eventually
12    taken to the Secret Service's offices, their formal offices in
13    West Palm Beach.  That's when she's *Mirandized*, and she's put
14    under arrest.  Okay?
15         Now, you will come to learn that at that time, the
16    story changes several other times.  First, she denies ever
17    telling Kerr she was there for the pool.  So like Judge Altman
18    said, you're going to have to make the determination, is
19    Krystle Kerr lying?  Is she someone that strikes you as someone
20    that would lie?  What would she lie for?  Look at her
21    disposition.
22         Then the defendant denies what she said to Grumaz.
23    Ask yourself again, is Grumaz someone that would lie?  Does she
24    have that character or disposition?
25         So now she tells Special Agent Ivanovich that, "I was

OPENING STATEMENT - SHERWIN

1    sent to Mar-a-Lago by Charles.  I was sent there because of

2    trade and economic negotiations.  I had to speak to the

3    president and Ivanka about trade and these trade negotiations."

4    She had never said that to the other witnesses in this case,

5    what you're going to hear.  So the story changes again.

6          At that point, the Secret Service was convinced that

7    they had probable cause to arrest her, and they did.  And that

8    is then what led us here today, to the indictment, and the

9    charges that we're looking at.

10         Now, as Judge Altman said, after the evidence is

11   presented by both parties, perhaps, the judge will give you a

12   jury instruction, where you'll look at these two charges again.

13   There's two charges.  One is unauthorized access in a

14   restricted area; that's Mar-a-Lago.  You'll hear testimony

15   about that restricted area.  You'll see the signs, the signage,

16   the video showing that security, those protocols.  And you'll

17   hear testimony and evidence that in no way was this defendant

18   authorized to be there.  And, in fact, she got there because

19   she lied multiple times, both before, during, and after her

20   arrest.

21         Now, ladies and gentlemen, that is a summary of the

22   first three quarters, but there's more.  The fourth quarter is

23   the forensic evidence.  After her arrest, Special

24   Agent Ivanovich took her iPhone 7.  She had various devices on

25   her, but we're just going to focus on one device.  She had four

OPENING STATEMENT - SHERWIN

1    cell phones with her at the time of her arrest, a laptop

2    computer, a hard drive, and a thumb drive.  All those devices

3    were in her purse at that time.

4           We're going to focus, though, on just one item, an

5    iPhone 7.  And it's going to be cited by many witnesses over

6    the course of this trial.

7           Sam takes that iPhone, and he gets a search warrant so

8    they could pull the text messages, audio, pictures, documents

9    from that phone.

10          And you're going to hear from the FBI forensic

11   examiner, Ricardo Soto, who extracted that data.  It's an

12   elaborate process.  He extracted that data, and the bulk of

13   that data was on WeChat.  You're going to come to learn that

14   WeChat is similar to a Facebook on steroids, that's widely used

15   in Asia and China.  It's an application that allows texting,

16   like WhatsApp, audio, messaging, even the transfer of money,

17   like a Venmo.  That's what WeChat is.  It's actually a creation

18   of China, which you will learn about from one of the FBI

19   agents -- or, actually, one of the FBI linguists, that will

20   tell you about WeChat, how it's used, and why it's widely

21   proliferated in China, and why Facebook isn't used.

22          Those messages, ladies and gentlemen, the government

23   maintains, will show you the following:  Those messages were in

24   Mandarin, and those messages will show you that early in

25   2019 -- again, remember this event happened in March 30th of

OPENING STATEMENT - SHERWIN

1    this year -- you'll learn that in February of 2019, the

2    defendant was trying to make arrangements to come to the United

3    States.  We don't dispute that.  And she was trying to make

4    arrangements to go to Mar-a-Lago.  That's not in dispute that

5    she was trying to make those arrangements.

6         And you'll see text messages between her and this

7    other gentleman.  We don't know if it's Charles or not.

8    Remember, this mysterious man, Charles, was cited by the

9    defendant to Sam.  So we don't know who this person is that

10   she's negotiating with on WeChat, but it is someone.  You'll

11   see those messages.

12        They were in Mandarin, and we had them translated.

13   And you'll learn that as early as February, she was making

14   arrangements to come to the United States, to not only visit

15   Mar-a-Lago but several other areas.  And she actually signed a

16   contract with travel, flight arrangements, all sorts of things,

17   and she paid money to come to the United States.

18        You'll come to learn, though, on March 18th, this

19   mystery -- this person -- we don't know if it's Charles or

20   not -- this person leaves a voice recording in Mandarin for the

21   defendant and tells her:  Bad news.  I was trying to make this

22   arrangement for you to go to an event at the Trump resort,

23   there is no event, it's off, do not go, there's no event.

24        He then responds again eight days later, March 26th,

25   and tells her:  It's confirmed.  You cannot go to Mar-a-Lago,

OPENING STATEMENT - SHERWIN

1    there's no event, do not go to Mar-a-Lago.

2           The 26th -- remember this happened -- she leaves for

3    Shanghai on the 28th.  So before the defendant even left China,

4    before she left Shanghai, she got two voice recordings saying,

5    "Do not go, the event is off."  She comes, she flies out on the

6    28th.  She then sends text messages back.

7           So a curious question would be, maybe she didn't get

8    the voice mails, right?  Maybe she didn't know.  How do we know

9    she knows?  You're going to see those text messages that were

10   translated.  She responds back to this gentleman or this person

11   and says, "I want a refund.  If this is cancelled, fine, it's

12   cancelled."  She confirms, she knows it's cancelled, she's

13   demanding a refund, and wire my money back.  So this all

14   happens before she goes to Mar-a-Lago on the 30th.  So she --

15   again, use your judgment, your wisdom.  Did she have knowledge?

16   Did she have an understanding of what --

17           THE COURT:  Let's keep it to outline.

18           MR. SHERWIN:  Excuse me?

19           THE COURT:  Let's keep it to outline and not argument.

20           MR. SHERWIN:  Yes, Your Honor.

21           So use your common sense and knowledge when looking at

22   those text messages.  Okay?

23           So that is the fourth quarter.  And the government

24   maintains that that fourth quarter, those text messages, in the

25   aggregate, having heard all the other witness testimony related

OPENING STATEMENT - SHERWIN

1    to the lies to get on, staying on, and the lies at the time of

2    the arrest, the forensic evidence, the government maintains is

3    that touchdown, is that fourth quarter touchdown that shows

4    that the government will have proven their case beyond a

5    reasonable doubt.

6            Thank you very much.

7            THE COURT:  Ms. Zhang?

8            THE DEFENDANT:  *(In English)* Yes.

9            THE COURT:  Would you like to make an opening

10   statement?

11           THE DEFENDANT:  *(In English)* This is the first time I

12   now --

13           THE COURT:  Ms. Zhang, Ms. Zhang.

14           THE DEFENDANT:  *(In English)* Okay.

15           THE COURT:  Yes or no, would you like to make an

16   opening statement?

17           THE DEFENDANT:  So the opening statement, do I need to

18   present like the way he presented?

19           THE COURT:  You can make an opening statement any way

20   you want.  But an opening statement is just an explanation of

21   what you think the evidence will show.

22           THE DEFENDANT:  *(In English)* Okay.

23           THE DEFENDANT:  Uhm, okay.  I stand by what my

24   previous attorney has told me.  I don't know how to say this in

25   Chinese.

OPENING STATEMENT - SHERWIN

1        THE COURT:  You know what?  Let's -- just stop, just

2   stop.  Excuse me.

3        Ladies and gentlemen, we're going to take a

4   five-minute break, and we'll bring you back in, in

5   five minutes.

6        COURTROOM SECURITY OFFICER:  All rise.

7        *(The jury exited the courtroom)*

8        THE COURT:  Please be seated.

9        Ms. Zhang, do not speak in front of the jury about

10  things other than what I'm asking you.  And, please, never

11  reveal things that your attorney has told you.  Those things

12  are very secret and private and should never be revealed to

13  anyone.  Okay?

14       THE DEFENDANT:  I don't quite understand.  So are you

15  saying that don't repeat what we -- what I have communicated

16  with my attorney, is that right?

17       THE COURT:  That's correct.

18       THE DEFENDANT:  *(In English)* So --

19       THE COURT:  Unless you want to, but....

20       THE DEFENDANT:  *(In English)* oh, yeah.  What that

21  means....

22       THE DEFENDANT:  Okay.  I understand.

23       THE DEFENDANT:  *(Speaking Mandarin)*

24       THE DEFENDANT:  *(In English)* Just -- or have a long

25  speech to --

OPENING STATEMENT - SHERWIN

1          THE COURT:  Hold on one second.  Let her translate.

2          THE COURT REPORTER:  Excuse me, the PA.

3          THE DEFENDANT:  Oh, okay.  I'm sorry, this is the

4    first time that I was listening to opening statements, so now I

5    understand that this is the format, that you kind of just go

6    right into debating what your case is about.  So I don't know

7    whether I should just argue back what I stand for here or I

8    should just keep silent and just say that I am pleaing not

9    guilty, like what my previous attorney told me to.

10         THE COURT:  This is why, as I've told you many times,

11   these are hard strategic decisions that come up during the

12   course of the trial.  And you'll remember about two months ago,

13   I told you about all of the many different difficult strategic

14   decisions that you would face in this trial, and that you were

15   much better suited having someone like Ms. Militello next to

16   you to advise you on how to behave in these difficult moments.

17         THE DEFENDANT:  Ah --

18         THE COURT:  Excuse me.  So I understand that it's a

19   difficult strategic decision, and I can't help you make it,

20   because I'm not your attorney.  But you have identified the

21   issue.  You can, on the one hand, say nothing or you can, on

22   the other hand, stand up and make your own opening statement.

23   The only thing I'll say is opening statement is not argument.

24   Opening statement is telling the jurors what you think the

25   evidence will show and why you think the government's evidence

OPENING STATEMENT - SHERWIN

1   won't show what they said it shows.  And that's why you'll see,

2   I stopped Mr. Sherwin at one point where I thought he was

3   engaging in argument as opposed to outlining what the evidence

4   will be.

5         So do you want to give an opening statement?  Do you

6   want Ms. Militello to give an opening statement?  Or do you

7   want to make no opening statement?

8         THE DEFENDANT:  I apologize.  I think some part in the

9   middle, I didn't hear what you were saying.

10        THE COURT:  All I was saying is that these are

11  difficult decisions.  Even lawyers who are trained in the law

12  have a difficult time making these decisions.  And that's why

13  I've told you, and I tell you again now, you'd be much better

14  off at least having Ms. Militello sit with you and advising you

15  on how to deal with these difficult decisions, whether to make

16  an opening statement or not.

17        And so my question to you is:  Do you want to make an

18  opening statement on your own?  Do you want Ms. Militello to

19  make an opening statement for you?  Or do you want to make no

20  opening statement?  But we need to decide now because the

21  jurors are waiting.

22        THE DEFENDANT:  Okay.  *(Speaking Mandarin)*

23        THE COURT:  Hold on one second.  Let her translate.

24        THE DEFENDANT:  *(In English)* Okay.

25        THE DEFENDANT:  Okay.  So I just want to continue my

OPENING STATEMENT – SHERWIN

1    point before, which is that I stand by what I have said before,

2    which is, I don't really know how to say this in Chinese, but

3    in English, it's plea not guilty.  So can I just simply say

4    that?

5            THE DEFENDANT:  *(In English)* Or just leave it -- or

6    just say nothing, because, of course, I don't think I do

7    something wrong, very wrong.  So I just want to clarify or I

8    can keep silent.  It's fine.

9            THE COURT:  It's totally your choice.  And I can't

10   help you make that choice.

11           THE DEFENDANT:  *(In English)* So --

12           THE COURT:  I sympathize that it's a hard choice.  I

13   know that it's a difficult choice.  But I can't give you

14   advice.  That's what your lawyer is for.  She can talk to you

15   about it.  And it sounds like what you're weighing is, you want

16   to say either nothing or you want to say "I plead not guilty"

17   and sit down.  Is that right?  Are those the two options that

18   you're weighing?

19           THE DEFENDANT:  *(In English)* Yes, I prefer the two

20   options.

21           THE COURT:  Well, you got to pick one of those two.

22           THE DEFENDANT:  So either will be fine, right?  I mean

23   either will be accepted by the Court here, right?  Either will

24   be allowed, right?

25           THE COURT:  By the Court, yes.  Sorry, I didn't

OPENING STATEMENT - SHERWIN

1   understand you.  Either one is fine.  Whichever way you decide

2   is perfectly fine with me, but you have to pick one.

3          Do you want to talk to Ms. Militello for five minutes

4   about it?

5          THE DEFENDANT:  *(In English)* All right.  Thank you.

6          THE COURT:  Go ahead.

7          *(Discussion had off the record between counsel and*

8   *client)*

9          THE COURT:  Are you ready, Ms. Zhang?

10         THE DEFENDANT:  Yes.

11         THE COURT:  Did you have an opportunity to speak to

12   Ms. Militello -- one second -- did you have an opportunity to

13   speak to Ms. Militello about this question?

14         THE DEFENDANT:  *(In English)* Yes.

15         THE COURT:  And have you decided what you're going to

16   do?

17         THE DEFENDANT:  *(In English)* Yeah, I will just very

18   generally saying -- saying just, I do not -- I don't think I

19   did something wrong.  Just like that, uh-huh.

20         THE COURT:  You're going to say it in English or

21   Chinese?

22         THE DEFENDANT:  *(In English)* Because I've already

23   coming -- whatever -- I don't mind so much.  I don't know.

24         THE COURT:  It's totally up to you.

25         THE DEFENDANT:  *(In English)* Up to me?

OPENING STATEMENT - SHERWIN

1           Okay.  Uhm, maybe English, it's fine.

2           THE COURT:  Okay.

3           Is she shackled, marshal?

4           THE MARSHAL:  No, sir.

5           THE COURT:  Okay.

6           THE DEFENDANT:  *(In English)* What does --

7           THE COURT:  My question to you is:  Would you rather

8    do it from where you're sitting now or do you want to come up

9    to the lectern here?

10          THE DEFENDANT:  *(In English)* Can I just stand up here,

11   just show my respect, it's fine?  Is it fine?

12          THE COURT:  It's fine.

13          THE DEFENDANT:  *(In English)* Okay.  Thank you.

14          THE COURT:  Just remember to speak into the

15   microphone.

16          THE DEFENDANT:  *(In English)* Okay.

17          THE COURT:  And speak slowly so that Fran can take it

18   down.

19          THE DEFENDANT:  *(In English)* Okay.  Thank you.

20          THE COURT:  Last question, don't you think

21   Ms. Militello did a great job consulting with you just now?

22          THE DEFENDANT:  *(In English)* Of course.

23          THE COURT:  And do you want her to come in and

24   represent you in this case?  She would do a very good job.

25          THE DEFENDANT:  *(Laughing)*

OPENING STATEMENT - SHERWIN

1           *(In English)* No.

2           THE COURT:  Are you sure?  She really knows what she's

3   doing.  She really knows what she's talking about.  And as you

4   see, these are hard issues.

5           THE DEFENDANT:  *(In English)* Not right -- I don't

6   think it would be -- you know, better.  I... so is it too late

7   to -- because I would like to -- because it's now when they

8   work, right?

9           THE COURT:  You gotta slow down, you gotta slow down.

10          THE DEFENDANT:  *(In English)* Oh, sorry.

11          THE COURT:  I'm only talking to you about this issue.

12          THE DEFENDANT:  *(In English)* Yeah, you mean --

13          THE COURT:  Whether Ms. Militello is going to

14   represent you as your lawyer.  Do you want that?

15          THE DEFENDANT:  *(In English)* Today?

16          THE COURT:  Today or tomorrow?

17          THE DEFENDANT:  *(In English)* No.  Not now -- no, I

18   don't think.  It would be very bad.

19          THE COURT:  Okay.  Now, after you finish your opening

20   statement, the government is going to call their first witness.

21   The witness is going to testify on direct.  When the witness is

22   done testifying, you're going to have the chance to

23   cross-examine that witness.  We've talked about that.

24          THE DEFENDANT:  *(In English)* I have the chance to....

25          THE COURT:  Ask that witness questions.

OPENING STATEMENT - ZHANG

1          THE DEFENDANT:  *(In English)* Okay.

2          THE COURT:  Now, again, you can decide not to ask any

3     questions or you can ask questions if you like.

4          THE DEFENDANT:  *(In English)* Um-hum.

5          THE COURT:  So after the witness is done, I'm going to

6     ask you whether you want to do any cross-examination.  But I

7     don't want to keep kicking the jurors out.  So when I ask you

8     that question from now on, please tell me just yes or no.

9     Okay?

10          THE DEFENDANT:  *(In English)* Okay.

11          THE COURT:  Please bring in the jurors.

12          COURTROOM SECURITY OFFICER:  All rise.

13          *(The jury entered the courtroom)*

14          THE COURT:  Please be seated.

15          I see some of you are already availing yourselves of

16     our delicious coffee options back there?

17          *(Laughter)*

18          THE COURT:  Ms. Zhang, opening statement?

19          THE DEFENDANT:  *(In English)* Yes, Your Honor, Judge.

20          Good afternoon, honor grand jury.  I'm Zhang.  And

21     what I want to say is, I don't believe I did anything wrong,

22     and that's what I want to say.

23          And U.S.A., thank you.

24          THE COURT:  Thank you, ma'am.

25          Mr. Garcia, please call your first witness.

KERR – DIRECT/GARCIA

```
1              MR. GARCIA:  Special Agent Krystle Kerr.

2              THE COURT REPORTER:  Ma'am, before you sit down,

3    please raise your right hand.

4              (KRYSTLE KERR, GOVERNMENT'S WITNESS, WAS SWORN)

5              THE COURT REPORTER:  Please sit down.

6              Please state your full name for the record, spelling

7    your last name.

8              THE WITNESS:  Krystle Kerr, K-E-R-R.

9                          DIRECT EXAMINATION

10   BY MR. GARCIA:

11   Q.  Ma'am, how are you employed?

12   A.  I am a special agent with the United States Secret Service.

13   Q.  And how long have you been a special agent with the Secret

14   Service?

15   A.  Three-and-a-half years.

16   Q.  What are your duties as a Secret Service agent?

17   A.  Uhm, we protect the president, vice president, and foreign

18   dignitaries, and we also do criminal investigations related to

19   financial crimes.

20   Q.  And do you do both?

21   A.  Yes.

22   Q.  Now, I want to call your attention to March 30th of this

23   year, 2019.  Were you working as a United States Secret Service

24   agent on that date?

25   A.  Yes.
```

KERR – DIRECT/GARCIA

1   Q.  And tell us about that.

2   A.  Uhm, I was assigned to -- I believe it was post-241 at

3   Mar-a-Lago as a post-standing assignment while President Trump

4   was visiting Mar-a-Lago.

5   Q.  Now, you mentioned post-241.  What does that mean?

6   A.  It's a specific post number that I was assigned to on that

7   weekend.

8   Q.  And where is that post located at Mar-a-Lago?

9   A.  It is the very first post before the vehicle checkpoint,

10  right off of -- I believe it's Ocean Boulevard or Southern

11  Boulevard.

12  Q.  I'm going to show you a photograph that's marked as

13  Government's Exhibit 1-1.

14          *(Government's Exhibit Number 1-1 marked for*

15  *identification)*

16          MR. GARCIA:  Is that okay, Judge?

17          THE COURT:  You may.

18          Why don't you show it to the defendant.

19          *(Discussion had off the record between government*

20  *counsel and defendant)*

21  BY MR. GARCIA:

22  Q.  Please take a look at 1-1 and tell us if you recognize it.

23  A.  Yes.  So this photo is --

24  Q.  Do you recognize it?

25  A.  Yes, I do.

KERR – DIRECT/GARCIA

1  Q.  And does it depict post-241?

2  A.  Yes, it does.

3        MR. GARCIA:  We offer Government's Exhibit 1-1.

4        THE COURT:  Any objection, Ms. Zhang?

5        THE DEFENDANT:  *(In English)* What?

6        THE COURT:  Any objection to the introduction of this

7  exhibit?

8        THE DEFENDANT:  *(In English)* No.

9        THE COURT:  Without objection, it will be admitted as

10  1-1, and you may publish the exhibit.

11        MR. GARCIA:  Thank you, Your Honor.

12        *(Government's Exhibit Number 1-1 admitted into*

13  *evidence)*

14  BY MR. GARCIA:

15  Q.  I've placed 1-1 on the screen here.

16        THE COURT:  Is everyone's screen working properly?

17        THE JURORS:  *(Nodding)*

18  BY MR. GARCIA:

19  Q.  Does 1-1 depict the area of post-241?

20  A.  Yes.

21  Q.  Did you encounter a person on that date that identified

22  herself as Zhang?

23  A.  Yes.

24  Q.  Tell the members of the jury about that.

25  A.  Uhm, she approached the checkpoint in a taxi, and, uhm,

KERR – DIRECT/GARCIA

1    when she came to the checkpoint, I asked her why she was there

2    to visit the Mar-a-Lago property.  And at that time, she stated

3    that she was there to go to the pool.  And at that time, I

4    asked her for her identification.

5    Q.  And did she provide identification?

6    A.  Yes, she did.

7    Q.  Tell the members of the jury about that.

8    A.  She provided me with a Chinese passport.  It was two

9    passports that were bundled together with a rubber band, with

10   her information and what appeared to be her picture.

11   Q.  And in what language did you speak with this person?

12   A.  In English.

13   Q.  And did you verify the passport's validity?

14   A.  Yeah, I verified that it was a current passport, because

15   she had the expired passport behind it.  The picture was hers.

16   And so, yeah, I was able to verify.

17   Q.  I believe you mentioned that she told you that she was

18   there to go to the pool, is that right?

19   A.  Yes.

20   Q.  So what action did you take after you verified her

21   passport?

22   A.  Once I verified the passport, I gave the passport to the

23   Mar-a-Lago security staff so that Mar-a-Lago security could

24   verify that she was on a list in order to gain entrance to the

25   Mar-a-Lago property.

KERR – DIRECT/GARCIA

1    Q.  Now, this area where you described you had this interaction

2    with Zhang, is that the same area as 1-1?

3    A.  Yes.

4    Q.  Is there signage there at 1-1 -- or at post-241 that

5    indicates that the property is a restricted area?

6    A.  Yes.

7    Q.  I'm pointing to a signage with my finger here on

8    1.1 *(indicating)*.  Is that the signage you're referring to?

9    A.  Yes.

10         *(Discussion had of the record between government*

11    *counsel and defendant)*

12    BY MR. GARCIA:

13    Q.  I'm going to show you what's marked for identification as

14    Government's 1-2.

15         *(Government's Exhibit Number 1-2 marked for*

16    *identification)*

17    BY MR. GARCIA:

18    Q.  Do you recognize 1-2?

19    A.  Yes.

20    Q.  And is 1-2 the signage that is reflected in

21    Government's 1-1?

22    A.  Yes.

23         MR. GARCIA:  We offer 1-2.

24         THE COURT:  Any objection to 1-2, Ms. Zhang?

25         THE DEFENDANT:  *(In English)* Uhm, I don't know.  Uhm,

KERR – DIRECT/GARCIA

1    may I object?  Or –– I don't know.

2            THE COURT:  You have an objection?

3            THE DEFENDANT:  *(In English)* Uh-huh.  I –– because

4    it's my first time –– I'm not so sure about it –– yes.

5            THE COURT:  Why don't you come up sidebar.  Come up.

6            *(The following proceedings were had at sidebar out of*

7    *the hearing of the jury)*

8            THE COURT:  You can speak into this microphone here.

9            THE DEFENDANT:  *(In English)* Okay.

10           THE COURT:  Do you want the translator?

11           THE DEFENDANT:  *(In English)* I do.

12           THE COURT:  What's your objection?

13           THE DEFENDANT:  So every time I object, I need a

14    reason, is that right?

15           THE COURT:  That's right.

16           THE DEFENDANT:  *(In English)* Okay.  And so I have no

17    objection.  Okay.

18           THE COURT:  Are you sure?

19           THE DEFENDANT:  *(In English)* Yes.  Yes.

20           THE COURT:  Okay.

21           *(The foregoing proceedings were had at sidebar out of*

22    *the hearing of the jury)*

23           THE COURT:  Without objection, the exhibit will be

24    admitted.

25           *(Government's Exhibit Number 1-2 admitted into*

KERR – DIRECT/GARCIA

1   *evidence)*

2   BY MR. GARCIA:

3   Q.  I'm placing 1-2 on the screen here.

4        Is 1-2 a closer photo of what I'm pointing to in 1-1?

5   A.  Yes.

6   Q.  Could you please read 1-2 for the members of the jury?

7   A.  It says:  "United States Secret Service, restricted area."

8        Top right says:  "Notice, photo ID required."  It

9   says:

10       "This area is under the jurisdiction of the

11       U.S. Secret Service.  You are entering a restricted

12       building or grounds, as defined in Title 18, United

13       States Code, Section 1752.  Persons entering without

14       lawful authority are subject to arrest and

15       prosecution.

16       "All vehicles and personnel entering or leaving

17       the premises are subject to search.  The following

18       items are prohibited:  Firearms, explosives, knives,

19       mace/pepper spray, drones and other unmanned

20       aircraft, weapons of any kind, and any other item

21       determined to be potential safety hazards.  No

22       firearms or other dangerous weapons."

23   Q.  Now, you mentioned that the interaction you had with Zhang

24   was in that area.  After you reach out to Mar-a-Lago security,

25   what happens?  What does Mar-a-Lago security do in your

KERR - DIRECT/GARCIA

1  presence?

2  A.  Mar-a-Lago security staff has a list that -- of people that

3  are able to enter Mar-a-Lago security -- or they're able to

4  enter Mar-a-Lago grounds.  If they can't verify somebody on

5  that list, then they'll call either the front desk or the

6  specific area to where that person is supposed to have

7  reservations to verify.

8  Q.  And does the Mar-a-Lago security person there at

9  post-241 -- how is this -- have a list or how is that

10 maintained?

11 A.  He has an iPad that he carries with him.  That's where the

12 list actually comes from.

13 Q.  And in your presence, did Mar-a-Lago security try to verify

14 whether Ms. Zhang was on the iPad list?

15 A.  Yes.

16 Q.  And was he able to verify that she was on the iPad list?

17 A.  Not right away on the iPad.

18 Q.  So what action, if any, is taken in your presence by

19 Mar-a-Lago security in connection to trying to verify whether

20 Zhang was authorized to be on property?

21 A.  The Mar-a-Lago security staff took her passport and

22 attempted to make a couple phone calls to verify if she was on

23 a list to enter the property.

24 Q.  And do you know who they called?

25 A.  The first phone call I believe was to the front desk, and

KERR – DIRECT/GARCIA

1   then the second phone call was to the Beach Club directly,

2   which when she said she was there to go to the pool, that's who

3   they would have called to verify.

4   Q.  And did Mar-a-Lago security in your presence speak with

5   Ms. Zhang concerning her alleged access to the property in your

6   presence?

7   A.  Yes.

8   Q.  Tell us about that.

9   A.  So the Mar-a-Lago security staff found somebody with the

10  same last name on the iPad and asked if that was her -- her dad

11  or her father.  And she didn't really answer that question.

12  And, uhm, to my knowledge, that's the only interaction that

13  Mar-a-Lago security staff really had with her.

14  Q.  And is that when Mar-a-Lago security then calls the pool?

15  A.  Yes.

16  Q.  And does Mar-a-Lago security in your presence get word back

17  from the pool area?

18  A.  Yes.

19  Q.  Tell us about that.

20  A.  So he had the -- I believe it was the manager of the Beach

21  Club on speakerphone, and the Beach Club manager said that she

22  was good to go, that she was on their list.

23  Q.  Okay.  And did Mar-a-Lago security ask Ms. Zhang in your

24  presence whether she was there to meet a member or some other

25  reason?

KERR – DIRECT/GARCIA

1    A.   Uhm, I believe so.  I'm not sure at what point that

2    occurred.

3    Q.   Okay.  And during this interaction between Mar-a-Lago

4    security and you and Zhang, was that conducted in the English

5    language?

6    A.   Yes.

7    Q.   So you mentioned that Mar-a-Lago security told you that she

8    was good to go.  So what happens then?

9    A.   At that point, Mar-a-Lago security staff called their

10   valet, and the valet came in a golf cart to pick her up and

11   escort her on to the property.

12   Q.   And explain that, how that process works.

13   A.   So once anybody is cleared to come on property at that

14   post, if they're walking over or if they're in -- you know,

15   going over in the valet golf cart, we -- if they have any bags,

16   we search their bags to make sure they don't have any weapons,

17   and we also use a magnetometer to make sure they don't have any

18   weapons on their person.  So we did that at that time.

19   Q.   Explain to the members of the jury what a "magnetometer"

20   is.

21   A.   A "magnetometer" is essentially a metal detector.  It's

22   about this big (indicating), and you use it to scan to find

23   metal or, you know, weapons, firearms, knives, that kind of

24   thing.

25   Q.   And did that process -- was that process undertaken with

KERR – DIRECT/GARCIA

1   respect to Zhang?

2   A.  Yes.

3   Q.  By you or someone else?

4   A.  It was me and the uniform division officer that was also

5   assigned to that post.

6   Q.  Now, you mentioned you were -- well, you mentioned a

7   uniform officer.  Were you in uniform on that day?

8   A.  I was wearing khakis and a polo, and I had a black vest

9   that said "Secret Service," and then on the back, it said

10  "police, federal agent."  So while it's not a typical uniform,

11  we still had police markings.

12          *(Discussion had off the record between government*

13  *attorney and defendant)*

14  BY MR. GARCIA:

15  Q.  I've placed before you what's marked for identification as

16  Government's 27-1.  Do you recognize 27-1?

17          *(Government's Exhibit Number 27-1 marked for*

18  *identification)*

19  A.  Yes.

20  Q.  And is 27-1 a photo of the vest that you described and you

21  wore that date?

22  A.  Yes.

23          MR. GARCIA:  We offer 27-1.

24          THE COURT:  I don't have a 27-1 on my version of the

25  exhibit list.  I have a 27.  And that's the photo of the vest?

KERR – DIRECT/GARCIA

1           MR. GARCIA:  Yeah, we divided it up.  There's a front

2  and a back, 27-1.  We need to add a one.

3           THE COURT:  And then there's going to be a two?

4           MR. GARCIA:  Correct.

5           THE COURT:  Ms. Zhang, any objection to 27-1?

6           THE DEFENDANT:  *(In English)* No.  Thank you.

7           THE COURT:  Without objection, it will be admitted.

8           *(Government's Exhibit Number 27-1 admitted into*

9  *evidence)*

10  BY MR. GARCIA:

11  Q.  I've placed 27-1 on the screen.  Could you please describe

12  it to the members of the jury?

13  A.  So it's a black outer carrier vest that says "Secret

14  Service" on it.  There is a pouch, a flashlight, and the --

15  where you see the tan part is actually the microphone and the

16  earpiece that we use for radio communications.

17  Q.  And there appears to be a badge there?

18  A.  Yeah, and there's the Secret Service star up in the corner.

19  Q.  Okay.  And what does the badge say?

20  A.  "United States Secret Service."

21  Q.  And does this vest have a back side to it with lettering?

22  A.  Yes.

23           THE COURT:  Ms. Zhang, any objection to 27-2, which I

24  suspect is the back of the vest?

25           *(Government's Exhibit Number 27-2 marked for*

KERR – DIRECT/GARCIA

1  *identification)*

2          THE DEFENDANT:  *(In English)* No.

3          THE COURT:  Without objection, it will be admitted.

4          *(Government's Exhibit Number 27-2 admitted into*

5  *evidence)*

6  BY MR. GARCIA:

7  Q.  I've placed 27-2 on the screen here.  Could you describe it

8  to the members of the jury?

9  A.  It's the back of the black outer carrier vest.  It says

10  "police, federal agent."

11  Q.  And at some point with your interaction with Zhang, did

12  you -- would she have had access to the front and back of your

13  vest?

14  A.  Yeah, at both times -- or both sides, rather.

15          *(Discussion had off the record between government*

16  *counsel and defendant)*

17  BY MR. GARCIA:

18  Q.  I've placed before you what's marked for identification as

19  1-3.  Do you recognize 1-3?

20          *(Government's Exhibit Number 1-3 marked for*

21  *identification)*

22  A.  Yes.

23  Q.  And is it the photo of another section of post-241?

24  A.  Yes.

25          MR. GARCIA:  We offer 1-3.

KERR – DIRECT/GARCIA

1        THE COURT:  Any objection, Ms. Zhang?

2        THE DEFENDANT:  *(In English)* No.  Thank you.

3        THE COURT:  Without objection, it will be admitted.

4        *(Government's Exhibit Number 1-3 admitted into*

5   *evidence)*

6   BY MR. GARCIA:

7   Q.  Now, putting 1-1 back on the screen, and I'm going to point

8   to a tent area here *(indicating)*.  Could you tell the members

9   of the jury what that is?

10  A.  So the tent area on the left is where somebody will pull up

11  in a vehicle to my post -- so I would have been standing over

12  in that area -- uhm, when anybody initially approaches the

13  checkpoint.

14  Q.  And did Zhang approach the checkpoint in a vehicle?

15  A.  Yes.

16  Q.  And that's the taxi you described?

17  A.  Yes.

18  Q.  And this interaction with Zhang, did it occur while she was

19  in the vehicle or outside or both?

20  A.  Both.  Initially, it was inside the vehicle, and then later

21  on, it was outside the vehicle, right under the

22  tent *(indicating)*.

23  Q.  Okay.  And you mentioned that she was given the green light

24  to get on property, and she was checked by the magnetometer.

25  Where would that have occurred?

KERR – DIRECT/GARCIA

```
1    A.  That would have been right in that same area in front of
2    the tent.
3    Q.  Okay.  Now, 1-3, I'm going to place on the screen here.
4        Tell us about 1-3.
5    A.  So that is the sign that if -- you can see the tent that
6    it's behind it, so that would have been -- after she got out of
7    the vehicle, that would have been the sign that she would have
8    been standing in front of while we searched her bag and
9    screened her for -- with the magnetometer.
10   Q.  So there's a total of two signs there at post-241?
11   A.  Yes.
12   Q.  And once -- you said there was a golf cart showed up.  Tell
13   us about that.
14   A.  So the golf cart would have showed up right in front of the
15   tent there that we just spoke about that's behind this sign.
16   They would have --
17   Q.  Is it 1-1?
18   A.  Yes.  So you can see a golf cart in this picture right
19   here (indicating).  They would pull up into that area.
20            THE COURT:  You can circle on the screen like a
21   football game.
22            THE WITNESS:  Oh, cool (indicating).
23            THE COURT:  There you go.
24   A.  So that's where the golf cart would have shown up to get
25   her and pick her up to take her on property.
```

KERR – DIRECT/GARCIA

```
1              (Discussion had off the record between counsel)

2              MR. GARCIA:  Thank you, Agent.

3              I tender the witness, Your Honor.

4              THE COURT:  Ms. Zhang, cross-examination?

5              THE DEFENDANT:  Question:  Do you mean that I question

6   the witness or do you mean that I have questions regarding her

7   testimony?

8              THE COURT:  Come sidebar.

9              Folks, this is a great opportunity to lead each other

10  in an afternoon session of yoga, if you'd like to do that.

11             (Laughter)

12             (The following proceedings were had at sidebar out of

13  the hearing of the jury)

14             THE COURT:  Ms. Zhang.

15             THE DEFENDANT:  (In English) Yeah.

16             THE COURT:  We talked about this.

17             Do you want the translator?

18             THE DEFENDANT:  (Nodding)

19             THE COURT:  We talked about this before.  He goes

20  first; he asks questions.  If you want, you can ask her

21  questions as well.  If you don't want, you don't have to ask

22  any questions.  What would you like to do?

23             THE DEFENDANT:  So you mean simply ask her questions

24  or having questions regarding what she said?

25             THE COURT:  Correct.  Ask her questions about what she
```

KERR - DIRECT/GARCIA

1    said, questions that you think might elicit testimony that you

2    think is favorable to you or that you think otherwise calls

3    into question her credibility.  You can ask questions related

4    to this case.  Or you can decide not to ask any questions.

5    It's entirely up to you.

6            THE DEFENDANT:  *(In English)* Okay.  Okay.

7            THE COURT:  What would you like to do?

8            THE DEFENDANT:  I want to ask one question.

9            THE COURT:  One question it is.

10           Ma'am, are you going to ask in Chinese or in English?

11           THE DEFENDANT:  This question is very simple.  "Pool"

12   means "club"?

13           THE DEFENDANT:  *(In English)* "Pool" means "club."  The

14   only thing I heard is "club."

15           THE INTERPRETER:  The way you speaking in English, so

16   I -- the interpreter doesn't quite understand in English.

17           THE COURT:  Ma'am, Ms. Zhang, Ms. Zhang.  The question

18   is whether you want to ask her the question in English or in

19   Chinese.

20           THE DEFENDANT:  Chinese.

21           THE DEFENDANT:  *(In English)* Show the beach club.

22           THE COURT:  You can ask any question you want.  You

23   don't need to tell me in advance.  Go ahead.

24           *(The foregoing proceedings were had at sidebar out of*

25   *the hearing of the jury)*

KERR – CROSS/ZHANG

1    THE COURT:  Andre, good to see you.  Does the TV

2  screen work?

3    *(Discussion had off the record between Andre Wong and*

4  *the judge)*

5    THE COURT:  Go ahead, Ms. Zhang.

6    **CROSS-EXAMINATION**

7  BY THE DEFENDANT:

8  Q.  Okay.  I'm going to ask a question in Chinese.

9    Okay.  Just now I heard the witness say something

10  "pool."  Does "pool" mean swimming pool?

11    And also another question:  Does pool part of -- is

12  pool part of the Beach Club?

13    THE COURT:  All right.  So there are two questions

14  there.

15    THE DEFENDANT:  *(In English)* No, no, no, only one

16  question.

17  BY THE DEFENDANT:

18  Q.  Okay.  The -- okay.  The word "pool" that she mentioned, is

19  it club?  Is it equal to club?

20  A.  The pool -- the only place that there would be a pool would

21  be the Beach Club.

22    THE DEFENDANT:  *(In English)* That's it.  The only

23  thing I wanted to ask, yeah.

24    THE COURT:  Redirect examination?

25    MR. GARCIA:  No, Your Honor.

KERR – CROSS/ZHANG

```
 1              THE COURT:  Ma'am, you are excused.  Thank you.
 2              (Witness excused)
 3              THE COURT:  Mr. Garcia, please call your next witness.
 4              MR. GARCIA:  Willy Isidore.
 5              THE COURT:  Let me ask the jurors first.  Do you want
 6    to plow through to 5:30?  It's 4:45.  Or should we take a quick
 7    ten-minute break?  How are you all feeling?
 8              THE JURORS:  Let's keep going.
 9              THE COURT:  This is my favorite jury of all time.
10              (Laughter)
11              THE COURT:  All right.  You don't even need Cuban
12    coffee.
13              A JUROR:  You can bring it now.
14              THE COURT:  You know what?  Let's tell Victor.
15              How many of you want -- raise your hand.  One, two,
16    three, four -- four.  Fran.
17              You didn't get a vote this time, Fran.
18              THE COURT REPORTER:  I'm so sorry, sir.  Could you
19    please stand.  Please raise your right hand.
20              (WILLY ISIDORE, GOVERNMENT'S WITNESS, WAS SWORN)
21              THE COURT REPORTER:  Please sit down.
22              Please get right behind that microphone and state your
23    full name for the record, spelling your last name.
24              THE WITNESS:  My name is Willy Isidore.
25              THE COURT REPORTER:  Can you spell that?
```

ISIDORE – DIRECT/GARCIA

1    THE WITNESS:  Willy, W-I-L-L-Y, Isidore, I-S-I-D, as

2    in "David, O-R-E.

3                          **DIRECT EXAMINATION**

4    BY MR. GARCIA:

5    Q.  Sir, what's your occupation?

6    A.  I'm self-employed.

7    Q.  And tell the members of the jury your self-employment.

8    A.  I'm a limo driver.

9    Q.  And how long have you been a limo driver?

10   A.  About eight years.

11   Q.  And do you own a limo service?

12   A.  Yes.

13   Q.  Tell the members of the jury about that.

14   A.  Okay.  Limo service, the company, it's Hope Taxi and Limo.

15   I have it since like eight years ago.  It's for me and my wife,

16   we have it together.  And I'm the primary driver.

17   Q.  Okay.  And what -- describe the vehicle you would have

18   driven in your business on -- back on March 30th of this year.

19   A.  Okay.  I was driving an SUV.  It's a Chevy Suburban, 2019.

20   Q.  Okay.  And what color is it?

21   A.  It's black.

22   Q.  And tell us how -- who do you provide limo service for

23   primarily?

24   A.  I provide service to all kind of people.  You call me, I do

25   the service.

ISIDORE – DIRECT/GARCIA

1   Q.  And do you provide limo service to people on the island of

2   Palm Beach?

3   A.  Yes.

4   Q.  And how -- if one is on Palm Beach and wants to hire you as

5   a limo driver, how does it normally work?

6   A.  They call me.

7   Q.  Okay.  And do you have a relationship with hotels on Palm

8   Beach?

9   A.  Yes.

10  Q.  Tell us how that works.

11  A.  Okay.  So if they guests, if they need to go out, so one of

12  the valet from the hotel, they call me.

13  Q.  Okay.  So I want to call your attention to March 29th of

14  this year.  Did you get a call from a hotel to pick up an

15  individual?

16  A.  Yes.

17  Q.  And what hotel was that?

18  A.  It was Colony hotel.

19  Q.  And that's located on the island of Palm Beach?

20  A.  Yes.

21  Q.  And so tell us about that.

22  A.  Okay.  One of the valet call me, they ask me to come to

23  pick up one lady.  She was going to Cafe Sapori, is a

24  restaurant not far --

25          THE COURT REPORTER:  I'm sorry.  Cafe?

ISIDORE – DIRECT/GARCIA

```
1            THE WITNESS:  S-A-F-O-R-I, Safori (sic).
2   BY MR. GARCIA:
3   Q.  Okay.  And what is that cafe?
4   A.  It's a restaurant.
5   Q.  Okay.  Is it located on Palm Beach?
6   A.  It's in West Palm Beach, on Southern Boulevard, right by
7   the bridge.  It's close to the town of Palm Beach.
8   Q.  Close to the town of Palm Beach?  Okay.
9            And then did you drive over to the Colony hotel?
10  A.  Yes.
11  Q.  And did you pick up a guest?
12  A.  Yes.
13  Q.  Tell us about that.
14  A.  Okay.  When I pick up the guest, I know I was supposed to
15  go to Cafe Safori (sic).  She get in the car.  When we start
16  driving, she tell me she need to go to Mar-a-Lago instead of
17  Cafe Safori.  I say okay, then we start driving.
18  Q.  And when she told you that she was wanting to go to
19  Mar-a-Lago, did she identify herself by name at all?
20  A.  No.
21  Q.  Okay.  Did -- you remember approximately what time on
22  March 29th you picked up the guest?
23  A.  Maybe around eight p.m.
24  Q.  Around eight p.m.?
25  A.  Because it was dark, yes.  Between seven, eight, something
```

70

ISIDORE - DIRECT/GARCIA

1  like that, yeah.

2  Q.  Okay.  And would the fare have been the same to go to

3  Cafe Sapori or to Mar-a-Lago?

4  A.  No, it depend, because at that time, the president was in

5  town.  So when he's in town, you cannot go straight from the

6  island, like you cannot follow A1A to go to -- by Mar-a-Lago.

7  So I have to go to West Palm Beach first, then take Southern

8  Bridge to come back inside.  So it become more.

9  Q.  Okay.  So for the folks that aren't familiar with, you

10  know, Palm Beach, the island of Palm Beach, the Colony hotel is

11  on Palm Beach, correct?

12  A.  Yes.

13  Q.  And the Mar-a-Lago Club is on the island of Palm Beach.

14  A.  Yes.

15  Q.  If the president wasn't in -- on Palm Beach, at Mar-a-Lago,

16  what route would you have taken?

17  A.  No, I just was gonna take A1A, because it's a shorter route

18  to just take you over there.  But when president is there, and

19  they always close this area, you cannot go through.  You have

20  to go out and get back in.

21  Q.  And when you say "closed," is it like that the roads are

22  blocked?

23  A.  Yes.

24  Q.  Okay.  So tell us the route that you take, then, to go to

25  Mar-a-Lago from the Colony.

ISIDORE - DIRECT/GARCIA

1   A.   From Colony, I take South County, straight like north, then

2   I make left in Royal Palm Way, and I cross the bridge, Royal

3   Palm Bridge, then I make a left in Flagler Drive, and Flagler

4   Drive I follow it all the way straight, and I make a left on

5   Southern Boulevard, is right by Mar-a-Lago when you cross the

6   bridge.  Take you to the president house place.

7   Q.   So is the island of Palm Beach separated by -- the City of

8   West Palm Beach by the Intracoastal causeway?

9   A.   Yes.

10  Q.   Okay.  And when you mention the bridge --

11  A.   Yes, yes.

12  Q.   -- it goes over the Intracoastal.

13  A.   Yes.

14  Q.   So then you mentioned you got on Southern Boulevard.  Does

15  the Mar-a-Lago club have access --

16  A.   Yeah, when you cross the bridge, you get right there, to

17  get back in the island, then Mar-a-Lago is right on your

18  left-hand side.

19  Q.   So once you're on Southern Boulevard, do you have to take

20  another bridge to go over --

21  A.   Yes, it was the only bridge, and you get back to the

22  island.

23  Q.   Okay.  So in this drive to -- from the Colony to the

24  Mar-a-Lago Club, did you talk to the person?

25  A.   No, she was more busy talking in the phone.  She just tell

ISIDORE - DIRECT/GARCIA

1   me she need to take some picture.  And I say, "It's dark, I

2   don't think your picture gonna come out good."  She say, "Yes,

3   it doesn't matter, still go," because she's coming back in the

4   morning.

5   Q.  So let's talk about Mar-a-Lago.

6         Have you taken other folks to Mar-a-Lago while the

7   president was at Mar-a-Lago?

8   A.  Yes, all the time I do that.

9   Q.  And are you familiar with the procedures to entering

10  Mar-a-Lago for guests?

11  A.  Yes.

12  Q.  Tell us about that.

13  A.  Okay.  If president is not around, you can just go straight

14  to Mar-a-Lago.  But when he's around, there is one parking lot

15  across the street, you have to go in the parking lot first.

16  Then you have to tell them where you going.  You have to show

17  your ID.  If you are invited to go inside or something, you

18  would just go like that.  And they have to search you, search

19  your car, do all kind of stuff before you get in.

20        You have to show -- if you have an appointment, you

21  can go inside when president is there.

22        THE COURT:  Do you know this -- excuse me -- do you

23  know this because it's happened to you --

24        THE WITNESS:  Because I go there all the time.

25        THE COURT:  Hold on.  Let me finish my question.

ISIDORE – DIRECT/GARCIA

1          THE WITNESS:  Yes.

2          THE COURT:  Do you know this because it's happened to

3  you or because others have told you about it?

4          THE WITNESS:  It's happened to me.

5          THE COURT:  Okay.  Go ahead.

6  BY MR. GARCIA:

7  Q.  So did you ask Zhang whether --

8          THE COURT:  I'm sorry, he has not identified anyone.

9          MR. GARCIA:  Correct.  You're right.  I apologize.

10  BY MR. GARCIA:

11  Q.  Did you ask the person you were taking whether she had an

12  invitation to go to Mar-a-Lago?

13  A.  Yes.

14  Q.  Tell us about that.

15  A.  No, she say she don't have any invitation.  I say, "So if

16  you don't have invitation, I cannot take you in."  She say -- I

17  say, "I cannot go inside, because you have to show ID.  They

18  gonna check my car, all kind of stuff, I cannot take you in."

19  Q.  And what, if anything, did she say?

20  A.  Then she say, Okay.  I say, You can't go in there.  She

21  gonna take picture, and she's coming back in the morning.  So

22  when I reach in front of the place, I just make a U-turn by Bed

23  Bath & Beyond, then we turn around and take her back to Colony.

24  Q.  Okay.  And when -- what -- do you know the nationality of

25  the person you were taking?

ISIDORE - DIRECT/GARCIA

1   A.   I don't know her nationality, but she was talking a foreign

2   language.

3   Q.   And did you recognize the foreign language at all?

4   A.   Just like Chinese language, Japanese or Chinese, yeah.

5        THE COURT:  Do you know what language it was?

6        THE WITNESS:  No.

7        THE COURT:  I'm going to strike that answer from the

8   record.  You're not permitted to consider a witness's

9   speculation.

10  BY MR. GARCIA:

11  Q.   When she was in the car and you guys were going to

12  Mar-a-Lago, did she speak on the phone?

13  A.   Yeah, she was on the phone most of the time, yes.

14  Q.   And was she speaking English or a foreign language?

15  A.   Foreign language.

16  Q.   So did the person ever identify herself to you by name?

17  A.   Yes.  The only time she identify herself is when she asked

18  me for the receipt.  I give her one of business card.  She said

19  she don't need this one; she need a voucher.  I say, "I don't

20  have any with me right now.  If you want, I can bring you one

21  in the morning."  She say okay.  So I say, "You have to give me

22  your phone number."  She give me her name, she say her name was

23  Veronica, and she gave me her phone number.

24  Q.   Is that Veronica?

25  A.   Yes.

ISIDORE – DIRECT/GARCIA

1   Q.  Okay.  So let's talk about -- let's go back and talk about

2   the -- when you took her to Mar-a-Lago.

3        You indicated that she didn't have -- she told you she

4   didn't have an invitation.  So you couldn't take her inside the

5   secure area.  So where did you take her?

6   A.  No.  So when I reach by the parking lot, I suppose to make

7   a right to go inside to the security.  But since she don't have

8   any appointment, I tell her I cannot go.

9        So there's another place right across the street, so I

10  just make one U-turn right there and follow the road and take

11  her back to Mar-a-Lago *(sic)*.  But I was thinking she still

12  want to go to the restaurant, but she said no, take her back to

13  the hotel.

14  Q.  I'm going to show you what's in evidence as

15  Government's 1-1.  Do you recognize 1-1?

16  A.  Yes.

17  Q.  And what is that?

18  A.  1-1, you talking about like the area where we supposed -- I

19  supposed to take her?

20  Q.  Yes.  What is this area here?

21  A.  Okay.  This area is like a -- when you get in, that's where

22  I'm supposed to go through the security to go inside.

23        *(Discussion had off the record between government*

24  *counsel and defendant)*

25

ISIDORE – DIRECT/GARCIA

1  BY MR. GARCIA:

2  Q.  I'm going to show you what's marked for identification as

3  Government's 2.  If you could please take a look at it and tell

4  us if you recognize it.

5          (Government's Exhibit Number 2 marked for

6  identification)

7  A.  Yes.

8  Q.  And does Government's 2 depict Mar-a-Lago and the area that

9  you drove Veronica to?

10  A.  Yes.

11          MR. GARCIA:  We offer Government's 2.

12          THE COURT:  Any objection?

13          THE DEFENDANT:  (In English) No.  Thank you.

14          THE COURT:  Without objection, two will be admitted.

15          (Government's Exhibit Number 2 admitted into evidence)

16  BY MR. GARCIA:

17  Q.  Okay.  I've placed Government's 2 on the screen.  Can you

18  see it?

19  A.  (No response)

20  Q.  You spoke about Southern Boulevard.  Is it depicted in

21  Government's 2 here?

22  A.  When you get inside?

23  Q.  Yes.

24  A.  When you make the left and come inside, you get to it.

25  Q.  And you can point, you can point to it and draw a line, if

ISIDORE - DIRECT/GARCIA

1   you can see Southern Boulevard there.

2           THE COURT:  Mr. Isidore, you can use your finger to

3   touch the screen, and we can all see what you've touched.

4   A.  Okay.  This is Mar-a-Lago here, and this is Southern

5   Boulevard.  When you come off the bridge, if I make the left --

6   I was coming from Flagler.  So when I make the left from

7   Flagler, I was like north of Flagler, I make the left, it take

8   me to Mar-a-Lago.  But at that time, the road was closed, a lot

9   of cone was in the area.

10  Q.  And what is this here *(indicating)*?

11  A.  Where?  Here?  Right here?

12  Q.  What is the black there?

13  A.  The black, yeah, that's supposed to be like the --

14  Q.  Intracoastal?

15  A.  -- Intracoastal, the water, yes, the waterway.

16  Q.  And you mentioned that there's a bridge that crosses.  Is

17  this the bridge *(indicating)*?

18  A.  Yes.

19  Q.  So when you cross the bridge, you're going this way?

20  A.  Yes.

21  Q.  And you mentioned that there's a -- you know, this

22  Government's 1-1 was the security area if you were going to

23  enter Mar-a-Lago.

24          Is this the area here -- oops -- is this the area

25  here *(indicating)*?

ISIDORE – DIRECT/GARCIA

1  A.  Yes.

2  Q.  Okay.  So when you drove Veronica to here, did you enter

3  this area here *(indicating)*?

4  A.  No.

5  Q.  And why was that?

6  A.  No, because she say she don't have appointment, and she

7  don't have no ID to show, so I cannot take her inside.

8  Q.  Okay.  So then where do you go?

9  A.  Okay.  There's another place across the street they call

10  Bath & Tennis Club.  So I don't go inside, just go in the

11  driveway of Bath & Tennis Club.  Then I bor -- leave here is

12  back and take the similar route to go outside to leave the

13  island.

14  Q.  Is this the Bath & Tennis Club you're talking about?

15  A.  Yes.

16  Q.  Okay.  So then you went through here and turned

17  around *(indicating)* --

18  A.  I just go -- I don't go all the way in.  I just go forward

19  a little bit, reverse, and go back.

20  Q.  Okay.  So you just went in a little bit.

21  A.  Yes.

22  Q.  And then just went back the other way *(indicating)*?

23  A.  Yes.

24  Q.  Okay.  And cross --

25  A.  Go back the same way I come in.

ISIDORE – DIRECT/GARCIA

1  Q.  And cross the bridge there *(indicating)*.

2  A.  Yes.

3  Q.  Okay.  And then where do you go then?

4  A.  Okay.  So I thought she still was going to the restaurant,

5  but she said to take her back to Colony hotel.  I take her back

6  to the hotel.

7  Q.  Now, you mentioned Veronica wanted a receipt, and you

8  didn't have a receipt there to give her.

9  A.  No, I just give her one business card, like she can use it

10  for a receipt also.  But she say, no, she want a voucher,

11  something like to explain exactly where she go, like what kind

12  of driving I do with her.  And I tell her, okay, I'm gonna

13  bring her one in the morning.

14  Q.  Okay.  So tell us about that, the next day, March 30th.

15  A.  Okay.  The next day, I go home, I make the receipt for her.

16  The next day I make the receipt in the computer so when I go

17  back in the island, I call her, I ask her she still need the

18  receipt.  She say yes.  I say, Okay, I'm gonna meet her like in

19  five minutes.

20        So at that time, I was by the Breakers Hotel.  So I

21  drove to Colony.  When I reach in front of Colony, I park in

22  front of the thing, thinking she gonna come down in

23  five minutes.

24        Then after, I see she come down, she was talking to

25  the valet.  But I was parking right there.  Maybe she don't

ISIDORE – DIRECT/GARCIA

1   know if it was me.

2          Then she take her phone, she call me to tell me if I'm

3   coming.

4          And I say, Yes, I'm here.  Then she come to me, and I

5   give her the receipt, and I left.

6   Q.  So did you take her anywhere on March 30th?

7   A.  No.

8   Q.  The person that you interacted with, this Veronica, do you

9   think you could -- you would recognize her if you saw her

10  again?

11  A.  Okay.  The night, she was in the back of the car.  I don't

12  recognize her.  But when I go in the morning, it was daytime,

13  she was talking to the valet when she know me, yes.

14  Q.  And do you recognize her here?

15  A.  Maybe.  I'm not sure.

16  Q.  Okay.

17          MR. GARCIA:  Tender the witness.

18          THE COURT:  Cross-examination?

19          THE DEFENDANT:  No questions.  Thank you.

20          THE COURT:  Mr. Isidore, you are excused.  Thank you

21  very much.

22          THE WITNESS:  Thank you.

23          *(Witness excused)*

24          THE COURT:  Please call your next witness.

25          MR. GARCIA:  That's gonna be Paul Patenaude, Jr.

PATENAUDE - DIRECT/SHERWIN

1           THE COURT REPORTER:  Remain standing.  Raise your

2    right hand.

3        *(PAUL PATENAUDE, JR., GOVERNMENT'S WITNESS, WAS SWORN)*

4           THE COURT REPORTER:  Please sit down.

5           Get right behind that microphone, state your full name

6    for the record, spelling your last name.

7           THE WITNESS:  Paul Roger Patenaude, Jr.

8           THE COURT:  Proceed.

9           MR. SHERWIN:  All right.  Thank you, Your Honor.

10                        **DIRECT EXAMINATION**

11   BY MR. SHERWIN:

12   Q.  All right.  Mr. Patenaude, can you please state who you

13   work for?

14   A.  I am a special agent with the United States Secret Service.

15   Q.  Okay.  And how long have you been working with the Secret

16   Service?

17   A.  Just over 21 years, sir.

18   Q.  Where are you currently stationed?

19   A.  I'm stationed in Dallas, Texas.

20   Q.  Okay.  And can you give the jury a general understanding of

21   the type of work you do with the United States Secret Service?

22   A.  Well, I'm a special agent with the Secret Service, and I'm

23   in what we would call phase 3 of my career.  So what I do now

24   is, I have investigative duties probably 75 percent of the

25   time, and then about 25 percent of the time I have to travel

PATENAUDE - DIRECT/SHERWIN

1  and do what we call post-standing assignments, which is what I

2  was doing in relation to this case.

3  Q.  Okay.  And as related to this case, are you familiar with a

4  woman named Ms. Zhang?

5  A.  I mean yes and no.  I understand that she's the person that

6  came up to my checkpoint and was screened to enter the club,

7  yes.

8  Q.  And do you see that woman here today, sir?

9  A.  She's right over there.

10  Q.  Okay.  What's she wearing?  What's the color of her blouse?

11  A.  I can't see it from here.

12  Q.  If you could stand up or perhaps --

13  A.  I'm not even sure what you'd call that color.  Looks kind

14  of like a reddish pinkish, very attractive.

15        THE COURT:  You are no artist, sir.

16        THE WITNESS:  That's correct.

17        (Laughter)

18        THE COURT:  I guess I'll let the record reflect that

19  the color-blind witness has identified the defendant.

20        MR. SHERWIN:  All right.  Thank you, Judge.

21  BY MR. SHERWIN:

22  Q.  All right.  Mr. Patenaude, I'm going to show you Government

23  Exhibit 2 that's already been entered into evidence, and I'm

24  going to ask you a few questions.

25        And in response to these questions, sir, I think

PATENAUDE – DIRECT/SHERWIN

1   there's a touch screen that will be able to mark what we state

2   in response to this.

3           So let's start with the first question.  Are you

4   familiar with what this is a map of?

5   A.  Yes.  This is a map of the Mar-a-Lago Club.

6   Q.  Okay.  And on March 30th of this year were you on duty,

7   sir?

8   A.  I was on duty on March 30th, yes.

9   Q.  Okay.  And what time did your duty day start?

10  A.  I'm not -- I think we started at seven, 7 to 3?

11  Q.  Okay.

12  A.  It could have been 6 to 2.

13  Q.  Okay.  And on that day were there multiple agents assigned

14  to protective duty at Mar-a-Lago on the 30th?

15  A.  Well, I mean there were many agents all around the

16  property, yes.

17  Q.  Yes.  You weren't the only one, correct?

18  A.  Correct.

19  Q.  Okay.  Were there multiple checkpoints around Mar-a-Lago at

20  that time, sir?

21  A.  Yes, there were.

22  Q.  Okay.  On the map, sir, if possible, can you point out for

23  the ladies and gentlemen of the jury, where were you stationed

24  on your duties for that day, on the 30th?

25  A.  So if I touch this, I guess it's gonna show up?

PATENAUDE - DIRECT/SHERWIN

1          Right about there (indicating).

2     Q.  Okay.  And were you on duty with any other agents at that

3     checkpoint?

4     A.  There were no other agents with me at that checkpoint, but

5     there were three uniformed division officers from the Secret

6     Service.  One of them was running the x-ray machine, and two of

7     them were manning the walk-through magnetometer.

8     Q.  Okay.  And that's a good point, so let's talk about that.

9          So the first question I have for you, sir, is:  What

10    is the purpose of that checkpoint?  What was your marching

11    orders?  What were you supposed to do?

12    A.  So my post is there as a general observation, to make sure

13    that the screening is conducted thoroughly, properly, and then

14    also to back up the officers that are doing that screening.

15         Anybody that wants to come through that checkpoint and

16    enter the club that is not a known individual, like another

17    Secret Service member or the president's -- or guest or staff,

18    would have to be screened, and I have to make sure that that

19    happens.

20    Q.  All right.  I'm going to hand you, sir, two marked exhibits

21    that are not in evidence yet, and I'm going to ask you a few

22    questions about these.  And please do not put them on your

23    overhead.

24    BY MR. SHERWIN:

25    Q.  So that first photo, sir, are you familiar with that first

PATENAUDE - DIRECT/SHERWIN

1   photo?

2           *(Government's Exhibit Number 1-4 marked for*

3   *identification)*

4   A.  Yes, I am.  This is a photo of my checkpoint.

5   Q.  Okay.  And is this an accurate depiction of how that

6   checkpoint looked when you were on duty on March 30th of this

7   year?

8   A.  Yes, it is.

9   Q.  Okay.  And the second photo, sir, I believe that is 1-5?

10          *(Government's Exhibit Number 1-5 marked for*

11  *identification)*

12          THE COURT:  Was the first one 1-4?

13          MR. SHERWIN:  Yes, Your Honor.

14  A.  Okay.  And 1-5 is just kind of a close-up of the same --

15  same checkpoint.

16  Q.  And that's a fair and accurate depiction of how that

17  checkpoint looked on the 30th of March?

18  A.  Yes, it is.

19  Q.  Okay.

20          MR. SHERWIN:  Permission to approach, Your Honor?

21          THE COURT:  Have you shown these to Ms. Zhang?

22          MR. SHERWIN:  They were in discovery, but I'll show it

23  to her before publishing, Your Honor.

24          THE COURT:  Go ahead.

25          *(Pause)*

PATENAUDE - DIRECT/SHERWIN

 1          THE COURT:  Any objection to either exhibit,

 2   Ms. Zhang?

 3          THE DEFENDANT:  *(In English)* I don't remember what it

 4   is.

 5          THE COURT:  He just testified it was his checkpoint

 6   that day.  But the question is whether you have any objection.

 7          THE DEFENDANT:  *(In English)* I don't know.  Maybe.

 8   Yeah.

 9          THE COURT:  What's your objection?

10          THE DEFENDANT:  *(In English)* I cannot remember.

11          THE COURT:  Why don't you come sidebar.

12          *(The following proceedings were had at sidebar out of*

13   *the hearing of the jury)*

14          THE COURT:  Let me see the photo.

15          MR. SHERWIN:  Yes.

16          THE COURT:  So this is what you're saying is

17   checkpoint 2?

18          MR. SHERWIN:  That's correct.

19          THE COURT:  So what they're saying is that this is the

20   second checkpoint that you went to.  The first one was the

21   parking lot where we heard from the lady, and the second one is

22   this one where you were with the gentleman.  But the question

23   is:  Do you have any objection under the rules of evidence?

24          THE DEFENDANT:  I don't remember at all about this

25   place.

PATENAUDE – DIRECT/SHERWIN

1           THE COURT:  Okay.  Well, we'll have to hear --

2           THE DEFENDANT:  *(In English)* What I mean is I cannot

3   recognize it.

4           THE COURT:  Understood.  Well, the witness has said

5   that you were there, and we're going to hear from him.  If at

6   some point you want to ask him questions about that, you're

7   welcome to do it.  But I'm gonna allow it in, because he's

8   testified that this is the place where you came to.

9           THE DEFENDANT:  *(In English)* No.

10          THE DEFENDANT:  So if I cannot recognize the place

11  that show on the picture, I can still ask the witness question?

12          THE COURT:  Of course.

13          THE DEFENDANT:  Is that a problem?

14          THE COURT:  Of course.

15          THE DEFENDANT:  So, Your Honor, can I ask this

16  question that like I cannot recognize this place?

17          THE COURT:  You may if you want.

18          THE DEFENDANT:  *(In English)* Is this a question I can

19  ask?  I mean....

20          THE COURT:  I'm not sure that that is a question,

21  because that's... if you wanted, at the end of -- towards the

22  later part of the trial, you could testify and tell the jurors

23  that, but we'll get into that later.

24          All right.  Let's get back.

25          THE DEFENDANT:  So you mean that I don't have to ask

PATENAUDE - DIRECT/SHERWIN

1   him a question now, but later on in the trial, I can tell the

2   jury that I don't recognize this place?  Is that right?

3          THE COURT:  That's not -- what I'm saying is, you can

4   ask him questions if you want to.  You don't have to ask him

5   any questions if you don't want to.  And yes, later in the

6   case, you'll have the opportunity to decide whether to testify

7   or not to testify.  If you do testify, you could say you don't

8   recognize this place.

9          THE DEFENDANT:  *(In English)* Okay, okay.

10         THE COURT:  If you don't testify, you're not allowed

11  to say that, because that won't be in evidence.

12         THE DEFENDANT:  *(In English)* Okay.

13         THE COURT:  Okay?

14         THE DEFENDANT:  *(In English)* Okay.  Thank you.

15         *(The foregoing proceedings were had at sidebar out of*

16  *the hearing of the jury)*

17         THE COURT:  I'm going to overrule the defendant's

18  objection and 1-4 and 1-5 will be admitted.

19         *(Government's Exhibit Numbers 1-4 and 1-5 admitted*

20  *into evidence)*

21         MR. SHERWIN:  Thank you, your Honor.

22         Permission to publish?

23         THE COURT:  You may.

24         MR. SHERWIN:  Thank you.

25

PATENAUDE - DIRECT/SHERWIN

1  BY MR. SHERWIN:

2  Q.  So for recall, sir, so this is the checkpoint you were at

3  and manning on 3-30-2019?

4  A.  Yes, that's correct.

5  Q.  Okay.  And that's the checkpoint you were manning when the

6  defendant approached?

7  A.  That's correct.

8  Q.  Okay.  Now, let's look at the exhibits.

9          1-4, what is this again, sir?

10  A.  This is the checkpoint that I was manning.

11  Q.  Okay.  What is this item here *(indicating)*?

12  A.  What you're looking at there is the walk-through

13  magnetometer that -- that's what it looks like your pencil's

14  pointing at there.

15  Q.  And what do we have here *(indicating)*?

16  A.  Here we have a posted restricted access sign.  And then

17  there's another one back behind it further back.

18  Q.  Right there *(indicating)*?

19  A.  Yes, sir.

20  Q.  Okay.  I'm now going to show you Government's Exhibit 1-5.

21          Is this also another angle of that checkpoint you were

22  manning, sir?

23  A.  Yes, it is.

24  Q.  And is that the same signage that we just saw on

25  Government's Exhibit 1-4?

PATENAUDE - DIRECT/SHERWIN

1  A.  Correct.  It's just the second sign is further back.

2  There's two of them there.

3  Q.  I'm showing you another exhibit that's already been entered

4  into evidence, Government's Exhibit 1-2.

5       Is this the same sign that we've already looked at,

6  sir, from your checkpoint, but just a blown-up or larger,

7  clearer version?

8  A.  Yeah, yes, it is.

9  Q.  Okay.  Having talked about these signs, could you please

10 tell the ladies and gentlemen of the jury how you first

11 encountered or interacted with the defendant on that afternoon?

12 A.  Sure.  Can you put up the overhead of the club?

13 Q.  And then you could --

14 A.  Yeah.  So I was posted right here *(indicating)*.  And when I

15 first observed the defendant, she was being driven up from this

16 lower parking lot in a six-person golf cart driven by the head

17 valet manager.

18      She was in the second row.  She appeared to have --

19 well, she did have her phone up and appeared to be filming as

20 she was coming up the drive, which was sufficiently abnormal,

21 so that I took notice of her right away.

22      When the cart stopped, right where the line stops

23 there, she put that phone down or away, and then she had a

24 short conversation with the valet who drove her up.  She

25 appeared a little bit confused.

PATENAUDE - DIRECT/SHERWIN

1    Q.  Can I pause?  I just want to parse some of this out.

2           THE COURT:  And let me just say for the record that

3    we're now looking at Exhibit Number 2.

4           MR. SHERWIN:  Yes, Your Honor.  Thank you.

5           THE COURT:  Go ahead.

6    BY MR. SHERWIN:

7    Q.  So let's parse some of that out.  I want to make sure --

8    yes, the judge has a better memory than I do.

9           Okay.  Let's parse some of that out related to her

10   encountering or coming towards your checkpoint in this golf

11   cart.

12          You said that it appeared that she was filming as she

13   was coming towards you?

14   A.  She had a cell phone in her hand, and she had it up, and

15   she was moving it around, so either filming the area or doing a

16   selfie, I don't know, but it appeared that it was being used to

17   film something.

18   Q.  Now, you used the word "abnormal."  Is it abnormal because

19   are there protocols related to allowing to film on property?

20   A.  I don't know about any Mar-a-Lago protocols.  I couldn't

21   tell you.

22   Q.  Yes.

23   A.  It's just -- the reason it was abnormal is because she's

24   the only person all weekend that did that.

25   Q.  Okay.  Now, as she appeared towards you, you mentioned that

PATENAUDE - DIRECT/SHERWIN

1   you heard conversation.  Please tell us about that.  What

2   language was that in, and how close were you to this

3   conversation?

4   A.  I was approximately, uhm, 30 -- 30 feet away, so I couldn't

5   make out the distinct words being spoken.  It did sound like it

6   was a conversation in English.

7   Q.  Okay.

8   A.  And it appeared she was -- they were having a conversation.

9   She -- it seemed like she wasn't sure where she needed to go,

10  and he was pointing her towards my checkpoint and then the

11  lobby.

12  Q.  Okay.  Did it appear that she understood, though, what was

13  being discussed?

14  A.  Yes.  It appeared that she did.

15       THE COURT:  Don't guess.  If you're guessing, don't

16  guess.

17  A.  I have no idea what she understood.

18  Q.  Okay.  Then I'll rephrase that question.

19       Was this conversation in English?

20  A.  It was in English.

21  Q.  And was the defendant responding in English to this other

22  gentleman?

23  A.  I didn't overhear the exact words spoken, but she was

24  responding, and he understood what she was saying, so....

25  Q.  I'll say the question again.  I apologize.

PATENAUDE - DIRECT/SHERWIN

1          Was the defendant responding in English to what was

2    being said to her?  Or was it a foreign language where she's

3    speaking --

4    A.  It was not a foreign language.  I couldn't -- I wasn't

5    close enough to make out the exact words being spoken.

6    Q.  Okay.  Okay.

7          Let's talk about now approaching your checkpoint.

8    A.  Can we put up the other one first?

9    Q.  Which is a more accurate depiction?  Is this?

10   A.  Well, this one just shows the whole checkpoint.

11         THE COURT:  Hold on.  We got to look at which exhibit

12   we're talking about now.  This is 1-4?

13         MR. SHERWIN:  Yes.

14   BY MR. SHERWIN:

15   Q.  Is this the one you would like to discuss, sir?

16   A.  Yes, sir.

17   Q.  Okay.  Please.

18   A.  Okay.  So, anyway, if you look at this checkpoint, I would

19   have been standing off to the left by that second sign, back

20   here *(indicating)*.

21   Q.  Can you -- you need a marker, sir?

22   A.  Right here.  I would have been standing there *(indicating)*.

23         And typically when you come up to a checkpoint like

24   this, you come at it from the end where you need to start.  So

25   most every checkpoint I've ever seen, you would be coming at it

PATENAUDE - DIRECT/SHERWIN

1   from the end.  It's intuitive.  You know where to start.  With

2   this checkpoint, you're coming at it more on a 90-degree angle,

3   more from the side.  So some people are confused whether they

4   need to go to the left to start or to the right to start.  And

5   she was one of those people.

6           So I waived her over and called and said, "Come over

7   this way, ma'am" *(indicating)* so she would know to come to the

8   left.

9   Q.  Okay.  Did you --

10  A.  The one thing that stands out about which side you need to

11  go to is on the left side are the plastic bins that you put all

12  your stuff in to go through the checkpoint.  So she was -- she

13  was confused about where to go.  And I guess I should back up,

14  because before she even got to me, after she had her short

15  conversation with the valet, she stopped in front of this first

16  sign.

17  Q.  This sign, sir *(indicating)*?

18  A.  This first one right here *(indicating)*.

19  Q.  Okay.

20  A.  Maybe five feet away.  And she stood there for

21  approximately 20 seconds.

22  Q.  Was that odd or no?

23  A.  No one else stopped in front of the sign all weekend, but

24  she stopped in front of it and appeared to be reading it,

25  because her eyes were -- her head was directed down at the

PATENAUDE - DIRECT/SHERWIN

1    sign.  And it was so long that it was -- I wondered if she was

2    ever going to come over.

3    Q.  Now, after she was staring at the sign for this

4    approximately 20 seconds, is that when you told her to come

5    over here?

6    A.  Well, again, after she moved around the sign, she still

7    wasn't sure if she needed to go left or right, and I motioned

8    her over and called for her to come to where I was on the -- on

9    her left side.

10   Q.  Okay.  Did you speak English to her?

11   A.  I spoke English, sure.

12   Q.  Did she comply?

13   A.  She did comply.

14   Q.  What happened next, sir?

15   A.  She came up.  She had a large electronic device, a computer

16   or -- at the time, I thought it was actually some kind of an

17   iPad or something, but it -- subsequently found out it was a

18   computer.  And I could see that that was poking out of the top

19   of the bag, so I asked her to remove that and place it in one

20   bin and then put her bag in a separate bin to go through the

21   x-ray machine.  She never really talked back to me, but she did

22   comply.  And then we asked her to walk through the

23   magnetometer; she did.  And I noticed that after she walked

24   through, she was secondarily screened by the UD officer with

25   the hand wand, which would tell me that for some reason the

PATENAUDE - DIRECT/SHERWIN

1   machine -- you know, she didn't pass the machine screen.  So

2   about half the people have to be hand wanded after they walk

3   through.

4   Q.  Okay.  When -- could we go back?  So the device that you

5   saw that went through the security screen was this laptop,

6   correct?

7   A.  Yes.

8   Q.  She didn't have to empty out her bag?

9   A.  No, she didn't empty out her bag.

10          No, we just -- the one big thing that we noticed, I

11  asked her to place that separately in a bin.  That was the only

12  thing that came out of the bag.

13  Q.  Got it.  And just for recall purposes, back to this

14  filming, did it appear she was filming with a camera or a phone

15  or an iPhone?  What's your best recollection as to what you

16  believe she was filming this visit with?

17  A.  It appeared to be a phone.  I couldn't say if it was an

18  Android or an iPhone, but it appeared to be a cell phone.

19  Q.  Very good.

20          And the final question, sir.  What was her general

21  disposition during this time when you interacted with her?

22  A.  She was calm and poised.  She was well dressed.  She

23  didn't -- we didn't really have a conversation.

24  Q.  Understood.  Understood.

25  A.  And at first, she seemed confused about which way to go.

1    Q.  Okay.  Did she ask about where the pool was at any point,

2    sir?

3    A.  No.

4    Q.  All right.

5            MS. FRIEDMAN:  No further questions, Your Honor.

6            THE COURT:  Thank you, sir.

7            Ms. Zhang, any cross-examination?

8            THE DEFENDANT:  *(In English)* No question.  Thank you.

9            THE COURT:  Sir, thank you very much.  You may be

10   excused.

11           *(Witness excused)*

12           MR. SHERWIN:  Sir, the next witness for the government

13   is a civilian witness that worked at Mar-a-Lago that flew in

14   from out of town.  Her testimony is probably going to be a good

15   30 to 45 minutes.  If it's okay with Your Honor, we would like

16   to start with her tomorrow morning, if that's okay.

17           THE COURT:  Well, it is 5:30, and I was going to let

18   everyone go home anyway.  And I will note that we're one minute

19   early, so it's worked out quite well.  So I'm sorry to have

20   plied you with Cuban coffee just 30 minutes before I send you

21   home.  I don't want to hear about any road rage incidents with

22   you all.

23           Folks, that concludes the first day of the trial.  I

24   think we made a lot of progress today.  Now's where the very

25   hard part will begin for you all, because you're going to go

1    home and folks are going to want to talk to you about your day.

2    And they're going to know that today you weren't photocopying,

3    and you weren't faxing, like you usually are.  Today you were a

4    juror.  And, again, I admonish you -- it is so important for

5    the fairness of our process -- that just for another couple of

6    days, you not speak with anyone or allow anyone to speak with

7    you about the case, that you not conduct any research about the

8    case, or the lawyers, or the parties online or elsewhere, and

9    that you not communicate at all about the case online or in

10   social media of any kind.

11           I'll tell you, this case, as some of you know, has

12   been widely reported.  Today's events will be reported.

13   Please, just wait until the trial is over, and at that point,

14   you can lock yourself in a room and read all the articles that

15   you want.  Just a couple more days.

16           All right.  So we'll begin tomorrow at 9:30, but

17   because it's south Florida, I'm going to ask you to be here at

18   9:00, just to give you all some leeway between 9:00 and 9:30.

19   The parties and I will try to get all legal issues out of the

20   way before you get here so that we can begin promptly at 9:30.

21           Have a good night.

22           COURTROOM SECURITY OFFICER:  All rise.

23           *(The jury exited the courtroom)*

24           THE COURT:  Please be seated.

25           Any issues from the government before we break for the

1   day?

2          MR. GARCIA:  No, your Honor.

3          THE COURT:  Ms. Zhang, any issues from you before we

4   break for the day?

5          THE DEFENDANT:  *(In English)* Sorry, wait a moment.

6   Any issues brief today?

7          THE COURT:  Any issues you'd like to bring to my

8   attention before we break for the day and start again tomorrow?

9          THE DEFENDANT:  *(In English)* Not yet.  Thank you.

10         THE COURT:  Okay.  Ms. Zhang, would you like to take

11   the opportunity to meet with Ms. Militello tonight to talk

12   about strategy for tomorrow?

13         THE DEFENDANT:  *(In English)* May -- may I talk --

14         THE COURT:  Go ahead and talk to her.

15         THE DEFENDANT:  *(In English)* Talk right now just a

16   little bit for the arrangement?

17         THE COURT:  You may, of course.

18         THE DEFENDANT:  *(In English)* Okay. Just say -- yeah.

19   I don't know.

20          *(Discussion had off the record between counsel and*

21   *client)*

22         THE COURT:  Yes, ma'am.

23         THE DEFENDANT:  *(In English)* Excuse me.  May I ask the

24   agender *(sic)*?  Agender.

25         THE COURT:  Oh, what's the agenda?

1          THE DEFENDANT:  *(In English)* Yes.

2          THE COURT:  Tomorrow we're going to get started -- it

3     looks like the government has finished with the first three of

4     its witnesses, and there are six remaining.

5          Are all six going to testify, Mr. Garcia?

6          MR. GARCIA:  Yes, sir.

7          THE COURT:  So you've got six witnesses remaining.

8     And you have a copy of the witness list so you can look at it

9     and see who they are.  And then you also have in that folder

10    that you've been provided -- on the one folder, you've got all

11    the exhibits the government's intending to introduce, and then

12    in the other folder, you have all of the previous statements

13    for each of the witnesses who's going to be testifying.

14         So with each witness, it will go very much the way

15    it's gone thus far.  The witness will testify on direct with

16    the government.  You will have an opportunity to cross-examine,

17    if you wish.  If you don't cross-examine, the witness is

18    excused.  If you do cross-examine with even one question, the

19    government has an opportunity to redirect the witness with

20    additional questions.

21         When all of that is done and the government rests its

22    case, then it will come to you -- and, of course, we'll do this

23    outside of the presence of the jury -- it will come to you to

24    decide whether you're going to put on any evidence or not,

25    including whether you're going to testify or not.  You'll make

1   that decision.

2          If you do call witnesses, including yourself, it will

3   go the same way.  You'll ask questions of the witness first,

4   the government will cross-examine.  And then when you're done

5   with your witnesses, all of the evidence will be in.

6          We'll discuss the jury instructions, which have been

7   filed, and you have a copy of them.  And I strongly urge you to

8   go over those jury instructions with Ms. Militello, because

9   that is a -- if you thought jury selection was hard, that's

10  even more complicated.  They use all kinds of very technical

11  words to describe certain important concepts for the jury, and

12  that is the legal instruction that the jury will take back with

13  them into the jury room.

14         You really need Ms. Militello to help you with the

15  jury instructions.  And after we've agreed on what the jury

16  instructions are, I'm going to give the jury their

17  instructions, just like I did this morning.  I'm going to read

18  them to them, and I'm also going to give them a hard copy.

19         And then the parties will do their closing arguments.

20  The government goes first with closing argument, just as with

21  opening statement, you go second, and then unlike with opening

22  statement, the government gets to go last because it's their

23  burden.  So they go first and last and you go in between.

24         Of course, if you decide to make no closing argument,

25  they don't get to go and have a second closing argument.

1       And then at that point, we let the jurors go back to

2   the deliberation room to begin their deliberations.

3       Do you want an opportunity to meet with Ms. Militello

4   tonight?

5       THE DEFENDANT:  *(In English)* Sorry, may I have one

6   more question before I answer your question?

7       THE COURT:  Sure.

8       THE DEFENDANT:  *(In English)* Where can I review these

9   here?  I mean here.  I would rather be, you know, here to

10  review all of this, and I don't want to turn it back to other

11  places, would you recommend it or -- yeah?

12      THE COURT:  Well, you can't remain here in the

13  courtroom, because we're going to lock the courtroom up, and

14  everybody's going to go home.  So you can take all of that back

15  to your cell and review it in your cell.

16      THE DEFENDANT:  *(In English)* I don't think this is

17  good --

18      THE COURT:  Or depending on how long it's going to be

19  before the marshals send you back, you may have some time to

20  review it here in the holding cell outside of the courtroom.

21  If you want to do that with Ms. Militello, I would strongly

22  recommend that you do that.  And you all can meet today, now,

23  in there and go over the documents.

24      THE DEFENDANT:  *(In English)* And if -- after I go over

25  the documents, where should I put it -- where I should put --

1  this is a big question.

2          THE COURT:  Where should you put it?

3          THE DEFENDANT:  *(In English)* Should I take it away or

4  leave it here?

5          THE COURT:  I think you should take it with you.

6          THE DEFENDANT:  Or giving it back?

7          THE COURT:  No, no, it's yours.

8          THE DEFENDANT:  *(In English)* It's mine?

9          THE COURT:  It's yours.  So you take it back to the

10 cell with you, and you can study it all night, if you want, or

11 you can leave it with Ms. Militello, and she can hold on to it

12 for you -- ma'am, ma'am.

13         THE DEFENDANT:  *(In English)* I don't know, because --

14 yeah.

15         THE COURT:  So that's up to you.  I would recommend

16 that you take it with you and look at it tonight.  But that's

17 just me.  If you'd rather not do that, you can leave it with

18 Ms. Militello, and she'll bring it back to you tomorrow.

19         THE DEFENDANT:  *(In English)* No.

20         THE COURT:  Okay.

21         THE DEFENDANT:  *(In English)* Or leave it here?  Can I

22 leave it her office here?  But they are going to be -- you

23 know, go off, right?

24         THE COURT:  You want to leave it on that table?

25         THE DEFENDANT:  *(In English)* Yeah.

1    THE COURT:  You mean those two folders that the

2  government gave you?

3    THE DEFENDANT:  *(In English)* Yes.  I don't think it's

4  a good idea to leave it in -- back to -- back to the, you know,

5  the unit.

6    THE COURT:  Okay.  Well, then you're welcome to leave

7  it here in the courtroom.  I don't know if the government's

8  leaving any evidence behind.

9    MR. GARCIA:  No, Your Honor, we're taking our stuff.

10    THE COURT:  We are going to lock the courtroom, so you

11  can leave it right there in front of your chair.  Okay?

12    THE DEFENDANT:  *(In English)* So I'm going to leave

13  here?

14    THE COURT:  Well, I suggest that you meet with

15  Ms. Militello back in the holding cell and discuss those

16  documents with her.  If you choose not to do that, as you've

17  chosen not to do, you can do whatever you want.  You can either

18  leave them there, or you can bring them back to the jail with

19  you.  That's entirely up to you.

20    THE DEFENDANT:  *(In English)* Okay.

21    THE COURT:  All right.

22    THE DEFENDANT:  *(In English)* Thank you.  Thank you for

23  all of your time.

24    THE COURT:  I just want to let the parties know that

25  I've reviewed the jury instructions.  I think probably given

1    the pace of things, we're likely going to finish tomorrow.

2    Does the government agree with that?

3         MR. GARCIA:  Yes, sir.

4         THE COURT:  So probably we should be ready to have a

5    charge conference at lunchtime so that in case closing

6    arguments do happen after lunch, those instructions are ready.

7         My practice is generally to instruct the jury before

8    closing arguments so that they have the instructions when you

9    all give your closing arguments.  If either side strongly feels

10   that I should do it after, you can let me know.

11        MR. GARCIA:  Before is fine, Judge.

12        THE COURT:  All right.  Thank you all very much.

13   We'll see you tomorrow.

14        THE DEFENDANT:  *(In English)* Thank you.

15        COURTROOM SECURITY OFFICER:  All rise.

16        *(The Judge exited the courtroom)*

17        *(Proceedings concluded at 5:40 p.m.)*

18                     -   -   -   -   -

19                          **INDEX**

20   **OPENING STATEMENT**                          **PAGE**

21   By Mr. Sherwin                                 20

22   By Ms. Zhang                                   47

23                     -   -   -   -   -

24

25

**INDEX OF WITNESSES**

| GOVERNMENT'S WITNESS | PAGE |
|---|---|

**Krystle Kerr**
Direct by Mr. Garcia                          48
Cross by Ms. Zhang                            65

**Willy Isidore**
Direct by Mr. Garcia                          67

**Paul Patenaude, Jr.**
Direct by Mr. Sherwin                         67

- - - - -

**INDEX OF EXHIBITS**

| GOVERNMENT'S EXHIBITS | MARKED | ADMITTED |
|---|---|---|
| 1-1 | 49 | 50 |
| 1-2 | 52 | 53 |
| 27-1 | 58 | 59 |
| 27-2 | 59 | 60 |
| 1-3 | 76 | 76 |
| 2 | 85 | 88 |
| 1-4 and 1-5 | 85 | 88 |

- - - - -

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from

the record of proceedings in the above-entitled matter.


    /S/Francine C. Salopek                    3-18-23
Francine C. Salopek, RMR-CRR          Date
Official Court Reporter

**A JUROR: [2]** 10/23 66/13
**A PROSPECTIVE JUROR: [1]** 5/8
**COURTROOM SECURITY
OFFICER: [5]** 10/18 40/6 47/12
98/22 105/15
**JUROR NO. 7: [10]** 5/13 5/16 5/19
5/23 6/1 6/4 6/9 6/13 6/15 6/17
**MR. GARCIA: [29]**
**MR. SHERWIN: [18]** 8/12 20/21
20/23 29/3 38/18 38/20 81/9 82/20
85/13 85/20 85/22 86/15 86/18 88/21
88/24 91/4 93/13 97/12
**MS. FRIEDMAN: [1]** 97/5
**THE COURT REPORTER: [10]** 29/1
41/2 48/2 48/5 66/18 66/21 66/25
68/25 81/1 81/4
**THE COURT: [205]**
**THE DEFENDANT: [126]**
**THE INTERPRETER: [1]** 64/15
**THE JURORS: [2]** 50/17 66/8
**THE MARSHAL: [1]** 45/4
**THE WITNESS: [12]** 48/8 62/22
66/24 67/1 69/1 72/24 73/1 73/4 74/6
80/24 81/7 82/16

**/**

**/S/Francine [1]** 106/22

**1**

**1-1 [14]** 49/14 49/22 50/10 50/12
50/15 50/19 52/2 52/24 54/4 61/7
62/17 75/15 75/18 106/11
**1-2 [10]** 52/15 52/18 52/20 52/23
52/24 53/25 54/3 54/4 54/6 106/11
**1-3 [8]** 60/19 60/19 60/20 60/25 61/4
62/3 62/4 106/13
**1-4 [7]** 85/2 85/12 88/18 88/19 89/9
93/12 106/14
**1-5 [6]** 85/9 85/10 85/14 88/18 88/19
106/14
**1.1 [1]** 52/8
**1/P.M [1]** 1/20
**1001 [1]** 21/22
**10:45 [1]** 11/5
**11 [1]** 11/5
**12:15 [1]** 25/24
**12:30 [1]** 11/4
**15-minute [1]** 11/5
**17 [3]** 3/5 4/6 4/8
**1752 [1]** 54/13
**18 [1]** 54/12
**18 U.S.C. 1001 [1]** 21/22
**18th [1]** 37/18
**19-80056-CR-RKA [1]** 1/4

**2**

**20 [2]** 28/20 105/21
**20 seconds [2]** 94/21 95/4
**2019 [7]** 1/8 3/1 36/25 37/1 48/23
67/19 89/3
**207B [1]** 2/13
**21 years [1]** 81/17
**23 [1]** 106/22

**241 [8]** 49/2 49/5 50/1 50/19 52/4
55/9 60/23 62/10
**25 percent [1]** 81/25
**26th [2]** 37/24 38/2
**27 [1]** 58/25
**27-1 [10]** 58/16 58/17 58/20 58/23
58/24 59/2 59/5 59/8 59/11 106/12
**27-2 [5]** 59/23 59/25 60/4 60/7 106/12
**28th [3]** 23/17 38/3 38/6
**299 [1]** 2/13
**29th [10]** 23/22 23/24 24/1 24/8 24/10
25/12 25/15 25/16 68/13 69/22

**3**

**3-18-23 [1]** 106/22
**3-30-2019 [1]** 89/3
**30 [3]** 92/4 92/4 97/15
**30 minutes [1]** 97/20
**30 seconds [1]** 28/21
**30th [15]** 20/25 20/25 21/5 36/25
38/14 48/22 67/18 79/14 80/6 83/6
83/8 83/14 83/24 85/6 85/17
**33132 [1]** 2/7
**33301 [1]** 2/14
**33401 [2]** 2/4 2/11
**3:06 [2]** 1/8 3/1
**3:30 [1]** 11/9

**4**

**400 [1]** 2/4
**45 minutes [1]** 97/15
**450 [1]** 2/10
**47 [1]** 105/22
**48 [1]** 106/3
**49 [1]** 106/11
**4:45 [1]** 66/6
**4th [1]** 2/7

**5**

**50 [1]** 106/11
**500 [2]** 2/3 2/10
**52 [1]** 106/11
**53 [1]** 106/11
**5686 [1]** 2/14
**58 [1]** 106/12
**59 [2]** 106/12 106/12
**5:30 [3]** 11/7 66/6 97/17
**5:40 [1]** 105/17

**6**

**60 [1]** 106/12
**65 [1]** 106/4
**67 [2]** 106/5 106/7

**7**

**75 percent [1]** 81/24
**76 [2]** 106/13 106/13
**769-5686 [1]** 2/14

**8**

**85 [1]** 106/13 106/14
**88 [1]** 106/13 106/14

**9**

**90-degree [1]** 94/2

**954 [1]** 2/14
**99 [1]** 2/7
**9:00 [2]** 98/18 98/18
**9:30 [4]** 11/3 98/16 98/18 98/20

**A**

**A1A [2]** 70/6 70/17
**abide [1]** 9/1
**ability [1]** 14/15
**abnormal [4]** 90/20 91/18 91/18
91/23
**above [1]** 106/20
**above-entitled [1]** 106/20
**absolutely [1]** 13/4
**accept [2]** 16/8 16/8
**accepted [1]** 43/23
**access [8]** 21/23 22/12 29/5 35/13
56/5 60/12 71/15 89/16
**accordance [1]** 19/8
**according [1]** 28/16
**accordingly [1]** 19/5
**accounts [2]** 16/21 18/18
**accurate [3]** 85/5 85/16 93/9
**accusation [1]** 15/9
**acquire [1]** 19/2
**across [3]** 72/15 75/9 78/9
**action [2]** 51/20 55/18
**actions [3]** 9/5 10/1 21/18
**add [1]** 59/2
**addition [2]** 17/5 30/10
**admitted [18]** 12/14 14/5 14/6 50/9
50/12 53/24 53/25 59/7 59/8 60/3
60/4 61/3 61/4 76/14 76/15 88/18
88/19 106/10
**admonish [1]** 98/4
**admonitions [1]** 11/14
**advance [1]** 64/23
**adversarial [1]** 8/17
**advice [1]** 43/14
**advise [1]** 41/16
**advising [1]** 42/14
**afraid [1]** 32/23
**afternoon [11]** 5/7 5/8 10/20 10/21
11/8 23/4 25/24 26/18 47/20 63/10
90/11
**age [1]** 17/4
**agenda [1]** 99/25
**agender [2]** 99/24 99/24
**agent [28]**
**Agent Ivanovich [6]** 32/19 33/3 33/5
33/9 34/25 35/24
**Agent Krystle [1]** 48/1
**Agent Paul [1]** 28/16
**Agent Sam [3]** 21/12 21/19 32/1
**agents [9]** 22/22 32/4 32/9 32/23
36/19 83/13 83/15 84/2 84/4
**aggregate [1]** 38/25
**agree [5]** 8/14 12/10 16/8 28/23
105/2
**agrees [4]** 13/14 32/17 32/17 32/18
**Ah [2]** 5/15 41/17
**aircraft [1]** 54/20
**alleged [1]** 56/5
**allegedly [1]** 16/16

## A

**allow [3]** 11/15 87/7 98/6
**allowed [9]** 9/16 11/22 21/11 22/10 27/10 27/22 31/19 43/24 88/10
**allowing [2]** 10/1 91/19
**allows [1]** 36/15
**almost [5]** 28/18 28/19 28/20 29/16 32/9
**Although [2]** 8/10 19/24
**Altman [9]** 1/17 21/20 22/15 22/17 23/3 23/5 33/6 34/17 35/10
**AMERICA [1]** 1/6
**American [4]** 24/17 31/1 31/4 33/14
**amongst [1]** 16/1
**amount [1]** 22/21
**amounted [1]** 3/7
**analogy [2]** 23/3 23/9
**Andre [2]** 65/1 65/3
**Android [1]** 96/18
**angle [2]** 89/21 94/2
**answer [4]** 13/25 56/11 74/7 102/6
**answers [2]** 13/8 19/15
**apologize [6]** 6/11 19/24 29/3 42/8 73/9 92/25
**APPEARANCES [1]** 2/1
**application [1]** 36/15
**apply [1]** 17/17
**appointment [3]** 72/20 75/8 78/6
**appreciate [1]** 19/7
**approach [2]** 61/14 85/20
**approached [2]** 50/25 89/6
**approaches [1]** 61/12
**approaching [1]** 93/7
**approved [1]** 9/13
**approximately [4]** 69/21 94/4 94/21 95/4
**area [36]**
**areas [1]** 37/15
**aren't [1]** 70/9
**argue [1]** 41/7
**argument [7]** 20/5 38/19 41/23 42/3 101/20 101/24 101/25
**arguments [7]** 13/2 13/3 20/13 101/19 105/6 105/8 105/9
**Ariela [1]** 29/12
**arrangement [2]** 37/22 99/16
**arrangements [5]** 37/2 37/4 37/5 37/14 37/16
**arrest [8]** 33/21 34/14 35/7 35/20 35/23 36/1 39/2 54/14
**arrested [1]** 21/19
**articles [1]** 98/14
**artist [1]** 82/15
**Asia [1]** 36/15
**assigned [4]** 49/2 49/6 58/5 83/13
**assignment [1]** 49/3
**assignments [1]** 82/1
**assist [2]** 8/17 19/19
**Assistant [3]** 2/2 2/6 2/9
**associated [1]** 29/24
**association [4]** 31/1 31/4 33/14 33/15
**assumption [2]** 26/20 27/9
**assure [1]** 15/24

**Athouriste [4]** 3/5 4/6 4/9 5/7
**attempt [3]** 16/12 16/25 18/18
**attempted [1]** 55/22
**attorney [8]** 2/2 2/6 39/24 40/11 40/16 41/9 41/20 58/13
**Attorney's [2]** 2/3 2/6
**attorneys [1]** 20/12
**attractive [1]** 82/14
**audio [2]** 36/8 36/16
**Australian [2]** 2/3 2/10
**authority [1]** 54/14
**authorized [8]** 17/24 22/11 23/2 25/2 28/10 33/17 35/18 55/20
**availing [1]** 47/15
**Avenue [2]** 2/3 2/10

## B

**badge [2]** 59/17 59/19
**bag [6]** 62/8 95/19 95/20 96/8 96/9 96/12
**bags [2]** 57/15 57/16
**ball [1]** 23/7
**band [1]** 51/9
**banquet [1]** 31/12
**base [1]** 18/25
**basic [2]** 12/1 15/5
**basis [4]** 3/10 4/14 4/24 26/24
**Bath [5]** 34/2 73/23 78/10 78/11 78/14
**bathroom [4]** 32/9 32/11 32/12 32/18
**beach [32]**
**bear [1]** 15/21
**bears [1]** 14/25
**Bed [1]** 73/22
**begin [5]** 11/20 18/4 19/13 19/25 20/6 97/25 98/16 98/20 102/2
**behave [1]** 41/16
**behind [7]** 51/15 62/6 62/15 66/22 81/5 89/17 104/8
**believability [1]** 15/1
**believe [14]** 12/22 14/10 14/10 14/11 31/16 47/21 49/2 49/10 51/17 55/25 56/20 57/1 85/9 96/16
**benefit [1]** 16/9
**beyond [7]** 15/20 22/20 23/6 23/8 23/12 39/4 73/23
**bias [1]** 14/20
**bin [3]** 95/20 95/20 96/11
**bins [1]** 94/11
**black [7]** 27/21 58/8 59/13 60/9 67/21 77/12 77/13
**blind [1]** 82/19
**blocked [1]** 70/22
**blog [1]** 17/9
**blogs [1]** 17/14
**blouse [1]** 82/10
**blown [1]** 90/6
**blown-up [1]** 90/6
**Blvd [1]** 2/13
**bor [1]** 78/11
**Boulevard [9]** 49/10 49/11 69/6 71/5 71/14 71/19 76/20 77/1 77/5
**break [10]** 3/5 10/25 11/4 11/5 11/8 40/4 66/7 98/25 99/4 99/8

**Breakers [1]** 79/20
**bridge [14]** 69/7 70/8 71/2 71/3 71/6 71/10 71/16 71/20 71/21 77/5 77/16 77/17 77/19 79/1
**brief [1]** 99/6
**Broward [2]** 2/13
**building [1]** 54/12
**bulk [1]** 36/12
**bundled [1]** 51/9
**burden [6]** 15/12 15/13 22/17 22/18 22/19 101/23
**business [3]** 3/11 67/18 74/18 79/9
**busy [1]** 71/25

## C

**cafe [9]** 24/13 24/21 24/22 68/23 68/25 69/3 69/15 69/17 70/3
**Cafe Safori [2]** 69/15 69/17
**Cafe Sapore [2]** 24/13
**Cafe Sapori [2]** 68/23 70/3
**call [25]**
**called [8]** 10/6 21/22 27/17 55/24 56/3 57/9 94/6 95/8
**calls [3]** 55/22 56/14 64/2
**calm [2]** 32/25 96/22
**camera [1]** 96/14
**cancelled [3]** 38/11 38/12 38/12
**car [5]** 69/15 72/19 73/18 74/11 80/11
**card [3]** 19/22 74/18 79/9
**career [1]** 81/23
**carrier [1]** 59/13 60/9
**carries [1]** 55/11
**carrying [1]** 12/17
**cart [14]** 27/2 27/14 28/4 28/12 28/15 57/10 57/15 62/12 62/14 62/18 62/24 90/16 90/22 91/11
**catering [1]** 31/12
**cause [1]** 35/7
**causeway [1]** 71/8
**cell [8]** 36/1 91/14 96/18 102/15 102/15 102/20 103/10 104/15
**certify [1]** 106/19
**chain [1]** 12/19
**chair [1]** 104/11
**chance [5]** 6/20 6/22 18/15 46/22 46/24
**character [1]** 34/24
**charge [3]** 21/21 21/23 105/5
**charged [3]** 12/7 16/16 21/20
**charges [4]** 21/21 35/9 35/12 35/13
**Charles [4]** 35/1 37/7 37/8 37/19
**chase [1]** 8/13
**chat [3]** 17/9 17/9 17/14
**check [6]** 25/16 27/4 27/16 31/6 31/17 73/18
**checked [3]** 4/13 23/20 61/24
**checkpoint [42]**
**checkpoint 1 [1]** 27/24
**checkpoint 2 [2]** 29/4 86/17
**checkpoints [1]** 83/19
**checks [2]** 23/24 24/7
**Chevy [1]** 67/19
**chief [1]** 20/6
**China [5]** 24/1 36/15 36/18 36/21

**C**

**China... [1]** 38/3
**Chinese [15]** 8/3 26/1 31/1 31/4 33/14 39/25 43/2 44/21 51/8 64/10 64/19 64/20 65/8 74/4 74/4
**choice [5]** 15/17 43/9 43/10 43/12 43/13
**choose [3]** 12/22 15/16 104/16
**chooses [1]** 11/24
**choosing [1]** 20/16
**chosen [1]** 104/17
**circle [1]** 62/20
**circumstances [1]** 12/19
**circumstantial [1]** 12/19
**cited [2]** 36/5 37/8
**citizen [1]** 24/1
**citizens [1]** 22/9
**City [1]** 71/7
**civilian [2]** 22/24 97/13
**clarify [1]** 43/7
**clean [1]** 15/11
**clear [2]** 25/25 27/7
**cleared [1]** 57/13
**clearer [1]** 90/7
**clears [1]** 29/6
**client [2]** 44/8 99/21
**close [7]** 5/10 69/7 69/8 70/19 85/14 92/2 93/5
**close-up [1]** 85/14
**closed [2]** 70/21 77/8
**closer [1]** 54/4
**closing [9]** 13/3 20/13 101/19 101/20 101/24 101/25 105/5 105/8 105/9
**club [24]**
**Code [1]** 54/13
**coffee [3]** 47/16 66/12 97/20
**collaborate [1]** 26/14
**collected [1]** 32/25
**college [2]** 5/19 5/20
**Colony [12]** 23/24 24/7 68/18 69/9 70/10 70/25 71/1 71/23 73/23 79/5 79/21 79/21
**color [4]** 67/20 82/10 82/13 82/19
**color-blind [1]** 82/19
**committed [1]** 16/16
**common [1]** 38/21
**communicate [5]** 3/15 11/17 17/7 32/18 98/9
**communicated [4]** 30/12 30/13 30/13 40/15
**communicating [1]** 4/12
**communication [2]** 7/21 17/4
**communications [1]** 59/16
**company [3]** 9/24 24/17 67/14
**complicated [1]** 101/10
**comply [3]** 95/12 95/13 95/22
**computer [5]** 1/24 36/2 79/16 95/15 95/18
**concepts [1]** 101/11
**concerned [1]** 12/20
**concerning [1]** 56/5
**concluded [1]** 105/17
**concludes [1]** 97/23
**condition [2]** 18/9 18/10

**conduct [2]** 15/24 98/7
**conducted [2]** 57/4 84/13
**conducts [1]** 3/10
**cone [1]** 77/9
**conference [1]** 105/5
**confirm [1]** 31/6
**confirmed [1]** 37/25
**confirms [1]** 38/12
**confront [1]** 32/14
**confronted [5]** 21/17 22/22 24/9 26/21 34/6
**confronts [4]** 21/10 21/14 29/12 29/25
**confused [4]** 90/25 94/3 94/13 96/25
**confusion [1]** 3/9
**connection [2]** 9/5 55/19
**consequences [1]** 19/5
**consideration [1]** 14/14
**consulting [1]** 45/21
**contract [1]** 37/16
**contradicted [1]** 14/21
**control [1]** 13/15
**conversation [10]** 3/7 30/8 90/24 92/1 92/3 92/6 92/8 92/9 94/15 96/23
**conversations [1]** 30/15
**convinced [2]** 31/21 35/6
**cool [2]** 32/25 62/22
**cooperate [1]** 26/15
**copy [3]** 100/8 101/7 101/18
**corner [2]** 32/12 59/18
**counsel [7]** 44/7 49/20 52/11 60/16 63/1 75/24 99/20
**County [4]** 21/2 23/25 24/13 71/1
**court [17]** 1/1 2/12 2/12 2/13 3/5 3/8 3/15 4/11 5/11 8/18 10/7 16/5 18/4 20/23 43/23 43/25 106/23
**courthouse [1]** 12/17
**courtroom [19]** 3/2 3/8 4/10 5/6 6/18 10/19 12/12 18/21 19/2 19/15 40/7 47/13 98/23 102/13 102/13 102/20 104/7 104/10 105/16
**CR [1]** 1/4
**creation [1]** 36/17
**credibility [2]** 15/3 64/3
**crime [1]** 16/16
**crimes [2]** 12/7 48/19
**criminal [4]** 12/1 15/5 15/5 48/18
**cross [19]** 20/8 20/11 46/23 47/6 63/4 65/6 71/2 71/5 71/16 77/19 78/24 79/1 80/18 97/7 100/16 100/7 100/18 101/4 106/4
**cross-examination [5]** 47/6 63/4 65/6 80/18 97/7
**cross-examine [7]** 20/8 20/11 46/23 100/16 100/17 100/18 101/4
**crosses [1]** 77/16
**CRR [2]** 2/12 106/23
**Cuban [2]** 66/11 97/20
**curious [3]** 28/6 32/5 38/7
**cut [1]** 8/12

**D**

**dad [1]** 56/10

**daily [3]** 3/10 4/14 4/23
**Dallas [1]** 81/19
**dangerous [1]** 54/22
**Daphnee [1]** 3/5
**dark [2]** 69/25 72/1
**data [3]** 36/11 36/12 36/13
**date [4]** 48/24 50/21 58/21 106/23
**David [1]** 67/2
**daytime [1]** 80/12
**debating [1]** 41/6
**decide [12]** 12/5 12/11 14/9 19/13 20/15 42/20 44/1 47/2 64/4 88/6 100/24 101/24
**decided [1]** 44/15
**decision [5]** 7/14 18/20 19/1 41/19 101/1
**decisions [6]** 18/6 41/11 41/14 42/11 42/12 42/15
**defendant [65]**
**defendant's [3]** 15/17 15/19 88/17
**defendants [1]** 19/24
**Defender's [1]** 2/9
**Defenders [1]** 2/9
**defined [1]** 54/12
**definitions [1]** 18/23
**degree [1]** 94/2
**deliberation [2]** 19/13 102/2
**deliberations [3]** 14/4 18/5 102/2
**delicious [1]** 47/16
**demanding [1]** 38/13
**denies [2]** 34/16 34/22
**depend [1]** 70/4
**depending [3]** 11/6 11/7 102/18
**depends [2]** 7/9 7/11
**depict [3]** 50/1 50/19 76/8
**depicted [1]** 76/20
**depiction [3]** 85/5 85/16 93/9
**deputy [2]** 3/9 4/10
**describe [4]** 59/11 60/7 67/17 101/11
**described [3]** 52/1 58/20 61/19
**deserves [1]** 12/24
**designed [1]** 19/4
**desk [4]** 24/10 33/4 55/5 55/25
**detailed [1]** 12/4
**details [1]** 26/17
**detector [1]** 57/21
**determination [1]** 34/18
**determine [1]** 12/6
**determined [1]** 54/21
**determining [1]** 15/2
**device [5]** 16/19 17/13 35/25 95/15 96/4
**devices [3]** 27/18 35/24 36/2
**difference [1]** 12/21
**difficult [8]** 25/4 41/13 41/16 41/19 42/11 42/12 42/15 43/13
**dignitaries [1]** 48/18
**direct [9]** 12/21 46/21 48/9 67/3 81/10 100/15 106/3 106/5 106/7
**directed [1]** 94/25
**directly [1]** 56/1
**disagreeing [1]** 19/22
**disbelieve [1]** 12/22
**discovery [1]** 85/22

**D**

**discuss [7]** 11/15 13/4 16/5 16/8
93/15 101/6 104/15
**discussed [8]** 11/16 15/4 15/11
16/19 18/8 18/11 21/20 92/13
**discussion [10]** 18/5 44/7 49/19
52/10 58/12 60/15 63/1 65/3 75/23
99/20
**discussions [2]** 16/22 17/1
**disposition [4]** 33/1 34/21 34/24
96/21
**dispute [2]** 37/3 37/4
**disregard [1]** 14/2
**distinct [1]** 92/5
**distract [1]** 19/14
**DISTRICT [4]** 1/1 1/2 1/18 2/13
**divided [1]** 59/1
**division [3]** 1/3 58/4 84/5
**documents [5]** 33/7 36/8 102/23
102/25 104/16
**dog [1]** 24/18
**doubt [6]** 15/20 22/20 23/7 23/9
23/13 39/5
**draw [1]** 76/25
**dressed [1]** 96/22
**drive [11]** 25/4 25/6 25/10 28/12 36/2
36/2 69/9 71/3 71/4 71/23 90/20
**driven [3]** 67/18 90/15 90/16
**driver [6]** 24/16 30/10 67/8 67/9
67/16 68/5
**driveway [1]** 78/11
**driving [4]** 67/19 69/16 69/17 79/12
**drones [1]** 54/19
**dropped [1]** 27/25
**drove [4]** 76/9 78/2 79/21 90/24
**duties [3]** 48/16 81/24 83/24
**duty [9]** 12/2 12/5 32/3 83/6 83/8
83/9 83/14 84/2 85/6

**E**

**early [5]** 23/22 23/22 36/24 37/13
97/19
**earpiece [1]** 59/16
**Earth [1]** 16/18
**easier [2]** 8/2 27/12
**economic [1]** 35/2
**educated [1]** 24/5
**eight [6]** 37/24 67/10 67/15 69/23
69/24 69/25
**eight days [1]** 37/24
**eight years [2]** 67/10 67/15
**elaborate [2]** 29/9 36/12
**electronic [2]** 17/4 95/15
**elicit [2]** 9/3 64/1
**elsewhere [1]** 98/8
**email [1]** 17/8
**emphasize [1]** 17/5
**employed [2]** 48/11 67/6
**employees [1]** 21/10
**employer [1]** 16/3
**employment [1]** 67/7
**empty [2]** 96/8 96/9
**encounter [1]** 50/21
**encountered [1]** 90/11

**encountering [1]** 91/10
**engaged [1]** 30/7
**engaging [1]** 42/3
**English [136]**
**ensure [1]** 26/15
**enter [13]** 9/14 9/16 9/24 10/1 10/11
21/8 55/3 55/4 55/23 77/23 78/2 82/6
84/16
**entirely [3]** 13/24 64/5 104/19
**entitled [2]** 19/20 106/20
**entrance [1]** 51/24
**entry [1]** 27/22
**equal [1]** 65/19
**escort [1]** 57/11
**essentially [2]** 23/11 57/21
**evaluate [1]** 18/11
**evening [3]** 29/22 31/4 31/7
**event [22]**
**events [1]** 98/12
**everybody's [1]** 102/14
**everyone [1]** 97/18
**everyone's [1]** 50/16
**evidence [72]**
**examination [9]** 47/6 48/9 63/4 65/6
65/24 67/3 80/18 81/10 97/7
**examine [7]** 20/8 20/11 46/23 100/16
100/17 100/18 101/4
**examiner [1]** 36/11
**Excellent [1]** 10/23
**exception [1]** 11/10
**Excerpt [1]** 1/16
**excuse [6]** 38/18 40/2 41/2 41/18
72/22 99/23
**excused [7]** 66/1 66/2 80/20 80/23
97/10 97/11 100/18
**exhibit [35]**
**Exhibit 1 [1]** 8/15
**Exhibit 1-1 [2]** 49/13 50/3
**Exhibit 1-2 [1]** 90/4
**Exhibit 1-4 [1]** 89/25
**Exhibit 1-5 [1]** 89/20
**Exhibit 2 [1]** 82/23
**exhibits [5]** 84/20 89/8 100/11 106/9
106/10
**exist [1]** 17/21
**exited [4]** 6/18 40/7 98/23 105/16
**expired [2]** 26/1 51/15
**explain [6]** 12/1 12/8 12/9 57/12
57/19 79/11
**explanation [1]** 39/20
**explosives [5]** 27/5 27/7 27/17 27/23
54/18
**extensive [1]** 25/9
**extracted [2]** 36/11 36/12
**extremely [4]** 24/5 24/5 32/25 33/2
**eyes [1]** 94/25

**F**

**face [3]** 17/6 17/6 41/14
**Facebook [3]** 17/10 36/14 36/21
**facilities [1]** 29/6
**facility [9]** 21/8 21/8 25/6 25/10 28/7
29/7 29/11 33/18 33/20
**fact [7]** 9/5 12/15 12/20 16/25 18/19

28/23 35/18
**factor [1]** 14/25
**factors [1]** 14/14
**fail [1]** 6/10
**fairness [1]** 98/5
**false [5]** 21/7 21/10 21/21 27/9 33/18
**family [9]** 21/1 22/5 24/25 26/20
26/22 27/9 28/8 30/20 31/18
**fancy [1]** 29/10
**fare [2]** 25/8 70/2
**father [1]** 56/11
**favorable [1]** 64/2
**favorite [1]** 66/9
**faxing [1]** 98/3
**FBI [3]** 36/10 36/18 36/19
**February [2]** 37/1 37/13
**federal [7]** 2/9 2/9 16/4 22/22 24/18
58/10 60/10
**fellow [1]** 19/12
**field [1]** 23/8
**fight [1]** 24/18
**filed [1]** 101/7
**film [2]** 91/17 91/19
**filming [7]** 28/13 90/19 91/12 91/15
96/14 96/14 96/16
**final [2]** 18/6 96/20
**finally [3]** 18/17 21/12 21/16
**financial [1]** 48/19
**fine [14]** 4/12 4/18 4/23 8/23 38/11
43/8 43/22 44/1 44/2 45/1 45/11
45/11 45/12 105/11
**finger [2]** 52/7 77/2
**finish [3]** 46/19 72/25 105/1
**finished [2]** 11/13 100/3
**firearms [3]** 54/18 54/22 57/23
**five minutes [4]** 40/5 44/3 79/19
79/23
**five-minute [1]** 40/4
**FL [2]** 2/11
**Flagler [5]** 71/3 71/3 77/6 77/7 77/7
**flashlight [1]** 59/14
**flew [1]** 97/13
**flies [1]** 38/5
**flight [3]** 23/18 23/19 37/16
**FLORIDA [6]** 1/2 1/7 2/4 2/7 2/14
98/17
**focus [2]** 35/25 36/4
**folder [3]** 100/9 100/10 100/12
**folders [1]** 104/1
**folks [5]** 63/9 70/9 72/6 97/23 98/1
**football [4]** 23/6 23/14 25/14 62/21
**foregoing [4]** 53/21 64/24 88/15
106/19
**foreign [7]** 48/17 74/1 74/3 74/14
74/15 93/2 93/4
**foreigners [1]** 22/9
**forensic [3]** 35/23 36/10 39/2
**foreperson [1]** 20/16
**form [1]** 7/10
**formal [1]** 34/12
**format [1]** 41/5
**forms [1]** 12/13
**FORT [3]** 1/3 1/7 2/14
**fourth [4]** 35/22 38/23 38/24 39/3

## F

**Fran [3]** 45/17 66/16 66/17
**Francine [3]** 2/12 106/22 106/23
**friends [1]** 31/18
**friendship [1]** 33/14
**front [19]** 21/6 21/6 24/10 28/18 40/9
55/5 55/25 59/1 60/12 62/1 62/8
62/14 73/22 79/21 79/22 94/15 94/23
94/24 104/11
**fumbles [1]** 30/24
**fumbling [2]** 30/1 30/17
**function [1]** 22/11

## G

**gain [1]** 51/24
**game [3]** 23/14 25/14 62/21
**Garcia [26]**
**Garcia's [1]** 22/19
**gate [1]** 21/6
**general [3]** 81/20 84/12 96/20
**gentleman [4]** 37/7 38/10 86/22
92/22
**gentlemen [9]** 10/21 20/24 21/18
26/10 35/21 36/22 40/3 83/23 90/10
**gets [10]** 21/8 23/25 24/21 25/14 28/4
28/14 28/15 28/17 36/7 101/22
**golf [12]** 27/2 27/14 28/4 28/12 57/10
57/15 62/12 62/14 62/18 62/24 90/16
91/10
**gonna [10]** 70/17 72/2 73/18 73/21
79/12 79/18 79/22 80/25 83/25 87/7
**Google [2]** 16/18 17/16
**gotta [2]** 46/9 46/9
**government [39]**
**government's [41]**
**Government's 1-1 [3]** 52/21 75/15
77/22
**Government's 1-2 [1]** 52/14
**Government's 2 [5]** 76/3 76/8 76/11
76/17 76/21
**Government's 27-1 [1]** 58/16
**grabs [1]** 31/9
**grand [1]** 47/20
**granted [1]** 29/5
**grass [1]** 12/16
**great [3]** 22/8 45/21 63/9
**greater [1]** 19/20
**green [1]** 61/23
**grid [1]** 34/10
**grounds [2]** 54/12 55/4
**Grumaz [20]** 29/12 29/14 29/15 29/17
29/19 30/5 30/13 30/16 30/21 30/23
31/2 31/2 31/12 31/22 31/22 32/10
32/21 33/4 34/22 34/23
**Grumaz's [2]** 30/4 32/20
**guarantee [1]** 19/4
**guest [5]** 31/13 69/11 69/14 69/22
84/17
**guests [2]** 68/11 72/10
**guidelines [1]** 15/2
**guilt [2]** 15/10 15/19
**guilty [6]** 12/6 12/6 15/8 41/9 43/3
43/16

## H

**Haitian [2]** 24/17 30/10
**half [3]** 11/1 48/15 96/2
**hand [12]** 13/21 41/21 41/22 48/3
66/15 66/19 71/18 81/2 84/20 91/14
95/25 96/2
**hands [1]** 11/19
**happy [1]** 3/16
**hazards [1]** 54/21
**head [2]** 90/16 94/25
**heads [1]** 9/2
**hear [28]**
**heard [6]** 12/13 38/25 64/14 65/9
86/21 92/1
**hearing [6]** 53/7 53/22 63/13 64/25
86/13 88/16
**hearsay [5]** 9/2 9/6 9/14 10/6 10/12
**heed [1]** 11/14
**height [1]** 27/21
**help [10]** 19/4 19/10 20/2 29/18 30/1
30/16 30/23 41/19 43/10 101/14
**helpful [1]** 10/4
**hers [1]** 51/15
**hide [3]** 28/14 29/16 30/3
**high [2]** 5/20 15/22
**highlight [1]** 22/14
**hire [1]** 68/4
**hit [1]** 13/11
**hold [6]** 29/1 41/1 42/23 72/25 93/11
103/11
**holding [2]** 102/20 104/15
**home [5]** 79/15 97/18 97/21 98/1
102/14
**honor [20]** 8/8 8/12 9/2 38/20 47/19
47/20 50/11 63/3 65/25 81/9 85/13
85/20 85/23 87/15 88/21 91/4 97/5
97/15 99/2 104/9
**Honorable [1]** 1/17
**Hope [1]** 67/14
**hotel [18]** 23/21 23/24 23/25 23/25
24/7 24/20 25/11 25/16 68/12 68/14
68/17 68/18 69/9 70/10 75/13 79/5
79/6 79/20
**hotels [2]** 23/23 68/7
**hour [2]** 10/25 11/2
**house [1]** 71/6
**huge [1]** 27/21
**huh [3]** 30/21 44/19 53/3
**hum [1]** 47/4

## I

**I'll [7]** 32/11 41/23 82/18 85/22 92/18
92/25 98/11
**I'm [65]**
**I've [12]** 20/4 41/10 42/13 44/22
50/15 58/15 59/11 60/7 60/18 76/17
93/25 104/25
**I-S-I-D [1]** 67/1
**ID [4]** 54/8 72/17 73/17 78/7
**idea [2]** 92/17 104/4
**identification [14]** 49/15 51/4 51/5
52/13 52/16 58/15 58/18 60/1 60/18
60/21 76/2 76/6 85/3 85/11
**identified [4]** 41/20 50/21 73/8 82/19

**identify [3]** 69/19 74/16 74/17
**ignore [3]** 13/24 14/2 29/16
**immediately [1]** 30/7
**impartial [2]** 17/25 18/1
**importance [1]** 19/7
**impression [1]** 19/21
**improperly [1]** 16/13
**incident [1]** 16/12
**incidents [1]** 97/21
**includes [1]** 17/12
**including [5]** 17/8 17/13 17/18
100/25 101/2
**incorrect [1]** 27/9
**INDEX [3]** 105/19 105/24 106/9
**indicated [1]** 75/3
**indicates [1]** 52/5
**indicating [23]**
**indictment [3]** 12/7 15/8 35/8
**indirect [2]** 12/18 12/21
**indirectly [1]** 12/15
**individual [2]** 68/15 84/16
**influence [1]** 16/13
**information [12]** 16/4 16/9 17/10
17/12 17/17 19/2 21/7 21/11 21/21
27/9 33/19 51/10
**informed [1]** 7/22
**initial [2]** 9/11 34/4
**initially [3]** 29/19 61/12 61/20
**Inn [1]** 23/21
**inner [2]** 29/5 29/10
**innocence [1]** 15/14
**innocent [1]** 15/7
**inquire [1]** 3/12
**instance [1]** 13/10
**instances [1]** 21/15
**instant [1]** 17/4
**instead [1]** 69/16
**instruct [3]** 14/6 20/14 105/7
**instruction [2]** 35/12 101/12
**instructions [15]** 11/21 12/3 12/4
15/21 15/23 15/25 22/4 101/6 101/8
101/15 101/16 101/17 104/25 105/6
105/8
**intending [1]** 100/11
**interacted [3]** 80/8 90/11 96/21
**interaction [7]** 30/9 52/1 54/23 56/12
57/3 60/11 61/18
**interactions [1]** 22/25
**interest [1]** 14/19
**Internet [5]** 16/18 16/23 17/2 17/8
17/13
**interplay [1]** 26/11 26/13
**interpreter [1]** 64/16
**Intracoastal [4]** 71/8 71/12 77/14
77/15
**introduce [1]** 100/11
**introduced [1]** 10/14
**introduction [1]** 50/6
**intuitive [1]** 94/1
**investigate [1]** 33/22
**investigations [1]** 48/18
**investigative [1]** 81/24
**invitation [4]** 73/12 73/15 73/16 75/4
**invite [1]** 25/2

**I**

**invited [1]**  72/17
**iPad [7]**  26/22 55/11 55/14 55/16
55/17 56/10 95/17
**iPhone [5]**  35/24 36/5 36/7 96/15
96/18
**iPhone 7 [2]**  35/24 36/5
**Isidore [10]**  24/17 24/24 30/11 66/4
66/20 66/24 67/1 77/2 80/20 106/5
**island [10]**  68/1 68/19 70/6 70/10
70/13 71/7 71/17 71/22 78/13 79/17
**issue [8]**  3/4 4/1 8/18 16/25 18/19
30/6 41/21 46/11
**issues [7]**  6/6 46/4 98/19 98/25 99/3
99/6 99/7
**item [4]**  14/6 36/4 54/20 89/11
**items [1]**  54/18
**Ivanka [1]**  35/3
**Ivanovich [11]**  21/12 21/19 32/1 32/3
32/19 33/3 33/5 33/9 33/21 34/25
35/24

**J**

**jail [1]**  104/18
**Japanese [1]**  74/4
**Jersey [1]**  23/19
**job [4]**  27/5 30/16 45/21 45/24
**jogs [1]**  32/9
**Jr [4]**  80/25 81/3 81/7 106/6
**judge [22]**
**Judge Altman [8]**  21/20 22/15 22/17
23/3 23/5 33/6 34/17 35/10
**judgment [1]**  38/15
**jurisdiction [1]**  54/10
**juror [11]**  3/5 3/13 4/6 4/8 4/8 5/6
6/18 16/4 18/13 19/23 98/4
**jurors [14]**  6/8 12/2 15/23 17/22
17/23 18/3 19/12 41/24 42/21 47/7
47/11 66/5 87/22 102/1
**jury [50]**

**K**

**K-E-R-R [1]**  48/8
**Kaiser [1]**  3/9
**keep [8]**  15/6 19/12 38/17 38/19 41/8
43/8 47/7 66/8
**Kerr [18]**  9/8 9/15 9/25 25/23 26/4
26/8 26/16 30/5 30/12 30/20 33/12
34/6 34/17 34/19 48/1 48/4 48/8
106/3
**Kerr's [1]**  25/23
**khakis [1]**  58/8
**kicking [1]**  47/7
**kinds [1]**  101/10
**knives [4]**  27/7 27/17 54/18 57/23
**knowledge [4]**  23/1 38/15 38/21
56/12
**knows [9]**  29/20 31/3 31/8 33/16
33/17 38/9 38/12 46/2 46/3
**Kristy [1]**  2/8
**Krystle [13]**  9/8 9/15 9/25 25/23 26/8
26/16 33/12 34/6 34/19 48/1 48/4
48/8 106/3

**L**

**ladies [9]**  10/21 20/24 21/18 26/10
35/21 36/22 40/3 83/23 90/10
**lady [3]**  29/14 68/23 86/21
**Lago [99]**
**language [12]**  5/14 51/11 57/5 74/2
74/3 74/4 74/5 74/14 74/15 92/2 93/2
93/4
**laptop [2]**  36/1 96/5
**large [5]**  22/21 27/19 34/2 34/4 95/15
**larger [1]**  90/6
**largest [1]**  27/20
**late [1]**  46/6
**LAUDERDALE [3]**  1/3 1/7 2/14
**Laughing [1]**  45/25
**Laughter [4]**  47/17 63/11 66/10 82/17
**law [19]**  11/21 12/4 12/8 12/9 12/10
12/20 15/23 17/1 17/17 17/21 18/3
18/7 18/17 18/19 18/22 19/5 20/14
22/2 42/11
**lawful [2]**  27/22 54/14
**lawfully [1]**  22/11
**lawyer [6]**  13/11 13/16 13/17 13/18
43/14 46/14
**lawyer's [1]**  13/9
**lawyers [9]**  6/6 11/17 13/2 13/3 13/6
13/7 17/19 42/11 98/8
**lay [2]**  23/9 23/11
**lead [2]**  18/5 63/9
**learn [16]**  21/3 21/24 22/1 22/12
23/17 24/2 25/18 25/19 28/6 34/5
34/15 36/13 36/18 37/1 37/13 37/18
**leave [19]**  4/2 4/16 4/18 4/25 19/15
43/5 78/11 78/12 103/4 103/11 103/17
103/21 103/22 103/24 104/4 104/6
104/11 104/12 104/18
**leaves [4]**  25/16 31/9 37/20 38/2
**leaving [2]**  54/16 104/8
**lectern [1]**  45/9
**led [1]**  35/8
**leeway [1]**  98/18
**left-hand [1]**  71/18
**legal [2]**  98/19 101/12
**legally [1]**  15/16
**legitimate [3]**  26/2 26/3 26/21
**lets [2]**  26/25 26/25
**lettering [1]**  59/21
**letters [1]**  27/21
**library [1]**  17/2
**lied [2]**  34/11 35/19
**life [1]**  27/6
**light [4]**  14/24 18/12 30/25 61/23
**limited [4]**  14/5 14/7 14/8 29/21
**limo [8]**  67/8 67/9 67/11 67/14 67/14
67/22 68/1 68/5
**linguists [1]**  36/19
**list [14]**  13/1 22/12 29/21 51/24 55/2
55/5 55/9 55/12 55/14 55/16 55/23
56/22 58/25 100/8
**listen [2]**  16/21 18/17
**listening [1]**  41/4
**lobby [3]**  31/24 32/3 92/11
**local [1]**  25/20
**location [1]**  16/19

**lock [3]**  98/14 102/13 104/10
**locked [1]**  19/17
**lower [1]**  90/16
**lunch [6]**  10/22 10/25 11/2 11/4 11/6
105/6
**lunchtime [1]**  11/12 105/5
**lying [1]**  34/19

**M**

**mace [1]**  54/19
**mace/pepper [1]**  54/19
**machine [4]**  84/6 95/21 96/1 96/1
**magnetometer [10]**  27/17 29/6 57/17
57/19 57/21 61/24 62/9 84/7 89/13
95/23
**mails [1]**  38/8
**maintained [1]**  55/10
**maintains [4]**  28/22 36/23 38/24 39/2
**male [1]**  32/9
**man [1]**  37/8
**manager [5]**  31/12 31/13 56/20 56/21
90/17
**Mandarin [7]**  30/12 30/14 36/24
37/12 37/20 40/23 42/22
**manner [1]**  14/18
**manning [5]**  84/7 89/3 89/5 89/10
89/22
**map [6]**  8/15 8/22 20/5 83/4 83/5
83/22
**maps [3]**  16/18 27/12 34/1
**Mar [99]**
**March [24]**
**March 18th [1]**  37/18
**March 26th [1]**  37/24
**March 28th [1]**  23/17
**March 29th [8]**  23/24 24/8 24/10
25/12 25/15 25/16 68/13 69/22
**March 30th [11]**  20/25 20/25 21/5
36/25 48/22 67/18 79/14 80/6 83/6
83/8 85/6
**marching [1]**  84/10
**mark [1]**  83/1
**marked [15]**  49/12 49/14 52/13 52/15
58/15 58/17 59/25 60/18 60/20 76/2
76/5 84/20 85/2 85/10 106/10
**marker [1]**  93/21
**markings [2]**  27/23 58/11
**marshal [1]**  45/3
**marshals [1]**  102/19
**matching [1]**  26/25
**matter [4]**  9/4 10/8 72/3 106/20
**mean [17]**  4/20 5/20 6/2 43/22 46/12
49/5 63/5 63/6 63/23 65/10 82/5
83/15 87/2 87/19 87/25 102/9 104/1
**means [8]**  14/2 17/2 17/7 17/11 17/15
40/21 64/12 64/13
**mechanical [1]**  1/24
**media [3]**  11/18 16/24 98/10
**meet [6]**  56/24 79/18 99/11 102/3
102/22 104/14
**meeting [2]**  29/24 33/15
**member [9]**  16/13 26/20 26/21 26/22
27/10 29/21 30/20 56/24 84/17
**members [13]**  11/25 22/5 29/21

## M

**members... [10]** 31/18 50/24 51/7 54/6 57/19 59/12 60/8 61/8 67/7 67/13
**memory [5]** 14/17 19/19 19/20 19/21 91/8
**message [1]** 17/8
**messages [10]** 36/8 36/22 36/23 36/24 37/6 37/11 38/6 38/9 38/22 38/24
**messaging [1]** 36/16
**metal [2]** 57/21 57/23
**Miami [1]** 2/7
**mic [1]** 29/1
**Michael [1]** 2/5
**microphone [8]** 3/22 5/9 20/21 45/15 53/8 59/15 66/22 81/5
**mid [1]** 11/8
**mid-afternoon [1]** 11/8
**middle [1]** 42/9
**midmorning [1]** 11/5
**Militello [22]**
**mine [1]** 103/8
**minute [5]** 11/5 22/14 40/4 66/7 97/18
**minutes [6]** 40/5 44/3 79/19 79/23 97/15 97/20
**Mirandized [1]** 34/13
**mistaken [1]** 18/14
**moment [1]** 99/5
**moments [1]** 41/16
**MONDAY [1]** 2/16
**money [3]** 36/16 37/17 38/13
**months [2]** 23/18 41/12
**morning [12]** 5/25 11/3 11/12 23/22 29/13 72/4 73/21 74/21 79/13 80/12 97/16 101/17
**motioned [1]** 95/7
**mouths [1]** 33/8
**moved [1]** 95/6
**moving [2]** 19/10 91/15
**MR [29]**
**Mr. [15]** 20/17 20/18 20/20 22/19 29/1 30/11 32/3 42/2 47/25 66/3 77/2 80/20 81/12 82/22 100/5
**Mr. Garcia [4]** 20/17 47/25 66/3 100/5
**Mr. Garcia's [1]** 22/19
**Mr. Isidore [3]** 30/11 77/2 80/20
**Mr. Ivanovich [1]** 32/3
**Mr. Patenaude [2]** 81/12 82/22
**Mr. Sherwin [3]** 20/20 29/1 42/2
**Mr. Sherwin's [1]** 20/18
**Ms [2]** 105/22 106/4
**Ms. [55]**
**Ms. Athouriste [3]** 4/6 4/9 5/7
**Ms. Militello [21]** 6/20 6/24 7/3 7/22 41/15 42/6 42/14 42/18 44/3 44/12 44/13 45/21 46/13 99/11 101/8 101/14 102/3 102/21 103/11 103/18 104/15
**Ms. Zhang [31]**
**multiple [4]** 33/19 35/19 83/13 83/19
**mysterious [1]** 37/8
**mystery [1]** 37/19

## N

**name [18]** 24/14 24/15 24/22 26/19 31/18 33/13 48/6 48/7 56/10 66/23 66/23 66/24 69/19 74/16 74/22 74/22 81/5 81/6
**named [1]** 82/4
**names [1]** 26/24
**nationality [2]** 73/24 74/1
**nature [1]** 28/7
**NE [1]** 2/7
**near [1]** 29/8
**nearby [2]** 32/8 34/2
**negative [1]** 31/20
**negotiating [1]** 37/10
**negotiations [2]** 35/2 35/3
**neither [2]** 18/14 20/4
**nervous [1]** 33/1
**networking [1]** 17/9
**New Jersey [1]** 23/19
**Newark [2]** 23/19 23/20
**news [3]** 16/23 18/18 37/21
**newspapers [1]** 16/23
**Nodding [2]** 50/17 63/18
**none [1]** 14/12
**noon [1]** 25/24
**normal [1]** 11/2
**normally [1]** 68/5
**north [2]** 71/1 77/7
**note [1]** 97/18
**notes [5]** 19/10 19/11 19/16 19/18 19/19
**notetaking [1]** 19/14
**notice [2]** 54/8 90/21
**noticed [2]** 95/23 96/10
**Now's [1]** 97/24
**nowhere [1]** 29/8
**number [25]**
**Number 17 [3]** 3/5 4/6 4/8
**Number 2 [1]** 91/3
**Number 7 [3]** 4/8 5/6 6/18
**Numbers [1]** 88/19

## O

**O-R-E [1]** 67/2
**oath [2]** 18/1 19/8
**obeyed [1]** 19/6
**object [7]** 8/9 8/10 10/15 10/16 13/19 53/1 53/13
**objection [25]**
**objections [1]** 13/6
**observation [1]** 84/12
**observed [1]** 90/15
**occupation [1]** 67/5
**Ocean [1]** 49/10
**odd [4]** 28/21 32/6 32/22 94/22
**offer [5]** 50/3 52/23 58/23 60/25 76/11
**offering [1]** 9/3
**offers [1]** 13/17
**offguard [1]** 28/11
**office [4]** 2/3 2/6 2/9 103/22
**officer [9]** 3/6 3/8 3/15 4/11 5/11 9/18 58/4 58/7 95/24
**officers [3]** 22/8 84/5 84/14

## —

**offices [2]** 34/12 34/12
**Official [2]** 2/12 106/23
**oh [8]** 5/21 7/18 8/23 40/20 41/3 46/10 62/22 99/25
**online [2]** 98/8 98/9
**oops [1]** 77/24
**opening [37]**
**opinion [2]** 12/15 19/1
**opportunity [11]** 14/15 18/15 19/3 44/11 44/12 63/9 88/6 99/11 100/16 100/19 102/3
**opposed [1]** 42/3
**options [3]** 43/17 43/20 47/16
**order [4]** 14/1 15/24 33/19 51/24
**orders [1]** 84/11
**outcome [1]** 14/19
**outer [5]** 25/19 27/11 28/1 59/13 60/9
**outline [3]** 20/1 38/17 38/19
**outlining [1]** 42/3
**overhead [2]** 84/23 90/12
**overhear [1]** 92/23
**overheard [2]** 9/12 10/10
**overrule [2]** 13/19 88/17
**owned [1]** 26/12
**owns [2]** 21/2 24/17

## P

**p.m [6]** 1/8 1/20 3/1 69/23 69/24 105/17
**PA [1]** 41/2
**pace [1]** 105/1
**PAGE [2]** 105/20 106/2
**Palm [27]**
**park [1]** 79/21
**parking [7]** 34/3 72/14 72/15 75/6 79/25 86/21 90/16
**parse [3]** 91/1 91/7 91/9
**part [7]** 14/11 42/8 59/15 65/11 65/12 87/22 97/25
**parties [9]** 11/17 11/21 13/7 18/25 35/11 98/8 98/19 101/19 104/24
**parties' [1]** 13/7
**party [4]** 10/6 10/7 13/19 18/14
**pass [1]** 96/1
**passport [12]** 26/1 26/2 26/3 26/18 31/14 51/8 51/14 51/15 51/21 51/22 51/22 55/21
**passport's [1]** 51/13
**passports [2]** 26/1 51/9
**Patenaude [8]** 28/16 30/6 80/25 81/3 81/7 81/12 82/22 106/6
**patrolled [1]** 25/20
**Paul [5]** 28/16 80/25 81/3 81/7 106/6
**pause [2]** 85/25 91/1
**payment [1]** 16/9
**PD [1]** 8/14
**pencil's [1]** 89/13
**pending [1]** 26/3
**people [10]** 12/16 16/3 17/18 33/19 55/2 67/24 68/1 94/3 94/5 96/2
**pepper [1]** 54/19
**percent [2]** 81/24 81/25
**perfect [1]** 3/7
**perfectly [1]** 44/2

## P

**perhaps [3]** 3/18 35/11 82/12
**perimeter [5]** 21/6 22/6 25/19 28/1 34/4
**permission [4]** 9/24 10/11 85/20 88/22
**permit [5]** 10/6 17/21 17/22 18/3 18/7
**permitted [3]** 13/18 28/9 74/8
**person [21]** 16/8 16/13 29/23 31/13 37/9 37/19 37/20 38/10 50/21 51/11 55/6 55/8 57/18 71/24 73/11 73/25 74/16 80/8 82/5 90/16 91/24
**personal [1]** 15/24
**personnel [1]** 54/16
**Persons [1]** 54/13
**phase [1]** 81/23
**phase 3 [1]** 81/23
**phone [19]** 28/14 30/3 30/24 36/9 55/22 55/25 56/1 71/25 74/12 74/13 74/22 74/23 80/2 90/19 90/23 91/14 96/14 96/17 96/18
**phones [1]** 36/1
**photo [11]** 49/23 54/4 54/8 58/20 58/25 60/23 84/25 85/1 85/4 85/9 86/14
**photocopying [1]** 98/2
**photograph [1]** 49/12
**photos [2]** 27/11 30/2
**phrases [1]** 18/22
**pick [8]** 43/21 44/2 57/10 62/25 68/14 68/23 69/11 69/14
**picked [1]** 69/22
**picture [10]** 32/1 32/20 33/3 51/10 51/15 62/18 72/1 72/2 73/2 87/11
**pictures [2]** 28/10 36/8
**piece [1]** 12/23
**pinkish [1]** 82/14
**place [22]**
**Plaintiff [1]** 1/7
**plan [1]** 9/3
**planning [1]** 9/1
**plastic [1]** 94/11
**plea [1]** 43/3
**plead [1]** 43/16
**pleaing [1]** 41/8
**plied [1]** 97/20
**plow [1]** 66/6
**point [21]** 15/21 16/14 31/8 31/24 33/16 34/10 35/6 42/2 43/1 57/1 57/9 60/11 61/7 76/25 76/25 83/22 84/8 87/6 97/1 98/13 102/1
**pointing [4]** 52/7 54/4 89/14 92/10
**poised [1]** 96/22
**poking [1]** 95/18
**police [5]** 25/20 25/20 58/10 58/11 60/10
**polite [2]** 31/5 31/5
**politely [1]** 29/25
**polo [1]** 58/8
**pool [26]**
**post [17]** 49/2 49/3 49/5 49/6 49/8 49/9 50/1 50/19 52/4 55/9 57/14 58/5 60/23 61/11 62/10 82/1 84/12
**post-241 [8]** 49/2 49/5 50/1 50/19

52/4 55/9 60/23 62/10
**post-standing [2]** 49/3 82/1
**posted [3]** 9/11 89/16 90/14
**posting [1]** 17/12
**potential [1]** 54/21
**pouch [1]** 59/14
**practice [1]** 105/7
**prefer [1]** 43/19
**prejudice [1]** 14/20
**preliminary [2]** 11/21 12/2
**premature [2]** 18/5 18/6
**premises [3]** 16/15 16/17 54/17
**presence [8]** 55/1 55/13 55/18 56/4 56/6 56/16 56/24 100/23
**present [4]** 15/14 20/10 20/13 39/18
**presented [6]** 8/8 8/11 12/12 18/21 35/11 39/18
**presenting [1]** 20/7
**presents [3]** 21/6 21/7 25/25
**preside [1]** 20/16
**president [17]** 21/1 21/2 22/4 26/12 27/5 28/8 35/3 48/17 48/17 49/3 70/4 70/15 70/18 71/6 72/7 72/13 72/21
**President Trump [1]** 49/3
**president's [4]** 21/1 24/25 34/3 84/17
**presumed [1]** 15/7
**primarily [1]** 67/23
**primary [1]** 67/16
**principles [1]** 12/1
**private [2]** 24/10 40/12
**probable [1]** 35/7
**problem [2]** 7/1 87/13
**procedures [1]** 72/9
**Proceed [1]** 81/8
**proceedings [10]** 1/16 1/24 53/6 53/21 63/12 64/24 86/12 88/15 105/17 106/20
**process [5]** 36/12 57/12 57/25 57/25 98/5
**produced [1]** 1/24
**proficient [1]** 24/3
**program [1]** 16/18
**progress [1]** 97/24
**progresses [1]** 3/18
**prohibited [1]** 54/18
**proliferated [1]** 36/21
**promise [1]** 19/8
**promised [1]** 17/25
**prompt [1]** 16/11
**promptly [2]** 16/11 98/20
**proof [4]** 15/10 15/12 15/22 23/6
**properly [2]** 50/16 84/13
**property [32]**
**prosecution [1]** 54/15
**protect [1]** 48/17
**protected [4]** 22/2 26/15 27/6 27/6
**protective [1]** 83/14
**protocol [2]** 25/18 28/9
**protocols [3]** 35/16 91/19 91/20
**prove [6]** 15/13 15/19 22/17 22/18 22/20 23/12
**proven [2]** 15/7 39/4
**proves [2]** 12/15 12/20
**provide [5]** 17/10 51/5 67/22 67/24

68/1
**provided [3]** 33/18 51/8 100/10
**providing [1]** 21/21
**provisions [1]** 22/4
**public [3]** 2/9 2/9 22/9
**publish [2]** 50/10 88/22
**publishing [1]** 85/23
**pull [4]** 5/9 36/8 61/10 62/19
**pulled [1]** 24/20
**pulls [1]** 24/16
**purposes [1]** 96/13
**purse [1]** 36/3

## Q

**qualified [1]** 18/2
**quarter [12]** 23/14 25/13 25/15 27/1 29/5 30/19 30/19 31/25 35/22 38/23 38/24 39/3
**quarters [2]** 23/12 35/22
**question [52]**
**questions [33]**
**quick [1]** 66/6

## R

**radar [1]** 34/10
**radio [2]** 16/23 59/16
**rage [1]** 97/21
**raise [4]** 48/3 66/15 66/19 81/1
**rattled [1]** 33/1
**ray [2]** 84/6 95/21
**reach [5]** 12/8 54/24 73/22 75/6 79/21
**reaching [1]** 14/9
**read [5]** 16/21 18/17 54/6 98/14 101/17
**reading [1]** 94/24
**ready [4]** 24/20 44/9 105/4 105/6
**reasonableness [1]** 14/23
**reasons [1]** 22/1
**recall [3]** 6/4 89/2 96/13
**receipt [8]** 74/18 79/7 79/8 79/10 79/15 79/16 79/18 80/5
**received [3]** 13/16 13/20 13/22
**reception [3]** 29/9 29/10 29/17
**receptionist [3]** 29/12 31/2 32/6
**recess [1]** 8/13
**recognize [17]** 29/23 49/22 49/24 52/18 58/16 60/19 74/3 75/15 76/4 80/9 80/12 80/14 87/3 87/10 87/16 88/2 88/8
**recollection [1]** 96/15
**recommend [3]** 102/11 102/22 103/15
**record [16]** 44/7 48/6 49/19 52/10 58/12 60/15 63/1 65/3 66/23 74/8 75/23 81/6 82/18 91/2 99/20 106/20
**recorded [1]** 1/24
**recording [1]** 37/20
**recordings [1]** 38/4
**red [2]** 23/21 27/21
**reddish [1]** 82/14
**redirect [2]** 65/24 100/19
**referring [1]** 52/8
**reflect [1]** 82/18
**reflected [1]** 52/20

## R

**refund [2]** 38/11 38/13
**reject [1]** 7/24
**relation [1]** 82/2
**relationship [1]** 68/7
**relative [1]** 26/23
**relatively [2]** 3/7 29/21
**rely [1]** 19/18
**remain [3]** 15/15 81/1 102/12
**remaining [2]** 100/4 100/7
**remarks [1]** 13/4
**remember [13]** 6/3 11/22 19/11 30/18
 36/25 37/8 38/2 41/12 45/14 69/21
 86/3 86/10 86/24
**remembers [1]** 19/23
**remove [1]** 95/19
**render [1]** 17/24
**rephrase [1]** 92/18
**Reporter [3]** 2/12 2/12 106/23
**reporter's [1]** 19/1
**represent [2]** 45/24 46/14
**representations [1]** 10/2
**representatives [1]** 26/16
**request [1]** 16/7
**requested [1]** 8/13
**requests [1]** 24/10
**required [3]** 15/22 16/5 54/8
**research [6]** 11/16 16/25 17/2 17/5
 18/19 98/7
**reservations [1]** 55/7
**resort [1]** 37/22
**responded [1]** 30/7
**responding [3]** 92/21 92/24 93/1
**responds [2]** 37/24 38/10
**response [3]** 76/19 82/25 83/2
**restaurant [4]** 68/24 69/4 75/12 79/4
**restricted [13]** 21/23 21/25 22/2 23/1
 25/1 27/22 27/23 35/14 35/15 52/5
 54/7 54/11 89/16
**restrictions [2]** 22/5 22/6
**rests [1]** 100/21
**retire [1]** 19/13
**return [1]** 16/9
**reveal [1]** 40/11
**revealed [1]** 40/12
**reverse [1]** 78/19
**review [4]** 102/8 102/10 102/15
 102/20
**reviewed [1]** 104/25
**Ricardo [1]** 36/11
**ride [1]** 28/1
**rights [1]** 7/25
**rise [5]** 10/18 40/6 47/12 98/22
 105/15
**RKA [1]** 1/4
**RMR [2]** 2/12 106/23
**RMR-CRR [1]** 106/23
**road [4]** 20/5 75/10 77/8 97/21
**roads [1]** 70/21
**Roger [1]** 81/7
**Rolando [1]** 2/2
**Roof [1]** 23/21
**room [9]** 2/13 17/9 19/13 19/16 20/15
 31/12 98/14 101/13 102/2

**rooms [1]** 17/14
**route [5]** 25/9 70/16 70/17 70/24
 78/12
**row [1]** 90/18
**Roy [1]** 1/17
**Royal [2]** 71/2 71/2
**rubber [1]** 51/9
**rules [10]** 9/1 10/5 13/15 13/18 15/5
 17/20 19/4 19/6 19/7 86/23

## S

**S-A-F-O-R-I [1]** 69/1
**safety [1]** 54/21
**Safori [3]** 69/1 69/15 69/17
**Salopek [3]** 2/12 106/22 106/23
**Sam [8]** 21/12 21/19 32/1 33/9 33/21
 34/8 36/7 37/9
**sanctum [1]** 29/10
**Sapore [1]** 24/13
**Sapori [2]** 68/23 70/3
**savvy [1]** 24/6
**saw [7]** 12/13 12/16 13/11 13/13 80/9
 89/24 96/5
**scan [1]** 57/22
**scene [1]** 18/14
**schedule [1]** 11/3
**school [2]** 5/19 5/20
**score [1]** 23/8
**screen [14]** 50/15 50/16 54/3 59/11
 60/7 61/7 62/3 62/20 65/2 76/17 77/3
 83/1 96/1 96/5
**screened [4]** 62/9 82/6 84/18 95/24
**screening [3]** 34/5 84/13 84/14
**search [7]** 16/19 17/16 36/7 54/17
 57/16 72/18 72/18
**searched [1]** 62/8
**seasons [1]** 29/20
**second [32]**
**secondarily [1]** 95/24
**seconds [3]** 28/21 94/21 95/4
**secret [37]**
**section [2]** 54/13 60/23
**Section 1752 [1]** 54/13
**secure [2]** 23/2 75/5
**security [45]**
**sees [2]** 26/4 32/12
**selected [1]** 4/9
**selecting [1]** 23/4
**selection [1]** 101/9
**self [2]** 67/6 67/7
**self-employed [1]** 67/6
**self-employment [1]** 67/7
**selfie [1]** 91/16
**send [2]** 97/20 102/19
**sends [1]** 38/6
**sense [2]** 31/15 38/21
**sensitivities [1]** 28/8
**separated [1]** 71/7
**September [2]** 1/8 3/1
**SEPTEMBER 9 [1]** 3/1
**serious [1]** 19/5
**service [41]**
**Service's [1]** 34/12
**session [2]** 1/20 63/10

**seven [3]** 14/25 69/25 83/10
**shackled [1]** 45/3
**Shanghai [3]** 23/19 38/3 38/4
**sharp [1]** 24/5
**she'll [1]** 103/18
**Sherwin [12]** 2/5 20/20 29/1 42/2
 81/11 82/21 84/24 89/1 91/6 93/14
 105/21 106/7
**Sherwin's [1]** 20/18
**short [2]** 90/24 94/14
**shorter [1]** 70/17
**shoulders [3]** 22/18 22/19 26/23
**shown [2]** 62/24 85/21
**shrugs [1]** 26/23
**sic [5]** 6/2 69/1 69/15 75/11 99/24
**side [10]** 3/11 3/15 13/17 59/21 71/18
 94/3 94/10 94/11 95/9 105/9
**sidebar [9]** 53/5 53/6 53/21 63/8
 63/12 64/24 86/11 86/12 88/15
**sides [2]** 4/15 60/14
**sign [14]** 28/18 62/5 62/7 62/15 89/16
 90/1 90/5 93/19 94/16 94/17 94/23
 95/1 95/3 95/6
**signage [6]** 35/15 52/4 52/7 52/8
 52/20 89/24
**signed [1]** 37/15
**signs [8]** 22/8 27/20 27/20 27/24 28/2
 35/15 62/10 90/9
**silent [3]** 15/15 41/8 43/8
**simple [1]** 64/11
**sister [1]** 13/11
**site [1]** 17/13
**six-person [1]** 90/16
**slate [1]** 15/11
**slightly [1]** 32/2
**slow [2]** 46/9 46/9
**slowly [1]** 45/17
**smelled [1]** 12/14
**social [4]** 11/18 17/9 17/14 98/10
**solely [2]** 12/11 18/20
**someone's [1]** 12/15
**something's [3]** 31/9 32/5 32/7
**sorts [1]** 37/16
**Soto [1]** 36/11
**sound [1]** 92/5
**sounds [2]** 8/22 43/15
**source [2]** 17/3 18/24
**south [4]** 2/3 2/10 71/1 98/17
**SOUTHERN [10]** 1/2 49/10 69/6 70/7
 71/5 71/14 71/19 76/20 77/1 77/4
**speakerphone [1]** 56/21
**special [17]** 18/22 21/19 22/4 22/12
 28/16 32/1 32/19 33/3 33/5 33/9
 34/25 35/23 48/1 48/12 48/13 81/14
 81/22
**specific [3]** 25/2 49/6 55/6
**speculation [1]** 74/9
**speech [2]** 6/24 40/25
**spell [1]** 66/25
**spelling [3]** 48/6 66/23 81/6
**spoke [5]** 4/10 8/13 62/15 76/20
 95/11
**spoken [3]** 92/5 92/23 93/5
**spray [1]** 54/19

**S**

**staff [7]**  51/23 55/2 55/11 56/9 56/13 57/9 84/17
**stand [8]**  24/19 39/23 41/7 41/22 43/1 45/10 66/19 82/12
**standing [7]**  49/3 61/11 62/8 81/1 82/1 93/19 93/22
**stands [2]**  28/18 94/10
**star [1]**  59/18
**staring [1]**  95/3
**starts [1]**  15/11
**state [7]**  25/20 30/11 48/6 66/22 81/5 81/12 83/1
**stated [1]**  51/2
**statement [39]**
**statements [8]**  7/11 8/7 11/22 13/2 13/3 20/4 41/4 100/12
**STATES [18]**  1/1 1/6 1/18 2/3 2/6 2/13 9/10 23/16 37/3 37/14 37/17 48/12 48/23 54/7 54/13 59/20 81/14 81/21
**States' [1]**  22/19
**stationed [4]**  34/6 81/18 81/19 83/23
**stay [1]**  21/11
**stayed [1]**  32/24
**staying [1]**  39/1
**steal [1]**  23/3
**stenography [1]**  1/24
**step [1]**  22/14
**steroids [1]**  36/14
**stoic [1]**  33/2
**stood [2]**  28/19 94/20
**stop [2]**  40/1 40/2
**stopped [5]**  42/2 90/22 94/15 94/23 94/24
**stops [1]**  90/22
**story [5]**  30/22 30/22 32/2 34/16 35/5
**straight [4]**  70/5 71/1 71/4 72/13
**strategic [3]**  41/11 41/13 41/19
**strategy [1]**  99/12
**street [4]**  2/7 72/15 75/9 78/9
**stricken [1]**  14/1
**strongly [3]**  101/7 102/21 105/9
**struck [1]**  32/24
**study [1]**  103/10
**stuff [4]**  72/19 73/18 94/12 104/9
**subject [2]**  54/14 54/17
**Suburban [1]**  67/19
**sufficient [2]**  3/12 4/15
**sufficiently [1]**  90/20
**suggest [1]**  104/14
**suggestions [1]**  7/25
**suggests [1]**  13/10
**Suite [2]**  2/4 2/10
**suited [1]**  41/15
**summarize [1]**  20/13
**summary [1]**  35/21
**supplying [1]**  16/9
**surrounding [1]**  32/23
**suspect [1]**  59/24
**suspicious [3]**  31/8 31/11 32/6
**sustain [2]**  13/21 13/23
**SUV [1]**  67/19
**swimming [1]**  65/10

**sworn [4]**  11/25 48/4 66/20 81/3
**sympathize [1]**  43/12

**T**

**table [1]**  103/24
**take [53]**
**taken [5]**  28/11 34/12 55/18 70/16 72/6
**takes [8]**  25/8 25/9 25/11 25/17 27/2 27/14 34/8 36/7
**talk [17]**  16/1 17/22 17/23 18/3 43/14 44/3 71/24 72/5 75/1 75/1 84/8 93/7 98/1 99/1 99/13 99/14 99/15
**talked [7]**  5/24 30/18 46/23 63/16 63/19 90/9 95/21
**talking [11]**  17/5 23/4 46/3 46/11 71/25 74/1 75/18 78/14 79/24 80/13 93/12
**tan [1]**  59/15
**taxi [10]**  24/10 24/11 24/16 24/21 25/17 28/1 30/10 50/25 61/16 67/14
**technical [1]**  101/10
**telephone [1]**  17/8
**television [1]**  16/23
**tell [42]**
**telling [2]**  34/17 41/24
**tells [5]**  18/4 24/24 34/25 37/21 37/25
**ten-minute [1]**  66/7
**tender [1]**  63/3 80/17
**Tennis [4]**  34/2 78/10 78/11 78/14
**tent [6]**  61/8 61/10 61/22 62/2 62/5 62/15
**terminologies [1]**  5/16
**terms [2]**  30/6 34/9
**testified [3]**  14/16 86/5 87/8
**testify [19]**  15/14 15/16 15/17 21/13 23/1 24/19 29/15 30/5 30/14 31/23 46/21 87/22 88/6 88/7 88/7 88/10 100/5 100/15 100/25
**testifying [4]**  10/7 14/18 46/22 100/13
**testimony [31]**
**Texas [1]**  81/19
**text [7]**  17/8 36/8 37/6 38/6 38/9 38/22 38/24
**texting [3]**  32/13 32/13 36/15
**thank [33]**
**think [31]**
**thinking [2]**  75/11 79/22
**thinks [2]**  13/17 32/6
**thoroughly [1]**  84/13
**thought [5]**  29/15 42/2 79/4 95/16 101/9
**throws [1]**  31/1
**thumb [1]**  36/2
**Thursday [1]**  11/11
**thus [1]**  100/15
**till [2]**  11/4 11/7
**time [35]**
**times [4]**  34/16 35/19 41/10 60/14
**Title [1]**  54/12
**Title 18 [1]**  54/12
**Today's [1]**  98/12
**ToniAnn [1]**  5/12

**tonight [3]**  99/11 102/4 103/16
**top [2]**  54/8 95/18
**total [1]**  62/10
**totally [2]**  43/9 44/24
**touch [3]**  77/3 83/1 83/25
**touchdown [3]**  23/8 39/3 39/3
**touched [1]**  77/3
**towards [5]**  87/21 91/10 91/13 91/25 92/10
**town [6]**  34/3 69/7 69/8 70/5 70/5 97/14
**trade [3]**  35/2 35/3 35/3
**trained [1]**  42/11
**transcript [3]**  1/16 1/24 106/19
**transfer [1]**  36/16
**translate [3]**  8/3 41/1 42/23
**translated [2]**  37/12 38/10
**translator [2]**  53/10 63/17
**travel [2]**  37/16 81/25
**travels [1]**  27/8
**trial [24]**
**tries [3]**  28/14 30/3 32/13
**true [3]**  9/23 13/9 13/10
**trump [3]**  19/22 37/22 49/3
**trust [1]**  19/6
**truth [2]**  9/4 10/8
**TV [1]**  65/1
**Twitter [1]**  17/10
**two months [1]**  41/12
**typical [1]**  58/10
**typically [1]**  93/23

**U**

**U-turn [2]**  73/22 75/10
**U.N [3]**  31/1 31/4 33/13
**U.S [2]**  2/2 2/6
**U.S. [1]**  54/11
**U.S. Secret [1]**  54/11
**U.S.A [1]**  47/23
**U.S.C. [1]**  21/22
**UD [1]**  95/24
**uh [3]**  30/21 44/19 53/3
**uh-huh [3]**  30/21 44/19 53/3
**uhm [16]**  6/23 7/6 7/7 8/1 39/23 45/1 48/17 49/2 50/25 50/25 52/25 52/25 56/12 57/1 61/12 92/4
**Um [1]**  47/4
**Um-hum [1]**  47/4
**umbrellas [1]**  12/17
**unauthorized [2]**  21/23 35/13
**uncomfortable [1]**  28/19
**understand [19]**  3/6 5/12 5/13 5/17 5/25 6/2 6/7 6/8 17/20 19/6 20/2 27/12 40/14 40/22 41/5 41/18 44/1 64/16 82/5
**understandable [1]**  6/6
**understanding [6]**  3/13 28/24 30/7 30/8 38/16 81/20
**understood [7]**  30/15 87/4 92/12 92/17 92/24 96/24 96/24
**undertaken [1]**  57/25
**uniform [5]**  22/8 58/4 58/7 58/7 58/10
**uniformed [1]**  84/5
**unique [1]**  26/11

## U

**unit [1]** 104/5
**UNITED [19]** 1/1 1/6 1/18 2/3 2/6 2/13 9/10 22/19 23/16 37/2 37/14 37/17 48/12 48/23 54/7 54/12 59/20 81/14 81/21
**university [4]** 3/10 4/13 4/14 5/22
**unless [5]** 13/13 25/1 25/2 28/10 40/19
**unlike [1]** 101/21
**unmanned [1]** 54/19
**unusual [2]** 28/19 29/15
**urge [1]** 101/7
**us [17]** 35/8 49/1 49/22 56/8 56/19 62/4 62/13 67/22 68/10 68/21 69/13 70/24 72/12 73/14 76/4 79/14 92/1
**usual [1]** 11/3

## V

**valet [11]** 27/2 57/10 57/10 57/15 68/12 68/22 79/25 80/13 90/17 90/24 94/15
**validity [1]** 51/13
**vehicle [8]** 49/9 61/11 61/14 61/19 61/20 61/21 62/7 67/17
**vehicles [1]** 54/16
**Venmo [1]** 36/17
**verdict [4]** 12/9 14/9 17/24 20/15
**verified [3]** 51/14 51/20 51/22
**verify [11]** 26/9 51/13 51/16 51/24 55/4 55/7 55/13 55/16 55/19 55/22 56/3
**Veronica [8]** 24/15 24/23 74/23 74/24 76/9 78/2 79/7 80/8
**version [2]** 58/24 90/7
**vest [8]** 58/8 58/20 58/25 59/13 59/21 59/24 60/9 60/13
**vet [1]** 26/18
**vetted [1]** 33/17
**vice [1]** 48/17
**Victor [1]** 66/14
**video [2]** 28/9 35/16
**view [5]** 4/12 16/15 16/19 18/14 19/1
**visa [1]** 26/2
**visit [7]** 16/15 18/7 24/8 26/6 37/14 51/2 96/16
**visiting [1]** 49/4
**voice [3]** 37/20 38/4 38/8
**volunteer [1]** 32/11
**vote [1]** 66/17
**voucher [2]** 74/19 79/10

## W

**W-I-L-L-Y [1]** 67/1
**wait [5]** 31/6 31/10 31/11 98/13 99/5
**waiting [1]** 42/21
**waived [1]** 94/6
**walk [6]** 29/7 29/17 84/7 89/12 95/22 96/2
**walk-through [2]** 84/7 89/12
**walked [1]** 95/23
**walking [3]** 12/16 30/2 57/14
**walks [3]** 25/24 29/9 32/8
**wand [1]** 95/25

**wanded [1]** 96/2
**warrant [1]** 36/7
**watch [1]** 16/21
**water [1]** 77/15
**waterway [1]** 77/15
**we'd [1]** 11/12
**weapons [10]** 27/4 27/7 27/16 27/23 29/7 54/20 54/22 57/16 57/18 57/23
**wearing [2]** 58/8 82/10
**website [1]** 17/14
**websites [1]** 17/9
**WeChat [5]** 36/13 36/14 36/17 36/20 37/10
**Wednesday [1]** 29/13
**week [1]** 11/1
**weekend [5]** 20/25 24/25 49/7 91/24 94/23
**weighing [2]** 43/15 43/18
**weight [3]** 12/23 15/16 19/20
**welcome [2]** 87/7 104/6
**West [7]** 2/4 2/11 11/11 34/13 69/6 70/7 71/8
**West Palm [2]** 11/11 34/13
**wet [2]** 12/16 12/17
**WhatsApp [1]** 36/16
**whatsoever [3]** 13/12 17/11 26/7
**Whenever [1]** 13/23
**Whichever [1]** 44/1
**white [1]** 27/21
**who's [3]** 10/13 21/12 100/13
**widely [3]** 36/14 36/20 98/12
**wife [1]** 67/15
**Willy [8]** 24/17 24/24 25/8 66/4 66/20 66/24 67/1 106/5
**wire [1]** 38/13
**wireless [1]** 20/21
**wisdom [1]** 38/15
**wish [2]** 19/10 100/17
**wishes [2]** 20/7 20/10
**witness [51]**
**witness's [7]** 14/17 14/18 14/19 14/22 14/23 15/1 74/8
**witnesses [17]** 15/3 17/19 19/11 19/15 20/7 20/10 22/25 32/21 33/6 35/4 36/5 100/4 100/7 100/13 101/2 101/5 106/1
**witnesses' [1]** 13/8
**woman [2]** 82/4 82/8
**wondered [1]** 95/1
**Wong [1]** 65/3
**word [4]** 6/1 56/16 65/18 91/18
**words [6]** 18/22 33/5 92/5 92/23 93/5 101/11
**wore [1]** 58/21
**work [8]** 3/14 5/21 26/14 46/8 65/2 68/5 81/13 81/21
**worked [3]** 29/20 97/13 97/19
**working [3]** 48/23 50/16 81/15
**works [6]** 3/9 4/13 4/23 29/14 57/12 68/10
**wrong [6]** 31/9 32/7 43/7 43/7 44/19 47/21

## X

**x-ray [2]** 84/6 95/21

## Y

**yoga [1]** 63/10
**you'd [5]** 42/13 63/10 82/13 99/7 103/17
**young [1]** 29/14
**yours [2]** 103/7 103/9
**YUJING [1]** 1/9

## Z

**ZHANG [48]**