*UNITED STATES DISTRICT COURT*

*SOUTHERN DISTRICT OF FLORIDA*

*FORT LAUDERDALE DIVISION*

*CASE NO. 19–80056–CR–RKA*


*UNITED STATES OF AMERICA,*      .
                             .
          *Plaintiff,*     . *Fort Lauderdale, Florida*
                             . *September 10, 2019*
          *v.*                  . *9:46 A.M.*
                             .
*YUJING ZHANG,*                  .
                             .
          *Defendant.*      .
. . . . . . . . . . . . . . . . .


- - - - -

*Transcript of Trial Proceedings*

*had before the Honorable Roy K. Altman,*

*United States District Judge, and a Jury.*

- - - - -

*DAY 2*

- - - - -


*Proceedings recorded by mechanical stenography, transcript produced by computer.*

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769–5686

**APPEARANCES:**

For the Government:  Rolando Garcia
Assistant U.S. Attorney
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, Florida  33401
and
Michael R. Sherwin
Assistant U.S. Attorney
United States Attorney's Office
99 NE 4th Street
Miami, Florida  33132

For the Defendant:  Robert E. Adler
Kristy Militello
Assistant Federal Public Defenders
Federal Public Defender's Office
450 Australian Avenue South
Suite 500
West Palm Beach, FL  33401

Court Reporter:  Francine C. Salopek, RMR, CRR
Official Court Reporter
United States District Court
299 E. Broward Blvd., Room 207B
Fort Lauderdale, Florida 33301
(954)769-5686

- - - - -

```
1              *TUESDAY, SEPTEMBER 10, 2019, 9:46 A.M.*

2              (The Judge entered the courtroom)

3              THE COURT:  Good morning.  Please be seated.

4              Are we ready for jurors?  It sounds like we have all

5    14.

6              MR. GARCIA:  Yes, sir.

7              THE COURT:  Ms. Zhang, you ready?

8              THE DEFENDANT:  (In English) Oh, yes.

9              THE COURT:  Go ahead.

10             COURTROOM SECURITY OFFICER:  All rise.

11             THE COURT:  Mr. Garcia?

12             MR. GARCIA:  Yes, sir.

13             THE COURT:  Call your next witness.

14             MR. SHERWIN:  Yes, Your Honor.  At this time, the

15   United States is going to Special Agent Brennan Fortune.

16             THE COURT:  Go ahead.

17             MR. SHERWIN:  Thank you.

18             THE COURT:  Mr. Adler.  Good morning, sir.

19             MR. ADLER:  Good morning, Judge.  How are you?

20             THE COURT:  Nice to see you.

21             MR. ADLER:  Thank you.

22             (The jury entered the courtroom)

23             THE COURT:  Good morning.  Please be seated.

24             ROOM CLERK:  Can you please raise your right hand.

25             (BRENNAN FORTUNE, GOVERNMENT'S WITNESS, WAS SWORN)
```

```
 1              ROOM CLERK:  Please have a seat.
 2              Speak into the microphone, state your first and last
 3    name for the record.
 4              THE WITNESS:  Brennan Fortune.
 5              ROOM CLERK:  Can you spell your last name, sir?
 6              THE WITNESS:  F-O-R-T-U-N-E.
 7              ROOM CLERK:  Thank you.
 8              THE COURT:  Folks, thank you for being mostly on time.
 9    I appreciate it.  We'll try better tomorrow.  Hopefully we
10    won't be here tomorrow, but if we are, we'll try it again
11    tomorrow.
12              Is there anyone who didn't heed my admonition not to
13    discuss the case with anyone or to allow it to be discussed
14    with you, not to conduct any research on the case, the lawyers,
15    or the parties, or to communicate either on social media or
16    otherwise about the case with others?
17              I see no hands.  Thank you all very much.
18              (Discussion had off the record between counsel)
19              MR. SHERWIN:  Your Honor, just for record purposes, I
20    am discussing the exhibits that are coming in through Special
21    Agent Brennan Fortune to ensure that the defendant has no
22    issues with it before we put them into evidence.
23              THE COURT:  Go ahead.
24              (Discussion had off the record between government
25    counsel and defendant)
```

FORTUNE – DIRECT/SHERWIN

1          THE DEFENDANT:  *(In English)* I reject.  May I reject?
2          *(Discussion had off the record between government*
3    *counsel and defendant)*
4          MR. SHERWIN:  All right.  Thank you, Judge.
5          May we please have the overhead, ma'am?
6          Is there any way I could pan out?  I'm sorry, I don't
7    know if I can control it from here.
8          THE COURT:  It's on the top.
9          MR. SHERWIN:  Oh, it's on the top?  Okay.  Oh,
10   perfect.  Great.  Thank you.
11                    **DIRECT EXAMINATION**
12   BY MR. SHERWIN:
13   Q.  Special Agent Fortune, can you please tell the ladies and
14   gentlemen of the jury who you work for?
15   A.  I work for the United States Secret Service.
16   Q.  Okay.  And how long have you been employed by the Secret
17   Service?
18   A.  Approximately two-and-a-half years.
19   Q.  Okay.  What is your current duty station with the Secret
20   Service?
21   A.  I'm currently assigned to the West Palm Beach resident
22   office.
23   Q.  Okay.  And related to that assignment with the West Palm
24   Beach office, can you please tell the jury, what are your
25   general duties and responsibilities?

FORTUNE - DIRECT/SHERWIN

1    A.   As a Secret Service agent, we have a dual mission.   We

2    investigate financial crimes, crimes involving electronics, as

3    well as protecting the president and vice president, their

4    families, and other individuals designated by statute or

5    executive order.

6    Q.   Sir, on March 30th of this year, 2019, were you on duty

7    with the Secret Service?

8    A.   Yes.

9    Q.   And where were you on duty?

10   A.   I was on duty at the Mar-a-Lago Club.

11   Q.   And what were your general duties and responsibilities at

12   the Mar-a-Lago Club on March 30th?

13   A.   I was assigned as a counterpart to the individual from the

14   presidential protective division that was assigned to the

15   Mar-a-Lago Club.   And our responsibilities were to coordinate a

16   security -- institute a security plan and provide a safe and

17   secure environment for the president and the first family.

18   Q.   All right, sir.   I'm showing on the screen -- do you see on

19   the screen a map?

20   A.   Yes.

21   Q.   This is Government's Exhibit 2 that has already been

22   entered into evidence.

23        Are you familiar with this property?

24   A.   Yes.

25   Q.   And is this the Mar-a-Lago facility?

FORTUNE – DIRECT/SHERWIN

1    A.  Yes.

2    Q.  And you were on duty there on the 30th?

3    A.  Yes.

4    Q.  All right.  Before I ask you some specific questions

5    related to your duties that day, I'm going to ask you some

6    general outline questions, if that's okay.

7    A.  Okay.

8    Q.  All right.  So let's get a lay of the land for the jury

9    again here, just for recall, since it's the morning.

10        Let's start the southern –– the bottom portion of this

11   map.  What road is this, sir?

12   A.  It's Southern Boulevard.

13   Q.  Okay.  And then we see this facility here *(indicating)*?

14   A.  Yes.

15   Q.  What is this facility, sir?

16   A.  That's the Bath & Tennis Club.

17   Q.  Okay.  Is that a part of Mar-a-Lago?

18   A.  No.

19   Q.  Okay.  And then we have this parking lot here.  What is

20   that related to?

21   A.  That's the Bath & Tennis parking lot.

22   Q.  Okay.  Now, when the president and the family are at

23   Mar-a-Lago, is there a perimeter that is set up around the

24   property?

25   A.  Yes.

125

FORTUNE – DIRECT/SHERWIN

1   Q.  Okay.  And could you sketch out the perimeter on your

2   screen?  I think the touch screen will allow you to do that,

3   sir.

4   A.  The perimeter *(indicating)*.

5   Q.  Okay.  Great.  Let's just start with the southern

6   perimeter, south of Southern.

7        This parking lot is not part of Mar-a-Lago, correct?

8   A.  No, yeah.

9   Q.  Okay.  Is that property still used when the president,

10  though, is on the property of Mar-a-Lago?

11  A.  Yes.

12  Q.  Okay.  Can you please explain to the jury, how does the

13  Secret Service use this parking lot to assist in the security

14  of Mar-a-Lago?

15  A.  We use that as our vehicle checkpoint, and it's the initial

16  screening checkpoint for all vehicles and individuals coming

17  onto Mar-a-Lago property or presenting themselves for admission

18  onto the Mar-a-Lago property.

19  Q.  Okay.  For -- I guess for identification purposes, could we

20  call that "checkpoint 1"?

21  A.  Yes.

22  Q.  Okay.  Now, on checkpoint 1 -- are you familiar with an

23  agent called Special Agent Krystle Kerr?

24  A.  Yes.

25  Q.  And do you know whether she was on duty on March 30th?

FORTUNE - DIRECT/SHERWIN

1   A.  She was.

2   Q.  Okay.  And do you know what checkpoint she was working?

3   A.  She was working checkpoint 1.

4   Q.  All right.  Checkpoint 1.

5       I'm going to show you a picture -- this has also been

6   entered into evidence -- Government's Exhibit 1-1.  And I think

7   we could wipe the screen --

8       MR. SHERWIN:  I don't know how to do that, though,

9   ma'am.

10      THE COURT REPORTER:  There's a "clear" button.

11      MR. SHERWIN:  Oh, there is?

12      THE COURT:  I have it too.  I can do it.

13      MR. SHERWIN:  Oh.  Thank you, Judge.

14  BY MR. SHERWIN:

15  Q.  Sir, can you tell the ladies and gentlemen of the jury,

16  what are we looking at here?  What is this a photo of?

17  A.  You're looking at checkpoint 1.

18  Q.  Okay.  And is this where Special Agent Kerr was working on

19  March 30th?

20  A.  Yes.

21  Q.  Okay.  There's a sign here.  Are you familiar with those

22  signs?

23  A.  Yes.

24  Q.  Okay.  And those signs, are they posted throughout the

25  grounds of Mar-a-Lago?

FORTUNE – DIRECT/SHERWIN

1    A.  Yes.

2    Q.  Okay.  Back to our map here, orientation purposes.

3         Now, with the Bath & Tennis Club, does the Bath &

4    Tennis Club -- do they have cameras for security purposes that

5    record who was on their property and their parking lot?

6    A.  Yes.

7    Q.  Okay.  And this road here, what road is that again, sir?

8    A.  Southern Boulevard.

9    Q.  Okay.  Southern Boulevard.  Are there also video cameras

10   that cover Southern Boulevard?

11   A.  Yes.

12   Q.  Okay.  Who maintains the cameras for Southern Boulevard?

13   A.  The Palm Beach County Sheriff's Office.

14   Q.  Okay.  And then the cameras for the parking lot and Bath &

15   Tennis Club are maintained by?

16   A.  Bath & Tennis Club.

17   Q.  Okay.

18         MR. SHERWIN:  Permission to approach, Your Honor?

19         THE COURT:  You may.

20   BY MR. SHERWIN:

21   Q.  Special Agent Fortune, I'm going to hand you four items.

22   Actually, you know what -- yes, I'm going to hand you four

23   items for identification purposes -- Government's Exhibit 4,

24   Government's Exhibit 5, Government's Exhibit 6, and

25   Government's Exhibit 26.

128

FORTUNE – DIRECT/SHERWIN

```
 1              (Government's Exhibit Numbers 4, 5, 6, and 26 marked
 2      for identification)
 3              MR. SHERWIN:  And for record purposes, I showed these
 4      four exhibits to the defendant this morning, Your Honor.
 5      BY MR. SHERWIN:
 6      Q.  All right.  Special Agent Fortune, let's start with
 7      Government's Exhibit 5.
 8      A.  Five?
 9      Q.  That's not entered into evidence yet.
10              Are you familiar with this item?
11      A.  Yes.
12      Q.  Okay.  Can you tell the jury, what is this item I handed
13      you?
14      A.  It's -- excuse me -- it's a thumb drive that contains video
15      footage from the Bath & Tennis Club.
16      Q.  Okay.  Did you personally request this video footage from
17      the Bath & Tennis Club?
18      A.  Yes.
19      Q.  And did the Secret Service receive it per your request?
20      A.  Yes.
21      Q.  And have you reviewed the footage from that thumb drive?
22      A.  Yes.
23      Q.  And is it a fair and accurate representation of what
24      happened on that property on March 30th of 2019?
25      A.  Yes.
```

FORTUNE - DIRECT/SHERWIN

1   Q.  Okay.

2           MR. SHERWIN:  Your Honor, the government would like to

3   enter that exhibit into evidence.

4           THE COURT:  Any objection?

5           THE DEFENDANT:  *(In English)* Sorry.

6           THE DEFENDANT:  Sorry, can I speak in Chinese?

7           THE COURT:  You may.

8           THE DEFENDANT:  *(In English)* Okay.

9           THE DEFENDANT:  I just know I didn't hear quite

10  clearly.  I want to ask the interpreter, did you say that this

11  is the video footage from the entrance, the first entrance?  Or

12  the footage from the tennis court?

13          THE COURT:  Why don't you just clarify.

14          MR. SHERWIN:  Yes, Your Honor.

15          THE DEFENDANT:  *(In English)* Yeah, I want clarify

16  what --

17          THE COURT:  He will clarify.

18          THE DEFENDANT:  *(In English)* -- they said --

19          THE COURT:  Ms. Zhang, we will clarify.

20          THE DEFENDANT:  *(In English)* Okay.  Thank you.

21          MR. SHERWIN:  Yes, Your Honor, as will be the

22  testimony per the agent, this will show video footage of the

23  parking lot area.

24          THE COURT:  Why don't you just ask him.

25

FORTUNE - DIRECT/SHERWIN

1    BY MR. SHERWIN:

2    Q.  Special Agent Brennan, what does this thumb drive contain

3    footage of?

4    A.  It contains footage of the parking lot of Bath & Tennis,

5    checkpoint 1.

6              THE COURT:  Any objection?

7              THE DEFENDANT:  *(In English)* No objection.

8              THE COURT:  Without objection, Exhibit 5 will be

9    admitted.

10             *(Government's Exhibit Number 5 admitted into*

11   *evidence).*

12             MR. SHERWIN:  Okay.

13             It's Government's Exhibit 5, ladies and gentlemen.

14   BY MR. SHERWIN:

15   Q.  All right, sir, I also handed you Government's Exhibit 26,

16   a disk.  That's not in evidence yet.

17             Are you familiar with that item?

18   A.  Yes.

19   Q.  Okay.  What is that item?

20   A.  This is video footage from the Palm Beach County Sheriff's

21   Office cameras.

22   Q.  Okay.  And did you personally request this video footage?

23   A.  Yes.

24   Q.  And did -- per your request, did they give it to the Secret

25   Service?

FORTUNE - DIRECT/SHERWIN

```
1    A.  Yes.

2    Q.  And you've reviewed it?

3    A.  Yes.

4    Q.  And it's a fair and accurate representation of the events

5    on Southern Boulevard of March 30th?

6    A.  Yes.

7            MR. SHERWIN:  The government, Your Honor, moves --

8    would like to move this into evidence at this time.

9            THE COURT:  Where are those cameras located?

10           THE WITNESS:  They are located just to the west of the

11   main entrance there.

12           THE COURT:  Main entrance being the parking lot?

13           THE WITNESS:  To Mar-a-Lago, I'm sorry, yes.

14           THE COURT:  Just highlight it on the screen.

15           THE WITNESS:  Oh, okay.  In this general area

16   here (indicating).

17           THE COURT:  Any objection to Exhibit 26?

18           THE DEFENDANT:  I want to clarify, is this a footage

19   at the sheriff's office?

20           THE COURT:  It appears to be, Ms. Zhang, footage from

21   cameras that are run by the sheriff's office, but that are

22   located in the general vicinity of the circle that's on your

23   screen right now, if you look at your screen.

24           MR. GARCIA:  Your Honor, her screen's not on.

25           THE COURT:  Will you turn it on for her?
```

FORTUNE – DIRECT/SHERWIN

1           *(Pause)*

2           THE COURT:  Is it on now?

3           MR. GARCIA:  It's showing no input.  It's dark.  But

4    it is on.

5           It's on this one here.

6           THE COURT:  Ms. Zhang, if you wouldn't mind for now,

7    until we fix that screen, would you mind moving to this screen

8    here so you can see it?

9           THE DEFENDANT:  *(In English)* I don't mind.

10          THE COURT:  You don't want to see the screen?  Oh, go

11   ahead.  Move to this screen here.

12          THE DEFENDANT:  *(In English)* This one?

13          THE COURT:  Yep.

14          THE DEFENDANT:  *(In English)* Okay.

15          *(In English)* So this one *(indicating)*?

16          THE COURT:  So the cameras appear to reflect the

17   general location that's circled on the screen.

18          Any objection?

19          THE DEFENDANT:  *(In English)* Sorry.  I don't... I

20   cannot recognize....

21          THE DEFENDANT:  Can you explain a little bit more?

22   Did I appear in this location?  Or what exactly is this

23   location?  I –– I ––

24          THE DEFENDANT:  *(In English)* Like witness this

25   location, what point?

FORTUNE – DIRECT/SHERWIN

1        THE COURT:  Ms. Zhang, Ms. Zhang, if that's an

2    objection, I'm going to overrule the objection.  The witness

3    has authenticated the exhibit.  I don't know what's on it, but

4    we will soon see it.

5        So the objection is overruled.

6        (Government's Exhibit Number 26 admitted into

7    evidence)

8        THE COURT:  Please proceed.

9        MR. SHERWIN:  Thank you, Judge.

10   BY MR. SHERWIN:

11   Q.  Special Agent Fortune, there's also another thumb drive

12   that I've handed you.

13   A.  Yes.

14   Q.  That's Government Exhibit 5, correct?

15   A.  Four.

16   Q.  Excuse me.  Is that four?

17   A.  Four.

18   Q.  Government's Exhibit 4, what is that a thumb drive of?

19   A.  This is a thumb drive that contains footage captured by

20   cameras on the Mar-a-Lago Club.

21   Q.  Okay.  So that's Government's Exhibit 4.  So three

22   different items, the two thumb drives and the disk, all contain

23   video footage of March 30th of 2019?

24   A.  Yes.

25   Q.  Okay.  Now, Government's Exhibit 4, did you personally

FORTUNE - DIRECT/SHERWIN

1    request that footage from Mar-a-Lago?

2    A.  Yes.

3    Q.  And did they provide it to the Secret Service?

4    A.  Yes.

5    Q.  Have you reviewed that?

6    A.  Yes.

7    Q.  And is it a fair and accurate representation of the events

8    from March 30th, to your recollection?

9    A.  Yes.

10            MR. SHERWIN:  Your Honor, at this time, the government

11    seeks to enter that into evidence.

12            THE COURT:  Just circle for us where those cameras

13    were.

14            THE WITNESS:  Yes, Your Honor.  They're located

15    throughout the property, but they're generally in these areas

16    here, I believe are the cameras that we have *(indicating)*.

17            THE COURT:  I see.

18            THE DEFENDANT:  *(In English)* May I --

19            THE COURT:  One second.  Any objection to the

20    introduction of this exhibit?

21            THE DEFENDANT:  *(In English)* Yes, I mean I have --

22            THE COURT:  One second, Ms. Zhang.  If you're using

23    the services of the interpreter, you have to wait for the

24    interpretation and then answer in Chinese.

25            THE DEFENDANT:  *(In English)* Okay.

135
FORTUNE – DIRECT/SHERWIN

1      THE DEFENDANT:  It's like this.  I don't know exactly
2  where this gentleman was positioned at that time.
3      May I know his name?  I don't know -- I don't even
4  know his name yet.
5      THE COURT:  He's testified that his name is Brennan
6  Fortune.  He's witness number 4.
7      Andre, this screen here, the defendant's screen.
8      Ms. Zhang, the objection is overruled.
9      The witness has testified that the video cameras were
10  located in a particular place, that he reviewed the video
11  footage of that place, and that it -- the disk contains what it
12  purports to be.  So Exhibit Number 4 will be admitted.
13      *(Government's Exhibit Number 4 admitted into evidence)*
14      MR. SHERWIN:  Thank you, Judge.
15  BY MR. SHERWIN:
16  Q.  And the final item that is not yet entered into evidence,
17  Special Agent Fortune, is Government's Exhibit 6, correct?  Do
18  you see that disk?
19  A.  Yes.
20  Q.  Okay.  Can you please explain to the judge and the jury,
21  what is that item?
22  A.  This is a disk that contains video footage, and it's a
23  compilation of the footage contained from the three sources
24  that we collected earlier.
25  Q.  Okay.  So different video spliced from those other sources

FORTUNE – DIRECT/SHERWIN

1   to condense?

2   A.  Yes, yeah.

3   Q.  And have you reviewed this compilation video?

4   A.  Yes.

5   Q.  And were you able to confirm that this is -- this footage

6   is identical to the footage pulled off of those three other

7   sources -- the Mar-a-Lago video, the Southern Boulevard video,

8   and the Bath & Tennis Club video?

9           THE COURT:  One second.

10          Ms. Zhang, you can sit there and use that screen.  Why

11   don't you move your papers over there while Andre is working on

12   the other screen?

13          Ms. Zhang, do you want your papers?

14          THE DEFENDANT:  *(In English)* Okay.  Yeah, maybe.

15          THE COURT:  Go ahead.  Take a minute to put them over

16   there.

17          *(Pause)*

18          THE COURT:  Go ahead, sir.

19          MR. SHERWIN:  Your Honor, may the government enter

20   Government's Exhibit 6 into evidence?

21          THE COURT:  I think I interrupted after you asked your

22   question but before he answered it, so why don't you... do you

23   want me to repeat the question?

24          MR. SHERWIN:  Yes, Your Honor, if you have the

25   transcript.

FORTUNE - DIRECT/SHERWIN

1          THE COURT:  The question was:  And were you able to

2    confirm that this is -- this footage is identical to the

3    footage pulled off of those three other sources -- the

4    Mar-a-Lago video, the Southern Boulevard video, and the Bath &

5    Tennis Club video?

6    A.  Yes.

7          THE COURT:  Any objection?

8          THE DEFENDANT:  *(In English)* Can you -- what was --

9          THE INTERPRETER:  Are you talking in Chinese?

10         THE DEFENDANT:  *(In English)* Yes.

11         THE COURT:  Microphone's not working.

12         THE DEFENDANT:  These four sources --

13         THE COURT:  Ms. Zhang, if you could use -- try to pull

14   that other microphone close to you, the one to your left.

15         Is that one working?

16         THE DEFENDANT:  *(In English)* yeah.  It's now working.

17         THE DEFENDANT:  For these four sources of video --

18         THE DEFENDANT:  *(In English)* Oh, this is --

19         THE DEFENDANT:  Two from the parking lots, right?

20         THE COURT:  It looks like one -- I don't know what's

21   on the video, Ms. Zhang, but it looks like this last exhibit is

22   just a compilation of videos from the previous three.

23         THE DEFENDANT:  *(In English)* Okay.  I -- I don't -- I

24   have no question.

25         THE COURT:  Without objection, the exhibit will be

FORTUNE – DIRECT/SHERWIN

1    admitted.

2              *(Government's Exhibit Number 6 admitted into evidence)*

3              MR. SHERWIN:   Okay.   Thank you, Judge.

4              Can we please toggle over to the video screen, please?

5    BY MR. SHERWIN:

6    Q.   Special Agent Fortune, are you familiar with a woman named

7    Ms. Zhang?

8    A.   Yes.

9    Q.   When did you first meet Ms. Zhang?

10   A.   I met her when she was at the Mar-a-Lago Club in the main

11   lobby.

12   Q.   Okay.   What was that date?

13   A.   That was March 30th.

14             MR. SHERWIN:   I apologize.   Could we toggle over to

15   the map quickly?

16             Thank you.

17   BY MR. SHERWIN:

18   Q.   So before we play the video, on the map, can you please

19   tell the jury where you first met the defendant on March 30th?

20   A.   We first encountered her in the main lobby of Mar-a-Lago,

21   which is approximately this area right here *(indicating)*.

22   Q.   Okay.   And before we play the video, could you just give

23   the judge and the jury a purview of what we're going to see in

24   terms of the defendant's movement on March 30th?

25   A.   You will see the defendant arrive at the checkpoint 1.

FORTUNE - DIRECT/SHERWIN

1   Q.  Please mark.

2   A.  Move it down just a little bit.

3       This area here *(indicating)*.

4       You'll see her stand there.  She'll be picked up by a

5   Mar-a-Lago valet, Mar-a-Lago employee in a golf cart.  And then

6   she'll be escorted across Southern Boulevard through the

7   parking lot onto Mar-a-Lago property.  You'll see her continue

8   on Mar-a-Lago property heading north on the --

9   Q.  Can you mark that, her path of travel?

10  A.  On to Mar-a-Lago property here.  She'll be continuing north

11  on the westernmost drive on Mar-a-Lago, in the main valet

12  parking lot, and she'll turn east and come up and be dropped at

13  checkpoint 2 before entering into the main lobby.

14  Q.  Okay.  So we start at checkpoint 1 where Krystle Kerr was,

15  sir?

16  A.  Yes.

17  Q.  And then we end at checkpoint 2.  And do you know what

18  agent was duty at that checkpoint?

19  A.  Paul Patenaude.

20      MR. SHERWIN:  All right.  So if we could please toggle

21  back over to the video, and then we'll start the review.

22  BY MR. SHERWIN:

23  Q.  So Special Agent Fortune, we're going to play this

24  condensed clip, Government's Exhibit 6, on the video screen,

25  and every -- perhaps every ten or 30, 45 seconds I'll stop it,

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

FORTUNE - DIRECT/SHERWIN

1   just to expedite things, and ask you some questions, if that's

2   okay.

3   A.  Okay.

4   Q.  Okay.  So before we start the video, can you please tell

5   the jury, what are we seeing in this first frame?

6   A.  The first frame, you see -- the general overview is

7   checkpoint 1.  The golf cart is owned and operated by

8   Mar-a-Lago.  There's an individual from the valet operating it.

9   And then the defendant is about to embark on to the golf cart.

10          THE COURT:  I'm sorry, he said "the defendant."  He

11   had previously said "Ms. Zhang," but he hasn't identified

12   anyone in the courtroom today.

13          MR. SHERWIN:  Yes, yes, Your Honor.

14   BY MR. SHERWIN:

15   Q.  Mr. Fortune, do you see Ms. Zhang here in the courtroom

16   today?

17   A.  I do.

18   Q.  Okay.  And what is she wearing, for identification

19   purposes?

20   A.  She's wearing a pink shirt and tan pants.

21   Q.  Okay.  And do you see Ms. Zhang in this video frame?

22   A.  Yes.

23          (Video playing)

24   BY MR. SHERWIN:

25   Q.  Do you have any understanding what that gentleman was

FORTUNE – DIRECT/SHERWIN

1   doing, the golf cart driver, at this time during this delay?

2   A.  I believe -- excuse me -- I believe he was going to confer

3   with the Mar-a-Lago security as to where she was going on

4   property.

5          *(Video playing)*

6   BY MR. SHERWIN:

7   Q.  I'm going to stop it here.

8          So the previous frames we were looking at, that's

9   video from the Bath & Tennis Club?

10  A.  Yes.

11  Q.  Okay.  So now we're coming into the second frame.  What

12  road is this frame?

13  A.  This is Southern Boulevard.

14  Q.  Okay.  And this is the PBSO video?

15  A.  Yes.

16         *(Video playing)*

17  BY MR. SHERWIN:

18  Q.  And as we play this, can you tell the jury what we're

19  seeing?

20  A.  You're seeing the Mar-a-Lago golf cart with -- operated by

21  the Mar-a-Lago valet and the defendant cross Southern Boulevard

22  from the Bath & Tennis parking lot and then enter into

23  Mar-a-Lago.

24  Q.  Well, before they enter, where is the -- the golf cart,

25  what did it just pull in front of?  What's that checkpoint?  Is

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

FORTUNE – DIRECT/SHERWIN

1   that a checkpoint?  What is that?

2   A.   That's another post operated by Secret Service in

3   coordination with Palm Beach County Sheriff's Office.

4   Q.   Are there restricted access signs at that checkpoint?

5   A.   Yes, before you pull across.

6   Q.   Okay.  So now the golf cart is pulling into what?

7   A.   The Mar-a-Lago Club.

8   Q.   And does this gate or fence separate the Mar-a-Lago Club

9   from Southern?

10  A.   Yes.

11           *(Video playing)*

12  BY MR. SHERWIN:

13  Q.   So are we now on Mar-a-Lago property?

14  A.   Yes.

15           *(Video playing)*

16  BY MR. SHERWIN:

17  Q.   Now, what are we looking at in this frame?

18  A.   That's what we were referring to as checkpoint 2.  That's

19  the main entrance to Mar-a-Lago.

20  Q.   Okay.  And are there restricted area signs at that

21  checkpoint?

22  A.   Yes.

23  Q.   And who was the special agent that was manning that

24  checkpoint on March 30th?

25  A.   Paul Patenaude.

FORTUNE - DIRECT/SHERWIN

```
 1              (Video playing)

 2   BY MR. SHERWIN:

 3   Q.  Does the video end at this point?

 4   A.  It continues on.

 5   Q.  Checkpoint 2?

 6   A.  Yes.  At checkpoint 2, yeah.

 7           MR. SHERWIN:  If we could please toggle back to the

 8   map?

 9   BY MR. SHERWIN:

10   Q.  Okay.  So for reference purposes, again, can you please

11   circle for the grand -- the jury checkpoint 2?

12   A.  Checkpoint 2?

13   Q.  Yes.  And that's the video -- the ending of the video we

14   saw?

15   A.  Yes.

16   Q.  Okay.  Now --

17           THE COURT:  And video was Exhibit 6 that we were

18   watching?

19           MR. SHERWIN:  Yes, Your Honor, and the map is

20   Government's Exhibit 2.

21   BY MR. SHERWIN:

22   Q.  So is it your understanding -- it is -- what's your

23   understanding as to where the defendant goes after she leaves

24   checkpoint 2?

25   A.  It's my understanding that she went into the main lobby and
```

FORTUNE – DIRECT/SHERWIN

```
 1  then entered --
 2          THE COURT:  How do you understand that?  Is that
 3  because you saw it or someone told you?
 4          THE WITNESS:  No, Your Honor, someone told me.
 5          THE COURT:  All right.  Well, then you can't talk
 6  about that.
 7  BY MR. SHERWIN:
 8  Q.  Well, let me rephrase that question.
 9          Were you in the main lobby outside of checkpoint 2?
10  A.  Yes.
11  Q.  And did you see the defendant in that lobby?
12  A.  Yes.
13  Q.  Okay.  Do you see a Special Agent Sam Ivanovich here?
14  A.  Yes.
15  Q.  Okay.  Was he in that re -- it is proper to call the main
16  lobby or is it reception area?  What's the proper label that
17  you would use for that area?
18  A.  A reception area, main lobby, yeah.
19  Q.  Okay.  Now, was Sam Ivanovich in that reception area at the
20  time you were?
21  A.  Yes.
22  Q.  And the defendant was there?
23  A.  Yes.
24  Q.  What was Special Agent Ivanovich doing when you saw him
25  with the defendant?
```

FORTUNE – DIRECT/SHERWIN

1   A.  It looked like he was talking with her, speaking with her.

2   Q.  Okay.  What language were they talking?

3   A.  English.  It looked like they were speaking English.

4   Q.  Did it appear that the defendant was communicating with

5   Mr. Ivanovich in English?

6   A.  Yes.

7   Q.  Okay.  And can you please tell the jury and the judge, what

8   was the disposition of the defendant at that time?

9   A.  She was relatively calm.  It appeared as though she was

10  explaining herself.

11  Q.  Are you familiar with a woman that works at Mar-a-Lago

12  called Ariela Grumaz?

13  A.  Yes.

14  Q.  Okay.  And what area of the Mar-a-Lago Club does she work

15  in?

16  A.  The reception.

17  Q.  Okay.  And do you know whether Ariela Grumaz was working at

18  Mar-a-Lago on March 30th?

19  A.  Yes, she was.

20          MR. SHERWIN:  No further questions, Your Honor.

21          THE COURT:  Cross-examination?

22          THE DEFENDANT:  *(In English)* No question.  Thank you.

23          THE COURT:  Agent, you are excused.  Thank you.

24          THE WITNESS:  Thanks, Your Honor.

25          *(Witness excused)*

GRUMAZ - DIRECT/SHERWIN

```
 1            THE COURT:  Please call your next witness.

 2            MR. SHERWIN:  Your Honor, at this time, the United

 3    States calls Mar-a-Lago employee Ariela Grumaz.

 4            THE COURT REPORTER:  Please raise your right hand and

 5    be sworn.

 6        (ARIELA GRUMAZ, GOVERNMENT'S WITNESS, WAS SWORN)

 7            THE COURT REPORTER:  Please sit down.

 8        Please pull the microphone up in front of you.  Please

 9    state your full name for the record, spelling your last name.

10            THE WITNESS:  My name is Ariela Grumaz.  My last -- my

11    spelling name (sic) for my last name is G-R-U-M-A-Z.

12                        DIRECT EXAMINATION

13    BY MR SHERWIN:

14    Q.  Hello, Ms. Grumaz.  How are you?

15    A.  I'm good.

16    Q.  Ms. Grumaz, can you please tell the jury a little bit about

17    yourself in terms of who do you work for?

18    A.  I work for Mar-a-Lago Club.  And, uhm, I work for the club

19    for two years now.  I represent the front of the house, and I

20    take care of the customers and the people that are coming

21    through the club.

22    Q.  Okay.  So, you've worked two seasons at the Mar-a-Lago Club

23    then, ma'am?

24    A.  Confirm.

25    Q.  Okay.  Can you please tell the Court and the jury, what are
```

GRUMAZ - DIRECT/SHERWIN

1   your general -- what do you do every day as -- when you're

2   working at the Mar-a-Lago Club as the main receptionist?  What

3   are your general duties and responsibilities?

4   A.   If we have guests, I guide them, and I also tell them

5   whatever event or whatever questions they have about the club.

6   I answer phone club -- phone calls.  And I also, uhm -- so --

7   yeah.  I answer phone calls, I take care of the people, and

8   that would be all.

9   Q.   Okay.

10       MR. SHERWIN:  Could we please clear the screen too,

11   please.

12       Thank you.

13   BY MR. SHERWIN:

14   Q.   Okay.  Ms. Grumaz, as part of your duties and

15   responsibilities as -- working at the reception -- as part of

16   your duties and responsibilities at the Mar-a-Lago Club, are

17   you aware on a daily basis of what events are scheduled to

18   occur at the club every day?

19   A.   Confirm.

20   Q.   Okay.  And as part of your duties working for Mar-a-Lago,

21   do you also have an understanding of who the guests are and the

22   members are?  Do you know those people?

23   A.   Of course.

24   Q.   And do you have a general, also, understanding of who their

25   friends and family members are for those members?

GRUMAZ - DIRECT/SHERWIN

1    A.  Yes.

2    Q.  Okay.  Now, were you working at the Mar-a-Lago Club on

3    March 30th of this year?

4    A.  Yes.

5    Q.  Okay.  And what time did your shift start that day?

6    A.  So, I started early in the morning.  And it -- it would

7    have finished around late afternoon.

8    Q.  Okay.  Okay.  And on that day, did you encounter a female

9    named Ms. Zhang?

10   A.  Yes.

11   Q.  Okay.  And do you see Ms. Zhang here today?

12   A.  Yes, I see her.

13   Q.  Okay.  Can you please, for identification purposes,

14   identify an article of clothing she's wearing?

15   A.  She's wearing a light color shirt with light khaki pants,

16   green pants.

17   Q.  Okay.  And on March 30th, did you encounter her and speak

18   with her?

19   A.  Yes, I did.

20   Q.  Okay.  Before we get into those details, if we could please

21   look at Government's Exhibit 2 that is on the overhead.  Do you

22   see that map on your screen?

23   A.  Yes.

24   Q.  Okay.  And if you -- you could use the touch pad like an

25   iPad -- could you circle and tell the jury where, again, was

GRUMAZ - DIRECT/SHERWIN

1   your reception area that you were working on that day?

2   A.   This is -- this is the reception area.  This is the front

3   lobby.

4   Q.   Okay.  And is that, again, where you first encountered the

5   defendant?

6   A.   Yes.

7   Q.   Okay.  Now, I'm gonna hand you --

8           MR. SHERWIN:  If we could please wipe the screen.

9   BY MR. SHERWIN:

10  Q.   I'm gonna hand you what has not yet been entered into

11  evidence, Government's Exhibits 7-1 and 7-2.

12          (Government's Exhibit Numbers 7-1 and 7-2 marked for

13  identification)

14          MR. SHERWIN:  I just need a moment to show the

15  defendant.

16          (Discussion had off the record between counsel)

17          MR. SHERWIN:  Your Honor, if we could have the record

18  reflect that the government showed government's exhibits, which

19  are not yet in evidence, 7-1 and 7-2 to the defendant.

20          THE COURT:  It will so reflect.

21          MR. SHERWIN:  And these have also been provided in

22  discovery.

23          Permission to approach the witness with the exhibits?

24          THE COURT:  You may.

25

150

GRUMAZ – DIRECT/SHERWIN

```
 1   BY MR. SHERWIN:
 2   Q.  Seven-1 and 7-2 (indicating).
 3        Okay.  Ms. Grumaz, could you please pick up the first
 4   photo, Government's Exhibit 7-1.
 5        I think it may be the other one.
 6        Great.  And please don't publish -- just -- if you can
 7   just look yourself, please.  Thank you.  Thank you.
 8        Are you familiar with that photo?
 9   A.  Confirm.
10   Q.  Okay.  What is that a photo of?
11   A.  This is the photo of the lobby where it's the entrance.
12   This is how you get in -- in the club.
13   Q.  Okay.  And is that a photo of the area you were working on
14   March 30th?
15   A.  Confirm.
16   Q.  Okay.  And is that a photo of where you confronted
17   Ms. Zhang?
18   A.  Yes.
19   Q.  Okay.  And is that an accurate photo of how that area
20   looked on March 30th?
21   A.  Completely accurate.
22   Q.  Okay.  Now, Government's Exhibit 7-2, is that similar in
23   some way to the other exhibit, ma'am?
24   A.  Yes, but it's the opposite side.  So, this is what you see
25   when you come in, in the lobby.
```

GRUMAZ – DIRECT/SHERWIN

1   Q.  Okay.  And is that a fair and accurate representation of

2   how that lobby looked on March 30th of this year?

3   A.  Yes.

4   Q.  Okay.

5          MR. SHERWIN:  Your Honor, at this time, the government

6   moves those two exhibits, 7-1 and 7-2, into evidence.

7          THE COURT:  Any objection?

8          THE DEFENDANT:  *(In English)* I object.

9          THE COURT:  What's the nature of your objection?

10         THE DEFENDANT:  *(In English)* Well, it's sensitive.

11         THE DEFENDANT:  I think it's sensitive.

12         THE COURT:  The objection is overruled.  The witness

13  has properly identified and authenticated the exhibits.

14         Seven-1 and 7-2 will be admitted.

15         *(Government's Exhibit Numbers 7-1 and 7-2 admitted*

16  *into evidence)*

17         MR. SHERWIN:  All right.  Thank you, Judge.

18  BY MR. SHERWIN:

19  Q.  All right.  For reference purposes, and then we'll get into

20  the details here, I'm gonna show -- I'm now gonna publish --

21         MR. SHERWIN:  Permission to publish, Your Honor?

22         THE COURT:  You may.

23  BY MR. SHERWIN:

24  Q.  -- Government's Exhibit 7-1.

25         This is the reception area, ma'am?

GRUMAZ - DIRECT/SHERWIN

1   A.  Yes.

2   Q.  Okay.  And on the touch screen could you show the jury,

3   where were you -- if you were, were you seated or standing

4   anywhere at the time you confronted the defendant on

5   March 30th?

6   A.  I was sitted *(sic)* at this desk.

7   Q.  Okay.  And this is your -- where you normally sit for your

8   reception duties?

9   A.  Confirm.

10  Q.  Okay.  And this is -- I believe you said there were two

11  angles of the photos, correct?

12  A.  Yes.

13  Q.  So, this is the angle looking out?

14  A.  Yes.

15  Q.  Okay.  And what is outside this door?

16  A.  Outside the door is -- if you walk a little bit, across it

17  is the office for the catering and the general manager *(sic)*

18  office.

19  Q.  Okay.  Do you know the general manager's name?  What's his

20  name or her name?

21  A.  It's Mr. Bernard Lemke.

22  Q.  Okay.  Now, outside this door is there also -- do the

23  Secret Service -- is there a checkpoint outside this door as

24  well?

25  A.  On the left side, uhm, if you walk a little bit further, it

GRUMAZ - DIRECT/SHERWIN

1   is the checkpoint and our security post.

2   Q.   Okay.  And does the -- or on March 30th, do you know

3   whether the Secret Service was manning that checkpoint?

4   A.   Yes.  They were.

5   Q.   Okay.  And on the weekend of March 30th, was there a secure

6   perimeter set up around Mar-a-Lago?

7   A.   Always, yes.  On that day, it was.

8   Q.   Okay.  Was -- were -- to your knowledge, was the president

9   and/or his family members at the property at that time?

10  A.   He was not there personally.

11  Q.   Okay.  Do you know whether his family members were there?

12  A.   Yes.

13  Q.   Okay.  So, let's talk about now the events of March 30th.

14  Okay?

15       When you were sitting at that desk, around what time

16  did you first confront the defendant?

17  A.   Around one, afternoon.

18  Q.   Okay.  And can you please tell the jury -- describe what

19  happened.  How did she walk in?  What did you see?

20  A.   So, normally if -- if you're sitting at the desk, you could

21  see through the door, which is a glass door.  And on -- as --

22  on the left side, because if she was coming from the security

23  point, normally that's how people are coming through -- I'll

24  point here (indicating) -- I could see her coming and filming.

25  So, she would have a phone like this looking around and

GRUMAZ - DIRECT/SHERWIN

1    filming *(indicating)*.

2             And after that, she stepped in and --

3    Q.  Let me pause, because you're saying a lot, and it may be

4    easier for the jury to understand.

5             So, when she came through the door, my first question

6    is:  Did you recognize who she was as a family or a member of

7    the family?

8    A.  No.  She -- no.

9    Q.  Okay.  And you said that she appeared to be filming when

10   she was walking in?

11   A.  Confirm.

12   Q.  To your knowledge, was that a phone or some type of an

13   actual camera, to the best of your recollection?

14   A.  It was a phone, because you could see pretty clearly

15   that -- the way how she was holding the phone.  We do have like

16   situations when you want to film, of course you see a slight --

17   it's a phone shape.

18   Q.  Okay.  And did she approach you or did she -- what happened

19   as she came through the door?  Did she try to engage with you?

20   A.  So, as soon as she enter the lobby, you could see that she

21   was fascinated by the decorations, so she was looking around.

22   And that's normally how we realize that they never been here

23   before.  So, I waited and see if she would stop.  And she

24   passed through.  She came through like this *(indicating)* and

25   pass --

GRUMAZ - DIRECT/SHERWIN

1   Q.  Okay.  I'm gonna stop you there to go through some of that.

2           I'm gonna show you now Government's Exhibit 7-2 that's

3   already in evidence.

4           Now, Government's Exhibit 7-2, this is the opposite

5   angle walking towards your desk now?

6   A.  Yes.

7   Q.  Okay.  And I believe you just said she walked through and

8   she passed your desk?

9   A.  Yes.  She did not get near my desk.

10  Q.  Okay.

11  A.  So, she wanted to go where it's even more impressive, the

12  living room.

13  Q.  Okay.

14  A.  So, she wanted to go straight forward the living

15  room *(sic)*.

16  Q.  Okay.  Let me pause there.

17          So, as she passed your desk, did she engage with you,

18  did she speak to you, did she say anything, or did she just

19  walk by?

20  A.  She walked by.

21  Q.  Okay.  Did you think of anything -- did you believe there

22  was anything unusual or suspect at this time?

23  A.  Of course.  Because it was how she was dressed.  For an

24  afternoon, uhm, she would have a long gray dress.  That would

25  not match for that time --

GRUMAZ – DIRECT/SHERWIN

1   Q.   Okay.

2   A.   -- of day to come to that day.

3   Q.   In addition to the dress, anything else about her actions

4   that you found odd or unusual?

5   A.   So, as soon as she entered, uhm, the door, I could see how

6   she would leave her phone near her body, and it was in a -- I

7   was thinking she might keep filming, but that's -- that's not

8   for a fact, like, you know, holding like this and having the

9   camera storage (sic), and she was going straight ahead.

10         And after she pass -- pass my desk, I had to stop her,

11  because I didn't want to let her in.

12  Q.   Okay.  So, let's hold there.

13         So, as she passed your desk, you tried to stop her

14  where, before entering --

15  A.   Before entering, yes.  Around here (indicating).  If you go

16  lower with your pen --

17  Q.   Yes.

18  A.   -- around there.

19  Q.   Okay.  And how did you stop her?  Did you say something?

20  A.   I said, "Ma'am, sorry, do you have an appointment?"

21  Q.   Okay.  And did you say this in English or another language?

22  A.   English.

23  Q.   And did she respond?

24  A.   She came right to my desk.

25  Q.   Okay.  And did she respond?  You don't have to tell me what

1  the response was, but did she respond?

2  A.  In a sense, she did, yeah.  She came to the desk, and she

3  was looking at me wanting to see what I want.

4  Q.  Okay.  Now, before we get into that -- and did a

5  conversation ensue?

6  A.  I started the conversation with her.

7  Q.  Okay.  Before we get into that conversation, I still want

8  to look at this photo a little more.

9        Could you please tell the jury -- I see this -- it

10  appears to be a poster with -- there's words on here.  What is

11  this poster for?  What is this sign for?

12  A.  This poster is -- it's the schedule of the club events.

13  Q.  Is that posted every day?

14  A.  Yes.

15  Q.  Okay.  And will it say the name of the event?

16  A.  Yes.

17  Q.  Will it say the location of the event?

18  A.  Not necessarily.

19  Q.  Will it say the time of the event?

20  A.  Yes.

21  Q.  Okay.  So, is that posted on a daily basis or a weekly?  Is

22  that updated every day?

23  A.  Every -- well, it's once a month.

24  Q.  Okay.

25  A.  Or -- it's, in fact -- it's changed two times, and it's

GRUMAZ - DIRECT/SHERWIN

1   posted till those events are finished.

2   Q.  Okay.  I'll rephrase the question.  I apologize.

3        So, is this -- does this poster show monthly and/or

4   weekly events?

5   A.  Yes.

6   Q.  Okay.  And once those events are complete, a new poster is

7   put up?

8   A.  Yes.

9   Q.  Okay.  Now, what is this -- it looks like there's another

10  little placard or sign here, a small sign.  Can you tell the

11  jury, what is that a sign of?

12  A.  That sign shows that it's not allowed to take pictures or

13  film in all areas.

14  Q.  Okay.  And is this a Mar-a-Lago policy to your

15  understanding?

16  A.  Yes, it is.

17  Q.  Okay.  And is this something the members and club members

18  are known to -- do the club members know about this regulation?

19  A.  It is a rule.  It's a main rule.

20  Q.  Okay.

21        Okay.  So, let's get back to, now, this interaction

22  with the defendant, Ms. Zhang.

23        So, you interact with her in this area

24  here *(indicating)*?

25  A.  So, after she went a little bit from my desk, I call her

GRUMAZ – DIRECT/SHERWIN

1  saying that if I can -- like, if she has an appointment to

2  check.

3  Q.  Okay.

4  A.  And that's when she turned around, and she came very

5  friendly towards my desk, and I start questioning her.  And, of

6  course, we did communicate.

7  Q.  Okay.

8  A.  But she -- she had this, uhm, view in her eyes that she was

9  always looking for an answer.  She would not give me an

10  immediate answer.

11  Q.  Was it -- per your perception, did you have an

12  understanding whether she could understand English?

13  A.  Yes, she did understand English.

14  Q.  Okay.  So, before she had this conversation with you, did

15  she try to -- and, again, for recall purposes -- did she try to

16  go past you, and then you're the one that stopped her?

17  A.  Yes.

18  Q.  Okay.  When you stopped her, and you had this

19  conversation -- let's get into some details now about that

20  conversation.

21         I believe you said you asked her whether she had an

22  appointment?

23  A.  Yes, of course.

24  Q.  What was the defendant's response to that question?

25  A.  So, the response was, "UN Chinese association," but that

GRUMAZ - DIRECT/SHERWIN

1   answer she gave me after she showed me her phone, because --
2   Q.  Okay.  Let's stop then, because I would like to go in
3   chronological order, please.  I apologize to interrupt *(sic)*.
4   A.  Okay.
5   Q.  So, when you asked Ms. Zhang why she was there, did she
6   first show you her phone, did she speak, or did she do these
7   together?  What was that reaction?
8   A.  She was like, uhm, trying to find an answer to -- like, she
9   took her phone and like showed me a doc -- like in Chinese,
10  written text.
11  Q.  Okay.  And do you know Mandarin?
12  A.  No.
13  Q.  Okay.  So, the first response to your question wasn't a
14  verbal response, it was showing you a phone?
15  A.  Well, she told me to wait, and, yeah, she showed me the
16  phone.
17  Q.  Okay.  And she did not answer immediately.
18  A.  No, she didn't.
19  Q.  Did she at any point -- at that point say, "I'm going to
20  the pool"?
21  A.  Never, not to me, never.
22  Q.  Okay.  So, at -- she -- at that point, did she say anything
23  about, "I'm here because my family member or a member invited
24  me here"?
25  A.  No.

GRUMAZ - DIRECT/SHERWIN

1    Q.   Okay.  She showed you her phone, and I believe you said it

2    was in Mandarin?

3    A.   It was -- it was Asian.  I don't know if Mandarin or not,

4    but it was Asian, and I didn't understand a thing.

5    Q.   Okay.  And I believe you said she mentioned something about

6    a UN Chinese American Association event?

7    A.   Well, I kind of tried to pull her tongue to tell me what it

8    is, because we -- we are not going by showing pictures on the

9    phone, and I needed more details.  And we do write down

10   everything.

11          And, of course, she -- she first -- she told me the

12   event, and then I asked her her name.

13   Q.   Okay.  So, let's first talk about that, this UN Chinese

14   American Association event.  As the receptionist, you're

15   supposed to know and be aware of all events on property,

16   correct?

17   A.   Yes.

18   Q.   Okay.  When she said that event to you, did you have any

19   idea what that was?

20   A.   No, at all.

21   Q.   So, was there any such event scheduled, to your knowledge,

22   that day or that week for that event at Mar-a-Lago?

23   A.   For that event, no, but we had one event in the evening,

24   later in the evening.

25   Q.   Okay.  Did that event have anything to do with any -- was

GRUMAZ – DIRECT/SHERWIN

1   it related in any way to the UN?

2   A.   *(Witness nodding head affirmatively)*

3   Q.   Was it related in any way to Chinese affairs --

4   A.   No, not at all.

5   Q.   -- economics or trade?

6           THE COURT REPORTER:  I'm sorry.

7           MR. SHERWIN:  I'll say it slower.  I apologize.

8   BY MR. SHERWIN:

9   Q.   Was that event that evening called the Chinese American

10  association event?

11  A.   No.

12  Q.   Did it even have "China" or "Chinese" in the event name?

13  A.   No, at all.

14  Q.   Did it have the "UN" in that event name?

15  A.   No.

16  Q.   Or "friendship association"?

17  A.   No.

18  Q.   It was a completely different event?

19  A.   Yes.

20  Q.   Now, what did you do next after she mentions this UN

21  Chinese American Association event?

22  A.   Asked her for her name.

23  Q.   Okay.  And how did she relay that information to you?

24  A.   So, she told me her name.

25           And then I -- I needed -- because I don't know how to

163

GRUMAZ – DIRECT/SHERWIN

1  spell it, I wrote it as how it sound.  And after that, I tried

2  to, like, still questioning her if she has an appointment, if

3  she came for -- for dinner, for -- not dinner, but for lunch,

4  if she has an appointment with a member.

5        But she was so playing -- playing like --

6  Q.  Okay.

7  A.  She didn't -- yeah.

8  Q.  I apologize to interrupt.

9        So, when you asked her whether she has an appointment

10  or an engagement with a member, did she say yes or no?

11  A.  No.

12  Q.  Okay.  She just didn't answer?

13  A.  No, she was, like, trying to show me her phone and looking

14  for her words.

15  Q.  Okay.

16        Okay.  So, at this point, what did you do?

17  A.  I need to verify clearly if she had any appointment, and,

18  uhm, I contacted the manager for catering while she was

19  standing next to my desk.

20  Q.  Okay.  At this point, in just the reception area, who is in

21  the reception area with you?  Was it just you and Ms. Zhang?

22  A.  On that day, it was only me and her.

23  Q.  Okay.  Now, so you tried to make an effort to contact the

24  manager?

25  A.  Yes.  I -- on the phone.

GRUMAZ - DIRECT/SHERWIN

1    Q.  Okay.  What did you do next?

2    A.  After that, because I couldn't get ahold of him -- and as I

3    said, the office is next to our lobby, there is an agent always

4    in the living room.  I could not permit -- let her go freely in

5    the club, so I called -- I went -- I stood up, I told her to

6    wait.  Uhm, in the meantime, she went towards the calendar

7    here, the big one.

8    Q.  Okay.  She went by this calendar here *(indicating)*?

9    A.  Yeah, from here to here *(indicating)*.

10   Q.  Okay.

11   A.  And after that, I just stood, and I went and spoke with the

12   gentleman near the -- here *(indicating)*.

13   Q.  Can I stop you for a moment?

14   A.  Sure.

15   Q.  So, at this point, you were gonna leave and go to the

16   manager's office?

17   A.  Not -- not -- not letting her unsuper -- no.

18   Q.  Okay.  So, you weren't gonna bring her with you.  You were

19   gonna have her wait in the reception area?

20   A.  Exactly.

21   Q.  Okay.  And then you said a gentleman.  Was there a Secret

22   Service agent posted in this room?

23   A.  Yes.

24   Q.  You request him to come into the reception?

25   A.  Yes.

GRUMAZ - DIRECT/SHERWIN

1   Q.  Why?

2   A.  So, he can look after her so she doesn't go around the

3   club.

4   Q.  Okay.  And did the Secret Service agent comply and come to

5   the reception for you?

6   A.  Yes.

7   Q.  Okay.  What did you do next?

8   A.  So, after the gentleman from -- the agent from the living

9   room stayed with her in the lobby, I left towards the exit,

10  this way *(indicating)*, to go to --

11  Q.  Okay.

12  A.  -- the catering manager office.

13  Q.  Okay.  I'm gonna show you -- toggle back to Government's

14  Exhibit 1 *(sic)*.

15          So, as she was waiting in the reception area with the

16  agent, you left these doors to go to the catering manager's

17  office?

18  A.  Confirm.

19  Q.  Okay.  How long is the walk to his office?

20  A.  It's --

21          THE COURT:  And this is Government's Exhibit 7-1.

22          MR. SHERWIN:  That's correct, Your Honor.

23  A.  Two or three steps.  You just --

24  Q.  So, it's right outside that door?

25  A.  Exactly where you see here --

GRUMAZ - DIRECT/SHERWIN

```
1    Q.  Okay.

2    A.  -- this is the entrance for --

3    Q.  Got it.

4            What did you do in the manager's office?  Was he

5    there?

6    A.  Yes, he was.

7    Q.  Okay.  What did you discuss with the manager?

8            THE COURT:  Don't tell us what you discussed with the

9    manager.

10           MR. SHERWIN:  I'll say -- let me rephrase the

11   question.

12   BY MR. SHERWIN:

13   Q.  When you went to the manager's office, what did you do?

14   A.  I wanted to check with him if she's on -- on the list for

15   the event later in the evening.

16   Q.  Okay.  So, I'll be very surgical with these questions.

17           When you went to the manager's office, did you have

18   access to any type of computer or something else to ensure

19   whether there was any event scheduled that evening called the

20   UN Chinese American Association event?

21   A.  We checked for that, because he has a computer.

22   Q.  I just want to ask just what you did, just to be very

23   clear.  Did you check the computer to see if that event was

24   scheduled?

25   A.  My computer?
```

GRUMAZ - DIRECT/SHERWIN

1   Q.  His computer.  I don't want to elicit what your manager did

2   or what he said.  I just want to talk about what you did in

3   your manager's office.

4   A.  So, I went towards his computer, showed the name.

5   Q.  Okay.

6   A.  And then we looked on a list --

7           THE DEFENDANT:  *(In English)* I'll object.

8           THE COURT:  Overruled.

9   BY MR. SHERWIN:

10  Q.  Please tell us what you did, not what the manager did,

11  ma'am.

12  A.  So, we saw on the screen all the names.  We didn't see

13  any -- any name that would match hers.

14  Q.  Okay.

15  A.  And afterwards -- there is other, uhm -- other, uhm -- on

16  the list, you could see other access folders to see if she

17  might be in a different folder.

18  Q.  Okay.

19  A.  She was not.

20  Q.  Okay.  So, going to the manager's office, you were able to

21  confirm that there was no such event for that evening that the

22  defendant said she was there for.

23  A.  No, there was not such event.

24  Q.  Was there even -- and you were also able to confirm that

25  the defendant was not a member, is that correct?

GRUMAZ - DIRECT/SHERWIN

1    A.   *(No response)*

2    Q.   Or a friend or family of any member?

3    A.   Not at his computer.

4    Q.   Okay.  Then I -- we'll ask that later.

5         So, you looked at, though, you said, other lists to

6    see if her name was on there, and she was not.

7    A.   For the checking point, yes.

8    Q.   Got it.  Okay.

9         At some point were you able to check any membership

10   list to see if the defendant --

11   A.   At my desk.

12   Q.   Got it.

13        Okay.  So, let's talk about that.

14        Did you leave the manager's office?

15   A.   Confirm.

16   Q.   Okay.  How long were you in his office for?

17   A.   Five, six minutes.

18   Q.   Okay.  And then did you go back into Government's

19   Exhibit 7-1, back into this area?

20   A.   Exactly how I went towards, I came back.

21   Q.   Okay.

22   A.   And I entered the door.

23   Q.   Okay.  When you came into the door, at some point, did you

24   go to your computer?

25   A.   Yes, I did.

GRUMAZ – DIRECT/SHERWIN

1   Q.  And is that -- what did you do at the computer?

2   A.  That's when I start looking.

3   Q.  Okay.  And were you able to find anything that --

4          THE COURT:  What's the purpose of describing the list,

5   Mr. Sherwin?

6          MR. SHERWIN:  For access purposes, Your Honor, whether

7   the name was --

8          THE COURT:  But is it offered for the truth of the

9   matter, that she's not on the list?

10          MR. SHERWIN:  No, Your Honor.  It's offered for the

11   fact to see how this witness would react to her not being on

12   that list.

13          THE COURT:  Okay.  So, you're offering it only to show

14   that that gave her cause to then ask further questions?

15          MR. SHERWIN:  That's correct, Your honor.  Her --

16   to -- what triggered her concern.  Not whether that list was

17   accurate or not, just the reflection as to why she was

18   concerned.

19          THE COURT:  Ladies and gentlemen, as I told you

20   before, sometimes pieces of evidence or questions can be

21   admitted just for a limited purpose.  In this case, I'm

22   instructing you that you're not permitted to use the testimony

23   you're hearing to determine whether Ms. Zhang was or was not on

24   any list, or to determine whether or not the event that she

25   allegedly told this witness about was or was not on any list.

GRUMAZ - DIRECT/SHERWIN

1           You're only permitted to use the information you're

2   hearing about, what was seen on the computer screens, to decide

3   whether that's the cause why this witness then took certain

4   steps.  Okay?

5           MR. SHERWIN:  Thank you, Judge.

6   BY MR. SHERWIN:

7   Q.  So, let's talk about coming back into the reception area,

8   Ms. Grumaz.

9           When you came into the reception area, was the

10  defendant there?

11  A.  No.  But the agent did was *(sic)*.

12  Q.  Okay.  So, what did you see when you walked into the

13  reception area?

14  A.  So, I saw the agent from -- from the living room waiting in

15  front of the ladies bathroom while we were sitting down.

16  Q.  Okay.

17  A.  And then she was coming out while Sam --

18  Q.  Okay.

19  A.  All right.

20  Q.  Let me stop you there, because there's a lot of, I think,

21  moving pieces.

22          So, when you walked into the reception area, did

23  you -- do you see an agent here today called Special Agent Sam

24  Ivanovich?

25  A.  Of course.

GRUMAZ - DIRECT/SHERWIN

1    Q.  Okay.  And --

2    A.  It's --

3    Q.  -- can you describe what he's wearing, if you could see him

4    from that angle?  I know it's a little cluttered here.

5    A.  He has a tie with lines across him.

6    Q.  You have better vision than I do.

7         Okay.  So, when you walked into the reception area,

8    Sam Ivanovich was in that area?

9    A.  He was coming towards the lobby.

10   Q.  Okay.  And this other agent that was watching the

11   defendant, was he still there in the lobby?

12   A.  Yes.

13   Q.  Okay.  And you said he was near the bathroom?

14   A.  He was next to the -- well, next to this chair, there's a

15   bathroom here.

16   Q.  Okay.

17   A.  And he was waiting near the entrance (indicating).

18   Q.  Got it.

19        And I believe you said when you walked in, you saw

20   then the defendant walking out of the bathroom?

21   A.  Yes.

22   Q.  Okay.  So, now there are several people in this reception

23   area, correct?

24   A.  Confirm.

25   Q.  Okay.  So, when you walked back into the reception area,

GRUMAZ - DIRECT/SHERWIN

1  did you engage or speak to anyone, or did you go to your desk?

2  A.  Well, I had to -- when I first arrived, I sat at my desk.

3  And afterwards, just for a second, I spoke -- I saw Sam, and I

4  spoke with him, saying that something is weird, and he has to

5  help.

6  Q.  Okay.  Why were you concerned, or why did you need his

7  help, or why did you think something was weird?

8  A.  She was acting very weird and strange.  So, we kind of need

9  to detect the signs.  So, we did not know how she got in the

10  premises, on the premises, so I had to speak with him.

11  Q.  Okay.  At this point, though, were you at your desk when

12  you were speaking to Special Agent Ivanovich?

13  A.  I just stood up and spoke with him.

14  Q.  Okay.  So, now at this point were you having any direct

15  communication with the defendant?

16  A.  Not anymore.

17  Q.  Okay.  So, now in the reception area, it's you, correct?

18  A.  *(Witness nodding head affirmatively)*

19  Q.  It's -- the defendant is now out of the bathroom back in

20  the reception area?

21  A.  Confirm.

22  Q.  Okay.  Sam Ivanovich?

23  A.  He was there, yeah.

24  Q.  Okay.  And another Secret Service agent.  You don't recall

25  his or her name?

GRUMAZ – DIRECT/SHERWIN

1   A.  It –– it was the gentleman from, uhm –– from the living and

2   our security.

3   Q.  Okay.

4        Okay.  At that point, what happened next?

5   A.  Then they started to talk between them.

6   Q.  Okay.  "They" being Mr. Ivanovich and the defendant?

7   A.  Confirm.

8   Q.  Okay.  Were you involved in that conversation, or were

9   you ––

10  A.  No, I was sitting at my desk.

11  Q.  Okay.

12       Okay.  Was this conversation in English?

13  A.  Yes.

14  Q.  What was her disposition during this conversation?  How was

15  her demeanor?

16  A.  Fine.

17  Q.  Okay.

18  A.  And afterwards, for a few minutes, she went back to the

19  toilet, bathroom.

20  Q.  Okay.  So, let's talk about that.

21       So, Special Agent Ivanovich and the defendant are

22  having a conversation that you could hear, but you're not a

23  participant in.

24  A.  Yes, yes.

25  Q.  Okay.  And then at some point, she goes back into the

GRUMAZ – DIRECT/SHERWIN

1  bathroom?

2  A.  Yes.

3  Q.  Okay.  Did Sam go with her?

4  A.  No.  She went by herself.

5  Q.  Okay.  Sam didn't follow her in the bathroom?

6  A.  No.  They –– the gentlemens (sic) were waiting next to the

7  bathroom, but not going inside.

8  Q.  Okay.  What did you do?

9  A.  At some point, I saw that the agents got anxious, because

10  she was not coming out of the bathroom.  So, they wanted to get

11  in, but they backed up, so I had to offer myself to take her

12  out of the bathroom.

13  Q.  So, you offered to go and get the defendant?

14  A.  Yes, I did.

15  Q.  Okay.  And I'm sorry this photo is not the best,

16  Government's Exhibit 7-1, but the bathroom I believe you said

17  is right to the right of this column?

18  A.  Exactly.

19  Q.  Okay.  Tell the Court, please, what happened next when you

20  went into the bathroom to get the defendant?

21  A.  So, as soon as I stepped inside –– like, after the door,

22  uhm, there's a hallway, and I could see her texting, walking

23  back and forth, on the phone.

24        And I called her, and I said, "Ma'am, can you please

25  step outside," and she was looking at me while texting.

GRUMAZ - DIRECT/SHERWIN

1    Q.  Can I stop you for a minute then?

2         So, when you went in there, she wasn't using any

3    bathroom facility that you could see?

4    A.  Not at all.

5    Q.  Okay.  She wasn't washing her hands or using the toilet?

6    A.  No.  She was like -- I saw her going towards the window in

7    the hallway and coming back.  And so I asked her to come out.

8    Q.  Okay.  What was her demeanor at that point?  Did she look

9    frightened, or was she as before you stated?

10   A.  She was fine.  She was completely fine.

11   Q.  Okay.  What happened next?  Did you end up leaving the

12   bathroom with the defendant?

13   A.  So, I asked her, nicely, to come outside, nothing is gonna

14   happen to her, and she came with me outside almost in the same

15   time.

16   Q.  Okay.  Can you please tell the Court, then, what happened

17   next after you exited the bathroom?

18   A.  So, after I exited the bathroom, I went at my desk again,

19   and I could see how they started questioning her.  And it

20   was -- she was pretty surrounded by agents at that time.

21   Q.  So, now, when you got out of the bathroom, were there a lot

22   more agents in that reception area?

23   A.  Yes, yes.

24   Q.  Okay.  Did her demeanor change at all when now there were a

25   lot more agents in that reception room?

GRUMAZ - CROSS/ZHANG

1    A.   That's what shocked me.  She had a blank face.  She was
2    totally in control.
3    Q.   Okay.  And do you know whether these agents and Sam
4    Ivanovich were communicating with the defendant?
5    A.   Yes, they were communicating in English with her.
6    Q.   Okay.  And did it appear to you that she had -- was able to
7    do that without a problem?
8    A.   She -- yeah, she was answering back.
9    Q.   Okay.
10          MR. SHERWIN:  One moment, Your Honor.
11          (Pause)
12          MR. SHERWIN:  Thank you very much.
13          Your Honor, no further questions at this point.
14          THE COURT:  Cross-examination?
15          THE DEFENDANT:  (In English) I have question.
16          THE COURT:  Go ahead.
17                      **CROSS-EXAMINATION**
18   BY THE DEFENDANT:
19   Q.   I want to ask --
20          THE DEFENDANT:  (In English) Wait a moment.
21   BY THE DEFENDANT:
22   Q.   I want to ask this lady, so who actually started the
23   conversation?  I mean when I entered -- well, when I entered
24   the facility, how exactly the conversation started?  I mean --
25   I mean who started the conversation?

GRUMAZ – CROSS/ZHANG

1   A.   I started a conversation.

2   Q.   I want to ask, the two pictures that they show you, uhm,

3   how did these two pictures come from (sic)?

4          THE COURT:  That's Exhibit 7-1 and 7-2?

5          MR. SHERWIN:  May I hand them to the defendant, Your

6   Honor?

7          THE COURT:  Go ahead.

8          MR. SHERWIN:  Seven-1 and 7-2.

9          THE DEFENDANT:  (In English) Okay.  Okay.

10          THE COURT:  Did you want her to answer your first

11   question, where did the pictures come from?

12          THE DEFENDANT:  Yes.  Can -- am I allowed to ask this

13   question?

14          THE COURT:  Please answer that question, if you know

15   the answer, ma'am.

16          THE WITNESS:  I do not know where the pictures --

17   those pictures are taken.

18          THE DEFENDANT:  (In English) Okay.  Let me see.

19          There's no more question.  Thank you.

20          THE COURT:  Redirect examination?

21          MR. SHERWIN:  Just very briefly, to clarify the

22   pictures, Your Honor.

23          THE COURT:  Go ahead.

24

25

```
 1                        REDIRECT EXAMINATION
 2   BY MR. SHERWIN:
 3   Q.  So, Ms. Grumaz, Government's Exhibit 1 (sic) --
 4             THE COURT:  Seven-1.
 5             MR. SHERWIN:  Yes.  Thank you, Your Honor.
 6   BY MR. SHERWIN:
 7   Q.  -- 7-1 and 7-2 that are in evidence, I guess my first
 8   question is:  Did you physically take these photos?
 9   A.  No.
10   Q.  Okay.  My secondary questions are, however:  Are you able
11   to confirm that this is, in fact, the reception area where you
12   were working on March 30th of this year?
13   A.  Confirm.
14   Q.  Okay.  And are you able to confirm that this is identical
15   to how that area looked at the time you confronted the
16   defendant?
17   A.  Exactly the same.
18   Q.  Okay.
19             THE COURT:  Thank you, ma'am.  You are excused.
20             THE WITNESS:  Thank you.
21             (Witness excused)
22             THE COURT:  Folks, as promised, I think this is a good
23   time for us to take our midmorning break.  Why don't we take a
24   ten-minute break which undoubtedly will bring us back here in
25   about 15 minutes.
```

1           (Laughter)

2           COURTROOM SECURITY OFFICER:  All rise.

3           (The jury exited the courtroom)

4           THE COURT:  Please be seated.

5           Ms. Zhang, the screen that you were using at the

6      beginning -- Ms. Zhang?

7           THE DEFENDANT:  (In English) Yes.

8           THE COURT:  The screen you were using at the beginning

9      I'm told is working now.  It's up to you whether you prefer to

10     sit where you are or whether you prefer to move back to where

11     you were.  Totally up to you.

12          THE DEFENDANT:  (In English) Okay.  It's fine.  I move

13     back.

14          THE COURT:  Okay.

15          Let me ask the government, what is the relevance of

16     these constant questions about Ms. Zhang's demeanor?  I take it

17     under 702, a witness is entitled to give her lay opinion about

18     what someone looked like and acted like.  So it's admissible on

19     that grounds, but I'm confused with respect to the relevance of

20     it.

21          MR. SHERWIN:  Your Honor, I guess the relevance is,

22     obviously demeanor is a metric of a person's character and

23     whether or not, you know, they have a reasonable belief or a

24     comfort level whether they should or should not be in some type

25     of a facility.  So I understand your question, but --

180

1      THE COURT:  But the government's theory is that she

2  should not have been in the particular facility, which would, I

3  guess, if we were talking about what one would expect of

4  character, one would expect a person who was in a place where

5  she did not belong or where she was not permitted to feel

6  uncomfortable.

7      MR. SHERWIN:  Yes.

8      THE COURT:  But the answers all seem to consistently

9  reflect that the defendant was comfortable.  I'm not sure,

10  then, what it shows.

11      MR. SHERWIN:  Let me state that a little more.  The

12  government's theory -- and obviously we wouldn't state this in

13  front of the jury, but the government's theory is that this

14  defendant, regardless of what was going to happen, was going to

15  get on to that facility, regardless of an event or not.  And

16  her character, her demeanor shows that mission and confirmation

17  and meeting that objective.  Despite the fact that she had

18  knowledge that this so-called event was or was not cancelled

19  before March 30th.

20      THE COURT:  But how does the fact that she was

21  comfortable or whatever the last witness said, that she was

22  unfazed by the presence of all these agents, further the

23  government's theory either that she purposefully told a false

24  statement or that she was in a place where she did not lawfully

25  belong?

```
1              MR. SHERWIN:  It shows that, Your Honor, she was not a
2     wandering tourist that fell into the situation by mistake.
3              THE COURT:  I see.  So you're suggesting that to the
4     extent there's a defense of confusion or accident or mistake,
5     that instead that her demeanor reflects a kind of calculation
6     with respect to her objectives?
7              MR. SHERWIN:  Yes, Your Honor, a hundred percent.
8              THE COURT:  Okay.
9              All right.  Why don't we take a ten-minute break.
10             COURTROOM SECURITY OFFICER:  All rise.
11             (The Judge exited the courtroom)
12             (Recess taken at 11:00 a.m. until 11:39 a.m.)
13             (The Judge entered the courtroom)
14             THE COURT:  Good morning.  Please be seated.
15             I should have recognized that our distinguished
16    stand-by counsel were here yesterday, and they're here today.
17             Ms. Militello and Mr. Adler, of course welcome as
18    always.
19             Please bring in the jury.
20             COURTROOM SECURITY OFFICER:  All rise.
21             MR. SHERWIN:  I think Mr. Garcia is on the way, Your
22    Honor.  I believe he went to the restroom.
23             THE COURT:  Okay.  Please call your next witness.
24             MR. SHERWIN:  At this time, Your Honor, the United
25    States calls Special Agent Sam Ivanovich to testify.
```

```
 1              (The jury entered the courtroom)
 2              THE COURT:  Mr. Sherwin, why don't you try to grab
 3    him?
 4              MR. SHERWIN:  Okay.
 5              THE COURT:  Is that everyone?  Please be seated.
 6              They're all or not?
 7              COURTROOM SECURITY OFFICER:  I'm sorry.  I thought
 8    someone was in the restroom, Judge.  I apologize.
 9              THE COURT:  No problem.
10              (Pause)
11              MR. SHERWIN:  Our apologies, Your Honor.  He's on the
12    way.
13              (Mr. Garcia entered the courtroom)
14              MR. GARCIA:  I apologize.
15              THE COURT:  Mr. Garcia, no problem.
16              ROOM CLERK:  Please raise your right hand.
17         (SAMUEL IVANOVICH, GOVERNMENT'S WITNESS, WAS SWORN)
18              ROOM CLERK:  Thank you.  Please have a seat.
19              Please state your first and last name for the record.
20              THE COURT:  Alan, Alan, move it flush with the ELMO.
21    There you go.
22              That work?
23              THE WITNESS:  Samuel Ivanovich, I-V-A-N-O-V-I-C-H.
24              ROOM CLERK:  Thank you.
25              THE COURT:  Proceed.
```

IVANOVICH – DIRECT/GARCIA

1          MR. GARCIA:  Thank you, Your Honor.

2                  **DIRECT EXAMINATION**

3    BY MR. GARCIA:

4    Q.  Agent Ivanovich, how are you employed?

5    A.  I'm a special agent with the United States Secret Service.

6    Q.  And how have you been -- how long have you been so

7    employed?

8    A.  Approximately two-and-a-half years.

9    Q.  And tell the members of the jury your duties as a Secret

10   Service agent.

11   A.  Currently I'm assigned in a field office, the West Palm

12   Beach resident office.  While assigned there, I have a dual

13   mission of criminal investigations as well as protection.

14   Q.  Okay.  And I want to call your attention to the time frame

15   around March 30th of 2019.

16          Were you assigned to provide protection at Mar-a-Lago?

17   A.  Yes, I was.

18   Q.  Tell the members of the jury about that.

19   A.  On the weekend of the March 30th, I was assigned the same

20   position as Special Agent Fortune, a counterpart for the

21   presidential protection division.  We were temporarily assigned

22   that weekend to work for the visit of President Trump and the

23   first family to Mar-a-Lago.

24   Q.  And was a protective zone established at Mar-a-Lago?

25   A.  Yes, it was.

IVANOVICH – DIRECT/GARCIA

1   Q.   Tell the members of the jury what a "protective zone" is.

2   A.   A "protective zone" is any time we have a protectee,

3   whether it's the president, the vice president, their family

4   members, or any other person that has been designated by either

5   statute or executive order, we create a protective zone, which

6   can include roadblocks, posting of certain personnel between

7   the Secret Service, local law enforcement, uniformed or

8   nonuniformed, as well as United States Coast Guard.

9   Q.   And when did the protective zone -- when did you establish

10  a protective zone at Mar-a-Lago in connection with that

11  weekend?

12  A.   March 28th, 2019.

13  Q.   Okay.  And what were your -- did you have an assignment as

14  to your participation in the president's visit?

15  A.   Yes.  I was assigned as the Mar-a-Lago coordinator.  I am

16  assigned to Mar-a-Lago itself, in which I coordinate the assets

17  between the United States Secret Service, Palm Beach County

18  Sheriff's Office, Palm Beach PD, as well as the United States

19  Coast Guard.

20  Q.   And other than coordination, what do you actually do?

21  A.   While there, I coordinate and -- all the individuals

22  working, create schedules, create assignments, as well as roam

23  the property, as well as work the assignment in which -- make

24  sure all the assets are being utilized in the way that they're

25  told, as well as coordinate any movements of any of our

IVANOVICH — DIRECT/GARCIA

1   protectees that we have.

2   Q.  And was Secret Service Agent Brennan Fortune also assigned

3   to that protective zone?

4   A.  Yes.

5   Q.  And what was his duties, generally?

6   A.  We had the exact same duties.

7   Q.  Okay.  Now, were you physically on property at Mar-a-Lago

8   March 30th of 2019?

9   A.  Yes, I was.

10  Q.  And was a security checkpoint -- or initial security

11  checkpoint established at that property?

12  A.  Yes, it was.

13  Q.  And that's the checkpoint that has been offered into

14  evidence, the Exhibits 1-1, 1-2, and 1-3?

15  A.  Yes, it was.

16  Q.  Did you have occasion -- well, let me back up.

17          Was a United Nations friendship event scheduled for

18  that day?

19  A.  No, it was not.

20  Q.  And if someone were to have told --

21          THE COURT:  Why don't you ask him how he knows that?

22  BY MR. GARCIA:

23  Q.  How do you know that?

24  A.  In coordination at Mar-a-Lago for my assignment, I need to

25  know every event that is occurring at Mar-a-Lago, as well as

IVANOVICH – DIRECT/GARCIA

1   any other large functions, just so we have awareness of who

2   would be on property while we have any of our designated

3   protectees at Mar-a-Lago.  With that being said, each event and

4   its name, the attendance numbers would also be informed to us.

5   Q.  Now, did you have contact with Yujing Zhang on March 30th?

6   A.  Yes, I did.

7   Q.  And do you see her in the courtroom here today?

8   A.  I do.

9   Q.  Can you please point her out, describe what she's wearing?

10  A.  She's the female sitting at the defense table in a pink

11  top.

12          MR. GARCIA:  May the record reflect the identification

13  of the defendant.

14          THE COURT:  The record will so reflect.

15  BY MR. GARCIA:

16  Q.  Now, tell the members of the jury how you first encountered

17  the defendant.

18  A.  Approximately 12:30, one o'clock, I was walking into the

19  reception area.  And that's when the receptionist, Ariela

20  Grumaz, stopped me and informed me that there was potentially a

21  female on property that should not be on property.

22  Q.  And where was this at?  Where were you located?

23  A.  This was in the reception area at Mar-a-Lago.

24  Q.  Okay.  And did you actually, at some point, speak to the

25  defendant?

IVANOVICH - DIRECT/GARCIA

1   A.  Yes, I did.

2   Q.  Tell us about that.

3   A.  After Ms. Grumaz made me aware of the situation, I observed

4   that the defendant was walking out of the women's restroom,

5   almost instantaneously.  At that time, I approached the

6   defendant, and I identified myself.

7   Q.  And did you ask her any questions?

8   A.  Yes.  At first, I asked her for her identification.  And

9   then I asked why she was at Mar-a-Lago today.

10  Q.  Did she provide any identification to you?

11  A.  Yes.  She provided me two Peoples Republic of China

12  passports that were rubber banded together.

13  Q.  Did you inquire what the purpose of her visit was?

14  A.  Yes.  I asked her why she was at Mar-a-Lago.  She told me

15  she was there for a United Nations friendship event between

16  China and America.

17  Q.  Were you speaking to -- excuse me -- were you speaking to

18  her in English?

19  A.  Yes, I was.

20  Q.  Did the defendant appear to understand you?

21  A.  Yes.  She answered my questions as I asked them.

22  Q.  Did you ask her any further questions?

23  A.  I asked, you know, why she was here so early if the event

24  was an evening event, in which she told me that she was there

25  to familiarize herself with Mar-a-Lago and take photos.

IVANOVICH – DIRECT/GARCIA

1   Q.  Did she provide you any documentation concerning her

2   invitation to be on property?

3   A.  Yes.  She pulled out a phone in which she was –– appeared

4   to be searching through the phone, and then showed me a photo

5   that was white with black lettering that appeared to be in an

6   Asian language, stating that that was why she was there.  I

7   then told her I was unable to read that, and she put the phone

8   away.

9   Q.  Okay.  I've placed before what's been marked for

10  identification as Government's 8.  Do you recognize

11  Government 8?

12          *(Government's Exhibit Number 8 marked for*

13  *identification)*

14  A.  Yes, I do.

15  Q.  What is it?

16  A.  These are the Peoples of Republic of China passports that

17  Ms. Zhang provided to me.

18          MR. GARCIA:  We offer Government's 8.

19          THE COURT:  Any objection?

20          THE DEFENDANT:  *(In English)* No.

21          THE COURT:  Without objection, Exhibit 8 will be

22  admitted.

23          *(Government's Exhibit Number 8 admitted into evidence)*

24  BY MR. GARCIA:

25  Q.  Does Government's 8 have a stamp with respect to the

IVANOVICH – DIRECT/GARCIA

1   defendant's entry from China to the United States?

2   A.  Yes, it does.

3   Q.  And what date is reflected on the stamp?

4   A.  March 28th, 2019.

5   Q.  Did at some point you learn from checkpoint 1 or Mar-a-Lago

6   security what reason was given by the defendant to enter the

7   property?

8   A.  Yes.  I was informed that she stated she was there to go to

9   the pool.

10  Q.  And did you ask her anything about that?

11  A.  I asked her if she stated she was going to be going to the

12  pool, and she stated that she did not state that there.

13  Q.  And had she stated that she was there to participate in the

14  United Nations friendship event there at checkpoint 1, would

15  she have been allowed entry?

16  A.  No, she would not have.

17  Q.  And why is that?

18  A.  That is because at that point, we would have identified

19  that this event was not occurring at Mar-a-Lago that evening,

20  and we would have -- or Mar-a-Lago would not have granted her

21  access.

22  Q.  Did at some point you transport Ms. Zhang to -- off the

23  property?

24  A.  Yes, we did.

25  Q.  Tell us about that.

IVANOVICH – DIRECT/GARCIA

1   A.  While we were talking with Ms. Zhang in the reception area,

2   we obtained a consent to search her person -- or the purse that

3   she had on her persons (sic), in which we discovered numerous

4   items.  At that time, we felt it was gonna be a safer

5   environment to take Ms. Zhang off property.  We asked Ms. Zhang

6   to come with us, and she consensually agreed to being

7   transported off of Mar-a-Lago property.

8   Q.  Now, you said you -- she consented to the search of her

9   purse.  Tell us about that.  What did you find in her purse?

10  A.  Any time I confront somebody, I ask for consent to search

11  their person, just to make sure that they don't have any

12  weapons that can hurt me, herself, or any other persons around

13  the area.  She agreed to that consent, handed me a blue purse,

14  in which I searched the purse, discovered numerous electronic

15  devices and other material.  However, there was no weapons,

16  anything like that.

17  Q.  Okay.  So you said that you took Ms. Zhang off property.

18  Who are you with and how was she transported off the property?

19  A.  She was transported via a Palm Beach County Sheriff's

20  Office vehicle with myself, another Secret Service agent, as

21  well as two detectives from the Palm Beach County Sheriff's

22  Office.

23  Q.  And where was she transported to?

24  A.  We took her over to the Bath & Tennis parking lot.

25  Q.  And what happens there?

IVANOVICH – DIRECT/GARCIA

1  A.  During that conversation with Ms. Zhang, we continued to

2  gather more information as why she was there, you know, gaining

3  all the information of her coming on to the property, what she

4  stated at checkpoint 1.  And we also asked Ms. Zhang if we

5  could consensually search the devices that she had on her

6  person.

7          After we gained consent from Ms. Zhang to search the

8  electronics, Ms. Zhang became aggressive with us in nature,

9  getting out of the vehicle and attempting to go over to her

10  purse where we were conducting our consent to search.

11  Q.  Okay.  So how was she physically transported to the Secret

12  Service RA?

13  A.  After we took Ms. Zhang over to the Bath & Tennis parking

14  lot, had our conversation with Ms. Zhang, she became aggressive

15  in nature with us.  We detained her.  However, we still asked

16  Ms. Zhang if she would consensually go back to the West Palm

17  Beach resident office in West Palm Beach, Florida, for a

18  continued interview.  And she agreed.

19  Q.  I'm placing Government's 2 on the screen here, which is in

20  evidence.

21          Could you please point out where you took Zhang

22  initially?

23  A.  Initially, when I first encountered her was here at the

24  reception area *(indicating)*, and then we drove with the -- her,

25  myself, another Secret Service agent, two detectives, we drove

IVANOVICH – DIRECT/GARCIA

1    along the road here into the Bath & Tennis parking lot and into

2    the back area where there's not a lot of people, and we felt it

3    was a private and safe environment to continue interviewing

4    Ms. Zhang.

5    Q.  So let's then turn to the Secret Service office in West

6    Palm Beach --

7    A.  Yes.

8    Q.  -- where you took Ms. Zhang.

9          Describe the -- what you -- where in the office you

10   took her.

11   A.  When we got back to the office, we placed Ms. Zhang into

12   our interview room.

13   Q.  And describe the interview room.

14   A.  Inside the interview room, there's a table, several chairs,

15   multiple doors to enter and exit, as well as a bathroom

16   connected to the room.

17   Q.  And prior to taking her there, did you inform the defendant

18   that she had been -- she was unlawfully on protected grounds?

19   A.  Yes.  While we were in the Bath & Tennis parking lot, this

20   location right here *(indicating)*, I informed her that she was

21   unlawfully on the property.

22   Q.  And did she respond?

23   A.  She did not.

24   Q.  Now, let's talk about Mar-a-Lago a little bit and who was

25   there.

IVANOVICH – DIRECT/GARCIA

1          Were protected people at Mar-a-Lago on March 30th of

2   2019 when Ms. Zhang was there?

3   A.  Yes, they were.

4   Q.  And who were they?

5   A.  First lady, Melania Trump; first daughter, Ivanka Trump;

6   her husband, Jared Kushner; their children; first son, Barron

7   Trump; as well as the children of first son Donald Trump, Jr.

8   Q.  Was the president on property?

9   A.  The president was not on Mar-a-Lago property at that time.

10  Q.  Did you subsequently search the purse Ms. Zhang was

11  carrying while you were at the Secret Service RA?

12  A.  Yes, we did.

13  Q.  Tell us about that.

14  A.  At that time, we were still under consent to search, we

15  still asked Ms. Zhang numerous times while we were at the

16  Bath & Tennis Club, as well as back at the West Palm Beach

17  resident office, to search her bag.  She still agreed to that

18  consent, in which we conducted a more thorough search of her

19  bag.

20  Q.  And what did you find inside her purse?

21  A.  Inside of her purse, again, we found numerous electronic

22  devices, currency both in United States and in the Yuan, which

23  is the Chinese currency, as well as receipts and other various

24  material.

25  Q.  I've handed you what's marked for identification as

194
IVANOVICH – DIRECT/GARCIA

1   Government's Exhibit 13.  Do you recognize Government's 13?

2          *(Government's Exhibit Number 13 marked for*

3   *identification)*

4   A.  Yes, I do.

5   Q.  What is Government's 13?

6   A.  This is one of the iPhones that I discovered in Ms. Zhang's

7   purse.

8   Q.  And how do you know that?

9   A.  I know that via the IMEI number that is located on the

10  phone.

11  Q.  And what is that number?

12  A.  35534008054209.

13          MR. GARCIA:  We offer Government's 13.

14          THE COURT:  Any objection?

15          THE DEFENDANT:  *(In English)* I object.

16          THE COURT:  What's the basis of the objection?

17          THE DEFENDANT:  *(In English)* It's sensitive.

18          THE COURT:  It's sensitive?

19          THE DEFENDANT:  *(In English)* Yeah.

20          THE COURT:  Overruled.  The phone will be admitted.

21          *(Government's Exhibit Number 13 admitted into*

22  *evidence)*

23  BY MR. GARCIA:

24  Q.  Now, while there at the West Palm Beach RA, Secret Service

25  office, did defendant -- did she agree to be interviewed

IVANOVICH – DIRECT/GARCIA

1  further?

2  A.  Yes, she did.

3  Q.  Tell us about that.

4  A.  While -- numerous times while we were in the reception area

5  at Mar-a-Lago, while we were at the Bath & Tennis Club, and

6  once we got back to the West Palm Beach resident office, she

7  still agreed to interview with the United States Secret

8  Service.

9  Q.  And was an interview conducted there?

10  A.  Yes, it was.

11  Q.  And is the interview -- where was the interview conducted?

12  A.  In our interview room at the West Palm Beach resident

13  office.

14  Q.  And was that interview room wired for audio and video?

15  A.  It is video recorded, not audio.

16  Q.  At the time.

17  A.  At the time.

18  Q.  What about now?

19  A.  Now we both have audio and video recording in the room.

20  Q.  And was she read her constitutional rights?

21  A.  Yes.  Once I placed her in the interview room, I read

22  Ms. Zhang her *Miranda* rights.

23  Q.  I've handed you what's marked for identification as

24  Government's Exhibit 9.  Do you recognize Government's 9?

25          *(Government's Exhibit Number 9 marked for*

IVANOVICH – DIRECT/GARCIA

1   *identification)*

2   A.  Yes, I do.

3   Q.  What is Government's 9?

4   A.  This is the *Miranda* rights form that I read to Ms. Zhang,

5   as well as my signature, Ms. Zhang's signature, the other agent

6   that was in the interview room with me, as well as the date and

7   time of when the *Miranda* right was read to her.

8        MR. GARCIA:  We offer Government's 9.

9        THE COURT:  Any objection?

10       THE DEFENDANT:  *(In English)* No.

11       THE COURT:  Without objection, Government's 9 will be

12   admitted.

13       *(Government's Exhibit Number 9 admitted into evidence)*

14   BY MR. GARCIA:

15   Q.  I'm putting Government's 9 up on the screen.

16       Let's talk about that document and how it came to be

17   executed by the defendant and you and the witness.

18   A.  Yes.

19   Q.  So did you go over the document with the defendant?

20   A.  Yes, I did.

21   Q.  Tell us about that.

22   A.  When I placed Ms. Zhang in the interview room, I informed

23   her that I had to read this form to her.  I explained what the

24   form was, that it was her rights, and that I had to read them

25   prior to continuing any interviewing with Ms. Zhang.  She

IVANOVICH – DIRECT/GARCIA

1   agreed to that.  As I read verbatim from the sign (sic) in the

2   English form, after each sentence, I asked Ms. Zhang if she

3   understood what I had said to her, in which she responded yes.

4   Q.  And there's a time indicated on the form.  What is that?

5   A.  That time is the time that I read and all parties signed

6   the form.

7   Q.  And could you please point it out on the screen there.

8   A.  (Witness complied)

9   Q.  And please point out where Ms. Zhang signed, where you

10  signed, and where the witness signs.

11  A.  This signature right here is Ms. Zhang's

12  signature (indicating).

13         This signature right here is my

14  signature (indicating).

15         And this signature right here is the other agent's

16  signature (indicating).

17  Q.  And the form appears to be dated.

18  A.  Yes.

19  Q.  March 30th of 2019.  Where is that on the form?

20  A.  That form (sic) is right above my signature in this line

21  right here (indicating).

22  Q.  Did Ms. Zhang agree to be interviewed subsequent to you

23  reading her Miranda rights?

24  A.  Yes, she did.  She agreed to waive her rights and continue

25  interviewing with us.

IVANOVICH – DIRECT/GARCIA

1  Q.  Well, what did she tell you -- what did she tell you?

2  A.  She continued to state that she was there to attend a

3  United Nations friendship event with China and America.  Again,

4  we informed her that she was -- that event was not occurring at

5  Mar-a-Lago at the time.  Then she began to state a story of how

6  she was involved with getting to this event and who informed

7  her of coming to this event.

8  Q.  Well, let's -- tell us about the story she gave.

9  A.  She stated that an individual by the name of Charles, who

10  she does not know in person -- she has only met him through an

11  application on her phone called WeChat.  During their

12  communications, he informed her of this event that is coming to

13  Mar-a-Lago, and that she arranged a trip through him to travel

14  to Palm Beach, Florida, to attend Mar-a-Lago and attend this

15  United Nations friendship event.

16  Q.  And generally, do you know what "WeChat" is?

17  A.  "WeChat," through investigative research, is an application

18  widely used in China as an Internet messaging and telephonic

19  communications platform.

20  Q.  Did she -- the defendant ever indicate whether she had ever

21  met Charles?

22  A.  No, she stated that she has not met him in person, only

23  through the app.

24  Q.  Did she speak to you about arrangements -- travel

25  arrangements to come to the United States to attend this event?

IVANOVICH – DIRECT/GARCIA

1   A.   Yes.   She informed me that she flew from Shanghai, China,

2   to Newark, New Jersey, and then to Palm Beach, Florida.   She

3   stated that she had only made a one-way ticket to Palm Beach.

4   She did not schedule her return flight.   She did state that she

5   wanted to stay in the United States for approximately 14 to

6   15 days.

7   Q.   Did she indicate to you how the flight was booked?

8   A.   She stated that the flight was booked through Charles, and

9   that she -- and, ultimately, there was some complications with

10  the flight, and then she booked the flight herself several days

11  prior.

12  Q.   And did she indicate to you when she flew in to the United

13  States?

14  A.   She stated that she flew in to the United States on the

15  28th.

16  Q.   Did you ask her about -- anything about her stating that

17  she was going to the pool?

18  A.   I asked her why she stated that she was going to the pool

19  at Mar-a-Lago.   She said she did not state that there.

20  Q.   How was the defendant dressed?

21  A.   She was dressed in evening wear attire, a long gray/silver

22  dress, with a sweater on top, and then she had glasses -- or

23  transdescending *(sic)* glasses on.

24  Q.   You said you searched the purse further there at the Secret

25  Service office.   Did you find a bathing suit in her purse?

IVANOVICH – DIRECT/GARCIA

1  A.  No, I did not.

2  Q.  Did you question her about security telling her about

3  Zhang?

4  A.  Yes, I did.  I asked her if she knew who that person was.

5  Q.  And what did she tell you, if anything?

6  A.  She gave me two different answers for the name.  First, she

7  stated that she believed that was the person that she was gonna

8  be meeting for the event that evening, and then later on she

9  stated that she knows who the person is but not that well.

10 Q.  Did she indicate to you where she was staying?

11 A.  Yes.  She said at that current time, she was staying at the

12 Colony hotel.

13 Q.  Did she indicate to you how she got to Mar-a-Lago that day?

14 A.  She told me she took a taxi.

15 Q.  Did she tell you from where?

16 A.  From the Colony hotel.

17 Q.  Did you ask her whether she was asked about the Beach Club?

18 A.  I'm sorry, I don't understand.

19 Q.  Did you ask her if she was going back -- to the Beach Club?

20 A.  I did.  I -- and she stated that she wasn't going to the

21 pool, she was there for the event.

22 Q.  Did you ask her about, you know, her timing to be there,

23 since the event was supposed to be at some other time?

24 A.  Yes.  I asked her why she was at Mar-a-Lago so early if the

25 event was in the evening.  She stated she was there to

IVANOVICH – DIRECT/GARCIA

1    familiarize herself with Mar-a-Lago and take photographs.

2    Q.  Did you ask her why she was carrying so many electronic

3    devices in her purse?

4    A.  Yes, I did.

5    Q.  And what did she tell you?

6    A.  She stated that she did not -- or she had all those

7    devices, some were both United States phones and some were

8    Chinese phones.  However, she had them on her person because

9    she did not want to leave them in her hotel room to potentially

10   be stolen.

11   Q.  I just handed you what's marked for identification as

12   Government's Exhibit Number 3.  Do you recognize

13   Government's 3?

14         *(Government's Exhibit Number 3 marked for*

15   *identification)*

16   A.  Yes, I do.

17   Q.  And what is Government's 3?

18   A.  This is a Hope Taxi & Limo trip receipt.

19   Q.  And did you find such a receipt in her purse?

20   A.  Yes, I did.

21   Q.  And is that the receipt you found in her purse?

22   A.  Yes, this is.

23         MR. GARCIA:  We offer Government's 3.

24         THE COURT:  Any objection?

25         THE DEFENDANT:  *(In English)* No.

IVANOVICH – DIRECT/GARCIA

1          THE COURT:  Without objection, 3 will be admitted.

2          *(Government's Exhibit Number 3 admitted into evidence)*

3   BY MR. GARCIA:

4   Q.  I'm placing Government's 3 on the screen here.

5          Could you describe what it is?

6   A.  Again, this is a Hope Taxi & Limo receipt by the driver's

7   name of Willy Isidore and dated March 29th, 2019.  And it lists

8   the locations that he took her.

9   Q.  Including Mar-a-Lago?

10  A.  Yes, Mar-a-Lago is listed right there *(indicating)*.

11  Q.  And does it include also the amount charged?

12  A.  Yes, it does, $80.

13  Q.  Did you find a hotel receipt, Red Roof Inn hotel receipt in

14  her purse?

15  A.  Yes, we did.

16          *(Discussion had off the record between the Court and*

17  *court reporter)*

18          THE COURT:  Mr. Garcia, just give us one moment.

19          *(Pause)*

20          *(Discussion had off the record between the Court and*

21  *court reporter)*

22          THE COURT:  Please proceed.

23  BY MR. GARCIA:

24  Q.  I've handed you what's been marked for identification as

25  Government's Exhibit 14.  Do you recognize Government's 14?

IVANOVICH – DIRECT/GARCIA

```
 1              (Government's Exhibit Number 14 marked for
 2    identification)
 3    A.  Yes, I do.
 4    Q.  What is Government's 14?
 5    A.  This is a Red Roof Plus receipt.
 6    Q.  Did you find that receipt in her purse?
 7    A.  Yes, we did.
 8              MR. GARCIA:  We offer Government's 14.
 9              THE COURT:  Any objection?
10              THE DEFENDANT:  (In English) No.
11              THE COURT:  Without objection, 14 will be admitted.
12              (Government's Exhibit Number 14 admitted into
13    evidence)
14    BY MR. GARCIA:
15    Q.  What is Government's 14, and what's depicted in
16    Government's 14?
17    A.  This is a Red Roof Plus receipt in the name of Yujing
18    Zhang, dated for March 29th, 2019.
19    Q.  And does it reflect booking of a room there at Red Roof
20    Inn?
21    A.  Yes, it does.  On one line, it states that it's from
22    March 28th, 2019, which is a Thursday, and departing on
23    March 29th, 2019, which is a Friday.
24    Q.  Okay.  And does it indicate also the charge and payment?
25    A.  Yes, it does.
```

IVANOVICH – DIRECT/GARCIA

1    Q.  Now, you indicated -- you testified that you -- well, did

2    you find a United Airlines receipt in her purse as well?

3    A.  Yes, we did.

4            Thank you.

5    Q.  I've handed you what's marked for identification as

6    Government's Exhibit Number 15.  Do you recognize

7    Government's 15?

8            *(Government's Exhibit Number 15 marked for*

9    *identification)*

10   A.  Yes, I do.

11   Q.  What is Government's 15?

12   A.  They are copies of two United Airlines receipts -- or

13   boarding passes in the name of Yujing Zhang.

14   Q.  Are those are the receipts that you found in her purse?

15   A.  Yes, they are.

16           MR. GARCIA:  We offer Government's 15.

17           THE COURT:  Any objection?

18           THE DEFENDANT:  *(In English)* No.

19           THE COURT:  Without objection, 15 will be admitted.

20           *(Government's Exhibit Number 15 admitted into*

21   *evidence)*

22   BY MR. GARCIA:

23   Q.  I've placed Government's 15 on the screen.

24           Could you describe what's reflected in

25   Government's 15?

205

IVANOVICH – DIRECT/GARCIA

1   A.  Yes.  They are two United Airlines boarding passes or

2   receipts in the name of Yujing Zhang.  The top one is the

3   boarding pass or receipt from her flight from Shanghai, China,

4   to Newark.  The bottom is her flight from Newark to West Palm

5   Beach.

6   Q.  Now, I've -- on the top one, it shows "PVG-EWR."  What is

7   that?

8   A.  Those are the three-digit codes for the airports that the

9   airlines use.  PVG is for the Shanghai, China, airport.  EWR is

10  for the Newark, New Jersey, airport.

11  Q.  And does it reflect the date of travel?

12  A.  Yes, it does.

13  Q.  And that would have been March 28th.

14  A.  Yes, it does.

15  Q.  And does it reflect the departure date from Shanghai and

16  the arrival date and time in Newark?

17  A.  Yes, it does.

18  Q.  And where is that?

19  A.  Right here *(indicating)*.

20  Q.  Let's go over the bottom section.

21       "EWR-PBI," what is that?

22  A.  Again, those are the three-digit codes that the airlines

23  use for the airports.  EWR, again, is for the Newark,

24  New Jersey, airport.  PBI is for the West Palm Beach -- Palm

25  Beach International Airport.

IVANOVICH – DIRECT/GARCIA

1   Q.  And it also reflects the date and departure time and

2   arrival time, is that right?

3   A.  Yes.

4   Q.  And where is that located?

5   A.  Date of flight is at this location right here, Thursday,

6   March 28th, 2019 *(indicating)*.  Flight times are located in

7   this section right here *(indicating)*, boarding at 8:30 p.m.,

8   arriving at 11:44 p.m.

9   Q.  Did you actually obtain United Airlines records from United

10  Airlines?

11  A.  Yes, I did.

12  Q.  Tell us how you obtained those.

13  A.  Via a trial subpoena.

14  Q.  And did United Airlines comply?

15  A.  Yes, they did.

16  Q.  And did they provide a certification as to their

17  authenticity of those records?

18  A.  Yes, they did.

19          THE COURT:  We don't have to get into the

20  certification.  I've reviewed it.

21          MR. GARCIA:  Okay.

22          THE COURT:  Are you going to introduce 16 through 18

23  now?

24          MR. GARCIA:  Yes, sir.

25          THE COURT:  Ms. Zhang, any objection to 16, the United

207
IVANOVICH – DIRECT/GARCIA

1    Airlines records; 17, the Colony hotel records; or 18, the Red

2    Roof Inn records?

3            *(Government's Exhibit Numbers 16, 17, and 18 marked*

4    *for identification)*

5            THE DEFENDANT:  *(In English)* I object, because I don't

6    think it's necessary.

7            THE COURT:  Overruled.

8            And I'll state for the record, I've reviewed the

9    902(11) certificates.  They haven't been objected to.  I find

10   them to be proper.  And Exhibits 16, 17, and 18 will be

11   admitted under Federal Rule of Evidence 902(11).

12           *(Government's Exhibit Numbers 16, 17, and 18 admitted*

13   *into evidence)*

14   BY MR. GARCIA:

15   Q.  I'm going to place the second page of -- well, second page

16   of Government's 16 on the screen.

17   A.  Okay.

18   Q.  Explain to the members of the jury what's reflected there.

19   A.  Depicted in this paper is the back order business logs for

20   the United Airlines.  It starts with the reservation of

21   Ms. Zhang's flight all the way to the bottom right corner,

22   which informs of the date, times, and flight numbers.

23   Q.  Does the document reflect when the flight was booked by

24   Ms. Zhang?

25   A.  Yes, it does, on the top left column.

IVANOVICH - DIRECT/GARCIA

1    Q.  Could you please circle that.

2    A.  It's in this line right here *(indicating)*.  I don't want to

3    circle over it.

4    Q.  Okay.

5    A.  So I'm just --

6    Q.  There you go.

7    A.  Give you right there *(indicating)*.

8    Q.  And could you read that for the members of the jury,

9    because it's kind of hard to see that.

10   A.  Yes.  United Airlines uses a variation of numbers and

11   letters.  The CXRW7H was the confirmation number for her

12   flights.  Next to it and to the right, it states that the

13   reservation was made on 27MAR, which is the 27th of March, at

14   1657.  The "Z" means Zulu time or UTC, the universal time code.

15          THE COURT:  How do you know that?

16          THE WITNESS:  That's through investigative research,

17   as well as discussing with United Airlines what the specific

18   time means.

19          THE COURT:  I'm going to strike the testimony about

20   his own interpretation of what he heard from United Airlines

21   about what these codes mean.  You will use your own best

22   interpretation of what these codes stand for.

23   BY MR. GARCIA:

24   Q.  Well, what -- just what's reflected?  You don't have to

25   talk about what they mean.  But what's reflected on there?

IVANOVICH – DIRECT/GARCIA

1  A.  The confirmation code, the date and time of reservation.

2  Q.  And generally, what is "Zulu time"?

3  A.  "Zulu time" is also referred to as the universal time.

4  It's a stationary time a lot of people go off of.

5  Q.  And does it reflect, this document, second page, how

6  payment was made?

7  A.  It does.

8  Q.  And can you please point that out for the members of the

9  jury?

10  A.  Down here on the bottom right column *(indicating)*.

11  Q.  I'm placing the third page of Government's 16 on the

12  screen.  Let me see if I can enhance it a little bit.

13        Does it indicate -- well, what does it indicate?

14  What's reflected there?

15  A.  This is another United Airlines receipt that I received via

16  the trial subpoena.

17  Q.  And does it indicate the name of the passenger?

18  A.  Yes, it does.

19  Q.  And destination and departure?

20  A.  Yes, it does.

21  Q.  And the cost of the flight?

22  A.  Yes, it does.

23  Q.  Where is that?

24  A.  It is -- the total amount is stated right

25  here *(indicating)*.

IVANOVICH — DIRECT/GARCIA

1    Q.  I'm placing Government's 17 on the screen.

2         Could you please tell the members of the jury what's

3    reflected?

4    A.  This is a receipt from the Colony hotel in Palm Beach,

5    Florida.

6    Q.  And what does it reflect with respect to the defendant?

7    A.  It states when Ms. Zhang made the reservation, her

8    check-in, when they checked her out, as well as her name,

9    contact information, amount and form of payment.

10   Q.  And can you please point out on the document where those

11   are located?

12   A.  This is Ms. Zhang's name.  This is her contact information

13   right here *(indicating)*.

14        The date in and date out are the check-in and checkout

15   date are here *(indicating)*.

16        And form of payment is down here *(indicating)*.

17   Q.  And does it indicate what room number she stayed at?

18   A.  Yes, it does, in this location right here *(indicating)*,

19   Room 324.

20   Q.  And the room charges?

21   A.  Are down here *(indicating)*.

22   Q.  Now, you saw Government's 2 presented earlier, which is the

23   aerial photo of Mar-a-Lago?

24   A.  Yes, I did.

25        *(Discussion had off the record between government*

IVANOVICH – DIRECT/GARCIA

1    *counsel and defendant)*

2          THE COURT:  Mr. Garcia, if you would just press that

3    "push" button on the microphone so we don't all hear.

4          THE COURT REPORTER:  You have to keep your finger on.

5          THE COURT:  You annoyingly have to keep your finger on

6    it.

7          MR. GARCIA:  Yes.

8    BY MR. GARCIA:

9    Q.  I've placed before you what's marked for identification as

10   Government's Exhibit 12.

11         *(Government's Exhibit Number 12 marked for*

12   *identification)*

13   A.  Yes.

14   Q.  Do you recognize Government's 12?

15   A.  Yes, I do.

16   Q.  And is Government's 12 an aerial photo of Mar-a-Lago?

17   A.  Yes, it is.

18   Q.  And is there wording on Government's 12 with respect to the

19   movement of the defendant on that property that is consistent

20   with the testimony presented in court here?

21   A.  Yes, it is.

22         MR. GARCIA:  We offer Government's 12.

23         THE COURT:  What's the nature of the writing?

24         *(Pause)*

25         THE COURT:  Any objection, Ms. Zhang?

1      THE DEFENDANT:  *(In English)* I object.

2      THE COURT:  What's the basis of the objection?

3      THE DEFENDANT:  *(In English)* It's sensitive.

4      THE COURT:  Overruled.

5      Without objection -- well, overruling the objection,

6  the exhibit will be admitted.

7      You may publish.

8      *(Government's Exhibit Number 12 admitted into*

9  *evidence)*

10      MR. GARCIA:  Thank you, Your Honor.

11  BY MR. GARCIA:

12  Q.  I've placed Government's 12 on the screen here.

13      Tell us what Government's 12 reflects.

14  A.  This is an aerial view of Mar-a-Lago that has been numbered

15  with specific locations and interactions with Ms. Zhang and the

16  United States Secret Service, as well as red lines depicting

17  her exact movements while she was at Mar-a-Lago.

18  Q.  What is number 1?

19  A.  Number 1, which is located right here *(indicating)*, is the

20  location of the first interaction with Special Agent Kerr.

21  Q.  What is number 2?

22  A.  Number 2 is located here *(indicating)*.  And that's the

23  location where Ms. Zhang was dropped off via the golf cart at

24  the United States Secret Service main magnetometers.

25  Q.  And what is Government's 3 -- excuse me -- what is

IVANOVICH – DIRECT/GARCIA

1  number 3?

2  A.  Number 3 is located here *(indicating)*.  This is the

3  location of the reception area where Ms. Zhang has made

4  interactions with Ms. Grumaz and myself.

5  Q.  And what is number 4?

6  A.  Number 4 is located down here *(indicating)*.  That is the

7  location that myself, another Secret Service special agent, and

8  Palm Beach County Sheriff's Office transported Ms. Zhang to

9  continue interviewing.

10  Q.  And there's a red line that goes around.  What's that?

11  A.  That's essentially the foot path or the path that Ms. Zhang

12  took while she was on Mar-a-Lago or surrounding properties.

13  Q.  Let's talk about the iPhone 7 a little bit.

14  A.  Yes.

15  Q.  Did you obtain a search warrant to look into -- or look at

16  the data that was contained in the iPhone 7?

17  A.  I did.

18  Q.  And was an extraction made of the data on the defendant's

19  iPhone 7?

20  A.  Yes, it was.

21  Q.  And have you had occasion to review that extraction?

22  A.  Yes.

23  Q.  And does it contain WeChat communications between the

24  defendant and others?

25  A.  It does.

IVANOVICH – DIRECT/GARCIA

1  Q.  And is there a time stamp on the WeChat communications?

2  A.  Yes, there is.

3  Q.  And what time zone?

4  A.  It is marked as "UTC," which is the universal time.

5  Q.  Okay.  Which is different than what the time is in Palm

6  Beach.

7  A.  Yes, it is.

8  Q.  And do you know the time differential?

9  A.  Palm Beach goes on eastern standard time, which is

10  eight hours behind universal time.

11  Q.  And do you know the time differential between UTC time and

12  Shanghai?

13  A.  Yes.  Shanghai is four hours ahead of universal time.

14  Q.  I want to go back to your interview of the defendant at the

15  Secret Service RA --

16  A.  Yes.

17  Q.  -- in West Palm Beach.

18          Did she give you another name that she used besides

19  Zhang?

20  A.  Yes.  She stated that she goes by the name Veronica as

21  well.  She believed it was easier to communicate or state her

22  name if we just went by the name Veronica.

23  Q.  Did you subsequently obtain Ms. Zhang's personal property

24  that was at the Colony hotel?

25  A.  Yes, we did.

IVANOVICH — DIRECT/GARCIA

1  Q.  And what did you find in her property?

2  A.  Once we obtained the property from the Colony hotel --

3        THE COURT:  Why don't we come sidebar for a second.

4        Ms. Zhang, come up.

5        Folks, get up and stretch.

6        *(The following proceedings were had at sidebar out of*

7  *the hearing of the jury)*

8        THE COURT:  Ms. Zhang.

9        THE DEFENDANT:  *(In English)* Yes.

10       THE COURT:  Mr. Garcia, I remember from the initial

11  hearings in front of Judge Matthewman in magistrate court that

12  there was some indication that she had some kind of spyware

13  equipment or material for looking out for listening devices and

14  things of that nature.  Obviously, that's not at issue here.

15  You're not going to elicit all that.

16       MR. GARCIA:  No.

17       THE COURT:  What's the purpose of that question?

18       MR. GARCIA:  She told and the testimony is that she

19  had so many electronic devices in her purse because she was

20  afraid that they might be stolen at the hotel.  There was a

21  bunch of electronic devices at the hotel, credit cards, and

22  about $8,000 in cash.

23       THE COURT:  Got it.  Okay.  Just be careful with this

24  area.  Thanks.

25       THE DEFENDANT:  Mr. Cashier *(sic)* -- what did

IVANOVICH - DIRECT/GARCIA

1   Mr. Cashier ask the special agents?  What question did he ask?

2           THE COURT:  He asked him what other electronic devices

3   were located in your room.  And my concern was that this trial

4   has to do with whether you lied; it doesn't have to do with

5   whether you're a spy or anything like that.  And I know that

6   there had been testimony at a previous hearing, not in front of

7   me, about certain spyware or other things that might have been

8   in your room.  And my point to Mr. Garcia is, that's not

9   allowed at this trial, because it's not at issue here.  And he

10  agreed that that's not what he's trying to elicit.  So I think

11  we're good.

12          THE DEFENDANT:  Ah.

13          THE COURT:  Okay?

14          THE DEFENDANT:  *(In English)* Okay.

15          THE COURT:  All right.

16          THE DEFENDANT:  I have a question about the procedure.

17  It's when they are asking questions, when, you know, he's

18  questioning the witness, so I cannot say anything or I cannot

19  object or do anything until -- I have to wait until they finish

20  questioning and answering, then I have the opportunity to say

21  anything, is that right?

22          THE COURT:  No.  You are allowed to object to a

23  question if you think the question is objectionable.  So, for

24  example, if the question asks for an irrelevant fact, you can

25  object.  If the question asks for a piece of evidence that's

IVANOVICH − DIRECT/GARCIA

1   inadmissible under our rules, say because the question asks for

2   hearsay -- for example, if I were to ask you, "Ms. Zhang, what

3   did Jones say to you," if Jones is not in the courtroom, that's

4   an out-of-court statement; it's objectionable.

5          But you get to object to a question if you think it's

6   inadmissible or improper.  And then when he's done, you get to

7   ask your own questions of the witness.  Just as you've been

8   doing.

9          THE DEFENDANT:  Okay.

10         THE COURT:  Thank you.

11         *(The foregoing proceedings were had at sidebar out of*

12   *the hearing of the jury)*

13         THE COURT:  Please proceed.

14   BY MR. GARCIA:

15   Q.  Were other phones among the property of the defendant at

16   the Colony hotel?

17         THE DEFENDANT:  I object.

18         THE COURT:  Overruled.

19   BY MR. GARCIA:

20   Q.  Without describing --

21         THE DEFENDANT:  Because this is irrelevant to this

22   case.

23         THE COURT:  We'll see.  Overruled.

24   BY MR. GARCIA:

25   Q.  Without describing them, were there other electronic

IVANOVICH — DIRECT/GARCIA

1   devices in her room?

2   A.  Yes, there was.

3   Q.  Were there credit cards?

4   A.  Yes, there was.

5   Q.  Was there cash?

6   A.  Yes, large amounts.

7   Q.  Tell us about the cash.

8   A.  There was approximately $7,600 in United States currency,

9   as well as approximately $600 in Chinese Yuan.

10  Q.  Was there an identification card with the name of

11  "Veronica"?

12  A.  Yes, there was.

13          *(Discussion had off the record between counsel)*

14  BY MR. GARCIA:

15  Q.  Now, you mentioned earlier that Ms. Zhang told you the

16  purpose of her visit there while she was at the reception area.

17  A.  Yes.

18  Q.  Which was -- what did she tell you?

19  A.  She stated that she was there to attend a United Nations

20  friendship event between China and America.

21  Q.  And did she repeat that after she was given her *Miranda*

22  rights at the Secret Service office?

23  A.  Yes, she did, numerous times.

24  Q.  What did she say Charles told her was the purpose of this

25  event?

IVANOVICH — DIRECT/GARCIA

1  A.  She stated that the purpose of this event was to build

2  relationship between China and America.

3  Q.  And what type of relationships -- economic, political?

4  A.  Economic relationships.

5  Q.  Thank you, sir.

6        THE COURT:  Cross-examination?

7        THE DEFENDANT:  *(In English)* No.

8        THE COURT:  Thank you, Agent.  You are excused.

9        THE WITNESS:  Thank you, sir.

10        *(Witness excused)*

11        THE COURT:  Who's your next witness, Mr. Garcia?

12        MR. SHERWIN:  The next witness, Your Honor, is a short

13  witness, Craig Williams, from the Secret Service, related to

14  chain of custody for the iPhone 7.

15        THE COURT:  Please call your next witness.

16        I would have asked you whether you wanted to break,

17  but I know you're a plow-through jury.

18        *(Laughter)*

19        MR. SHERWIN:  And this should be about ten minutes or

20  less, Your Honor.

21        THE COURT REPORTER:  Please raise your right hand.

22        *(CRAIG WILLIAMS, GOVERNMENT'S WITNESS, WAS SWORN)*

23        THE COURT REPORTER:  Please sit down.

24        Please state your full name for the record.

25        THE WITNESS:  My name is Craig Williams.

WILLIAMS - DIRECT/SHERWIN

1          THE COURT:  Please proceed.

2          MR. SHERWIN:  Thank you, Your Honor.

3          May I approach to get the scissors?

4          THE COURT:  Depending on what you want to do with

5    them.

6          MR. SHERWIN:  All right.  That's a good question.

7          THE COURT:  But yes.

8          MR. SHERWIN:  Let's wait, and then we'll get to that

9    point.

10                    **DIRECT EXAMINATION**

11   BY MR. SHERWIN:

12   Q.  Mr. Williams, can you please state for the jury who you are

13   employed by?

14   A.  I'm employed by the United States Secret Service.

15   Q.  Okay.  And how long have you been working with the Secret

16   Service?

17   A.  Nineteen years, six months.

18   Q.  All right.  Where are you currently stationed, sir?

19   A.  I'm currently stationed in the Miami field office.

20   Q.  Okay.  What are your general duties and responsibilities

21   now at the Miami field office with the Secret Service?

22   A.  I am a computer forensic examiner.  And, in fact, I'm the

23   lab director.

24   Q.  Okay.  Can you give the jury, the Court, a general

25   understanding of what that means?  What you do on a daily

221
WILLIAMS – DIRECT/SHERWIN

1    basis?

2    A.   Uhm, sure.

3         Day to day, we intake digital media -- phones, mobile

4    devices, computers -- take them into custody as evidence.  We

5    forensically examine them for evidence in cases.

6    Q.   Okay.  And in general, what types of devices does your

7    laboratory examine?

8    A.   Basically this electronic storage device, we examine it --

9    hard drives, computers, laptops, phones, servers, watches,

10   tablets.

11   Q.   Great.

12        All right.  Sir, on March 30th of this year, were you

13   on duty at Mar-a-Lago?

14   A.   I was.

15   Q.   Okay.  Can you please tell the Court, what were your duties

16   and responsibilities on March 30th with the Secret Service at

17   Mar-a-Lago?

18   A.   I was part of the security advance team, and I was also the

19   on-call forensic examiner.

20   Q.   Okay.  And do you see a Special Agent Sam Ivanovich here

21   this afternoon?

22   A.   I do.

23   Q.   Okay.  And can you please identify him for the Court?

24   A.   Sure.  He's the handsome young gentleman in the gray suit

25   sitting there at the table.

WILLIAMS - DIRECT/SHERWIN

```
 1              THE COURT:  Don't state any opinions, please.
 2              (Laughter)
 3              THE COURT:  You're a fact witness.
 4    BY MR. SHERWIN:
 5    Q.  Mr. Williams, was Mr. Ivanovich working with you that day
 6    at Mar-a-Lago?
 7    A.  Yes.
 8    Q.  Okay.  Do you have any understanding as to whether anyone
 9    was arrested by the Secret Service that day at Mar-a-Lago?
10    A.  Yes, I do.
11    Q.  Okay.  And did you have a happen -- did you have the
12    ability to see that person on that day?
13    A.  I saw that person after the fact, but I had no interaction.
14    Q.  Okay.  Let me restate that.  Did you participate in her
15    arrest?
16    A.  No, I did not.
17    Q.  Okay.  At -- that day she was arrested, however, did you
18    see her?
19    A.  I did.
20    Q.  At Mar-a-Lago?
21    A.  No.
22    Q.  Okay.  Where was that location?
23    A.  That was at the West Palm resident office of the Secret
24    Service.
25    Q.  Okay.  And that was after she was arrested.
```

WILLIAMS – DIRECT/SHERWIN

1   A.  Correct.

2   Q.  Okay.  And do you see that person here this afternoon?

3   A.  Yes, I do.

4   Q.  Okay.  Can you please just identify for the record --

5   A.  She's sitting at the other table just to my left.

6   Q.  Okay.  And is she wearing any article of clothing?

7   A.  She has on a red top.

8   Q.  Okay.  Now, did you have any personal interaction with her?

9   A.  No.

10  Q.  Okay.  No discussions?

11  A.  No, sir.

12  Q.  Okay.  At the -- on the day she was arrested, do you have

13  any knowledge as to whether Sam Ivanovich took any devices from

14  the defendant, any electronic devices?

15  A.  Yes.

16  Q.  Okay.  I'm going to show you what has already -- I'm going

17  to show you on the overhead and then I'll hand it to you,

18  sir -- what has already been marked and entered into evidence

19  as Government's Exhibit 13.  And on this government's exhibit,

20  do you see something called an "IMEI" and a string number?

21  A.  Yes.

22  Q.  Okay.  Can you please tell the jury, what is an "IMEI"

23  number?

24  A.  IME (sic) stands for "international mobile equipment

25  identifier," and it's basically a unique serial number to each

WILLIAMS - DIRECT/SHERWIN

1   mobile phone that's manufactured.

2   Q.  Okay.  So is it similar to a fingerprint, there's just one

3   for every device?

4   A.  Correct.

5   Q.  So, sir, with the Court's permission, I'm going to approach

6   and also approach you with scissors so you could actually open

7   this container to take out the phone.

8          THE COURT:  You may.

9          MR. SHERWIN:  Thank you, Judge.

10  A.  Thank you.

11  Q.  Yeah, if you could please open that.

12  A.  *(Witness complied)*

13  Q.  All right, sir.  So I handed you Government's Exhibit 17.

14  That's an iPhone 7?

15  A.  Correct.

16  Q.  Now, did you have any -- who -- what is your understanding

17  as to who first took custody of this device?

18  A.  The first time I saw it, it was in the custody of

19  Agent Ivanovich.

20  Q.  Very good.

21          And at some point are you given custody of this phone,

22  sir?

23  A.  Yes.

24  Q.  Okay.  I would like to show you -- it's marked but not yet

25  entered -- Government's Exhibit 23, and I'm going to ask you

225
WILLIAMS - DIRECT/SHERWIN

1    some questions before we publish to the jury.
2              *(Government's Exhibit Number 23 marked for*
3    *identification)*
4              MR. SHERWIN:  Permission to approach, Your Honor?
5              THE COURT:  You may.
6    BY MR. SHERWIN:
7    Q.  Mr. Williams, the document I handed you, are you familiar
8    with this document?
9    A.  I am.
10   Q.  Can you please tell the jury and the Court, what is this
11   document?
12   A.  It's a chain of custody form or a property intake form
13   generated by our laboratory.
14             THE COURT:  Which exhibit are we talking about?
15             MR. SHERWIN:  Twenty-three, Your Honor.
16             THE COURT:  Twenty-three I have as the data extraction
17   spreadsheet.  The custody form I have is 19.
18             MR. SHERWIN:  I apologize, Your Honor.  Yes, correct,
19   19.  I'm getting ahead of myself.  Government's Exhibit 19.
20   BY MR. SHERWIN:
21   Q.  I'm sorry, is the sticker 23 or 19, sir, on the back?
22   A.  Twenty-three.
23             MR. SHERWIN:  Permission to approach, Your Honor?
24             THE COURT:  You may.
25

WILLIAMS - DIRECT/SHERWIN

1   BY MR. SHERWIN:

2   Q.  Okay.  Government's Exhibit 19, this is -- again, what is

3   this document, sir?

4           *(Government's Exhibit Number 19 marked for*

5   *identification)*

6   A.  It's a chain of custody or property sheet for our lab.

7   Q.  And what is the purpose of this form?

8   A.  Every piece of media that comes into our lab as evidence is

9   inventoried and cataloged so we can keep track of it and where

10  it came from, who has it, and then who receives it when we're

11  done with it.

12  Q.  And have you seen this document before?

13  A.  I have.

14  Q.  Do you use documents like this on a daily basis?

15  A.  We do.

16  Q.  Okay.  And is this an identical copy to the actual Miami

17  Electronic Crimes Task Force chain of custody form that you use

18  on a daily basis, sir?

19  A.  It is.

20          MR. SHERWIN:  At this point, Your Honor, the

21  government moves Government's Exhibit 19 into evidence.

22          THE COURT:  Is this a business record of the agency?

23          MR. SHERWIN:  It hasn't been designated as a business

24  record, Your Honor, but it's a record that -- may I ask --

25          THE COURT:  Why don't you ask him those public record

227

WILLIAMS – DIRECT/SHERWIN

1    questions.

2              MR. SHERWIN:  I will.

3    BY MR. SHERWIN:

4    Q.  Is this a record that as part of your duties and

5    responsibilities for the Secret Service you create?

6    A.  Yes.  This is an in-house document for the lab.

7    Q.  Okay.  Is this something that's -- and this is cataloged

8    and indexed by the Secret Service?

9    A.  No, just within the lab.

10   Q.  Okay.  And is this something that's normally provided and

11   published to the public?

12   A.  No.

13   Q.  Okay.

14             THE COURT:  Is it created in the regular course of

15   your businesses in the lab?

16             THE WITNESS:  Yes, Your Honor.

17             THE COURT:  And is it maintained in the regular course

18   of your business?

19             THE WITNESS:  Yes, Your Honor.

20             THE COURT:  And do you have access to that log?

21             THE WITNESS:  Yes, Your Honor.

22             THE COURT:  In the capacity of your job?

23             THE WITNESS:  Yes, Your Honor.

24             THE COURT:  Any objection to Exhibit Number 19?

25             THE DEFENDANT:  *(In English)* I object.

WILLIAMS – DIRECT/SHERWIN

1           THE COURT:  What's the basis of the objection?

2           THE DEFENDANT:  *(In English)* Because since it is by

3    Secret Service, I think it -- it's, yeah -- it's also sensitive

4    for -- and it is not relevant to, you know, to the -- I mean,

5    about the case.

6           THE COURT:  I'll overrule the objection.  They're

7    trying to bring in the chain of custody, and so the exhibit

8    will be admitted.

9           *(Government's Exhibit Number 19 admitted into*

10   *evidence)*

11          MR. SHERWIN:  Okay.  Thank you, Your Honor.  May I

12   approach?

13          THE COURT:  You may.

14          MR. SHERWIN:  May I publish, Your Honor?

15          THE COURT:  You may.

16   BY MR. SHERWIN:

17   Q.  All right.  Mr. Williams, I'm going to ask you a few

18   questions about this form.

19          This, again, is this -- this is this evidence custody

20   form you just discussed?

21   A.  Yes.

22   Q.  Okay.  I want to bring your attention, sir, to this line,

23   S7.  Is this in reference to the exhibit we looked at earlier?

24   A.  Yes.

25   Q.  That's Government's Exhibit 13?

WILLIAMS - DIRECT/SHERWIN

```
1    A.  Yes.

2    Q.  Okay.  The iPhone 7?

3    A.  Correct.

4    Q.  Okay.  So is it -- the IMEI number is listed on this

5    custody form, correct?

6    A.  Correct.

7    Q.  Okay.  And is that identical to the IMEI form tagged for

8    this phone?

9    A.  Yes.

10   Q.  Okay.  Can you just read that into the record, sir?

11   A.  Sure.  It's IMEI 355340080054209.

12   Q.  Okay.  Now, sir, if I could direct your attention to the

13   second page of this document, this three-page document,

14   Government's Exhibit 19.

15       We see the S7 identifier again, sir?

16   A.  Yes.

17   Q.  Could you please tell the jury, what is the purpose of this

18   line and what are these items we see within this line?

19   A.  This line indicates the first time that custody of that

20   device was taken from an external person to somebody in the

21   lab.

22   Q.  Okay.  So this shows -- what is this name?

23   A.  That's Agent Ivanovich.

24   Q.  Okay.  And that's who?

25   A.  That would be me.
```

230

1   Q.   Okay.  And what is this time in reference to, sir?

2   A.   That's -- I believe it was a Sunday, 3-31-2019, at 7:06 in

3   the morning I took custody of that device from Agent Ivanovich.

4   Q.   Okay.  And just for purposes -- for the jury's knowledge,

5   what does "taking custody" mean?

6   A.   That means I physically have it in my possession.

7   Q.   Okay.

8           MR. SHERWIN:  No further questions, Your Honor.

9           THE COURT:  Cross-examination?

10           THE DEFENDANT:  *(In English)* Oh, no.

11           THE COURT:  Thank you, sir.  You are excused.

12           *(Witness excused)*

13           THE COURT:  How long is your next witness?

14           MR. SHERWIN:  The next witness, Your Honor, is a

15   little more involved than Mr. Williams.  It's the FBI forensic

16   examiner.  And then -- so we have two witnesses left, the FBI

17   forensic examiner, that's very similar testimony that segues

18   into the translator, which will be a longer testimony, Your

19   Honor.

20           THE COURT:  Okay.

21           Folks, why don't we take a break for lunch.  It's

22   about 12:30 anyway.  I have hearings at 1:30, so why don't we

23   come back at two o'clock.  Depending on how those hearings go,

24   I'll try to be done by two, we may be a couple minutes late,

25   but try to be back by two o'clock just so that if I am done at

1    two, we can get started then.

2            Again, I caution you -- we're getting towards the end

3    of the government's case anyway, and I caution you not to

4    discuss the case with anyone or to allow it to be discussed

5    with you; not to conduct any research on the case, the lawyers,

6    or the parties; or to engage in any kind of communication on

7    social media or otherwise about the case.

8            Have a nice lunch.

9            COURTROOM SECURITY OFFICER:  All rise.

10           *(The jury exited the courtroom)*

11           THE COURT:  Please be seated.

12           Ms. Zhang?

13           THE DEFENDANT:  *(In English)* Yes, Honorable Judge.

14           THE COURT:  Have you decided whether you are going to

15   present a case in your defense once the government has rested?

16   That means whether you're going to present any witnesses or

17   testify yourself?  The reason I ask is for scheduling purposes.

18   If you are going to do that, that will take us probably into

19   tomorrow.  If you're not going to do that, we may well finish

20   today, which means that I'd like to go over the jury

21   instructions at lunchtime.

22           THE DEFENDANT:  Can I consult with my previous

23   attorney, and then I'll answer your question?

24           THE COURT:  That is music to my ears.

25           Ms. Militello and Mr. Adler, please, take as much time

```
1   as you need.
2           Ms. Zhang, let me also say, putting aside the question
3   of you testifying or putting on a case, that with respect to
4   the jury instructions, as I suggested to you yesterday, it's
5   very technical, just like jury selection was.  So even though
6   you're representing yourself, at least with respect to the jury
7   instructions, I really do strongly suggest that you allow
8   stand-by counsel to consult with you on those instructions.
9   Will you agree to that?
10          THE DEFENDANT:  (In English) Sorry.  Can Chinese
11  translator speak again?  Just -- yeah.  I didn't catch after --
12          THE COURT:  She'll repeat it.
13          THE DEFENDANT:  (In English) Okay.  Sorry.
14          (Pause)
15          THE DEFENDANT:  (In English) I got it.
16          THE COURT:  Is that a yes, you'll consult with her
17  about the jury instructions?
18          THE DEFENDANT:  (In English) Yes.
19          THE COURT:  Great.
20          All right.  So are you going to talk to her now about
21  whether you're going to present a case?
22          THE DEFENDANT:  (In English) Yes, if it is allowed.
23          THE COURT:  Yes, it is allowed.
24          How much longer are the two remaining government
25  witnesses going to take?
```

233

1          MR. SHERWIN:  Mr. Soto should take 15 minutes, Your

2     Honor, or less.  And the linguist may take 45 minutes.  We can

3     do both within an hour.

4          THE COURT:  So let's say, worst-case scenario, we

5     start at 2:30, we could be done by 3:30 with the government's

6     case.  I guess at that point, we could probably take a break to

7     take care of the Rule 29 and the defendant's decision on her --

8     on what she's going to do.  That being said, I do think we

9     probably will need a longer break than that if we're going to

10    go over jury instructions at that time.

11          So why don't we do this?  Why don't we break for

12    30 minutes until one o'clock.  And then we can come in and at

13    least start to discuss the jury instructions.  I'll have my

14    hearings at 1:30, and we can pick back up with the evidence at

15    two o'clock.  Does that work?

16          MR. SHERWIN:  Yes, Your Honor.  Thank you.

17          THE COURT:  Does that work for you, Ms. Zhang?

18          THE DEFENDANT:  *(In English)* Uh, thank you.

19          THE COURT:  Thank you.

20          Well, that's not fair to Ms. Militello, who doesn't

21    have any food.

22          MS. MILITELLO:  I was just thinking I might ask my

23    investigator to just go out and get food for us.

24          THE COURT:  I also have some really tasteless protein

25    bars that I could offer you.

234

1          MS. MILITELLO:  I am sure that he would be willing to

2    get some takeout for us, Judge.

3          THE COURT:  So does that work for you?

4          MS. MILITELLO:  Yes.  Thank you.

5          THE COURT:  Great.  Have a nice lunch.

6          COURTROOM SECURITY OFFICER:  All rise.

7          *(The Judge exited the courtroom)*

8          *(Luncheon recess taken at 12:30 p.m.)*

9                        -  -  -  -  -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **TUESDAY, SEPTEMBER 10, 2019, 1:17 P.M.**

2          *(The Judge entered the courtroom)*

3          THE COURT:  Good afternoon.  Please be seated.

4          All right.  Just so you all know, I'm going to delete

5   all of the caption headings at the top of each page, so those

6   will be gone.  But I think it's helpful to keep them there for

7   purposes of the charge conference so we know what we're talking

8   about.

9          Obviously, the first two pages, which is the

10  government's filing, won't go in it, so the first page of the

11  instructions will be B1, Court's instructions to the jury.

12         Any objection, Ms. Zhang?

13         Why don't you pull the microphone close to you.

14         *(Discussion had off the record between counsel)*

15         THE COURT:  Do you have the instructions in front of

16  you?

17         THE DEFENDANT:  Ah --

18         THE COURT:  Pull the microphone close to you.

19         THE DEFENDANT:  *(In English)* Yes.

20         THE COURT:  And have you had a chance to review them

21  with Ms. Militello and Mr. Adler, who are seated beside you?

22         THE DEFENDANT:  *(In English)* Oh, yes.

23         THE COURT:  So let me step in and say this.  The first

24  few instructions are, as I'm sure they told you, very pattern,

25  they're routine, they're included in almost every case, but I

1    want to hear from you if you have any objection to any of these

2    instructions, starting with B1, Court's instructions to the

3    jury.

4          THE DEFENDANT:  *(In English)* It's fine for B1.

5          THE COURT:  Okay.  B2.2, this is the version that we

6    would use if you did not testify.  It's the standard pattern

7    instruction.  If you do testify, we'd have to use a different

8    instruction, which also comes from the pattern.  Have you

9    discussed with Mr. Adler and Ms. Militello, as you asked me to

10   do, your decision about whether you're going to testify or not?

11         THE DEFENDANT:  *(In English)* Oh, not yet.

12         THE COURT:  You have not spent the last 30 minutes

13   discussing with them how you're going to proceed?

14         THE DEFENDANT:  *(No response)*

15         THE COURT:  Ms. Zhang?

16         THE DEFENDANT:  *(In English)* Yes, I haven't decided.

17   I mean --

18         THE COURT:  Okay.  So we'll take that up when you do.

19         THE DEFENDANT:  *(In English)* Okay.

20         THE COURT:  Just know that this is the version we

21   would use if you did not testify.  If you did testify, we'd use

22   a different version, and I'll hand it up to you so that you can

23   see it.

24         MR. ADLER:  Your Honor, excuse me, Robert Adler,

25   Assistant Federal Public Defender.  Just for clarification, we

1    did have a discussion with her about whether she wishes to

2    testify.  But I believe she wishes to defer that decision until

3    the close of the government's evidence.

4              THE COURT:  And that's perfectly within her rights.

5              And, Ms. Zhang, at that time, you and I will discuss

6    that.  My only point in asking you now is just to tell you that

7    there are different instructions for 2.2 that would apply

8    depending on what your decision is.  The instruction that would

9    apply if the defendant does testify is B2.1.  And I'm handing

10   that from my copy up to the defendant now for her to review.

11             *(Pause)*

12             THE COURT:  While they're discussing that, Mr. Garcia,

13   did you receive a copy of the defendant's requested jury

14   instruction?

15             MR. GARCIA:  They just handed it to me, Judge, and I

16   quickly looked at it, yes.

17             THE COURT:  Okay.  Do you have any objection to it?

18             MR. GARCIA:  Yes, we do.

19             THE COURT:  All right.  Do you have an objection to it

20   wholesale or do you have an amendment to it?

21             MR. GARCIA:  Wholesale.

22             THE COURT:  Okay.

23             Ms. Zhang, any objection to B2.2 or B2.1, depending on

24   whether you testify or not?

25             *(Discussion had off the record between counsel and*

```
 1   client)
 2          THE DEFENDANT:  (In English) No objection to --
 3          THE COURT:  You got to pull the microphone close to
 4   you --
 5          THE DEFENDANT:  (In English) No objection to 2.1.
 6          THE COURT:  What about if you don't testify, 2.2?
 7          THE DEFENDANT:  (In English) Not yet.  But I prefer
 8   not -- not yet -- not yet decided.
 9          THE COURT:  I understand that you haven't decided
10   whether you're testifying or not.  But in order to move this
11   along, I've shown you both options.  2.1 is if you do testify,
12   2.2 is if you don't testify.  Do you any objection to either of
13   them?  And obviously only one will be given to the jury
14   depending on whether you testify or not.
15          THE DEFENDANT:  (No response)
16          THE COURT:  I'm sorry, I don't understand what's
17   confusing you.
18          THE DEFENDANT:  (In English) Oh.
19          THE COURT:  You're either going to testify or you're
20   not going to testify.  That's entirely your decision.
21          THE DEFENDANT:  (In English) Yes.
22          THE COURT:  This instruction is the basic instruction
23   that's given in either situation.  Either you testify, in which
24   case we give 2.1, or you don't testify, in which we give 2.2.
25   Does that make sense?
```

239

1        THE DEFENDANT:  *(In English)* Oh.  Yeah, I got your

2   meaning.

3        THE COURT:  So you don't have to tell me now whether

4   you're going to testify or not.  I just want you to tell me now

5   whether, whichever way you decide, you have an objection or a

6   change to make to either of those two instructions.

7        THE DEFENDANT:  *(In English)* Okay.  No.

8        THE COURT:  Okay.  B3 is the standard instruction on

9   what "reasonable doubt" means.  Any objection to that?

10       THE DEFENDANT:  *(In English)* Yeah, no objection.

11       THE COURT:  B4 is the standard objection on the

12   consideration of direct and circumstantial evidence, the

13   arguments of counsel and the comments by the Court.  In

14   essence, it says what I said at the beginning of the case

15   already, which is that there are two kinds of evidence, one is

16   direct, one is circumstantial, both are to be given equal

17   weight.

18       Second, that the arguments and comments by the lawyers

19   are not evidence and shouldn't be considered by the jurors.

20       And, third, that comments made by the Court shouldn't

21   be construed by the jurors in any way whatsoever.

22       Any objection to B4?

23       THE DEFENDANT:  *(In English)* Ah, sorry, can you repeat

24   it?  Sometimes it does not go well.  I mean the area *(sic)* does

25   not go well, so I didn't catch most of it.

1        THE COURT:  I'm sorry, I didn't hear what you said

2   because you don't have the microphone up to your mouth.

3        THE DEFENDANT:  *(In English)* I mean I didn't -- the

4   airiance *(sic)* a little bit didn't work well, so I didn't catch

5   most of them.

6        THE COURT:  Okay.  Go ahead and read B4.  I was just

7   trying to summarize it for you.

8        *(Pause)*

9        THE DEFENDANT:  *(In English)* Charlene?

10        THE DEFENDANT:  I'm sorry, Charlene -- the

11   interpreter -- just now what did the judge say?  What did the

12   judge summarize, the before part?

13        THE COURT:  I said that B4 basically has three parts,

14   all of which I've talked about to the jury already in my

15   preliminary instructions before the trial began.

16        The first part is that there are two kinds of

17   evidence -- direct evidence and circumstantial evidence.

18        The second part is that the arguments and statements

19   and objections of the lawyers are not evidence and should not

20   be considered as evidence in any way.

21        And the third part is that from time to time, I've

22   made comments during the trial, either because I've sustained

23   or overruled objections or otherwise, and the jurors shouldn't

24   use my comments in deciding what I think about the case,

25   because that's not evidence either.

1          THE DEFENDANT:  *(In English)* Okay.  Yeah, no -- no
2     objection.  Thank you.
3          THE COURT:  S5 is the next instruction.  It just talks
4     about notetaking.  I've already instructed them about
5     notetaking at the beginning, and this just reiterates what I've
6     said before.
7          THE DEFENDANT:  *(In English)* No objection.
8          THE COURT:  B5 is the standard instruction on the
9     credibility of witnesses.  Again, I've already given them this
10    instruction in my preliminary instructions.  It's the
11    instruction that tells them the different factors that they can
12    consider in deciding whether they believe a witness or
13    disbelieve a witness.
14         THE DEFENDANT:  *(In English)* No objection.
15         THE COURT:  B7 is the standard instruction for an
16    expert witness.  We haven't had an expert witness yet, but I
17    understand that the next government witness is going to be an
18    expert witness and that the last government witness is also
19    going to be an expert witness.  Is that correct?
20         MR. SHERWIN:  Yes, Your Honor.
21         THE COURT:  And so this is the standard instruction
22    that tells them that there's a difference between a regular
23    fact witness, which is all the witnesses we've had thus far,
24    and an expert witness, which is a witness who gets qualified
25    for his or her expertise in a field that's either scientific or

1    technical or based on that person's experience.  And all that

2    really means is that unlike the other witnesses who, generally

3    speaking, are not entitled to give their opinions about things

4    unless they observed them personally, an expert witness is

5    allowed to give his or her opinion about certain things.  But

6    it tells them that they're to judge that expert witness just

7    like they would every other witness and not give the expert

8    special credibility just because that person is considered an

9    expert in his or her field.  Does that make sense?

10           THE DEFENDANT:  *(In English)* Yes.  No objection.

11           THE COURT:  B8 is the introduction to the offense

12   instructions.  This is where I think it will get a little bit

13   more complicated.  So what I'd like to do now that we've got

14   those initial instructions out of the way is to break, because

15   I have five calendar calls set for now.

16           So, Ms. Zhang, if you wouldn't mind moving over to the

17   side or if the marshals want to take her back, it's up to you

18   all, and I'll take the five calendar calls now.

19           *(Recess taken in Zhang case from 1:30 p.m. until 2:07*

20   *p.m.)*

21           THE COURT:  Folks, we'll take five minutes.

22           *(The Judge exited the courtroom)*

23           *(Recess taken at 2:07 p.m. until 2:12 p.m.)*

24           *(The Judge entered the courtroom)*

25           THE COURT:  Please be seated.

```
 1              Mr. Adler, have you had a chance to discuss with
 2    Ms. Zhang the Rule 29 motion?
 3              MR. ADLER:  We have not, Your Honor.
 4              THE COURT:  Why don't you take two minutes to describe
 5    for her what she's going to have to do at that time.  I'm happy
 6    to raise it sua sponte, but I'd rather she raised it.
 7              MR. ADLER:  Okay.
 8              THE DEFENDANT:  (In English) Yes, manager.
 9              (Discussion had off the record between counsel and
10    client)
11              THE COURT:  Mr. Adler, how did that go?
12              (Discussion had off the record between counsel and
13    client)
14              MR. ADLER:  Your Honor, I have attempted to explain it
15    to her.
16              (Discussion had off the record between counsel and
17    client)
18              THE COURT:  All right.  We're going to proceed,
19    Ms. Zhang.
20              THE DEFENDANT:  (In English) Yes, Your Honor, Judge.
21              THE COURT:  Mr. Garcia, is the government ready?
22              MR. SHERWIN:  Yes, Your Honor.
23              THE COURT:  Call your next witness.
24              MR. SHERWIN:  Yes, Your Honor.  At this time, the
25    United States calls Ricardo Soto to testify.
```

```
1              COURTROOM SECURITY OFFICER:  All rise.

2              THE COURT:  Please be seated.

3              (The jury entered the courtroom)

4              THE COURT:  Please be seated.

5         I hope you all had a nice lunch.  In case you're

6    wondering, I had a protein bar that advertised itself as

7    tasting like peanut butter but more tasted like dirt.

8         Sorry we're a few minutes late, folks.  I did take

9    care of some other matters at lunchtime, and I apologize to

10   you.

11        Did anyone fail to heed my instruction not to discuss

12   the case with anyone or to allow it to be discussed with you,

13   not to conduct any research on the case, the lawyers, or the

14   parties, or to communicate via social media or otherwise about

15   the case?

16             Thank you all very much.

17             Mr. Sherwin?

18             MR. SHERWIN:  All right.  Thank you, Your Honor.

19             ROOM CLERK:  Please raise your right hand.

20             (RICARDO SOTO, GOVERNMENT'S WITNESS, WAS SWORN)

21             ROOM CLERK:  Have a seat.

22             State your first and last name for the record.

23             THE WITNESS:  Ricardo Soto.

24             ROOM CLERK:  Thank you.

25             MR. SHERWIN:  Okay.  Your Honor, to begin, the
```

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

SOTO - DIRECT/SHERWIN

```
 1   government would like to lay predicate for his testimony as an
 2   expert witness.
 3           THE COURT:  You may proceed.
 4           MR. SHERWIN:  Okay.
 5                        DIRECT EXAMINATION
 6   BY MR. SHERWIN:
 7   Q.  Mr. Soto, can you please tell the ladies and gentlemen of
 8   the jury who you are employed by?
 9   A.  I'm employed with the FBI.
10   Q.  Okay.  And what is your current title with the bureau?
11   A.  I'm a computer forensic examiner.
12   Q.  Okay.  How long have you been employed by the bureau?
13   A.  Nineteen years.
14   Q.  Okay.  And during that -- is that full time as a computer
15   forensic examiner?
16   A.  Yes.
17   Q.  All right.  Mr. Soto, could you please tell the jury, what
18   are your duties and responsibilities as a computer forensic
19   examiner with the bureau?
20   A.  As a forensic examiner, we extract, preserve, and process
21   digital data from digital devices, such as computers and
22   laptops, and then provide that information to the investigators
23   to support their cases.
24   Q.  Okay.  Can you tell us a general background related to your
25   education.
```

246

SOTO - DIRECT/SHERWIN

1   A.   Uhm, I have a bachelor's in information technology and a

2   master's in cyberforensics.  I've also received training

3   through the FBI to become a certified examiner.  We are

4   provided with training and/or conferences through the year.

5   And we also do an annual proficiency mandatory testing as well.

6   Q.   Okay.  Let's go through this certification.

7        Can you explain for the Court, what does certification

8   as a forensic examiner mean with the FBI?

9   A.   Well, with the FBI, the curriculum basically includes

10  several classes, how to process digital evidence, Windows

11  media, Mac, Linux, Federal Rules of Evidence, how to extract

12  the data, preserve it in an appropriate manner, and then

13  provide the results and present that in a court of law.

14  Q.   Now, is this an annual certification, sir, or is it a

15  one-time certification?

16  A.   No, it's a one-time certification.

17  Q.   So after the certification, do you also receive annual

18  training related to your work as a forensic examiner with the

19  bureau?

20  A.   Yes.

21  Q.   Okay.  For example, what are some of those courses or

22  seminars you must attend?

23  A.   There are several forensic conferences.  For example, the

24  latest one would have been SANS incident handling and response,

25  cell phone training, Windows, Mac Artifacts, Linux.

SOTO - DIRECT/SHERWIN

1  Q.  Okay.  You mentioned, sir, that as part of your work as an

2  expert forensics examiner, you extract data from devices?

3  A.  Yes.

4  Q.  Can you in layman's terms or in basic terms tell the jury,

5  what does "extracting data" mean?

6  A.  All it is, is taking the digital device -- a tablet, a

7  phone, or a computer -- and just copying out the data in a

8  forensically sound manner.

9  Q.  Okay.  Now, are there special -- is there specialized

10  equipment or software that assist you in doing these types of

11  extractions?

12  A.  Yes.  There are forensic tools and forensic software that

13  we can utilize, depending on the type of digital media, to

14  effectively extract the information from the digital devices.

15  Q.  Okay.  And I believe you said you've been an examiner now

16  for -- did you say 17 years, sir?

17  A.  Nineteen.

18  Q.  Nineteen years.

19       So over that period of time, this is maybe a ballpark

20  number, but can you tell the jury, how many times were you

21  requested to extract data from a phone device during your time

22  as a computer forensic expert?

23  A.  A phone device, probably about -- maybe around a hundred.

24  Q.  Okay.  And did some of those phones include iPhones?

25  A.  Yes.

SOTO - DIRECT/SHERWIN

1  Q.  Okay.  Have you testified as an expert in computer forensic

2  examination in a federal court before?

3  A.  Yes, I have.

4  Q.  When was the last -- and was that a trial?

5  A.  Yes, a trial.

6  Q.  Do you recall the last trial you were designated an expert

7  in forensics?

8  A.  It was around 2015 with Judge Moore.

9  Q.  Okay.  Do you remember the defendant's name by any chance?

10  A.  Patrick Killen.

11  Q.  Okay.

12        MR. SHERWIN:  Your Honor, at this time, the government

13  submits that Mr. Soto is qualified to testify as an expert

14  witness in the area of computer forensics.

15        THE COURT:  Any objection?

16        THE DEFENDANT:  *(No response)*

17        THE COURT:  Ms. Zhang, the government is offering the

18  testimony of this witness as an expert.  We discussed this at

19  the break.  That means that this witness would be allowed to

20  give his opinion about technical or scientific matters in which

21  he has experience.  Any objection to him being qualified as an

22  expert so that he can give those opinions before the jury?

23        THE DEFENDANT:  *(In English)* No.

24        THE COURT:  Without objection, he will be so

25  qualified.

SOTO - DIRECT/SHERWIN

1            Ladies and gentlemen, I'm going to give you further

2    instructions on this later, but as I just suggested, the fact

3    that this witness is an expert witness means only that unlike

4    other witnesses, who generally can only tell you about things

5    they saw or smelled or heard or said, this witness can also

6    give you his opinion about certain things that are specifically

7    within his scientific or technical field in which he has

8    significant experience.  But I caution you, as with any other

9    witness, that that doesn't mean that you should give his

10   testimony any special weight or that you should necessarily

11   believe or disbelieve him because he's an expert.  He gives you

12   his opinions, but you treat his credibility as you would with

13   any other witness.

14           Proceed.

15           MR. SHERWIN:  All right.  Thank you, Your Honor.

16           Permission to approach?

17           THE COURT:  You may.

18           MR. SHERWIN:  I'm going to hand Mr. Soto Government's

19   Exhibit 13 which is already in evidence.

20   BY MR. SHERWIN:

21   Q.  Sir, can you please look at that for a moment?

22           What type of -- what is this item?

23   A.  It's an Apple iPhone 7.

24   Q.  Okay.  It may be easier for me just to put it on the

25   overhead here.

SOTO - DIRECT/SHERWIN

1              So Government's Exhibit 13, this is the iPhone 7, sir?

2    A.  Yes.

3    Q.  Okay.  I want to ask you some general questions before

4    getting into some of the details here.

5              Do you see this designation "IMEI"?

6    A.  Yes.

7    Q.  Can you tell the Court, what does that mean?  What does

8    that designation mean?

9    A.  That is the international mobile equipment identifier.

10   It's a unique number that is given on all telephone devices.

11   For example, it'd be the equivalent of a -- the VIN number for

12   a car.

13   Q.  Okay.  Is that similar to perhaps a fingerprint for a

14   telephone?

15   A.  More as a unique identifier.

16   Q.  Okay.  So is it -- is this the only unique identifier for

17   an iPhone 7 in the world, this IMEI related to this device?

18   A.  The IMEI would be unique to the device, yes.

19             MR. SHERWIN:  Permission to approach, Your Honor?

20             THE COURT:  You may.

21   BY MR. SHERWIN:

22   Q.  Mr. Soto, I'm going to hand you what has been marked but

23   not entered as Government's Exhibit 20.  I want you to look at

24   that but not publish to the jury.

25             (Government's Exhibit Number 20 marked for

SOTO - DIRECT/SHERWIN

1    *identification)*

2              *(Pause)*

3    BY MR. SHERWIN:

4    Q.  So are you familiar with this item, sir?

5    A.  Yes.

6    Q.  All right.

7              MR. SHERWIN:  Judge Altman, this is similar to the

8    prior item with Craig Williams -- what was that document number

9    please, Sam?

10             THE AGENT:  That was document number 19.

11             MR. SHERWIN:  Okay.  Nineteen.

12   BY MR. SHERWIN:

13   Q.  This item I'm going to ask you some questions about before

14   we seek to enter it into evidence.

15             What is this item?

16   A.  This is the beginning pages of an examination report for

17   the iPhone 7.

18   Q.  Okay.  Did you create this examination report?

19   A.  Yes.

20   Q.  Okay.  And did you create this report in your normal and

21   standard course of business as a computer forensic examiner for

22   the FBI?

23   A.  Yes.

24   Q.  And where was this report maintained?

25   A.  On our storage area network in our computer laboratory.

SOTO – DIRECT/SHERWIN

1    Q.  Okay.  Was it maintained per FBI protocols related to the

2    business conduct of the FBI?

3    A.  Yes.

4    Q.  Okay.  And that computer system in which this report was

5    stored, is that system, to your belief, maintained in a proper

6    fashion?

7    A.  Yes.

8    Q.  Okay.  And was this report, to your knowledge, uploaded and

9    maintained in a proper fashion per FBI protocol?

10   A.  Yes.

11   Q.  Okay.

12           MR. SHERWIN:  Your Honor, at this time, the government

13   seeks to move this exhibit into evidence as a business record?

14           THE COURT:  Any objection?

15           THE DEFENDANT:  (In English) Is it the same just in

16   the morning?  I mean the phone, no?  This is new one?

17           THE COURT:  I think, if my list is correct, this is

18   the report that was generated from the extraction, is that

19   correct?

20           MR. SHERWIN:  That's correct, Your Honor.  This was

21   provided to the defendant in discovery, and it's just the

22   extraction report, correct.

23           THE COURT:  Is that all of the data that was extracted

24   from the phone?

25           MR. SHERWIN:  It's just a report.  We're going to get

SOTO - DIRECT/SHERWIN

1    to that next, Your Honor.

2            THE COURT:  It's just a report of what was extracted?

3            MR. SHERWIN:  Correct, by Mr. Soto.  We'll have him

4    articulate those facts in a moment.

5            THE COURT:  And the report that was generated, is that

6    a report that is generated by him or by the phone?

7            THE WITNESS:  It's provided -- I created it using the

8    forensic software from the extraction.

9            THE COURT:  Okay.  Any objection to that?

10           It doesn't sound, Ms. Zhang, like it's the same as

11   Exhibit 19.  Exhibit 19 was a record of a custody form for the

12   phone.  That just showed all of the people that took custody of

13   the phone during the course of that day.

14           This is a report that was generated by Mr. Soto with

15   respect to the information that's contained within the phone.

16           Any objection to this report?

17           THE DEFENDANT:  *(In English)* Uhm, actually, I have the

18   same opinion in the morning, since -- I think also, no, I mean,

19   I prefer objection.

20           THE COURT:  What is the basis of your objection?

21           THE DEFENDANT:  *(In English)* The same reason in the

22   morning.

23           THE COURT:  That it contains sensitive materials?

24           THE DEFENDANT:  *(In English)* Um-hum, yes.

25           THE COURT:  Okay.  I'll overrule the objection.  And

SOTO - DIRECT/SHERWIN

1   Number 20 will be admitted.

2          *(Government's Exhibit Number 20 admitted into*

3   *evidence)*

4          MR. SHERWIN:  Thank you.

5          Permission to publish, Your Honor?

6          THE COURT:  You may.

7   BY MR. SHERWIN:

8   Q.  All right.  Mr. Soto, I'd like to ask you some questions

9   now about this extraction report.

10          Could we please look at the summary paragraph?

11          So your name is listed there, do you see?

12  A.  Yes.

13  Q.  Okay.  And that's why again?

14  A.  I was the examiner processing the phone.

15  Q.  Okay.  Now, we earlier discussed the IMEI for Government's

16  Exhibit 13.  Is -- we see an IMEI on the summary paragraph,

17  correct?

18  A.  Yes.

19  Q.  Okay.  Could you please read that IMEI -- I know it's a

20  little small, but could you read it into evidence, please?

21  A.  Sure.  It's 355340080054209.

22  Q.  Okay.  Thank you.

23          Is that, sir, the identical IMEI as related to

24  Government's Exhibit 13?

25  A.  Yes.

SOTO – DIRECT/SHERWIN

1    Q.  Now, Mr. Soto, I want to ask you a little more detail about

2    this extraction report.  Let's go through the mechanics.

3           How do you actually create this extraction report?

4    A.  Okay.  Uhm, first of all, we take the -- in this case, the

5    iPhone 7, I connect it to a forensic computer, where I have the

6    forensic software for the cell phone, extract the information

7    from the cell phone.  Once I extract the information from the

8    cell phone, I use another forensic tool to create a report of

9    the extracted data from the cell phone.  Once I create that

10   report, again, I copy that over, store it on the SAN, on our

11   storage area network, for review.

12   Q.  I want to just parse that down for a moment.

13          So in order to do this, do you first have to take

14   physical custody of this phone?

15   A.  Yes.

16   Q.  Okay.  And then do you connect it some way to a server or

17   some type of device?

18   A.  To, yeah, an examination station, a computer, yes.

19   Q.  Okay.  And was that done in your office?

20   A.  Yes.

21   Q.  Okay.  And what happened next after it's connected?

22   A.  After it's connected, I initiate the software to start

23   extracting information from the phone.

24   Q.  Okay.  Can you please tell the Court, what is that software

25   called?

SOTO - DIRECT/SHERWIN

1   A.   UFED Physical Analyzer.

2   Q.   Okay.  And in a summary fashion, can you please tell us,

3   what does that software actually do to this device once it's

4   hooked up to this phone?

5   A.   Once it hooks up to the phone, it just does sort of a

6   digital handshake, and then extracts the information from the

7   phone and puts it in a -- in a file folder with the extracted

8   data.

9   Q.   Okay.  And I want to stop you there, because I do want to

10  address that.

11         So when the data leaves this phone, goes through the

12  cord and goes into the FBI's server, is there a name for that

13  server where this data resides or a storage device?

14  A.   Well, it's on our storage area network, yes.

15  Q.   And is there a name for that storage area network?

16  A.   We call it the SAN.

17  Q.   Sand?

18  A.   SAN, the storage area network, the acronym, yes, S-A-N.

19  Q.   All right.  Now, to your knowledge, sir, when you did this

20  extraction was anything deleted or removed, to your knowledge?

21  A.   During the extraction?

22  Q.   Correct, during the extraction.

23  A.   No, the extraction just pulls the information out.

24  Q.   Got it.

25         And you did not use any discretion to -- you did not

SOTO - DIRECT/SHERWIN

1   do anything, to your knowledge, to delete or manipulate the

2   data from that phone?

3   A.  No.

4   Q.  All right.  So let's go to the next step then.

5        On page 2, this extraction report has a paragraph I

6   believe that talks about content?

7   A.  Yes.

8   Q.  Can you please tell the jury, what is this paragraph for?

9   What does it articulate?

10  A.  This articulates the type of data that was extracted from

11  the phone.  You can't see it there, but in color it would show

12  you actual artifacts that were recovered and deleted items that

13  were recovered as well.

14  Q.  Okay.  Now, I see in some of these paragraphs here, there's

15  a reference to chat.  Do you see that?

16  A.  Yes.

17  Q.  IMessage and WeChat, do you see that?

18  A.  Yes.

19  Q.  So is this indication that WeChat messages were removed,

20  were -- excuse me -- extracted from this phone?

21  A.  Yes.

22  Q.  Now, did you as the forensic examiner examine these WeChat

23  messages?

24  A.  No.

25  Q.  Okay.  Can you tell the jury, what is "WeChat"?

SOTO - DIRECT/SHERWIN

1   A.  "WeChat" is a Chinese social and messaging and mobile

2   payment app., kind of equivalent to Facebook and WhatsApp

3   combined, but has much more functionality.

4   Q.  Okay.  So in order to get the process streamlined for

5   purposes of our explaining that in court, so we have the phone,

6   which was then extracted, and the data was then put onto the

7   FBI's SAN network?

8   A.  Yes.

9   Q.  Okay.  I'm going to hand you, sir, what has been marked but

10  not yet entered into evidence as Government's Exhibit 21 and

11  22.

12          (Government's Exhibit Numbers 21 and 22 marked for

13  identification)

14  BY MR. SHERWIN:

15  Q.  Have you look at these for a moment, but please do not

16  publish.

17          MR. SHERWIN:  Permission to approach, Your Honor?

18          THE COURT:  You may.

19  BY MR. SHERWIN:

20  Q.  I'll just ask you a few general questions, and we'll

21  attempt to enter into evidence, and then some more, okay,

22  Mr. Soto?

23  A.  Yes.

24  Q.  Let's look at Government's Exhibit 21.

25          What is 21?

SOTO - DIRECT/SHERWIN

1   A.  Twenty-one is a CD-ROM.

2   Q.  Okay.  And what is on the CD-ROM?

3   A.  It contains an excerpt of the examination report that I

4   created.

5   Q.  Okay.  Did you actually create this disk I handed you?

6   A.  Yes.

7   Q.  And did you ensure that the data was correctly downloaded

8   on to the CD?

9   A.  Yes.

10  Q.  Have you reviewed it?

11  A.  No.

12  Q.  Are your initials on that CD?

13  A.  Oh, excuse me, I thought you meant the data.  As far as the

14  content, yes.

15  Q.  Let me rephrase that question.

16       You didn't analyze the data as an analyst in this

17  case, did you?

18  A.  No.

19  Q.  Okay.  So your job was to ensure -- correct me if I'm

20  wrong -- to successfully extract the data from the phone?

21  A.  Yes.

22  Q.  And put it on to the FBI server?

23  A.  Yes.

24  Q.  And then that data was put on to that disk?

25  A.  Yes.  Well, actually, the data was presented to the

SOTO - DIRECT/SHERWIN

1    reviewers on the SAN.

2    Q.   Okay.  You're skipping ahead of me.  I want to stay with

3    that disk, please.

4           Did you put the data on that disk?

5    A.   Yes.

6    Q.   And did you review it to ensure it was properly downloaded?

7    A.   Yes.

8    Q.   Okay.  Thank you.

9           MR. SHERWIN:  Your Honor, at this time, the government

10   seeks to move Government's Exhibit 21 into evidence.

11          THE COURT:  Any objection?

12          THE DEFENDANT:  Can I clarify again with interpreter?

13   What was that just now?

14          THE COURT:  This is the actual data from your cell

15   phone on a disk, is what it sounds like to me.  All of the

16   data, they say, they extracted from your phone should be on

17   that disk, if they're correct about that.

18          Any objection to the data from your phone or what they

19   allege is the data from your phone on the disk being admitted

20   into evidence?

21          THE DEFENDANT:  *(In English)* I object.

22          THE COURT:  And what is the basis of your objection?

23          THE DEFENDANT:  *(In English)* So I think it -- it's not

24   relevance of the, you know, this case, and it's personal, and

25   it's -- yeah, that's it.

SOTO - DIRECT/SHERWIN

1        THE COURT:  The objection's overruled and 21 will be

2   admitted.

3        (Government's Exhibit Number 21 admitted into

4   evidence)

5        MR. SHERWIN:  Okay.  Thank you.

6        Your Honor, do I have permission to approach the

7   defendant with Government's Exhibit 22 before I ask questions

8   about that?

9        THE COURT:  The witness or the defendant?

10       MR. SHERWIN:  The defendant.  I just want to give her

11   an opportunity to look at it for a moment.

12       THE COURT:  You may.

13       MR. SHERWIN:  Thank you.

14       I'm now handing the defendant a copy of Government's

15   Exhibit 22 that is not yet entered into evidence.

16       (Discussion had off the record between government

17   counsel and defendant)

18       THE DEFENDANT:  (In English) And I also added it's

19   sensitive too, and it should not be public and be archived.

20   Thank you.

21       MR. SHERWIN:  Permission to approach the witness, Your

22   Honor?

23       THE COURT:  You may.

24   BY MR. SHERWIN:

25   Q.  Okay.  Mr. Soto, can you please turn to what I've handed

SOTO - DIRECT/SHERWIN

1   you, Government's Exhibit 22.  Please do not publish yet.  It's

2   not in evidence.

3           Could you tell the Court, what is Government's

4   Exhibit 22?

5   A.  It's a report of instant messages containing

6   communications.

7   Q.  Okay.  Does that report reflect the data from the disk?

8   A.  Yes.

9   Q.  Okay.  And have you had an opportunity to go through every

10  page of that report or that -- what's the proper -- is it an

11  Excel spreadsheet, a report, both?

12  A.  A spreadsheet and a report both.

13  Q.  Okay.  And there were several pages.  Have you gone through

14  every page?

15  A.  Yes.

16  Q.  And have you initialed and dated every page?

17  A.  Yes.

18  Q.  And were you able to ensure that the data that was on this

19  disk was properly transposed into the Excel format as it

20  relates to Government's Exhibit 22?

21  A.  Yes.

22  Q.  Okay.

23          MR. SHERWIN:  At this time, Your Honor, the government

24  moves -- seeks to move Government's Exhibit 22 into evidence.

25          THE COURT:  So is 22 a component of 21?

263

SOTO - DIRECT/SHERWIN

1          MR. SHERWIN:  This is -- may I ask the witness, Your
2     Honor.
3     BY MR. SHERWIN:
4     Q.  Is 22 -- we have data on Government's Exhibit 21 from the
5     iPhone 7, correct?
6     A.  Correct.
7     Q.  Now, was the data from this disk then transferred on to
8     that Excel spreadsheet for pictorial representation of what
9     files are on this disk?
10    A.  Yes, it was printed here, yes.
11         THE COURT:  Any objection, Ms. Zhang?
12         THE DEFENDANT:  *(In English)* The same reason, object.
13         THE COURT:  And it will be overruled.
14         THE DEFENDANT:  *(In English)* As the last one, yeah.
15         THE COURT:  Overruled.  Twenty-two will be admitted.
16         *(Government's Exhibit Number 22 admitted into*
17    *evidence)*
18         MR. SHERWIN:  All right.  Thank you, Judge.
19         Permission to approach?
20         THE COURT:  You may.
21         MR. SHERWIN:  Permission to publish, Your Honor?
22         THE COURT:  You may.
23    BY MR. SHERWIN:
24    Q.  All right.  It's a little out of sorts here, the size, so
25    let me do my best here.  This is going to test everyone's

SOTO - DIRECT/SHERWIN

1    vision, especially mine.

2         All right.  So let me pick up from where we went,

3    Mr. Soto, just for the jury's edification here now that they

4    can see it.  This, again, is that Excel spreadsheet?

5    A.  Yes.

6         THE COURT:  That's Exhibit 22?

7         MR. SHERWIN:  Yes, Your Honor, 22 is on the overhead.

8    BY MR. SHERWIN:

9    Q.  And I'm putting on top of Exhibit 22 Exhibit 21.  That is

10   the data that is represented on that spreadsheet, sir?

11   A.  Yes.

12   Q.  Okay.  And this spreadsheet contains what type of

13   messaging?

14   A.  WeChat communications.

15   Q.  Okay.  So we will see different columns of WeChat

16   communications throughout this Excel spreadsheet?

17   A.  Yes.

18   Q.  Okay.  And can you tell the jury, are there different types

19   of WeChat communications?  For example, are there -- on a

20   phone, you could communicate via email, text, voice.  Can you

21   do that in WeChat as well?

22   A.  Yes.

23   Q.  Okay.  So are there any WeChat text messaging

24   communications in your spreadsheet?

25   A.  There are, yes.

SOTO - DIRECT/SHERWIN

1    Q.   Okay.   Are there any WeChat voice communications that were

2    recorded on this disk and put onto the spreadsheet?

3    A.   There are audio attachments in the messages, yes.

4    Q.   Audio messages?

5    A.   Yes.

6    Q.   Okay.   And in addition, are there any types of image files,

7    documents that were downloaded from the iPhone, Government's

8    Exhibit 13, onto Government's Exhibit 21 then transposed onto

9    Government's Exhibit 22?

10   A.   Image attachments, yes.

11   Q.   Okay.   So if we're following this chain of command

12   properly, the we text -- the WeChat text and audio recordings

13   on this spreadsheet were derived from the iPhone 7, is that

14   correct?

15   A.   Correct, yes.

16   Q.   Now, I believe we went over this.   Are you an analyst?   Did

17   you go through each message?

18   A.   No.

19   Q.   Okay.   Do you speak Mandarin?

20   A.   No.

21   Q.   Do you know whether there was a foreign language depicted

22   within any of these text messages or communications?

23   A.   Yes, there are a foreign language in there, yes.

24   Q.   Okay.   And you didn't seek to translate any of those, is

25   that correct?

SOTO - DIRECT/SHERWIN

1   A.   No.

2   Q.   A couple of mechanic questions, and I think we'll be done,

3   sir.

4        All right.   So for background purposes, does each line

5   represent a different communication?   Is that a proper way to

6   state it?

7   A.   Yes.

8   Q.   Okay.   So let's scroll -- let's look at number 4.

9        What type of a file was this?   Or communication is

10  that?

11  A.   That's an incoming message with an image file as an

12  attachment.

13  Q.   Okay.   Now, how do you know image file?

14  A.   Uhm, if you look -- we're on number 4?

15  Q.   Yes.   Oh, you know what?   It may be easier for me to

16  actually just hand this to you, and then you could on your

17  overhead circle.

18       MR. SHERWIN:   Permission to approach, Your Honor?

19       THE COURT:   You may.

20       MR. SHERWIN:   Again, Government's Exhibit 22.

21       THE COURT:   He's not going to be able --

22       MR. SHERWIN:   Right.   I'm mixing things up.   I

23  apologize.

24       THE COURT:   That's true in the Miami courthouse, but

25  we're 40 years behind.

SOTO - DIRECT/SHERWIN

1            MR. SHERWIN:  Yeah, I'm a Fort Lauderdale novice.

2    BY MR. SHERWIN:

3    Q.  All right.  Let's look at line 4.  Now you could do this, I

4    think, by hand.

5            What is line 4?  Incoming what?

6    A.  It's an incoming WeChat message.

7    Q.  Okay.  And how do we know it's a WeChat message?

8    A.  *(No response)*

9    Q.  Is there a column that shows that?

10   A.  There you go *(indicating)*.

11   Q.  Got it.

12           Okay.  Now, that means that communication -- I'm sorry

13   to be so basic, I just want to ensure there's a proper

14   understanding -- that means this message came into the cell

15   phone at some point?

16   A.  Yes.

17   Q.  Okay.  Could you tell the jury, what time or date did that

18   message come into the cell phone?

19   A.  *(Indicating)*

20   Q.  Okay.  And can you tell the jury, how do you know that

21   there's an image detached *(sic)* to this communication?

22   A.  In the attachment column --

23   Q.  Do you need me to shift over?

24   A.  No, it was fine there.

25   Q.  Oh.

SOTO – DIRECT/SHERWIN

1    A.  It'd be right there *(indicating)*.

2    Q.  Great.

3         And that means number 4 is a picture image?

4    A.  It's an image called 6.pic.

5    Q.  Got it.

6         So then if I'm following along with your logic, that

7    was a picture image that was sent to this phone on that date.

8    A.  Yes.

9    Q.  Okay.  And the next line under it, number 5, is that the

10   same thing, sir?  Is this a -- line 5, an incoming WeChat

11   picture image?

12   A.  With an attachment of an image, yes.

13   Q.  Got it.

14        That came in on the same date?

15   A.  Yes.

16   Q.  March 15th, just a couple minutes later.

17   A.  Yes.

18   Q.  Okay.  So that's one form of data on this extraction,

19   picture images, that were sent to the phone.

20   A.  Yes.

21   Q.  Okay.  Let's shift to another example.

22        THE COURT:  Let's have some open-ended questions.

23        MR. SHERWIN:  Yes, sir.

24   BY MR. SHERWIN:

25   Q.  Okay.  Let's look at line 91.

SOTO - DIRECT/SHERWIN

1          Could you please tell the jury, what type of

2    communication does line 91 represent?

3    A.  *(No response)*

4    Q.  And you can circle it.

5    A.  Sure.  It's an incoming WeChat message containing an audio

6    file *(indicating)*.

7    Q.  Okay.  And what does "audio file" mean?

8    A.  Sound.  Like a voicemail or a message.

9    Q.  Okay.  And I'll go to, now, another line.

10          If you could please look at communication line 117.

11   A.  Okay.

12   Q.  Can you please tell the Court, what type of communication

13   does this line represent?

14   A.  This is an outgoing message with text *(indicating)*.

15   Q.  Okay.  And how do you know that's a text?

16   A.  Well, it's -- there are some characters in there, which

17   would normally, if you had a text message, it would show up in

18   there.

19   Q.  Okay.  So, again, this represents that this text came from

20   what device?

21   A.  This was an outgoing message from the device.

22   Q.  Got it.

23          And was that text in English or another language?

24   A.  In a foreign language.

25   Q.  Okay.  Now, do you have any knowledge as to whether the

SOTO - DIRECT/SHERWIN

1    data that you extracted from that iPhone 7 that went to the

2    disk and this Excel spreadsheet was provided to any linguists?

3    Do you have any knowledge about that?

4    A.  Yes.

5    Q.  Okay.  But you did no linguistic interpretation of this

6    data, sir?

7    A.  No.

8    Q.  Okay.  One moment, sir.

9            (Discussion had off the record between counsel)

10           MR. SHERWIN:  Your Honor, no further questions at this

11   time.

12           THE COURT:  Cross-examination?

13           THE DEFENDANT:  (In English) No.  Thank you.

14           THE COURT:  Sir, you are excused.  Thank you.

15           THE WITNESS:  Thank you.

16           (Witness excused)

17           THE COURT:  Call your next witness.

18           MR. SHERWIN:  Your Honor, at this time, the government

19   calls FBI linguist Katherine K.S. Chang, C-H-A-N-G.

20      (KATHERINE K.S. CHANG, GOVERNMENT'S WITNESS, WAS SWORN)

21           ROOM CLERK:  Please have a seat.

22           Please speak into the microphone and state your first

23   and last name for the record.

24           THE WITNESS:  Katherine Chang.

25           ROOM CLERK:  Would you spell your last name?

 1              THE WITNESS:  C-H-A-N-G.

 2              ROOM CLERK:  Thank you.

 3                    **DIRECT EXAMINATION**

 4   BY MR. SHERWIN:

 5   Q.  Hello, Ms. Chang.

 6         Ms. Chang, can you please tell the jury who you work

 7   for?

 8   A.  I work for the Federal Bureau of Investigation.

 9   Q.  Okay.  And before I ask you some questions -- and to notify

10   the Court again, similar to Mr. Soto -- I'm going to ask you

11   some predicate question based upon your testimony here as an

12   expert witness in linguistics and Mandarin, and then we'll get

13   into the merits of the case per the judge's instruction.  Okay?

14   A.  Okay.

15   Q.  So let's talk about your job.

16         When did you begin employment with the FBI?

17   A.  Since March 2015.

18   Q.  Okay.  And when you joined the -- or when you started

19   working with the FBI in 2015, what were your -- what was your

20   title at that time?

21   A.  I started as a contract linguist and later became a

22   full-time employee, a language analyst.

23   Q.  Okay.  So contract work, and then at some point, you're

24   picked up -- you were formally hired full time?

25   A.  Yes.

CHANG - DIRECT/SHERWIN

```
1    Q.  Okay.  When was that, ma'am?

2    A.  2018, last year.

3    Q.  Okay.  And what is your language expertise?

4    A.  At the bureau, I'm certified for Mandarin Chinese and

5    Hakka.  Hakka is the dialect.

6    Q.  Hakka is dialect of Chinese?

7    A.  Yes.

8    Q.  Okay.  For educational purposes, can you please -- what is

9    the difference between Chinese and Mandarin?

10   A.  Chinese is the overall general term for all Chinese

11   languages, and under that there are different dialects.  And

12   Mandarin is one of them.

13   Q.  Okay.  And you're an expert in Mandarin?

14   A.  Yes.

15   Q.  Okay.  And the dialect of Hakka?

16   A.  Yes.

17   Q.  Okay.  Before we get into more details, I want to ask more

18   about your background.  Okay?

19   A.  Yes.

20   Q.  Can you please tell the Courts (sic), what is your native

21   tongue?

22   A.  My native tongue, my mother tongue is Hakka, but I learned

23   Mandarin Chinese when I went to school.

24   Q.  Okay.  Where did you -- where were you born?

25   A.  I was born in Taiwan.
```

CHANG - DIRECT/SHERWIN

1   Q.  Okay.  And did you go through -- let's start with your

2   education in Taiwan.

3           Did you go to schooling in Taiwan?

4   A.  Yes.

5   Q.  Okay.  And for how long were in schooling in Taiwan?

6   A.  Until college.

7   Q.  Okay.  And then you went to college where?

8   A.  National Taiwan University.

9   Q.  Okay.  At that period of time, what did you specialize in

10  as an undergraduate?

11  A.  Law.

12  Q.  Okay.  And did you get, then, a secondary degree?

13  A.  Secondary law degrees?

14  Q.  Or any secondary degree.

15  A.  You mean high school?

16  Q.  High school was in Taiwan, ma'am?

17  A.  Yes.

18  Q.  Okay.  And then undergraduate was also in Taiwan?

19  A.  Yes.

20  Q.  Okay.  And that undergraduate degree was in what, ma'am?

21  A.  In law.

22  Q.  Okay.  And do you have any other higher degrees after your

23  undergraduate degree?

24  A.  Yes.  I have obtained a master in law and Ph.D. in law in

25  the United States.

CHANG - DIRECT/SHERWIN

1   Q.  Okay.  Before we shift to the United States, your

2   education, did you use, write, read, speak Mandarin during your

3   undergraduate and graduate work in Taiwan?

4   A.  Yes.

5   Q.  Okay.  Now, let's shift now.

6           At some point you came to the United States to study?

7   A.  Yes.

8   Q.  Okay.  Can you please tell the Court, what did you study in

9   the United States?

10  A.  I studied Asian and comparative law at the University of

11  Washington, Seattle.

12  Q.  And what degree did you get at the University of

13  Washington?

14  A.  I got LLM and Ph.D.

15  Q.  Okay.  And did you get any other degrees in the United

16  States after that degree?

17  A.  Uhm, I also have a K to 12 public education principal

18  license.

19  Q.  Good.  You're jumping ahead of me.  That's good.

20          So when you came to the United States, did you get any

21  type of certifications to teach Mandarin in the United States?

22  A.  No.

23  Q.  Or within a state?  Did you -- I'll rephrase that question.

24          When you came to the United States, did you teach

25  Mandarin?

CHANG – DIRECT/SHERWIN

1   A.  Yes.

2   Q.  Okay.  Where did you teach Mandarin?

3   A.  I taught at Shattuck-Saint Mary's School, which is a

4   college preparatory private boarding school in Minnesota.

5   Q.  Okay.  Can you recall, what was the year in which you

6   started teaching Mandarin at that preparatory school?

7   A.  From 2007 to 2016.

8   Q.  Okay.  And when did you graduate from the University of

9   Washington?

10  A.  2003.

11  Q.  Okay.  Can you tell the Court, in general, what were you

12  teaching at that preparatory school related to Mandarin --

13  written, verbal?

14  A.  All four aspects of language -- listening, reading,

15  speaking, and writing.

16  Q.  Now, that was within the state of -- what state again was

17  that, ma'am?

18  A.  Minnesota.

19  Q.  Okay.  Did you have to get certified to teach?

20  A.  For a private school, no.

21  Q.  Okay.  Did you also do work related to any court type of

22  work after you graduated from the University of Washington?

23  A.  Yes.

24  Q.  Okay.  Legal work?

25  A.  Yes.

CHANG - DIRECT/SHERWIN

1   Q.  Okay.  Can you please tell the Court, what type of legal

2   work did you do after graduating from the University of

3   Washington?

4   A.  I did -- uhm, I worked for law firms, and then did

5   research, writing memos, briefs, and then went to court with

6   the partners of the firm.  And sometimes, if it's needed, I

7   will do court interpretation too.

8   Q.  Okay.  So did you do court interpretation or translations

9   when you were within the state of Minnesota?

10  A.  Yes.

11  Q.  Okay.  And did you translate court hearings?

12  A.  Yes.

13  Q.  Did you translate depositions?

14  A.  Yes.

15  Q.  Okay.  As that type of capacity as a translator, did you

16  have to get certified?

17  A.  In Minnesota, yes.

18  Q.  Okay.  And you were?

19  A.  Yes.

20  Q.  Okay.  Let's shift back now to your work for the FBI before

21  I seek to qualify you as an expert witness in Mandarin.

22       When did you get formally certified by the FBI as a

23  Mandarin linguist?

24  A.  2015.

25  Q.  Okay.  And is that certification still pending and current?

CHANG – DIRECT/SHERWIN

1   A.  It's current.

2   Q.  Okay.  Final question, ma'am, at this point.

3        Have you ever tested -- when was the last time you

4   testified in a federal court or hearing as a Mandarin linguist

5   expert?

6   A.  About three months ago.

7   Q.  Okay.  Three months ago?

8        Could you tell Judge Altman the circumstances of you

9   testifying in federal court?

10  A.  It was June 8th, at the federal court of Peoria, Illinois,

11  and it was a murder case.  A Chinese visiting scholar was

12  murdered --

13       THE COURT:  You don't need to tell me about the case.

14       THE WITNESS:  Okay.

15  BY MR. SHERWIN:

16  Q.  And you were certified -- you were designated to do

17  translation at that hearing, ma'am?

18  A.  Yes.

19  Q.  Okay.

20       MR. SHERWIN:  Your Honor, at this time, the government

21  seeks to have Ms. Chang admitted to testify as an expert in the

22  language of Mandarin for translation purposes.

23       THE COURT:  Any objection to that, Ms. Zhang?

24       THE DEFENDANT:  *(In English)* No.

25       THE COURT:  Without objection, she'll be so qualified.

CHANG – DIRECT/SHERWIN

1           The same admonition I gave you before with respect to

2    expert witnesses will govern this witness's testimony as well.

3    BY MR. SHERWIN:

4    Q.  Okay.  Ms. Chang, I'm going to show -- I'm actually going

5    to hand you a couple items, an item that has not yet been

6    entered into evidence, but I'm going to show you for

7    identification purposes, and please do not publish to the jury

8    yet.  Okay?

9    A.  Okay.

10          MR. SHERWIN:  Permission to approach, Your Honor?

11          THE COURT:  You may.

12          MR. SHERWIN:  This is Government's Exhibit 23.

13          MR. SHERWIN:  Permission to show the defendant first,

14   Your Honor?

15          THE COURT:  You may.

16          *(Discussion had off the record between government*

17   *counsel and defendant)*

18          THE DEFENDANT:  *(In English)* I reject.

19          THE COURT:  Go ahead.

20          MR. SHERWIN:  Thank you, Judge.

21          THE WITNESS:  Thank you.

22   BY MR. SHERWIN:

23   Q.  Ms. Chang, I've provided you Government's Exhibit 23.  Are

24   you familiar with the item I just handed you?

25   A.  Yes.

CHANG - DIRECT/SHERWIN

1    Q.  Okay.  Can you tell the Court, what is this item?

2    A.  It's an Excel spreadsheet of information from some devices,

3    including text messages and audio recordings.

4    Q.  Okay.

5    A.  Voice messages.

6    Q.  Thank you.

7         And are those WeChat audio recordings or text

8    messages, do you know?

9    A.  To my knowledge, yes.

10   Q.  Okay.  And have you reviewed every single page of this

11   document I handed you?

12   A.  Yes.

13   Q.  Okay.  And are your initials and have you dated every

14   single corner of that document?

15   A.  Yes.

16   Q.  Okay.  And as related to the work in this case, ma'am, that

17   we're going to get into shortly, is this the document you used

18   related to your translation duties in this case?

19   A.  Yes.

20   Q.  Okay.

21        MR. SHERWIN:  Your Honor, at this time, the government

22   seeks to admit Government's Exhibit 23 into evidence.

23        THE COURT:  I think you need to ask her what she

24   translated from and also whether it's an accurate translation

25   from one to the other.

CHANG – DIRECT/SHERWIN

1   BY MR. SHERWIN:

2   Q.  Let me actually shift back to two other exhibits before

3   those questions.

4          Ms. Chang, I'm going to again ask you -- I'm going to

5   show you what has already been entered into Government's

6   Exhibit evidence 22 *(sic)*.

7   A.  Okay.

8   Q.  Have you had an opportunity to see Government's Exhibit 22?

9   A.  Yes.

10  Q.  Okay.  How is this different from the Government's

11  Exhibit 23 that I handed you?

12  A.  Uhm, these two documents are basically the same, except one

13  column.

14  Q.  Okay.  And what column is different?

15  A.  The column with translation in it.

16  Q.  Got it.

17          So this document that's in evidence, 22, does not have

18  translations?

19  A.  Correct.

20  Q.  Okay.  And the document you have has what?

21  A.  Has translation.

22  Q.  And have those translations been done by you?

23  A.  Yes.

24  Q.  And it's of these items, every single communication, in

25  Government's Exhibit 22?

CHANG – DIRECT/SHERWIN

1    A.  Yes.

2    Q.  I'm going to also show what's already been entered into

3    evidence as Government's Exhibit 21.  It's a disk.  Have you

4    had an opportunity to see this disk before?

5    A.  Yes.

6    Q.  Okay.  And what is your understanding of what items are on

7    this disk?

8    A.  Uhm, what was in the disk is what's on the spreadsheet.

9    Q.  Okay.

10        MR. SHERWIN:  Your Honor, at this time, we would seek

11   to introduce this into evidence, and then we will go into

12   detailed questions related to each communication.

13        THE COURT:  Any objection to the admission of

14   Number 23, Ms. Zhang?

15        THE DEFENDANT:  *(In English)* The same.

16        THE COURT:  Overruled.  Exhibit 23 will be admitted.

17        *(Government's Exhibit Number 23 admitted into*

18   *evidence)*

19        MR. SHERWIN:  Thank you, Judge.

20        Permission to approach?

21        THE COURT:  You may.

22   BY MR. SHERWIN:

23   Q.  Ms. Chang, I'm going to also hand you now two other

24   exhibits that have been marked but not yet entered into

25   evidence, Government's Exhibit 24 and 25.

CHANG - DIRECT/SHERWIN

1          (Government's Exhibit Numbers 24 and 25 marked for
2     identification)
3          MR. SHERWIN:  Permission to show the defendant, Your
4     Honor?
5          THE COURT:  You may.
6          (Discussion had off the record between government
7     counsel and defendant)
8     BY MR. SHERWIN:
9     Q.  Actually, I'm going to take -- Government's Exhibit 23 has
10    been admitted into evidence.  I'm going to take that back from
11    you.
12    A.  This one?
13         MR. SHERWIN:  Permission to publish, Your Honor?
14         THE COURT:  You may.
15    BY MR. SHERWIN:
16    Q.  Okay.  All right.  So before we get into the discrete
17    communications, I'd like the jury to see this, and then we can
18    walk through some of it.
19         So this Excel spreadsheet contains what communications
20    again, ma'am?
21    A.  The WeChat communication.
22    Q.  Okay.  Okay.  And each line represents a discrete
23    communication.  What does each line represent?
24    A.  Uhm, one segment of communication, maybe in or out
25    messages.

CHANG - DIRECT/SHERWIN

1  Q.  Okay.  And what types of communications are on this

2  document?

3  A.  Uhm, electronic communication.

4  Q.  Okay.  I'll try to, I guess, expedite this.

5          Were there text messaging communications on this

6  document?

7  A.  There are text messages.

8  Q.  Okay.  Were there any audio communications that were

9  recorded?

10 A.  Yes, there are voice messages.

11 Q.  Okay.  And are there any image files that were on this

12 document?

13 A.  Yes, there are some.

14 Q.  Okay.  And have you had an opportunity to review those and

15 translate them?

16 A.  Yes.

17 Q.  Okay.  And I believe you stated that you signed and

18 initialed each page?

19 A.  Yes.

20 Q.  To ensure that it's properly authenticated?

21 A.  Yes.

22 Q.  All right.  So let's shift back to Government's Exhibit 24

23 and 25 for a moment.

24          Let's look at Government's Exhibit 24.  Can you please

25 tell the Court, what is Government's Exhibit 24?

284

CHANG – DIRECT/SHERWIN

1    A.  Exhibit 24 contains a Chinese document, appears to be a

2    contract.

3    Q.  Okay.  Now, where -- does that -- is that contract

4    reflected in any way on the spreadsheet that's already in

5    evidence, Government's Exhibit 23?

6    A.  I think, yeah, it's somewhere in there.

7    Q.  Okay.  Okay.  Let's stick with that, and then I'm going to

8    ask you to show it to us, if you could.

9    A.  Okay.

10   Q.  This -- let's go back to some of the columns on this

11   communication.  So, for example, column 1, column 1 would

12   indicate a what?  What type of communication?

13   A.  It appears to be an incoming --

14   Q.  Okay.

15   A.  -- voice message.

16   Q.  Okay.  And how do you know it's a voice message?

17   A.  Uhm, it says "audio."

18   Q.  Got it.

19        And can you point on your screen -- your touch screen

20   will allow you to circle or tap that point.

21   A.  *(Indicating)*

22   Q.  Okay.  Good.

23        And then is there also -- okay.  Can you tell -- it's

24   incoming voice communication.  How do you know it's incoming?

25   A.  It says "incoming."

1   Q.  Okay.  Can you tap that, please.

2        THE COURT:  I'm sorry, she's pointed to a part of the

3   screen that doesn't seem to say "audio" to me.

4   A.  In the beginning of the column.

5   Q.  I see.  Can you put the little --

6        THE COURT:  Was that written in by the witness or was

7   that in the file extraction?

8        THE WITNESS:  It's in the file extraction.

9        THE COURT:  Word "AUD" on the top?

10       THE WITNESS:  Um-hum.

11  BY MR. SHERWIN:

12  Q.  Okay.  Do you see "AUD" in any other column?

13  A.  The end, the rightmost column.

14       (Discussion had off the record)

15  BY MR. SHERWIN:

16  Q.  So let's go through these columns again.  I apologize.

17       Can you tell the Court, how do you know this is an

18  audio communication?

19  A.  Uhm, it's marked "audio," "AUD" there in the bracket.

20  Q.  Okay.  Can you tell where, though, on the sheet, please,

21  for the jury so they can see it?

22  A.  Okay.  It's here, and then in the beginning of this column

23  where there's already a red mark (indicating).

24  Q.  Okay.  All right.  Good.

25       Let's shift down now to another communication,

CHANG – DIRECT/SHERWIN

1  communication line 4.

2  A.  Okay.

3  Q.  Can you tell the Court, what type of communication do we

4  have in line 4?

5  A.  It's a picture.

6  Q.  Okay.  How do you know that?

7  A.  Uhm, it's from the spreadsheet when it was extracted,

8  marked.

9  Q.  Understood.  But how do you know that?

10 A.  Oh, there's a mark -- in the beginning of the columns, it

11 says "pic."

12 Q.  Okay.  And can you please mark on here for the jury where

13 it says that?

14 A.  Okay.  *(Indicating)*

15 Q.  Anywhere else?

16 A.  Here *(indicating)*.

17 Q.  Okay.  So was there a picture you had to translate related

18 to that line item?

19 A.  Yes.

20 Q.  Okay.  Let's go to the next line, 5.

21        Can you please tell the Court what this communication

22 is.

23 A.  It's also a picture.

24 Q.  Okay.  How do we know?  Can you please point that out for

25 the jury?

CHANG – DIRECT/SHERWIN

1   A.  Here, here *(indicating)*.

2   Q.  Okay.  Now, please -- now, if you could please discuss

3   line item 17.  What is line item 17?

4   A.  Oh, this one?  It's a text message.

5   Q.  How do you know that?

6   A.  Uhm, because there's the Chinese origin, uhm, in one

7   column.

8   Q.  Please point it out.

9   A.  Okay.  Here *(indicating)*.

10  Q.  Okay.  And to the right column, what is that?

11  A.  That's the translation of it.

12  Q.  Is that your translation?

13  A.  Yes.

14  Q.  Okay.  And this column was the Mandarin?

15  A.  Yes.

16  Q.  Okay.  And do we know the date when that outgoing text

17  occurred?

18  A.  Yes, the date's here.

19  Q.  Okay.  And there's a time?

20  A.  Uhm, time here *(indicating)*.

21  Q.  Okay.  Okay.  Let's circle back to the beginning now.

22  Thank you.

23  A.  Okay.

24  Q.  Now I'm going to ask you specific narrow questions related

25  to just discrete communications.

288

CHANG – DIRECT/SHERWIN

1   A.  Okay.

2   Q.  Okay.  Let's shift back now to Government's Exhibit 24,

3   that is not yet in evidence.

4        Can you please tell the Court, what is Government's

5   Exhibit 24?

6   A.  Uhm, it appears to be a contract in Chinese.

7   Q.  Okay.  And when did you -- how did you get this contract --

8   did you translate this contract?

9   A.  Yes.

10  Q.  Okay.  And where did you get that contract from?

11  A.  Uhm, it was sended to me in an electronic file, so I just

12  worked on it, but I also saw it in the disk.

13  Q.  Okay.  So the disk we looked at earlier, Government's

14  Exhibit 21, was that contract on this disk?

15  A.  Yes.

16  Q.  Okay.  And then was, to your knowledge, was that contract

17  then transposed into this spreadsheet?

18  A.  Yes.

19  Q.  Okay.  Can you please identify for the Court where it is in

20  this spreadsheet?

21  A.  Oh, the contract's here, this -- this (indicating).

22  Q.  Okay.

23  A.  Yeah.

24  Q.  Okay.  So Government's Exhibit 24, that is the -- is that

25  the raw contract from the -- to your knowledge, off the disk?

CHANG - DIRECT/SHERWIN

1   A.  Yes.

2   Q.  Okay.  And you translated that contract?

3   A.  Yes.

4   Q.  Okay.

5            MR. SHERWIN:  Before we get into the translation, Your

6   Honor, at this time, the government seeks to move Government's

7   Exhibit 24 into evidence.

8            THE COURT:  Any objection?

9            THE DEFENDANT:  *(In English)* Yes, I object.

10           THE COURT:  And what's the basis of the objection?

11           THE DEFENDANT:  *(In English)* The same.

12           THE COURT:  That it's personal?

13           THE DEFENDANT:  *(In English)* Same and -- no, no, the

14  same as most -- the three -- the three causes.

15           THE DEFENDANT:  The three reasons that I mentioned

16  before.

17           THE COURT:  It's personal, that it's sensitive, and

18  that it's irrelevant?

19           THE DEFENDANT:  *(In English)* Yeah.

20           THE COURT:  Overruled.

21           *(Government's Exhibit Number 24 admitted into*

22  *evidence)*

23           MR. SHERWIN:  May I proceed, Your Honor?

24           THE COURT:  You may.

25           MR. SHERWIN:  Permission to approach, Your Honor?

CHANG – DIRECT/SHERWIN

```
 1              THE COURT:  You may.

 2              MR. SHERWIN:  Permission to publish, Your Honor?

 3              THE COURT:  You may.

 4    BY MR. SHERWIN:

 5    Q.  Okay.  So I'm showing you now on the big board here the

 6    contract you talked about that you translated, correct?

 7    A.  Yes.

 8    Q.  Okay.  Now, let's look at the translation, and then I'll

 9    ask you questions about this item if you -- if that's okay,

10    ma'am.

11              What is Government's Exhibit 25?

12    A.  Twenty-five is the translation of Government's Exhibit 24.

13    Q.  Okay.  And you did that translation, ma'am?  You quality

14    checked that translation?

15    A.  Yes.

16    Q.  Okay.

17              MR. SHERWIN:  Your Honor, at this time --

18              THE COURT:  Well, those were two different questions.

19    Did she do the translation?

20    BY MR. SHERWIN:

21    Q.  Did you do this translation?

22    A.  Yes, I did.

23    Q.  Okay.  And did you do the quality check to insure it was

24    correct?

25    A.  Yes.
```

CHANG - DIRECT/SHERWIN

1    Q.  Okay.

2           MR. SHERWIN:  Your Honor, at this time, the government

3    seeks to move Government Exhibit 25 into evidence.

4           THE COURT:  Any objection?

5           THE DEFENDANT:  *(In English)* No.

6           THE COURT:  Without objection, 25 will be admitted.

7           *(Government's Exhibit Number 25 admitted into*

8    *evidence)*

9           MR. SHERWIN:  Okay.  Permission to approach, Your

10   Honor?

11          THE COURT:  You may.

12   BY MR. SHERWIN:

13   Q.  Okay.  So if I'm following along mechanically, just to make

14   sure I'm following you correctly, I believe you said that

15   Government's Exhibit 24, the translation came from line 4?

16   A.  Yes.

17   Q.  Okay.  How many pages are there to Government's Exhibit 24?

18   A.  Uhm, just two pages.

19   Q.  Okay.  So for clarification purposes, there was one

20   contract, correct, with two pages?

21   A.  Yes.

22   Q.  Okay.  And were there -- how many image files were there of

23   this contract?

24   A.  Two.

25   Q.  Because of why?

292

CHANG - DIRECT/SHERWIN

1   A.  Two pages.

2   Q.  Got it.

3        So could you please point out for the Court -- we

4   looked at the first page, I believe, which line is the first

5   page, ma'am?

6   A.  Uhm, picture number 6 is the first page of the contract.

7   Q.  Please point out the line item the communication is on.

8   A.  Okay.  Here *(indicating)*.

9   Q.  Got it.

10       Is that four?

11  A.  Yes.

12  Q.  And where is the second page, ma'am, what line item?

13  A.  Number 5 *(indicating)*.

14  Q.  Okay.  Wait.  This is the wrong one.  My apologies.

15       Please point out where page 1 of the contract is

16  located.

17  A.  This one *(indicating)*.

18  Q.  Okay.  I'm sorry.  I'm moving around here.  Do that once

19  more?

20  A.  Oh, sure, this one *(indicating)*.

21  Q.  Okay.  That's page 1.  And then where's page 2 of the

22  contract?

23  A.  *(Indicating)*.

24  Q.  Okay.

25       MR. SHERWIN:  And then we have now entered into

CHANG - DIRECT/SHERWIN

1   evidence, and permission to publish, Your Honor, Government's

2   Exhibit 25?

3           THE COURT:  You may.

4           MR. SHERWIN:  Thanks.

5   BY MR. SHERWIN:

6   Q.  Now, it appears that the translated contract is how many

7   pages?

8   A.  Three?

9   Q.  Okay.  And why is this longer than the original contract?

10  Is there any reason why it's longer?

11  A.  Chinese language is more compact than English, so when we

12  translate from Chinese to English, usually the volume will

13  increase.

14  Q.  Yeah.  So you didn't add any verbiage or words to this

15  contract, did you?

16  A.  No.

17  Q.  Okay.  So let's look at this contract.  You know what, I'm

18  going to start from the back working forward.

19          Who entered into this contract?

20  A.  There are two parties.  I can't see it.

21          MR. SHERWIN:  For identification purposes, on the left

22  side, Your Honor, is Government's Exhibit 25, and on the right

23  side is the organic Mandarin, Government's Exhibit 24.

24  BY MR. SHERWIN:

25  Q.  Is that better, ma'am?  Can you tell me now who entered

CHANG - DIRECT/SHERWIN

1   into this contract?

2   A.  I don't see anything on my screen.

3        THE COURT:  How about now?

4        THE WITNESS:  Yes.

5   A.  Uhm, the two parties -- one is Beijing Peace Friendship

6   Management -- business management -- Enterprise Management

7   Company.

8   Q.  Okay.

9   A.  And then the other party is Yujing Zhang.

10  Q.  Okay.  Have you ever met a person called Ms. Zhang before?

11  A.  No.

12  Q.  Okay.  Okay.

13       Have you ever been to Mar-a-Lago?

14  A.  No.

15  Q.  Okay.  What is the date of this contract?

16  A.  It's dated February 14th, 2019.

17  Q.  Okay.  Now, what is this red marking?  Is this common in

18  China?  What is that?

19  A.  It's, uhm -- appears to be a company seal.  And, uhm, it

20  has the same effect as the legal representative's signature.

21  Q.  Okay.  And is -- based upon your review of Chinese

22  documents as an expert, are these seals common in China?  What

23  is that seal indicative of, if anything?

24  A.  It indicates the same name of the company.

25  Q.  Okay.

CHANG - DIRECT/SHERWIN

1   A.  And it's very common.

2   Q.  Okay.  It is common.  Okay.

3          Let's look at the body now of the contract.  It will

4   be a little easier not to show the Mandarin.  We'll just use

5   the English, ma'am.  So I'm going to put back on the overhead

6   page 1 of Government Exhibit 25.  And we don't have to read

7   this into evidence.  The jury is going to have an opportunity

8   to see this again.  So just let's look at the first part of the

9   contract.

10          Can you tell the jury, in general, what was this a

11  contract for?

12  A.  Party agrees to manage a trip for party B to go to

13  Mar-a-Lago for an event that will be taking place March 30th,

14  2019.

15  Q.  Okay.  For the jury, can you please circle where you see

16  "Mar-a-Lago" and circle the dates of this event?

17  A.  *(No response)*

18  Q.  If your screen's working.

19  A.  Yes.

20  Q.  Please do that, ma'am.  Can you point out "Mar-a-Lago" on

21  that contract.

22  A.  Okay *(indicating)*.

23  Q.  Great.  And the date?

24  A.  Here *(indicating)*.

25  Q.  Now, is there a sum of money somewhere in this contract?

CHANG – DIRECT/SHERWIN

1    A.   Yes.   Party B is obligated to pay party A 20,000

2    U.S. dollars for this trip.

3    Q.   Okay.  I'm going to shift back up to paragraph 1.  I

4    apologize.

5         At the beginning of paragraph 1, do you see this

6    language here?  Could you read that into the record?

7    A.      "In order to carry out General Secretary of CPC,"

8         Chinese Communist Party, "Xi Jinping's development

9         strategies of the Belt and Road Initiatives and Go

10        Global, and in response to the highest directive of

11        the CCCPC" --

12   Q.   Please stop there.

13   A.   Okay.

14   Q.   When this says "highest directives of CCCPC," what is

15   CCCPC?  What does that stand for?

16        THE COURT:  What's the relevance of that?

17        MR. SHERWIN:  The relevance is related to the

18   authenticity of this contract.  And who may have -- which

19   parties entered into this contract, Your Honor, for what

20   purpose.

21        THE COURT:  I think she's already talked about who

22   signed this contract.

23        MR. SHERWIN:  Okay.  I'll move on to the next

24   question.

25

CHANG - DIRECT/SHERWIN

1   BY MR. SHERWIN:

2   Q.  Did you have any understanding, other than this contract,

3   whether the persons that signed this contract actually paid the

4   $20,000?  Do you know that?

5   A.  No, I don't.

6   Q.  Okay.

7          Okay.  Could we please have you read into evidence

8   line 4?

9   A.  Four.

10  Q.  Yes.

11  A.       "U.S. China Friendship Honorary Certificate

12          issued by U.S. President Trump's Committee for

13          Economic Cooperation and Development."

14  Q.  Okay.  Now, other than this contract you've translated, you

15  have no knowledge as to whether the parties actually -- do you

16  have any knowledge as to whether the parties acted on this

17  contract, ma'am?

18  A.  No.

19  Q.  Okay.  We're going to shift now to line item 91 on your

20  screen, please.

21          I believe we briefly looked at this, and I just want

22  to look at this in detail, ma'am.

23          Line item 91, is this an audio -- what type of

24  communication is this?

25  A.  It's an audio message.

CHANG - DIRECT/SHERWIN

1   Q.  Okay.  And was this audio message on that disk?

2   A.  Yes.

3   Q.  And you listened to that audio recording, ma'am?

4   A.  Yes.

5   Q.  Okay.  And you translated that audio recording, line

6   item 91?

7   A.  Yes.

8   Q.  And is that your translation?

9   A.  Yes.

10  Q.  Okay.  Can you read in for the record that translation of

11  an audio -- and it is in incoming audio, and what is the date

12  of this incoming audio?

13  A.  March 15, 16 -- I can't -- 18.

14  Q.  Yeah, it's a little difficult.

15  A.  It's a little bit blurry.

16  Q.  I believe you're correct.  You said what date, ma'am?

17  A.  March 18, 2019.

18  Q.  Okay.  Can you please read that audio recording into the

19  record?

20  A.  Okay.  "Here's" --

21  Q.  You know what?  I could help you too.  Is that a little

22  better?

23  A.  Yes.  Thank you.

24  Q.  Sure.

25  A.      "Here's the thing -- I just got an email, I read

CHANG - DIRECT/SHERWIN

1           an email, an email saying that in Trump's estate --

2           it says that the event on March 30th would *(sic)* be

3           cancelled.  Now they are advising us not to buy

4           tickets for the time being as the president may have

5           arranged some political events there.  There may be

6           schedule conflicts.  It is not confirmed yet, and

7           they can only let us know in a week.  I am thinking

8           that there happens to be a huge assembly at the

9           United Nations, a huge assembly on the 19th.  There

10          is a huge assembly tomorrow.  Perhaps you want to go

11          over there to check it out.  How about that?  If it's

12          cancelled over there and you don't want to go to the

13          United Nations instead, I can refund you the money.

14          If you go to the *(sic)* assembly, the -- the -- the

15          balance is taken care of.  You think about it and let

16          me know, okay?  The 19th is tomorrow.  If so, you

17          have to buy that ticket today.  Can you do

18          that *(sic)* -- can you do it?"  I'm sorry.

19     Q.   Okay.  Now, I want you to please look at another

20     communication.

21     A.   Okay.

22     Q.   Line item 114.

23          THE COURT REPORTER:  I'm sorry, 114?

24          MR. SHERWIN:  Yes, ma'am.

25

CHANG – DIRECT/SHERWIN

```
 1   BY MR. SHERWIN:
 2   Q.  Let me make this a little bigger for you.
 3   A.  Okay.
 4   Q.  114, I'm going to ask you some basic questions, please,
 5   first.
 6           So line item 114, what type of communication is 114?
 7   A.  It's an audio message.
 8   Q.  Audio?  And is it incoming or outgoing?
 9   A.  Incoming.
10   Q.  Incoming to the phone?
11   A.  Yes.
12   Q.  Okay.  What is the date of this incoming message?
13   A.  March 28th, 2019.
14   Q.  Can you look a little closer?  I believe it may -- just
15   confirm that number.
16   A.  Twenty-six, I'm sorry.
17   Q.  Okay.
18   A.  March 26th.
19   Q.  Okay.  So just for references, we looked at one audio
20   recording, 91.  So 91, the audio recording you just translated
21   into the record was on what date?
22   A.  March 18th.
23   Q.  Okay.  Now, line item 114 is a second audio recording,
24   ma'am?
25   A.  Yes.
```

CHANG - DIRECT/SHERWIN

1    Q.   And that is dated when again?

2    A.   March 26.

3    Q.   Okay.  And, again, this is an incoming audio?

4    A.   Yes.

5    Q.   Okay.  Can you please read this into the record for the

6    Court?

7    A.   Okay.

8         "Hey Gorgeous, I just read the email in the

9    morning regarding the event at the Trump's estate.

10   It's been put on hold for now.  We can forget about

11   it.  You have two other activities now.  I sent them

12   to you already.  One is... one is a Clintons' event,

13   Clinton and his wife Hillary.  The prices for both of

14   them are the same.  I suggest you attend this event.

15   There are politicians and the finance people that you

16   talked about wanting to meet in this event.  You can

17   meet with those two famous people in one setting.

18   Hillary was the former Secretary of State, equivalent

19   to the prime minister.  That is very extraordinary.

20   Er... you can stand in between them and have a photo

21   taken.  It's this price.  I think this event is very

22   good.  You can also go to Buffett's event which is

23   particularly for investment and finance.  But as for

24   the price... if you go to the event without taking

25   pictures, 20,000 U.S. will do.  If you want to have a

CHANG - DIRECT/SHERWIN

1      photo with him, the price goes up to 60,000 U.S."

2  Q.  Okay.  I want to shift to another line communication, 117.

3          What type of communication, ma'am, is line 117?

4  A.  117 is a text message.

5  Q.  Okay.  And what is the date now of this date message?

6  A.  March 27th, 2019.

7  Q.  Okay.  And the audio we just listened to, what was that day

8  again, ma'am?

9  A.  Twenty-six, March 26.

10 Q.  Okay.  So now we're looking at a text from the 27th?

11 A.  Yes.

12 Q.  Did you translate this text message?

13 A.  Yes.

14 Q.  And what's your understanding -- did this text message come

15 in or out, can you tell?

16 A.  An outgoing message.

17 Q.  Okay.  And what was the outgoing text message from this

18 device?

19 A.  It says:  "Forget it.  Just get a refund then."

20 Q.  Okay.  Can you underline that, please, where you're reading

21 from?

22 A.  Here *(indicating)*.

23 Q.  Okay.  Can you underline the date of this outgoing text

24 message?

25 A.  Here *(indicating)*.

CHANG – DIRECT/SHERWIN

1  Q.  Okay.  Look at line item 118, ma'am, underneath.

2  A.  Yes.

3  Q.  What type of communication is this?

4  A.  It's also a text message.

5  Q.  Okay.  From the device or to the device?

6  A.  From the device, outgoing message.

7  Q.  Okay.  Outgoing message.  And what's the date of this

8  message?

9  A.  The date is also on March 27.

10  Q.  Okay.  And what's -- what did you translate?  Read that

11  into the record, please.

12  A.  "Wire it straight to my account."

13  Q.  Okay.  The next message, please, ma'am, 119, is this an

14  outgoing -- what type of communication is this?

15  A.  It's, again, a text message.

16  Q.  That did what, in or out?

17  A.  It's outgoing.

18  Q.  Okay.  And what's the date?

19  A.  It's also on March 27th.

20  Q.  Okay.  And what did you translate -- what did this text --

21  this outgoing text message from the device say?

22  A.  It says:  "I'm not going."

23  Q.  Okay.  And, finally, could we please look at line 120.

24      What type of communication is this?

25  A.  Again, it's an outgoing text message.

CHANG – DIRECT/SHERWIN

1   Q.  Okay.  And what's the date of this outgoing text?

2   A.  March 27th.

3   Q.  Okay.  And please read into the record 120.

4   A.  It says:

5          "Need the money urgently.  Go ahead and credit

6      the money back to my account by this weekend."

7   Q.  Okay.  And the last message, ma'am, I would like you to

8   look at is line item 138.

9   A.  Okay.  Line 38 *(sic)*.

10  Q.  Okay.  And what type of communication is this?

11  A.  Incoming voice message.

12  Q.  Okay.  And what was the date of this incoming voice

13  message?

14  A.  March 29th.

15  Q.  Okay.  And can you please read into the record what this

16  incoming message on the device stated?

17  A.  It says:

18          "Er... it's not... the problem is not on you.

19      It's not you.  It's because they are having a

20      political event at Trump's estate, therefore

21      cancel *(sic)* this one.  That's why.  Er... it's not --

22      it has nothing to do with you.  It's not you.  Don't

23      take it wrong."

24  Q.  I asked you before, ma'am, whether you had ever been to

25  Mar-a-Lago, you said no, correct?

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

305

1    A.  Correct.

2    Q.  Do you have any idea what events were scheduled at

3    Mar-a-Lago in March of 2019?

4    A.  March 2019?

5    Q.  Yeah.  Do you have any idea what events were scheduled?

6    A.  No.

7           MR. SHERWIN:  One moment, Your Honor.

8           *(Discussion had off the record between counsel)*

9           MR. SHERWIN:  No further questions at this time, Your

10   Honor.

11          THE COURT:  Cross-examination?

12          THE DEFENDANT:  *(In English)* Uhm... no.

13          THE COURT:  Thank you, ma'am.  You may be excused.

14          THE WITNESS:  Thank you.

15          *(Witness excused)*

16          THE COURT:  Folks, I think this is a good time for our

17   mid-afternoon break, so why don't we plan to see each other in

18   15 minutes.

19          COURTROOM SECURITY OFFICER:  All rise.

20          *(The jury exited the courtroom)*

21          THE COURT:  Agent, will you close that door?

22          THE AGENT:  Yes, sir.

23          THE COURT:  Thanks.

24          Please be seated.

25          Is the United States going to rest?

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

1      MR. GARCIA:  Yes, Your Honor, we rest.

2      THE COURT:  All right.  And we'll let you do that in

3  front of the jury.

4      Ms. Zhang, as I told you before, you have a

5  constitutional right to testify and to present evidence if you

6  want.  You have a constitutional right not to testify, not to

7  present any evidence, and to remain silent.  Those are two

8  conflicting constitutional rights.  You and I have talked about

9  that many times before.  Have you made a decision about which

10  of those rights you are going to avail yourself of?

11      THE DEFENDANT:  *(In English)* I choose keep silent.

12      THE COURT:  Okay.

13      THE DEFENDANT:  *(In English)* Yeah.

14      THE COURT:  Now, Ms. Zhang, I think you've had an

15  opportunity to talk to Mr. Adler about a Rule 29 motion?

16      THE DEFENDANT:  *(In English)* Yes.

17      THE COURT:  Would you like to make the motion at this

18  time?

19      THE DEFENDANT:  *(In English)* Yes.  I -- I -- yes, I

20  apply to -- I apply to my honorable judge for motion for

21  judgment of acquivital *(sic)*.

22      THE COURT:  Acquittal.

23      THE DEFENDANT:  *(In English)* Acquittal, sorry.

24      THE COURT:  Yes, ma'am.  You've preserved your motion.

25  But under Federal Rule of Criminal Procedure 29, taking all

1    inferences -- reasonable inferences on the government's behalf

2    and viewing the evidence in the light most favorable to the

3    government, which I'm required to do at this stage of the

4    proceedings, I find that the government has presented

5    sufficient evidence to get to a jury.  I find that given those

6    inferences and viewing the evidence in that light, a reasonable

7    jury could conclude that the defendant committed the two crimes

8    charged in the indictment.  And so I will deny the motion.

9          Let's take a five-minute break.  And then we can

10   finish going over the instructions.  Alternatively, I could let

11   the jurors go, and we could close in the morning, but I'd

12   rather, if we could, try to push through and finish today.

13   It's 3:30.  How long does the government need for closing

14   argument?

15         MR. GARCIA:  Thirty, 40 minutes, Judge.

16         THE COURT:  Ms. Zhang, are you going to make a closing

17   argument?

18         THE DEFENDANT:  *(In English)* I'm not read --

19         THE DEFENDANT:  I'm not ready.

20         THE COURT:  Well, you're going to have to get ready,

21   because we're going to discuss the jury instructions in about

22   five minutes, and then I'm going to give the jury instructions

23   to the jurors, and then the government says it needs a total of

24   30 minutes to close.  Is that right?

25         MR. GARCIA:  Yeah, 30, maybe a little bit longer, but

1    thereabouts.

2            THE COURT:  How would you like to split it?

3            MR. GARCIA:  Probably, on the front side, because --

4    30, because I don't -- she's not going to do anything, but

5    I'll -- give me two minutes.

6            THE COURT:  Okay.  Well --

7            MR. GARCIA:  On the backside.

8            THE COURT:  -- Ms. Zhang, if the government gives its

9    closing argument, then you will have the opportunity to make a

10   closing argument as well.  Of course, if you decide to make

11   no -- if you make a closing argument, the government will then

12   go in rebuttal closing argument after you.  If you make no

13   closing argument, then the only closing argument would be their

14   first closing argument.  We discussed that yesterday.

15           So at that time, I'll ask you whether or not you wish

16   to proceed with a closing argument.

17           THE DEFENDANT:  *(In English)* May I have maybe

18   two minutes of -- within five minutes just talking with my --

19           THE COURT:  Of course.

20           THE DEFENDANT:  *(In English)* Ms. Kristy and Bob?

21           THE COURT:  Yes, you may.

22           THE DEFENDANT:  *(In English)* Okay.  Thank you.

23           THE COURT:  All right.  We'll break for five minutes.

24           COURTROOM SECURITY OFFICER:  All rise.

25           *(The Judge exited the courtroom)*

```
 1              (Recess taken at 3:34 p.m. until 3:52 p.m.)

 2              (The Judge entered the courtroom)

 3         THE COURT:  Good afternoon.  Please be seated.

 4         All right.  Ms. Zhang, why don't we continue with the

 5    jury instructions where we left off.

 6         Obviously, just to go back, we're going to use B2.2

 7    instead of B2.1, because you did not testify.  And I think when

 8    we left off, we were at B8, introduction to offense

 9    instructions.

10         Any objection to B8?

11         THE DEFENDANT:  (In English) No objection.  Thank you.

12         THE COURT:  Okay.  I'm going to make a couple of

13    changes to it just because the tense is wrong.  "Count 1

14    charges that the defendant" -- well, actually it's not, but --

15    never mind.

16         Any objection to the following one, unlawful entry of

17    restricted buildings and grounds?

18         THE DEFENDANT:  (In English) I recommended to add

19    some -- some others, to supplement the instruction.

20         THE COURT:  I tend to agree.

21         So, first of all, the instruction doesn't accurately

22    track the statute.  So if you look at the statute, Title 18

23    United States Code, Section 1752(a)(1), it says:

24         "Whoever knowingly enters or remains in any

25      restricted building or grounds without lawful
```

1      authority to do so."

2          And then on the next page, under Subsection (c)(1), it

3  defines "restricted building or grounds" by saying:

4          "A restricted building or grounds means any

5      posted, cordoned off, or otherwise restricted area."

6          And then presumably we're going to jump to (B), which

7  is:

8          "Of a building or a grounds where the president

9      or other person protected by the Secret Service is or

10     will be temporarily visiting."

11         And then at the bottom:

12         "Other person protected by the United States

13     Secret Service, including immediate family members of

14     the president of the United States."

15         Any objection to that modification from the United

16 States?

17         MR. GARCIA:  No.

18         THE COURT:  Any objection, Ms. Zhang?

19         THE DEFENDANT:  *(No response)*

20         THE COURT:  So just to be specific, I'm adding --

21 after the words "restricted building or grounds," I'm adding

22 "means any posted, cordoned off, or otherwise restricted area

23 of a building or grounds."

24         Any objection, Ms. Zhang?

25         THE DEFENDANT:  *(In English)* It's, uhm -- no

1    objection -- and --

2              *(Discussion had off the record between counsel and*

3    *client)*

4              MR. ADLER:  Your Honor, I believe Ms. Zhang has

5    authorized me to make a further request.

6              THE COURT:  Go ahead.

7              MR. ADLER:  Your Honor, the offense instruction refers

8    to entering without lawful authority, but there is no

9    definition of what "lawful authority" means, and I think that

10   could be a problem for the jury.

11             THE COURT:  And you've submitted -- or Ms. Militello

12   at least signed the submission -- a proposed defense

13   instruction, which I've reviewed.  And I've tried to look up

14   other mentions of "without lawful authority" in this context.

15   There are very few actually, as you probably know.  There's a

16   case out of the D.C. Circuit -- sorry -- the district court of

17   D.C., which is *United States vs. Bursey* -- I apologize, it's

18   the Fourth Circuit Court of Appeals -- B-U-R-S-E-Y,

19   416 F.3d 301.  I'm not sure if the parties have this case.

20             But the case has to do with the question of whether or

21   not willfulness was an element of this particular offense.  At

22   the time, it was, because it's a 2005 case, and the statute was

23   different back then, and willfulness was an element.  And the

24   dispute arose as a result of whether or not the defendant had

25   to know the specific statute in question.

1                That doesn't seem to be relevant here, because

2       Congress has removed the word "willfulness" from this

3       particular provision of the statute.  So *Bursey* I don't find to

4       be relevant even though it talks about that.

5                There are a number of cases from our circuit that

6       discuss the term "without lawful authority" in the context of

7       1028A.  And the definition that's given in the context of 1028A

8       is that you can use the means of identification of another

9       person without lawful authority in one of two ways.  And I

10      wonder whether this is relevant to this case.

11               The two ways are:  On the one hand, you could obtain

12      the means of identification of another person without their

13      consent.  That would be without lawful authority.

14               Or, secondly, you could obtain it with their consent,

15      but you can then use it either beyond the scope of their

16      consent or for an unlawful purpose, say to steal money from

17      them.  In which case, even though they consented, you would

18      still be using it without lawful authority.

19               Mr. Adler, I'm not sure if you're arguing this issue,

20      but my question is whether that kind of definition would be

21      helpful or not.  It's the only analogous definition I found.

22      It may be that that definition, which I think probably would be

23      somewhat hurtful to the defense, is unnecessary here and maybe

24      even inapplicable, because the statute in 1028A structurally is

25      different than this statute.

1        MR. ADLER:  Judge, I looked at all of those

2   potentially analogous lawful authority citations, and I don't

3   believe they're really on point.  I think actually the

4   government understands, as referenced -- if you look at their

5   Criminal Resource Manual by the DOJ, when they talk about this

6   particular statute, they note that the basic legal theory

7   underlying the provisions of the statute is that of trespass.

8        So that's why I looked to the Florida statute about

9   trespass, because in the one case that I cited where the

10  district court upheld the statute against a vagueness

11  challenge -- and that's the case that I've cited -- the Court

12  specifically noted that the statute is not unconstitutionally

13  vague as the unlawfulness of entering the White House grounds

14  without permission is unambiguous.

15       THE COURT:  That's *United States vs. Caputo*?

16       MR. ADLER:  Correct.  So that ties in with this lawful

17  authority issue tied into trespass, which really I think at the

18  core deals with -- do you have permission to enter?

19       THE COURT:  The problem with *Caputo* I think for your

20  argument is that *Caputo* involved a situation where someone had

21  trespassed on to the White House property, and they said,

22  "Well, I didn't know that I wasn't allowed on the property,"

23  and the Court said, to the extent that there's a generally

24  speaking vagueness challenge that's possible against this

25  statute, it's really inapplicable here, because there are all

314

1    these signs, armed Secret Service agents, perimeter,

2    everybody -- every reasonable person knows that you're not

3    allowed without authority to go on to the White House grounds.

4         I found *Caputo* to be relatively unsatisfying as an

5    opinion, just because it basically says without lawful

6    authority means without lawful authority.  And it doesn't

7    really go into a definition of that phrase.  Is that fair to

8    say?

9         MR. ADLER:  It does, Judge, but I focused on with --

10   the permission aspect of it.  Because I think at the core of

11   the defense here, the issue is, did Ms. Zhang get some form of

12   permission to enter the grounds, whether it was express or

13   implied.  And I think that goes to the core of the statute,

14   which is, is it trespass statute *(sic)*.  And under trespass

15   law, if you are given permission to enter, then you are there

16   with lawful authority.  And I think the jury needs to be told

17   that, if she did have this permission --

18        THE COURT:  What if she was given permission to enter

19   only by virtue of the fact that she lied?

20        MR. ADLER:  Well, again, I don't know what changes the

21   government may wish to make to the statute.

22        THE COURT:  Well, what about an instruction that says

23   something like, "Without lawful authority means without

24   permission to enter, or even if you received permission to

25   enter, without permission to remain," because it is a

1  disjunctive statute, and then a second sentence that says

2  something like, "If a person received permission to enter or

3  remain by virtue of a misrepresentation, that would also mean

4  without lawful authority."  Would there be any objection to

5  that, which I think would be a more complete -- it would give

6  you what you want, but it also would be a more, I think,

7  accurate statement of the law.

8          MR. ADLER:  Judge, I see your point, and I think that

9  would be I think an accurate statement.  I don't think there's

10  a factual premise for that in that --

11          THE COURT:  That may be.

12          MR. ADLER:  -- I think the government's own witness

13  says that she did not affirmatively in any way represent

14  herself to be either a member of the club or a guest.

15          THE COURT:  And then the jury -- fair enough, and

16  certainly if the jury finds there's no evidence to support that

17  proposition, then they can acquit her.  But I just -- my only

18  point is that if I were inclined to give you this part of what

19  you're asking for, which is not entirely unfair, then I think

20  it's only fair to make clear that -- as a complete recitation

21  of the law -- that to lie to get the authority is also without

22  lawful authority.

23          What would be the government's position on an

24  instruction that just said those two lines, something to the

25  effect of:  "Without lawful authority means either not having

1     the authority to enter, or even if you received authority to

2     enter, remaining without authority."  And then a second

3     sentence that says something to the effect of:  "If a person

4     gains authority to enter by virtue of a misrepresentation, that

5     also constitutes without lawful authority."

6             MR. GARCIA:  That's fine, Judge.

7             MR. ADLER:  Judge, we would just ask that the Court

8     use the term "intentional misrepresentation."  I don't know if

9     that's --

10            THE COURT:  How about a "knowing misrepresentation"?

11            MR. ADLER:  That would be fine, Judge.

12            THE COURT:  Any objection to that?

13            MR. GARCIA:  No.

14            THE COURT:  Okay.  Let's see if we can type something

15    up.

16            Why don't you try to type that up, and we'll move on.

17            All right.  We'll try to work on that instruction.

18            Any other objection to this instruction other than

19    that?

20            THE DEFENDANT:  *(In English)* No objection.

21            THE COURT:  Okay.

22            And, of course, before we send this back to the jury,

23    I'll show my proposal to both sides so that you can give me

24    your view of it.

25            All right.  Moving on, the next instruction is

317

1    attempt.  Any objection to the attempt instruction?

2            THE DEFENDANT:  *(In English)* No objection.

3            *(Discussion had off the record between counsel and*

4    *client)*

5            THE COURT:  All right.  O36, false statement to a

6    federal agency.  Any objection to this instruction?

7            THE DEFENDANT:  *(No response)*

8            THE COURT:  And I've reviewed this instruction.

9            Mr. Garcia, am I correct that this is just the

10   pattern?

11           MR. GARCIA:  That is correct, Judge.

12           THE DEFENDANT:  *(In English)* Uhm, it's fine.

13           THE COURT:  Next instruction, B9.1A.  This is just the

14   pattern on, on or about, knowingly and willfully.  Any

15   objection to this instruction?

16           THE DEFENDANT:  *(In English)* It's fine.

17           THE COURT:  The next instruction is B10.2, caution

18   punishment, one defendant, multiple counts, that's the

19   situation here.  This is just the pattern as well.  Any

20   objection to this instruction?

21           THE DEFENDANT:  *(In English)* No objection.

22           THE COURT:  B11 is just the standard instruction on

23   the jurors' duty to deliberate.  Any objection?

24           THE DEFENDANT:  *(In English)* No objection.

25           THE COURT:  B12 is just the standard instruction on

1  the verdict.  Any objection?

2          THE DEFENDANT:  *(In English)* No.

3          THE COURT:  And then I am going to -- I don't know if

4  you have an objection to the verdict form.  I am going to type

5  up a new verdict form that has "not guilty" first and "guilty"

6  second, which I think is consistent with the presumption of

7  innocence.

8          Any other objection other than that to the verdict

9  form?

10          THE DEFENDANT:  *(In English)* Can I --

11          THE DEFENDANT:  Okay.  Can I ask the Chinese

12  interpreter to repeat what you just said?

13          THE COURT:  You may.

14          THE DEFENDANT:  *(In English)* No.  It means that --

15          THE DEFENDANT:  Do you mean that you're just making

16  the correction on the first one?

17          THE COURT:  No.

18          THE DEFENDANT:  But not making the correction on the

19  second one?

20          THE COURT:  No.  I'm making the correction on both for

21  both Counts 1 and 2.  Underneath the count, "not guilty" option

22  will appear first.  The "guilty" option will appear second.

23  I'll show it to you in a moment.

24          *(Discussion had off the record between counsel and*

25  *client)*

1          THE DEFENDANT:  *(In English)* Okay.  I understand.  No

2     objection.  Thank you.

3          THE COURT:  Now, there is one other thing, which is

4     that the indictment, I generally let the jurors take it back.

5     But usually, Ms. Zhang, I allow the parties to redact material

6     from the indictment that isn't pertinent to the case, for

7     example, the docket heading at the very top and the signatures

8     at the end.  Would you like me to make those redactions here?

9          THE DEFENDANT:  What changes you say you want to make?

10          THE COURT:  Do you have a copy of the indictment,

11     Mr. Adler?

12          MR. ADLER:  We do, Judge.

13          *(Discussion had off the record between counsel and*

14     *client)*

15          THE DEFENDANT:  *(In English)* No objection.

16          THE COURT:  Okay.  So I've made the first change we

17     talked about, which is tracking the statute, adding the words

18     "posted, cordoned off, or otherwise restricted," to which

19     neither party had an objection.  And then with respect to the

20     defense theory of the case instruction, it reads as follows:

21     "Without lawful authority means either not having the authority

22     to enter a restricted building or grounds, or even where that

23     authority is initially given remaining on the restricted

24     building or grounds beyond that authority.  'Without lawful

25     authority' also means gaining authority to enter a restricted

```
 1    building or grounds by means of a knowing misrepresentation."
 2              Any objection to that instruction?
 3              MR. GARCIA:  No, your Honor.
 4              THE COURT:  Any objection from the defense?
 5              MR. ADLER:  I would object, Your Honor, because I
 6    think it's important that you include the language that the
 7    authority to enter may be implied under the circumstances, as
 8    I've requested.
 9              THE COURT:  And where did you get that instruction
10    from?
11              MR. ADLER:  This is from the requested instruction.  I
12    believe you have a copy?
13              THE COURT:  No, I have a copy.  But other than you
14    saying that, where does it come from?
15              MR. ADLER:  It comes from the Florida standard jury
16    instruction on trespass.
17              THE COURT:  Do you have that with you?
18              MR. ADLER:  I do, Your Honor.
19              THE COURT:  Please pass it up.
20              (Pause)
21              THE COURT:  What's the government's position on
22    whether, as a general proposition, if a person reasonably
23    believed that they were entitled to enter, they would have
24    violated the statute?
25              MR. GARCIA:  The statute says a knowing -- knowingly
```

1    enter and knowingly -- and basically, you would have to know

2    it's a restricted grounds -- knowingly knew there was

3    restricted ground.

4            THE COURT:  Well, you'd have to know two things.

5    You'd have to know that it was restricted, and you'd have to

6    secondly know that it was a restricted area, because under --

7            MR. GARCIA:  Right.

8            THE COURT:  -- the Supreme Court's decision in *Rehaif*

9    this year and in Florida's *Figueroa* in 2010, it's clear that

10   the word "knowing" travels in the statute, so it would modify

11   both the first and second elements of the statute.  Which is

12   why I think I need to put in the word "knowing" into the second

13   element, now that I think about it, of the offense instruction,

14   which it's not there, so let me do that before we all forget.

15           MR. GARCIA:  Right.  Right.  Yeah, we don't object to

16   that at all.  It's this whole notion of, you know, if a

17   defendant had some implied knowledge.  I mean, that is nowhere

18   near the statute, the federal statute.  It's confusing.  The

19   statute is pretty clear and unambiguous.  To include that, I

20   think would just be confusing.  There's been -- I haven't been

21   able to find any federal cases that would support that

22   position.  And I guess the defense hasn't either.

23           THE COURT:  I guess the question is, as a general

24   proposition, if a person reasonably believed that they had been

25   given authority to enter the premises, then they would not have

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

322

1    knowingly entered without lawful authority, right?

2              MR. GARCIA:  Right.

3              THE COURT:  So I think that's a true statement of the

4    law.  I think the point is, that you're making, that it's

5    already encompassed within the fact that "knowing" is an

6    element of the offense.

7              MR. GARCIA:  Correct.

8              THE COURT:  I think the Eleventh Circuit has told us

9    that a defense theory of the case instruction should be given

10   if it's accurate, which it sounds like at least with respect to

11   that aspect this is.  But also, if it's not otherwise redundant

12   of instructions that have already been included.

13             MR. ADLER:  Judge, I think that doesn't deal with the

14   lawful authority issue, because I can see something is posted

15   and knowingly enter.  But the question is:  Did I have

16   authority to enter?  And that's where this whole concept of

17   trespass comes in and whether you believe -- whether it was

18   express or implied, did you have permission to enter?  In other

19   words, simply entering knowingly into a restricted area isn't

20   sufficient because, as *Caputo* recognized, the core of the

21   statute is that you are entering without permission.

22             THE COURT:  And that's exactly what we're talking

23   about.  We're talking about whether or not -- just to narrow

24   down, as I understand it, your argument, your argument, which

25   to some degree it seems like is correct, is that one has to

```
1   know that they don't have lawful authority.  Right?
2            MR. ADLER:  Correct.
3            THE COURT:  Okay.  And so I think Mr. Garcia concedes
4   that if a person reasonably believed that she had authority to
5   enter, then the government would have failed to meet its burden
6   as to that second element.  Do you agree with that?
7            MR. ADLER:  I agree with that, Judge.
8            THE COURT:  Okay.  So what I'm inclined to say, if
9   anything, is just an additional sentence that makes that point
10  clear, without defining for the jurors all the various
11  permutations of how that reasonable notice or knowledge may
12  have arisen.  In other words, you're asking me to tell the
13  jurors that they can -- that a person can reasonably fail to
14  know that she had a lawful authority by reading it or impliedly
15  getting it.  But I think all of that is encompassed within
16  telling the jurors simply, a person who reasonably believes
17  that she had lawful authority to enter or remain did not enter
18  or remain knowingly and without lawful authority.  Don't you
19  agree with that?
20           MR. ADLER:  I do, Judge.  But the Florida Supreme
21  Court felt that there was this additional explanation that was
22  needed to guide the jury in terms of how this reasonableness
23  can arise, and it doesn't have to be express, it can be
24  implied.
25           THE COURT:  Well, that's also because the Florida
```

1    statute that you're citing to me, obviously contains additional

2    words that aren't contained within the federal statute that

3    we're interpreting here.  So that statute, as first and

4    foremost, includes the willfulness element that Congress

5    removed from this statute.  So that's a big difference with

6    respect to a person's intent.

7           And, secondly, in addition to saying "without lawful

8    authority" -- in the state statute, they use the word

9    "authorization" -- let's assume those two are analogous -- it

10   then goes on to add different ways in which you could violate

11   the statute, license, or invitation by or any other person

12   authorized to give that permission.

13          In other words, the Florida statute is telling you

14   different ways that you can violate and different ways that you

15   could be exonerated from violating that state statute.  The

16   federal statute only gives you one way, which is, you either

17   had lawful authority or you were without lawful authority.  And

18   in that respect, it seems to me, the only relevant defense is

19   whether you entered or remained thinking that you had lawful

20   authority.

21          What's the government's position on an additional

22   sentence that says something to the effect of:  "If a person

23   reasonably believed that she had lawful authority to enter or

24   remain on the premises, then she did not enter or -- then she

25   would not have entered or remained without lawful authority"?

1          MR. GARCIA:  Judge, I think we should fall back on the

2     "knowing."  It's confusing me.  And if it's confusing me, it's

3     probably going to confuse the jury, this additional language.

4          THE COURT:  Mr. Adler, would there be an objection to

5     a sentence after the end of that paragraph that says something

6     to the effect of -- so we've said, in other words:  "Without

7     lawful authority means either not having the authority to enter

8     a restricted building or grounds, or even where that authority

9     is initially given remaining on the restricted building or

10    grounds beyond that authority.  Without lawful authority also

11    means gaining authority to enter a restricted building or

12    grounds by means of a knowing misrepresentation.  However, if a

13    person reasonably believed that he or she had lawful authority

14    to enter and remain on a restricted grounds or building, then

15    she would not have knowingly entered or remained without lawful

16    authority."

17         MR. ADLER:  Judge, that helps, but we get back to what

18    is "lawful authority."  And the core of this statute is

19    permission.  And I think the Court should say what I've

20    suggested, that if a person reasonably believed that they had

21    permission to enter, that they would not be in violation of

22    this statute.  Because using the term "lawful authority" is

23    just kind of circular.  It's saying lawful authority means

24    lawful authority, and I think the jury has to be told that it

25    means permission.

326

```
1          THE COURT:  I mean, it does, but do they need to be
2    told that?
3          MR. ADLER:  Absolutely they need to be told that.
4          THE COURT:  It seems pretty self-evident to me that
5    that's what it means.  So you just want to replace the word
6    "lawful authority" with the word "permission."
7          MR. ADLER:  Correct.
8          THE COURT:  So if I added a sentence, and the sentence
9    read:
10         "If a person reasonably believed that he or she
11      had permission to enter and permission to remain on
12      the restricted grounds or building, then he or she
13      would not have knowingly entered or remained in the
14      restricted grounds or building without lawful
15      authority."
16         MR. ADLER:  Judge, I would accept that.
17         THE COURT:  Mr. Garcia?
18         MR. GARCIA:  Judge, I don't want to belabor this, but
19   now we're kind of changing, you know, the statute.  We're
20   butchering statute inserting "permission."
21         THE COURT:  He's basically just explaining what
22   "knowingly" requires and then telling them that "lawful
23   authority" means "permission," which, in fairness to you, may
24   not be a hundred percent necessary, but it's also not, in my
25   view, particularly controversial.  But I may not be seeing
```

1    something that you're seeing because, of course, it's your

2    case.

3              MR. GARCIA:  That's fine, Judge.

4              *(Pause)*

5              THE COURT:  Okay.  So the full paragraph now reads:

6              "'Without lawful authority' means either not

7         having the authority to enter a restricted building

8         or grounds, or even where that authority is initially

9         given remaining on the restricted building or grounds

10        beyond that authority.  'Without lawful authority'

11        also means gaining authority to enter a restricted

12        building or grounds by means of a knowing

13        misrepresentation.  However, if a person reasonably

14        believed that he or she had permission to enter and

15        that he or she then continued to have permission to

16        remain in a restricted building or grounds, then that

17        person would not have knowingly entered or remained

18        in the restricted building or grounds without lawful

19        authority."

20             MR. ADLER:  Your Honor, I would accept that.

21             MR. GARCIA:  We'd accept that too, Judge.

22             THE COURT:  Should have been a mediator.

23             *(Laughter)*

24             THE COURT:  Actually, I should ask -- I apologize,

25   Ms. Zhang.  I should ask you whether that instruction was

328

1   acceptable to you, or, in the alternative, whether you are

2   allowing Mr. Adler to speak for you on this issue.

3          *(Discussion had off the record between counsel and*

4   *client)*

5          THE COURT:  Ms. Zhang, we can hear you, because the

6   microphone is on.  Turn it away.

7          THE DEFENDANT:  *(In English)* Yes.  Sorry.

8          *(Discussion had off the record between counsel and*

9   *client)*

10         THE DEFENDANT:  *(In English)* Yes, my honor Judge, I

11   agree.

12         THE COURT:  Great.

13         THE DEFENDANT:  *(In English)* What Mr. Robert, he said.

14         THE COURT:  Great.

15         Alan, will you tell ToniAnn to print out -- it's

16   called -- which one is this one?  Let me look.

17         It's called -- it's this one, if you want to come see.

18         *(Discussion had off the record between the Court and*

19   *law clerk)*

20         THE COURT:  All right, folks.  So we're going to print

21   out 20 copies.  It should take ten minutes or so.

22         Ms. Zhang.

23         THE DEFENDANT:  *(In English)* Yes.

24         THE COURT:  The government's going to rest in front of

25   the jury.  It sounds like you are going to rest as well.

329

1    Usually I give the defendant the opportunity to stand up and

2    rest in front of the jury as well, unless you don't want me to

3    do that.  The alternative would be I could just let the

4    government rest and then you do nothing, and we proceed to the

5    instructions.  Which would you prefer?

6           THE DEFENDANT:  Are you saying that I accept the

7    changes that we just met -- made?

8           THE COURT:  I thought you did, yes.

9           THE DEFENDANT:  *(In English)* So --

10          THE COURT:  If you didn't, you gotta tell me now,

11   because we're killing a lot of trees back there.

12          THE DEFENDANT:  *(In English)* Yes, I accept it.

13          THE COURT:  Okay.  So now separate question.  When the

14   jury comes back in, Mr. Garcia's going to stand up, and he's

15   going to say something to the effect of "the United States

16   rests."  That means their case is over.  I can either then turn

17   to you, Ms. Zhang, and you could stand up and say, "The defense

18   rests," and then sit down, or you could say nothing, and we

19   could just proceed to me giving the jury their instructions.

20   Which of those would you prefer?

21          THE DEFENDANT:  *(In English)* I would prefer the second

22   one.

23          THE COURT:  Okay.

24          *(Discussion had off the record between counsel and*

25   *client)*

```
 1              MR. GARCIA:  Your Honor, since we're going straight
 2     into closing, do you mind if I move the podium?
 3              THE COURT:  I don't.  But I'm going to give them their
 4     instructions first, but you can go ahead and do that.
 5              All right.  We'll take five minutes.
 6              (The Judge exited the courtroom)
 7              (Recess taken at 4:38 p.m. until 4:49 p.m.)
 8              (The Judge entered the courtroom)
 9              THE COURT:  Mr. Garcia, did you have a chance to
10     review the redacted version of the indictment?
11              MR. GARCIA:  I did, Judge.
12              THE COURT:  Any objection?
13              MR. GARCIA:  No.
14              THE COURT:  Ms. Zhang, did you have a chance to review
15     the redacted version of the indictment?
16              THE DEFENDANT:  (In English) Yes.
17              THE COURT:  Any objection?
18              THE DEFENDANT:  (In English) No.
19              THE COURT:  Are we ready for the jurors?
20              MR. GARCIA:  Yes, sir.
21              THE COURT:  Ms. Zhang?
22              THE DEFENDANT:  (In English) Yes.
23              COURTROOM SECURITY OFFICER:  All rise.
24              (The jury entered the courtroom)
25              THE COURT:  Please be seated.
```

1      Folks, when I told you that it would be 15 minutes,

2   obviously I meant an hour and a half.

3      *(Laughter)*

4      THE COURT:  But there's good news.

5      Mr. Garcia?

6      MR. GARCIA:  The United States rests, Your Honor.

7      THE COURT:  And with that, ladies and gentlemen, we've

8   come to the very end of the case.  It's now my turn to give you

9   your final instructions on the law, and then the parties will

10   give their closing arguments.  The government will go first.

11   Ms. Zhang may, again, if she wishes, give a closing argument,

12   but she doesn't have to, and if she chooses not to, you're not

13   allowed to consider that or hold it against her in any way.  If

14   she does give a closing argument, the government then gets to

15   go last, because it's their burden.  If she doesn't give a

16   closing argument, then only the government's closing argument

17   will take place.

18      Members of the jury, it's my duty to instruct you on

19   the rules of law that you must use in deciding this case.

20   After I've completed these instructions, you will go to the

21   jury room and begin your discussions -- what we call your

22   deliberations.

23      You must decide whether the government has proved the

24   specific facts necessary to find the defendant guilty beyond a

25   reasonable doubt.

JURY CHARGE

1        Your decision must be based only on the evidence

2    presented during the trial.  You must not be influenced in any

3    way by either sympathy for or prejudice against the defendant

4    or the government.

5        You must follow the law as I explain it to you, even

6    if you do not agree with the law.  And you must follow all of

7    my instructions as a whole.  You must not single out or

8    disregard any of my instructions on the law.

9        The indictment or formal charge against a defendant

10   isn't evidence of guilt.  The law presumes that every defendant

11   is innocent.  The defendant does not have to prove her

12   innocence or produce any evidence at all.  A defendant does not

13   have to testify, and if the defendant chose not to testify, you

14   cannot consider that in any way while making your decision.

15   The government must prove guilt beyond a reasonable doubt.  If

16   it fails to do so, you must find the defendant not guilty.

17       The government's burden of proof is heavy, but it

18   doesn't have to prove a defendant's guilt beyond all possible

19   doubt.  The government's proof only has to exclude any

20   "reasonable doubt" concerning the defendant's guilt.

21       A "reasonable doubt" is a real doubt, based on your

22   reason and common sense after you've carefully and impartially

23   considered all of the evidence in the case.

24       "Proof beyond a reasonable doubt" is proof so

25   convincing that you would be willing to rely and act on it

JURY CHARGE

1    without hesitation in the most important of your own affairs.

2    If you are convinced that the defendant has been proved guilty

3    beyond a reasonable doubt, say so.  If you are not convinced,

4    say so.

5         As I said before, you must consider only the evidence

6    that I have admitted in the case.  Evidence includes the

7    testimony of witnesses and the exhibits admitted.  But anything

8    the lawyers say is not evidence and isn't binding on you.

9         You shouldn't assume from anything I have said that I

10   have any opinion about any factual issue in the case.  Except

11   for my instructions to you on the law, you should disregard

12   anything I may have said during the trial in arriving at your

13   own decision about the facts.  Your own recollection and your

14   own interpretation of the evidence is what matters.

15        In considering the evidence, you may use reasoning and

16   common sense to make deductions and reach conclusions.  You

17   shouldn't be concerned about whether the evidence is direct or

18   circumstantial.

19        "Direct evidence" is the testimony of a person who

20   asserts that he or she has actual knowledge of a fact, such as

21   an eyewitness.  "Circumstantial evidence" is proof of a chain

22   of facts and circumstances that tend to prove or disprove a

23   fact.  There's no legal difference in the weight you may give

24   to either direct or circumstantial evidence.

25        You've been permitted to take notes during the trial.

334
JURY CHARGE

1  Most of you -- perhaps all of you -- have taken advantage of

2  that opportunity.

3      You must use your notes only as a memory aid during

4  your deliberations.  You must not give your notes priority over

5  your independent recollection of the evidence.  And you must

6  not allow yourself to be unduly influenced by the notes of

7  other jurors.

8      I emphasize that notes are not entitled to any greater

9  weight than your memories or impressions about the testimony.

10     When I say that you must consider all the evidence, I

11  don't mean that you must accept all the evidence as true and

12  accurate.  You should decide whether you believe what each

13  witness had to say and how important that testimony was.  In

14  making that decision, you may believe or disbelieve any

15  witness, in whole or in part.  The number of witnesses

16  testifying concerning a particular point doesn't necessarily

17  matter.

18     To decide whether you believe any witness, I suggest

19  that you ask yourself a few questions:

20     Did the witness impress you as one who was telling the

21  truth?

22     Did the witness have any particular reason not to tell

23  the truth?

24     Did the witness have a personal interest in the

25  outcome of the case?

JURY CHARGE

1        Did the witness seem to have a good memory?

2        Did the witness have the opportunity and the ability

3    to accurately observe the things he or she testified about?

4        Did the witness appear to understand the questions

5    clearly and answer them directly?

6        Did the witness's testimony differ from other

7    testimony or other evidence?

8        When scientific, technical, or other specialized

9    knowledge might be helpful, a person who has special training

10   or experience in that field is allowed to state an opinion

11   about the matter.  But that doesn't mean you must accept the

12   witness's opinion.  As with any other witness's testimony, you

13   must decide for yourself whether to rely upon that opinion.

14       The indictment charges two separate crimes, called

15   "counts," against the defendant.  Each count has a number.

16   You'll be given a copy of the indictment to refer to during

17   your deliberations.

18       Count 1 charges that the defendant did knowingly enter

19   and attempt to enter and remain in a restricted building and

20   grounds, that is, the Mar-a-Lago Club, without lawful

21   authority.

22       Count 2 charges that the defendant made a false

23   statement to a United States Secret Service agent when asked

24   whether she was authorized to be at the Mar-a-Lago Club.

25       It is a federal crime to knowingly enter or remain in

JURY CHARGE

1  any restricted building or grounds without lawful authority to

2  do so.

3        The defendant can be found guilty of this crime only

4  if all the following facts are proved beyond a reasonable

5  doubt:  One, the defendant knowingly entered or remained in any

6  restricted building or grounds; and, two, the defendant

7  knowingly entered or remained in any restricted building or

8  grounds without lawful authority to do so.

9        A "restricted building or grounds" means any posted,

10  cordoned off, or otherwise restricted area of a building or

11  grounds where the President of the United States or other

12  person protected by the United States Secret Service is or will

13  be temporarily visiting.

14        "Without lawful authority" means either not having the

15  authority to enter a restricted building or grounds, or even

16  where that authority is initially given remaining on the

17  restricted building or grounds beyond that authority.  "Without

18  lawful authority" also means gaining authority to enter a

19  restricted building or grounds by means of a knowing

20  misrepresentation.  However, if a person reasonably believed

21  that he or she had permission to enter -- and that he or she

22  then continued to have permission to remain in -- a restricted

23  building or grounds, then that person would not have knowingly

24  entered or remained in the restricted building or grounds

25  without lawful authority.

1          "Other person protected by the United States Secret

2     Service" includes immediate family members of the President of

3     the United States.

4          In some cases, it is a crime to attempt to commit an

5     offense even if the attempt fails.  In this case, the defendant

6     is also charged in Count 1 with attempting to commit unlawful

7     entry of restricted buildings and grounds.

8          The defendant can be found guilty of an attempt to

9     commit this offense only if both of the following facts are

10    proved beyond a reasonable doubt:  One, the defendant knowingly

11    intended to commit the crime of knowingly entering or remaining

12    in any restricted building or grounds; and, two, the

13    defendant's intent was strongly corroborated by her taking a

14    substantial step toward committing the crime.

15         A "substantial step" is an important action leading up

16    to committing of an offense -- not just an inconsequential act.

17    It must be more than simply preparing.  It must be an act that

18    would normally result in committing the offense.

19         It's a federal crime to willfully make a false or

20    fraudulent statement to a department or agency of the United

21    States.

22         The defendant can be found guilty of this crime only

23    if all the following fact are proved beyond a reasonable doubt:

24    One, the defendant made the statement as charged; two, the

25    statement was false; three, the falsity concerned a material

JURY CHARGE

1    matter; four, the defendant acted willfully, knowing that the

2    statement was false; and, five, the false statement was made or

3    used for a matter within the jurisdiction of a department or

4    agency of the United States.

5         A statement is "false" when made if it is untrue when

6    made and the person making it knows it is untrue.  The

7    government doesn't have to show that the governmental agency or

8    department was, in fact, deceived or misled.

9         When government agents are conducting an

10   investigation, a false "no" in response to a question is a

11   false statement.  Department of Homeland Security, United

12   States Secret Service is an agency of the United States.

13        The making of a false statement is not a crime unless

14   the falsity relates to a "material fact."

15        A "material fact" is an important fact -- not some

16   unimportant or trivial detail -- that has a natural tendency to

17   influence or is capable of influencing a decision of a

18   department or agency in reaching a required decision.

19        You'll see that the indictment charges that a crime

20   was committed on or about a certain date.  The government

21   doesn't have to prove that the crime occurred on an exact date.

22   The government only has to prove beyond a reasonable doubt that

23   the crime was committed on a date reasonably close to the date

24   alleged.

25        The word "knowingly" means that an act was done

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

JURY CHARGE

1  voluntarily and intentionally and not because of a mistake or

2  by accident.

3      The word "willfully" means that the act was committed

4  voluntarily and purposely, with the intent to do something the

5  law forbids; that is, with the bad purpose to disobey or

6  disregard the law.  While a person must have acted with the

7  intent to do something the law forbids before you can find that

8  the person acted "willfully," the person need not be aware of

9  the specific law or rule that her conduct may be violating.

10      Each count of the indictment charges a separate crime.

11  You must consider each crime and the evidence relating to it

12  separately.  If you find the defendant guilty or not guilty of

13  one crime, that must not affect your verdict for any other

14  crime.

15      I caution you that the defendant is on trial only for

16  the specific crimes charged in the indictment.  You're here to

17  determine from the evidence in this case whether the defendant

18  is guilty or not guilty of those specific crimes.

19      You must never consider punishment in any way to

20  decide whether the defendant is guilty.  If you find the

21  defendant guilty, the punishment is for the judge alone to

22  decide later.

23      Your verdict, whether guilty or not guilty, must be

24  unanimous -- in other words, you must all agree.  Your

25  deliberations are secret, and you will never have to explain

JURY CHARGE

1    your verdict to anyone.

2         Each of you must decide the case for yourself, but

3    only after fully considering the evidence with the other

4    jurors.  So you must discuss the case with one another and try

5    to reach an agreement.  While you're discussing the case, don't

6    hesitate to re-examine your own opinion and change your mind if

7    you become convinced that you were wrong.  But don't give up

8    your honest beliefs just because others think differently or

9    because you simply want to get the case over with.

10        Remember that, in a very real way, you are the

11   judges -- the judges of the facts.  Your only interest is to

12   seek the truth from the evidence in the case.

13        When you get to the jury room, choose one of your

14   members to act as your foreperson.  The foreperson will direct

15   your deliberations and will speak for you here in court.

16        A verdict form has been prepared for your convenience.

17   And I'm showing it to you now.

18        It has the style of the case on the top, and then it

19   says "verdict" in the title.  And it has two paragraphs.  The

20   first paragraph says:  "We, the jury, unanimously find the

21   defendant as to Count 1 of the indictment" -- and then there

22   are two options, not guilty or guilty.

23        And then paragraph 2:  "We, the jury, unanimously find

24   the defendant as to Count 2 of the indictment" -- again, not

25   guilty or guilty.  And then there's a space for the foreperson

JURY CHARGE

1    to sign and print his or her name.

2         Given the odds on the jury, it will probably be her,

3    but who knows.

4         *(Laughter)*

5    THE COURT:  Take the verdict form with you to the jury

6    room.  When you've all agreed on the verdict, your foreperson

7    must fill in the form, sign it, date it, and carry it.  Then

8    you'll return it to the courtroom.

9         If you wish to communicate with me at any time, please

10   write down your message or question and give it to the marshal.

11   The marshal will bring it to me, and I will respond as promptly

12   as possible -- either in writing or by talking to you here in

13   the courtroom.  Very important:  But I caution you never to

14   tell me how many jurors have voted one way or the other at that

15   time.

16        Counsel and Ms. Zhang, please come sidebar for a

17   moment.

18         *(The following proceedings were had at sidebar out of*

19   *the hearing of the jury)*

20   THE COURT:  Mr. Adler?  Never mind.

21   Ms. Zhang, come up.

22   THE DEFENDANT:  *(In English)* Yes.

23   THE COURT:  Do you have any objection to the way that

24   I have read the instructions to the jury?  Or did I read them

25   in accordance with our agreement before?

CLOSING ARGUMENT - GARCIA

1           THE DEFENDANT:  (In English) No, I mean I do not have

2    an objection.

3           THE COURT:  Okay.  Any objection from the United

4    States?

5           MR. GARCIA:  None, your Honor.

6           THE COURT:  All right.  You ready to proceed?

7           MR. GARCIA:  Yes.

8           THE COURT:  Are you going to give a closing argument?

9           THE DEFENDANT:  *(In English)* Yes, a little bit,

10   just --

11          THE COURT:  How long, do you think?

12          THE DEFENDANT:  *(In English)* Maybe within two minutes.

13          THE COURT:  Two minutes?  It's music to my ears.

14          MR. GARCIA:  Can you tell me when I'm five minutes?

15          THE COURT:  What do you want for the opening close?

16          MR. GARCIA:  I'll have 28 opening, two minutes.

17          THE COURT:  For rebuttal?

18          MR. GARCIA:  For rebuttal.

19          THE COURT:  So you want me to warn you at 26 minutes.

20          MR. GARCIA:  Please.

21          THE COURT:  Okay.

22          *(The foregoing proceedings were had at sidebar out of*

23   *the hearing of the jury)*

24          THE COURT:  Go ahead, Mr. Garcia.

25          MR. GARCIA:  Thank you, Your Honor.

CLOSING ARGUMENT - GARCIA

1      Good afternoon, ladies and gentlemen.

2      There's been quite a few references to football

3  analogies in this case.  If you recall, Judge Altman, during

4  the beginning of the trial, made several football analogies as

5  he was addressing you.  Co-counsel made several football

6  analogies during his opening remarks.  So I guess I'll stick

7  with that theme for my closing argument.

8      Ladies and gentlemen, it is clear as day that the

9  United States has scored a touchdown in this case.  What I'm

10  going to do during this closing argument is give you a

11  play-by-play of the events, a chronological play-by-play of the

12  events that lead us here today.

13      What I'm going to do first is talk about the WeChat

14  communication that you heard today.  And, actually, that is in

15  chronological order.  Because if you recall, the defendant is

16  communicating with the fellow in China prior to her flying to

17  the United States.

18      The WeChat communication, Exhibit Number 23, that is

19  the translated version of her communication with the individual

20  in China and others.

21      What I want to do is focus in on the exhibits that

22  were presented in connection with that WeChat communication

23  which you just heard a little while ago.  So Exhibit 25, which

24  was presented today, is the contract that -- it's the

25  translated version of the contract which the defendant entered

CLOSING ARGUMENT - GARCIA

1    into with the individual in China.  She entered into that

2    contract prior to her coming to the United States.  The

3    communication was on March 15th, 2019.  And the agreement was

4    for her to pay $20,000 to potentially visit the Mar-a-Lago

5    property.

6         Exhibit 23, which is the translated big spreadsheet,

7    line 91, line 91 relates to her -- relates to this contract,

8    and it relates to her coming over to the United States and

9    attempting to go to Mar-a-Lago.  And Exhibit 23, line 91, the

10   date of that communication that the defendant had with the

11   individual in China was March 18th of this year.  It was an

12   incoming communication, which means that the individual in

13   China was contacting her.  And the translated version is -- and

14   I've highlighted here what I want to bring to your attention.

15   The contract says that:

16        "The event on March 30th may be cancelled.  Now

17        they are advising us not to buy tickets for the time

18        being as the president may have arranged some

19        political events there.  There may be scheduled *(sic)*

20        conflicts."

21        So as early as March 18th of this year, the individual

22   in China is communicating to this defendant, via text, that

23   this event, it's got a good chance of being cancelled, so we

24   ain't buying no tickets at this point.

25        March 26th, two days before she flies to the United

CLOSING ARGUMENT - GARCIA

1   States -- this is on Exhibit 23, line 114, 114 -- she receives

2   an incoming text from the individual in China.  I've

3   highlighted certain portions of that line 114.

4           "I just read the email in the morning regarding

5       the event at the Trump's estate.  It's been put on

6       hold for now.  We can forget about it."

7           So two days before that she flies to the United

8   States, she is unequivocally being told that that event has

9   been cancelled.

10          Exhibit 23 -- and there are several lines depicted

11  there -- line 117, 118, 119, and 120.

12          These are from Exhibit 23, the communication the

13  defendant had with the individual in China.  So these lines,

14  what they depict is the defendant responding to the prior text

15  that the event had been cancelled.  So this is outgoing.  The

16  defendant tells the individual in China:

17          "Forget it.  Just get a refund then."

18          This was a little while later, she says -- sends

19  another text:

20          "Wire it straight to my account."  "Wire it

21      straight to my account."

22          A little later, she sends another text:

23          "I'm not going."  "I'm not going."

24          A little later from that, she sends another text to

25  the individual in China:

CLOSING ARGUMENT - GARCIA

1          "Need the money urgently.  Go ahead and credit

2      the money back to my account by this weekend."

3          So she wants her money back.  She's not going,

4  according to her.  She clearly understands that the event had

5  been cancelled.

6          So this is March 27th, one day prior to her coming to

7  the United States.  It's in evidence, Exhibit 16, which is the

8  United Airlines records.  It's Exhibit 16.  And page 2 of that

9  exhibit contains the information about the purchase of that

10 ticket.  Agent Ivanovich testified to that today.  And he

11 testified -- and as reflected in Exhibit 16 -- she buys the

12 ticket on March 27th.  So a little after she wants her money

13 back.  She pays cash, according to the record.  And -- she pays

14 cash.

15         The rest of the exhibit indicates how much she paid.

16 It was over $2,000 for the airline ticket.

17         I want go back to Exhibit 23.  Line 138, Exhibit 23,

18 line 138.

19         Here we have an incoming text, which means that she is

20 receiving a text from the individual in China.  And it's on

21 March 29th, 2019, the day before she goes to Mar-a-Lago.  Well,

22 actually, she goes to Mar-a-Lago on the 29th as well with Willy

23 Isidore, and I'll get into that.  But she receives this text.

24 She's already in the United States.

25         "It's not you.  It's because they are having a

CLOSING ARGUMENT – GARCIA

 1        political event at the Trump estate, therefore

 2        cancelled this one."

 3            So she's here, and she's again being told that there

 4    is no event; it's been cancelled.  What does she do on that

 5    date, March 29th?  She goes to scope out Mar-a-Lago.  You

 6    recall the testimony of Willy Isidore?  He testified that he

 7    picked her up on March 29th around eight o'clock, seven or

 8    eight, at the Colony hotel.  And he thought she wanted to go to

 9    this restaurant, this cafe, because that's what was informed to

10    him.  She gets in the car, and she tells him, "No, I want to go

11    to Mar-a-Lago."

12            Well, Willy Isidore, I mean, testified that he has

13    taken a bunch of people to Mar-a-Lago.  He's familiar with

14    their security procedures.  The President of the United States

15    is in town.  They've got roadblocks.  They -- you have to have

16    permission.  You have to have an invitation.  And he knows

17    because he's -- he knows the procedure because he's taken other

18    clients to Mar-a-Lago while the president or another protected

19    person was at Mar-a-Lago.

20            He tells the defendant, Well, do you have an

21    invitation?  I mean you can't go there if you don't have an

22    invitation.

23            She says, No, I don't have an invitation.

24            Well, you can't get in if you don't have an

25    invitation.

CLOSING ARGUMENT - GARCIA

1          So she wants to go anyways.  And she takes pictures.

2          You heard testimony from Willy Isidore, he didn't even

3     try to go into the checkpoint 1, the -- you know, the issue

4     initial checkpoint, because he knew she didn't have an

5     invitation.

6          So what does he do?  He just goes a little bit further

7     and turns around at the Bath & Tennis Club and goes back up

8     Southern.  And she didn't even want to go to the restaurant.

9     She wants to go back to the Colony.  So he takes her back to

10    the Colony hotel and charges her $80.  She wants a receipt.

11    And I guess she wasn't happy with the little card receipt and

12    wanted a paper receipt.

13         And that leads to Exhibit Number 3.  And if you recall

14    his testimony, you know, he didn't have a full receipt like she

15    wanted on the 29th, so he asked her for her phone number, gave

16    her his business card, and told her he would get her the

17    receipt the next day, on March 30th.

18         And March 30th Willy Isidore goes to the Colony hotel

19    to deliver the receipt, Exhibit 3.  The defendant is there.  He

20    hands her the receipt, and the receipt clearly corroborates

21    everything he said.  It's him, Willy Isidore, that's his

22    company.  He charged her $80 for the trip on March 29th to the

23    Mar-a-Lago and the cafe.

24         So where do we find that receipt?  If you recall,

25    where we get that receipt, it's in the defendant's purse.  If

CLOSING ARGUMENT - GARCIA

1    you recall, she had the purse when Agent Ivanovich confronts

2    her.  He seeks her permission to search her purse, and he does

3    a cursory search of her purse for weapons at the Mar-a-Lago,

4    and he does a more thorough search of her purse, with her

5    permission, back at his office.  And inside that purse was the

6    same receipt that Willy Isidore gave her.  Which means what?

7    Which corroborates exactly everything Willy said, that he took

8    her there the day before, and he explained everything to her.

9          Now, one of the things we have to prove in this case

10   is that, you know, she knew these grounds where Mar-a-Lago was,

11   you know, restricted and all.  Well, you know, anybody with any

12   common sense would have known that based on the circumstances

13   of what was going on -- the roads are blocked, there are scores

14   of Secret Service agents all over the place, there's

15   barricades, there's uniform police officers, there's uniform

16   Secret Service agents, there are people searching your car.

17   She's being told by Willy Isidore that, "You can't go in there

18   unless you got an invitation."

19         Well, Secret Service Agent Kerr, she's wearing -- you

20   know, she's in full uniform, you know, with the uniform, she's

21   Secret Service, earpiece, on the back it says "federal police."

22   She's asking him -- or she's asking her, you know, why she here

23   for (sic), you know, give me your information.

24         There are signs, signage posted all over that initial

25   checkpoint and other areas of the Mar-a-Lago.  And it clearly

CLOSING ARGUMENT - GARCIA

1    gives anybody notice that this is a restricted area.  I mean

2    the sign, you saw the photos, it's probably about this

3    big *(indicating)*.  You can't -- you know, this is restricted,

4    it's a violation of law to come on this property without lawful

5    authority.  And you can't bring any firearms, explosives,

6    knives, pepper spray, drones, weapons of any kind.  They're all

7    over the place.

8         Well, Agent Kerr asks the defendant, well, you know,

9    why are you here?  And she says she was going to go -- she

10   wants to go to the pool.  And so she follows the protocol and

11   talks to the security at Mar-a-Lago, who's posted with her

12   there at that post-1, you know, in the tent area.  And she

13   verifies that the passports are legitimate.  They're legitimate

14   passports.  So the -- she can go into Mar-a-Lago if Mar-a-Lago

15   has given her permission to do so.  That way she would have

16   lawful authority.

17        And they maintain a guest list.  They maintain a list

18   of events.  People who have that permission are allowed to go

19   on that property.  Their vehicles are searched and all, and

20   their bodies are searched to make sure there's no weapons or

21   anything that would be dangerous to the President of the United

22   States or any of his family or any other protected person, and

23   you're free to go inside.

24        Well, she says she's going to go, you know, to the

25   pool, and her last name is Zhang.  And it happens that there is

CLOSING ARGUMENT - GARCIA

1   a member with the last name of Zhang.  So the Mar-a-Lago

2   security calls the Beach Club, where the pool is located, and

3   is informed that -- erroneously informed that she was allowed

4   to go in because it related to this member named Zhang.

5        So she gets by security point 1, the initial.  But she

6   doesn't go much further than the reception area in the estate

7   itself.  She's picked up by the valet in the golf cart, she's

8   taken to the reception area, and there's a magnetometer set up

9   there, if you recall.  That's Exhibit 1-4.  Right here is the

10  magnetometer (indicating).  And there's signage.  There's

11  signage here and here (indicating).  And right here is when you

12  walk in.

13       She was dropped off of the golf cart.  There's signage

14  there.  You heard the testimony of Paul Patenaude that she

15  stood there for 20, 30 seconds, just looking.  He thought it

16  was kind of odd.  And didn't appear to know if she wanted to go

17  right or left, as he motions to her.  There's another sign

18  right next to him.  And he searches her belongings for weapons.

19  There are none, and she's allowed to proceed to the

20  receptionist area.

21       Well, she doesn't get much further than that because

22  of the further security protocol.  The receptionist is there.

23  She's looking to make sure that you have an invitation, that

24  you're a member or a guest of a member, or -- and so forth.  So

25  she asks the defendant, what are -- you know, what are you here

1   for?  And the defendant tells her some Chinese American event.

2   Well, there was no event on that date.

3         Ms. Grumaz thought the defendant was acting kind of

4   strange, taking photos, which is clearly a violation of member

5   policy.  She wouldn't answer straight her questions.  She

6   becomes concerned.  There is no such event.  She's not on the

7   list.

8         And she summons Secret Service Agent Ivanovich, who

9   then approaches the defendant there at the reception area.  And

10  continues, you know, questioning her.  I mean why is she here?

11  Well, she tells him that, you know, she's there for some United

12  Nations friendship event.  Well, that was a clear lie.  There

13  was no event.  She knew that there was no event days, days

14  before.  She wanted her money back, but she paid over $2,000 in

15  cash to come to the United States.  She was bound and

16  determined to get on that property.

17        She wasn't on some lost, you know, misguided tour.

18  She was determined to get on that property, and she would lie

19  to Kerr about it, she lied to everybody about it, in order to

20  get to that property -- on that property.

21        There in the -- and, by the way, I mean if she would

22  have -- and you heard the testimony today, if she would have

23  told the -- Agent Kerr and the Mar-a-Lago security there at the

24  initial checkpoint that she was there for a United Nations

25  friendship event, you know, she would have not stepped foot on

CLOSING ARGUMENT - GARCIA

1    the property, because there was no invitation.  She was able to

2    finagle herself onto the property because a guest happened to

3    have her same last name.  And the pool folks at the cabana --

4    or the pool club okayed it based on that information.

5         Well, you know, she's not in attire for the pool club.

6    You heard the testimony of Grumaz and Agent Ivanovich, she's

7    got a long dress, you know, an evening dress, which is --

8    wouldn't be actually appropriate to be around the pool.

9         Agent Ivanovich asks her, well, you know, why -- you

10   know, what's this pool thing?  He finds out that she was at the

11   pool -- or that her idea was to go to the pool.  He knows this

12   event is not happening.  And so he's saying, you know, You're

13   coming off the property.  You don't belong here.  You're

14   unlawfully on restricted property.

15        So she is escorted off that property by agents and

16   taken to checkpoint 1 and then to the adjacent property there,

17   questioned a little bit further with respect to her purse.

18   What's in her purse?  There's a bunch of electronics.  You

19   know, it's -- she's not -- clearly lying -- she's clearly lying

20   why she wanted to be there.

21        She's asked, you know, Why do you have so many devices

22   in your purse?  And, you know, she tells Agent Ivanovich, well,

23   you know, she didn't want to leave them at the hotel because

24   she thought, you know, they could be stolen.  Well, you know

25   that's a clear lie, because he testified that he got her

CLOSING ARGUMENT - GARCIA

1    property back from the Colony hotel, and there were phones in

2    there, there were electronic devices, there were credit cards,

3    there was cash, almost $8,000 in cash.  So that's clearly a

4    lie.

5          You know, she tells him she got there early to

6    familiarize herself with the property.  I mean that's a lie.

7    She knew she wasn't supposed to be there.  She's interviewed

8    further at the interview room at the office there, and she

9    continues with her lies of, you know, she says she uses the

10   name Veronica, which corroborates Willy Isidore, who said that

11   she told him her name was Veronica.  There's a Veronica ID

12   found in the hotel room and so forth.  So she clearly knew that

13   she did not have permission to be there, period.

14         So this is also in evidence, Exhibit Number 12.  And

15   what it does is, it summarizes her movement on the property.

16   And it's got writing on the side, and it shows her initial

17   dropoff by the taxi, it shows her route to the receptionist

18   area -- or to the magnetometer area.  And then she enters the

19   lobby.  And then she's escorted back here, you know, and over

20   here (indicating).  So that's -- to refresh your recollection

21   on her movement on the property, I would suggest you take a

22   look at Exhibit 12.

23         I want to talk a little bit about the jury

24   instructions and what we have to prove in this case.  And the

25   first thing I want to talk about is what the judge read you

CLOSING ARGUMENT - GARCIA

1     with respect to reasonable doubt.

2             Now, we gladly accept the burden, our burden, of

3     proving the case beyond a reasonable doubt.  But we don't want

4     to be held to a higher burden.  As the judge instructed you,

5     reasonable doubt does not mean proof beyond all doubt.  I mean

6     there's no way anybody could prove, you know, beyond all doubt.

7     Unless maybe you happened to see the crime being committed with

8     your own eyes.  But then you'd be a witness; you wouldn't be a

9     juror.

10            So what it really means is a doubt based on common

11    sense, after you've carefully and impartially considered all

12    the evidence in the case.  And that's all we're asking you to

13    do, is use your common sense in evaluating the evidence.

14    That's not a difficult concept.

15            Another thing that the judge has instructed you on is

16    the concept of circumstantial evidence.  It's proof of a chain

17    of facts and circumstances that tend to prove or disprove a

18    fact.  There's no legal difference in the weight you may give

19    to either direct or circumstantial evidence.

20            In other words, we can prove case -- a case based

21    on -- just like the example the judge gave you in the beginning

22    about the -- you know, it being wet outside, and, you know,

23    people, you know, with an umbrella, and puddles and so forth.

24    I think you can reasonably conclude that it rained.  So that's

25    what circumstantial evidence means.

CLOSING ARGUMENT – GARCIA

1              And most of the time, frankly, that's how -- I can't

2       put a -- drill a hole in someone's head and tell you what

3       they're thinking.  But what I can do is tell you what they're

4       thinking based on their actions and their spoken words.  So

5       look at the spoken words of the defendant, all her lies.  Look

6       at the evidence of what she is being told with respect to the

7       cancellation of all this.  Her actions, you know, despite being

8       told the thing was cancelled, she still gets on an airplane and

9       comes over here.

10             So there is no difference between circumstantial

11      evidence and direct evidence.

12             THE COURT:  Two minutes.

13             MR. GARCIA:  Thank you, sir.

14             Now, with respect to the offense instructions, like

15      I've said, proved this beyond a doubt.  I mean the -- or a

16      reasonable doubt.  There's no question, with respect to her

17      unlawful entry, that she entered or remained on the grounds.  I

18      mean she was there.  She was caught there.

19             There is no question that she knew it was restricted.

20      Like I said, all the signage, she's being told by Willy

21      Isidore, and so forth.

22             And the judge gives you a definition of restricted

23      property, you know, if it's posted or cordoned off, and this

24      was definitely posted and cordoned off.

25             So she clearly knew that it was restricted building.

CLOSING ARGUMENT - GARCIA

1    She clearly knew that she didn't have authority to be in there.

2    She gained access by knowingly misrepresenting the fact that

3    she was going to the pool.  And the judge says you don't have,

4    you know, lawful authority if you knowingly make a mistake -- a

5    misrepresentation.

6            The protected persons, well, you heard the testimony.

7    The president wasn't there, but his wife, his daughter,

8    son-in-law, and children of the son and all were there.

9            She certainly took a substantial step.  I mean we

10   charged in the indictment that she entered and attempted to

11   enter, but she certainly intended to commit the crime and took

12   substantial steps to commit it in furtherance of it.  I mean

13   she was on the property.

14           With respect to the second -- the false statement

15   count, we have to prove that she made the statement as charged.

16           Well, there's no question she made the statement.  She

17   made it multiple times to the Secret Service agent, United

18   Nations friendship event, and that's what we have charged, that

19   she said that.  The statement was clearly false, as you know.

20   The falsity concerned a material matter?  Well, yeah, I mean it

21   had to do with -- it was an important fact, and the Judge

22   defines it.  Of course it's an important fact.  And, you know,

23   we don't have to show that it did influence them, but it sure

24   was an important fact.

25           And that the statement was false, we know that.  And

CLOSING ARGUMENT - ZHANG

1    the matter was within the jurisdiction of agents of the United

2    States.  And clearly you hear of the testimony that Secret

3    Service, part of their responsibility is to protect the

4    president and family and any other protected person.

5            THE COURT:  Why don't you wrap up?

6            MR. GARCIA:  So I thank you for your attention.  And I

7    submit that there is no other verdict that you can possibly

8    return in this case, is that the defendant is guilty as charged

9    in the indictment.

10           Thank you so much.

11           THE COURT:  Ms. Zhang?

12           THE DEFENDANT:  *(In English)* Yes, Judge.

13           THE COURT:  Would you like to make a closing argument?

14           THE DEFENDANT:  *(In English)* Yes, I would like to just

15   figure out a little bit, to thank for your -- all of you the

16   listening, yeah.  So may I start?

17           THE COURT:  You may.

18           THE DEFENDANT:  *(In English)* Thank you.

19           THE DEFENDANT:  *(In English)* Good afternoon all the

20   person here and good afternoon respected grand jury.

21           This is my first time here, so I'm a little bit

22   nervous, but it's fine.  Thank you for all your time listening.

23           As you have seen and, uhm, at the very beginning of

24   saying you were seeing what happening.  And, uhm, and I will

25   say that, uhm, I've made a contract to go to Mar-a-Lago for the

CLOSING ARGUMENT - GARCIA

1  event to see president and his family, Ivanka.  And I do --
2  uhm, I do think, yes, it's the fact that I did nothing wrong.
3  If you do read the whole, you know, our talking about, in which
4  I heard that all the evidence assumed.  And I did not lying.
5  And I do think I'm -- follow the instruction, went into the
6  visit -- went to -- went in -- went into the Mar-a-Lago to have
7  a visit.
8          Uhm, so, uhm, that's what I want to say.  And thank
9  you for your attention.
10          Thank you.
11          THE COURT:  Rebuttal?
12          MR. GARCIA:  Very briefly, Judge.
13          The defendant says that she had a contract to go
14  there.  Well, yeah, she did.  $20,000 she paid for -- to go
15  there.  Was that event cancelled?  Yes.  Was she told it was
16  cancelled?  Yes.  Did she say she wanted her money back?  Yes.
17  So the fact that, you know, she had a contract really -- so
18  what?  She had a contract.
19          Claims she didn't do anything wrong.  Well, she
20  clearly did something wrong.  She got on that property
21  unlawfully, and she lied to a federal agent.  So that's clearly
22  something wrong.
23          She says she followed up instructions to have a visit.
24  Well, you know, she was told that the thing was cancelled, so
25  that's just, you know, nonsense.

1          So, again, I would urge that you use your common sense

2     in analyzing the evidence and -- because when you do so,

3     there's just but one true verdict that you can render in this

4     matter, and that is the defendant is guilty beyond a reasonable

5     doubt of both counts in the indictment.

6          Thank you so much.

7          THE COURT:  Folks, now the fun begins.  It's time to

8     retire to begin your deliberations.  Let me say a couple things

9     about that.

10          The first is, obviously it's a little bit past 5:30.

11     You can stay as long as you want to.  If you want to stay

12     longer and deliberate tonight, you can do that.  If you decide

13     that you'd rather pick up tomorrow morning, you can do that

14     too.  Just please let me know, because we all and the lawyers

15     will stick around so long as you're here.  No big deal.  Just

16     let us know which way you decide.

17          Remember, the first thing you'll do is vote for a

18     foreperson.

19          Second thing I wanted to say is that you deliberate

20     only as one unit, which means that say one of you goes to the

21     bathroom, or one of you goes out to have a cigarette, or answer

22     the phone, all deliberation must cease at that point.  You can

23     only discuss the case when all 12 of you are in the room

24     together.  And you can only discuss the case in that room.  So,

25     for example, if you all said, you know, I want a break, and I

1    want to go outside, and I want to see the sun for a little

2    while, of course I'll let you do that, but you can't talk about

3    the case when you're out there.  You can only talk about the

4    case when you're in that room and when all 12 of you are

5    together.

6         Last thing.  Unfortunately, two of you are actually

7    not jurors.  Two of you are alternate jurors.  And the reason

8    we do that is because only 12 of you are permitted to

9    deliberate.  But sometimes it happens that people get sick or

10   have to be disqualified for another reason, so in order not to

11   have to do that whole process over again, we pick two alternate

12   jurors, and we don't tell you in advance because otherwise you

13   just wouldn't pay attention, you know, if you knew you were an

14   alternate.

15        So I have prepared certificates of appreciation for

16   our two alternates.  And those are Margaretta Patricia Boyce

17   and Stephanie Faye Hodges.

18        Those are looks of true disappointment that I see on

19   their faces.  And the reason that's important, of course, is

20   because I think you've recognized what I promised you

21   yesterday, which was that it's a special process and maybe you

22   wanted to participate in it.

23        In that respect, let me say one other thing.  My

24   admonition to you all, that I've repeated ad nauseam, that you

25   not discuss the case with anyone or allow it to be discussed

1   with you, that you not do any research about the case, the

2   lawyers, or the parties, and that you not communicate about the

3   case either via social media or otherwise remains in place

4   until your fellow jurors reach a verdict.  And here's why.

5          It happens from time to time that one or another juror

6   during the deliberations will get sick, or will have a family

7   member get sick, or will be called away for some other

8   important reason, in which case, you all will be brought in to

9   fill in during those deliberations.  And if you've been out

10  there, reading all of the media attention or tweeting about the

11  trial, then you've disqualified yourself and won't be able to

12  come in as a juror.

13         So just for a little while longer, Ms. Boyce and

14  Ms. Hodges, I ask you, please, to follow that instruction.  Can

15  you follow that instruction for a little while longer?

16         Now, I'll tell you that you'll be in touch with

17  ToniAnn as soon as either you're required to come back as a

18  juror or the jury has reached a verdict, then you'll be free to

19  talk about the case to whoever you want.  Okay?

20         So I'll just read one of the certificates.  I write

21  them myself, for Ms. Boyce, in recognition:  "This certificate

22  of appreciation is presented to you in recognition of jury

23  service that you have rendered in the United States District

24  Court for the Southern District of Florida.  This certificate

25  of appreciation is awarded for your conscientious performance

1    of an important duty of your American citizenship."

2              And I thank you for that.

3              Now, I also have -- maybe most importantly, I have

4    two -- for each of you, I have a form that reflects that you

5    were here and the dates on which you were here, so that you can

6    show that to an employer, say, if they ask and want to know

7    where you've been and want proof of that.

8              So with that, Ms. Boyce and Ms. Hodges, I'll ask you

9    please to go to the deliberation room and get your belongings.

10   And I'll wish you a good night.

11             JUROR NO. 14:  Bye.

12             *(The alternate jurors exited the courtroom)*

13             THE COURT:  All right, folks, for the rest of you,

14   I'll ask you, please, to retire to begin your deliberations,

15   and, of course, to let me know whether you want to go home now

16   or whether you want to stay a little bit longer.  If you do

17   decide to come back tomorrow morning, what time would you like

18   to come back?  Nine, 9:30?  Let's say 9:30.

19             Okay.  All rise.

20             *(The jury went to the jury deliberation room to*

21   *deliberate upon a verdict at 5:50 p.m.)*

22             THE COURT:  Please be seated.

23             Mr. Garcia, please go over with Ms. Zhang -- Alan, the

24   door is open -- please go over with Ms. Zhang, using the

25   exhibit list, the exhibits that were introduced so that we can

1   go back on the record and agree on the exhibits that should go

2   back to the jury.  My practice is for the actual video

3   recording -- I'm not sure if they're going to want to see that,

4   but they're not going to have a laptop back there.  So that is

5   the only thing, I think, that wouldn't go back there.  And the

6   phone, probably, either.

7        So if they want to see the phone or if they want to

8   see the disks, or the video, then they can send me a note, and

9   we'll bring them back in and play it off of your laptop again.

10  But everything else, please get together with Ms. Zhang and

11  agree on the exhibits that should go back to the room.

12       Do you have a copy of the filled-in exhibit list?

13  Because I can give you mine.

14       MR. GARCIA:  I do.  We've been keeping ours.

15       THE COURT:  Okay.  And, Ms. Zhang, if you want,

16  Mr. Adler and Ms. Militello can help you go over with the

17  exhibit list to convene with the government about that.

18       THE DEFENDANT:  *(In English)* What?

19       THE COURT:  You got to speak into the microphone.

20       THE DEFENDANT:  Okay.  I'm sorry.  Just now I had put

21  on my earphone in the later part of the conversation, so I

22  didn't catch all of what the interpreter said.

23       THE COURT:  Oh, all I was saying is that there were

24  exhibits that were introduced into evidence at the trial, and

25  some of those exhibits are going to go back to the jury room.

365

1    I'd like for you and Mr. Garcia and Mr. Sherwin to get

2    together, go over the exhibit list and compare it with the

3    exhibits that were introduced, just so you can agree on what

4    goes back there.  Because we don't want a situation where

5    something goes back there that wasn't actually in evidence.

6    That wouldn't be fair to either side.

7              Do you understand that?

8              THE DEFENDANT:  *(In English)* Okay.

9              THE COURT:  Do you want Ms. Militello and Mr. Adler to

10   help you with that?

11             THE DEFENDANT:  I didn't quite understand.  So you

12   want me to take a look at, you know, the items, like the phones

13   and stuff?  Or, like, what exactly you want me to do?

14             THE COURT:  Let me see if I can explain it a little

15   bit better.

16             THE DEFENDANT:  *(In English)* Okay.

17             THE COURT:  There are exhibits that were admitted at

18   trial.  Right?

19             THE DEFENDANT:  *(In English)* Yes.

20             THE COURT:  Do you understand that?

21             THE DEFENDANT:  *(In English)* Yes.

22             THE COURT:  Okay.  Only those things that were

23   admitted at trial, though, can go back to the jury.  They're

24   not permitted to see things that were not admitted at trial.

25   So in order to protect you that they're seeing only things that

1    were actually admitted at trial, I'm giving you the opportunity

2    to review with the government every single item that they're

3    going to send back there, so that you can make sure that

4    nothing is going back there that wasn't actually admitted by me

5    during your trial.  Make sense?

6             THE DEFENDANT:  *(In English)* Okay.  I understand the

7    way you are saying.

8             THE COURT:  Okay.  Ms. Militello, why don't you help

9    her with that?

10            *(Discussion had off the record between counsel and*

11   *client)*

12            THE COURT:  I'll be back in a couple minutes, Fran.

13            THE COURT REPORTER:  Okay, Judge.

14            COURTROOM SECURITY OFFICER:  All rise.

15            *(The Judge exited the courtroom)*

16            *(Recess taken at 5:56 p.m. until 6:00 p.m.)*

17            COURTROOM SECURITY OFFICER:  All rise.

18            *(The Judge entered the courtroom)*

19            THE COURT:  Good afternoon, folks.

20            Did you give them copies?

21            All right.  Please be seated.

22            We've received our first juror note, but it's not a

23   scary one.  "We would like to resume tomorrow at 9:30 a.m."

24            So maybe they want a free lunch.  I'm going to let

25   them go.  And I'll ask the lawyers to be here at 9:30.  I don't

1    think you should be in the courtroom, because the way the

2    acoustics work here, once they get going in there, my

3    experience is everyone in here can hear what they're saying.

4    So we're going to actually lock the courtroom while they're

5    deliberating, unless I have hearings, which I don't think I

6    have.

7              ROOM CLERK:  No.

8              THE COURT:  So the courtroom will be locked.  So I'll

9    just ask the lawyers to be within ten minutes distance.  And

10   leave your cell phone numbers with ToniAnn, and we'll give you

11   all a call.

12             MR. SHERWIN:  Your Honor, how would the Court like it

13   in regard to the evidence?  We can maintain custody and then

14   turn that over at 9:30, if you prefer.

15             THE COURT:  Yeah, that works for me.

16             MR. SHERWIN:  Okay.

17             THE COURT:  Have you all agreed on the exhibits that

18   are going to go back?

19             MR. GARCIA:  Almost.  We're almost there.

20             THE COURT:  All right.  Let's just finish that, and

21   then we can all go.

22             THE MARSHAL:  Are you gonna want her at 9:30 to start?

23             THE COURT:  Yep, yep.

24             THE MARSHAL:  You bring the jury out?

25             THE COURT:  Oh, no, no, she can be back there and come

```
1    out whenever there's a note.
2              THE MARSHAL:  Yeah, exactly.
3              THE COURT:  No problem.
4              THE MARSHAL:  Sometimes they want to start in the
5    morning.
6              THE COURT:  No, we'll let them start without --
7              THE MARSHAL:  Great.  We like that.
8              (Discussion had off the record)
9              THE COURT:  Are we agreed?
10             MR. GARCIA:  Yes, sir.
11             THE COURT:  All right.  So you've gone over all of the
12   exhibits together, and you're agreed as to which exhibits will
13   go back to the jury room?
14             MR. GARCIA:  Yes, sir.
15             THE COURT:  Ms. Zhang, is that correct?
16             THE DEFENDANT:  (In English) Yes.
17             THE COURT:  Okay.
18             All right.  Thank you all very much.  I'll see you
19   tomorrow at 9:30 in the morning.  Well, I guess I won't see you
20   at 9:30 in the morning.  Just be within ten minutes of here at
21   9:30 in the morning.  Because we're not going to bring the
22   jurors into the courtroom.  They're going to begin their
23   deliberations when they get here.
24             MR. GARCIA:  That's fine.  We'll be upstairs.
25             MR. SHERWIN:  Judge, may we deliver, then, the
```

1    exhibits at 9:30 to chambers directly, is that okay?

2              THE COURT:  Perfect.

3              MR. SHERWIN:  Okay.

4              All right, Judge.  Thank you.

5              *(Discussion had off the record)*

6              THE COURT:  You should submit an amended exhibit list

7    with those things that -- because as I have it, there are a few

8    exhibits you chose not to introduce.

9              MR. GARCIA:  Right.  I'll work on that tonight, and

10   I'll have it in the morning.

11             THE COURT:  Great.

12             Thank you all.  Have a good night.

13             MR. GARCIA:  You too.

14             *(Discussion had off the record)*

15             *(Proceedings concluded at 6:15 p.m.)*

16                            -   -   -   -   -

17

18

19

20

21

22

23

24

25

```
1                        INDEX OF WITNESSES

2      GOVERNMENT'S WITNESSES                    PAGE

3      Brennan Fortune
       Direct by Mr. Sherwin                     122
4
       Ariela Grumaz
5      Direct by Mr. Sherwin                     146
       Cross by the Defendant                    176
6      Redirect by Mr. Sherwin                   178

7      Samuel Ivanovich
       Direct by Mr. Garcia                      183
8
       Craig Williams
9      Direct by Mr. Sherwin                     220

10     Ricardo Soto
       Direct by Mr. Sherwin                     245
11
       Katherine K.S. Chang
12     Direct by Mr. Sherwin                     271

13                         _  _  _  _  _

14     JURY CHARGE                               331

15     CLOSING ARGUMENT

16     By Mr. Garcia                             343

17     By Ms. Zhang                              359

18     By Mr. Garcia                             358

19                         _  _  _  _  _

20

21

22

23

24

25
```

**INDEX OF EXHIBITS**

| GOVERNMENT'S EXHIBITS | MARKED | ADMITTED |
|---|---|---|
| 20 | 250 | 254 |
| 21 | 258 | 161 |
| 22 | 258 | 263 |
| 23 | 225 | 281 |
| 24 | 282 | 289 |
| 25 | 282 | 291 |
| 7-1 and 7-2 | 149 | 151 |
| 4 | 128 | 325 |
| 5 | 128 | 130 |
| 6 | 128 | 138 |
| 26 | 128 | 133 |
| 8 | 188 | 188 |
| 13 | 194 | 194 |
| 9 | 195 | 196 |
| 3 | 201 | 202 |
| 14 | 203 | 203 |
| 15 | 204 | 204 |
| 16, 17, and 18 | 207 | 207 |
| 12 | 211 | 212 |
| 19 | 226 | 228 |

- - - - -

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from

the record of proceedings in the above-entitled matter.


   /S/Francine C. Salopek                          3-20-23
Francine C. Salopek, RMR-CRR          Date
Official Court Reporter

**COURTROOM SECURITY OFFICER: [13]** 120/10 179/2 181/10 181/20 182/7 231/9 234/6 244/1 305/19 308/24 330/23 366/14 366/17
**JUROR NO. 14: [1]** 363/11
**MR. ADLER: [30]** 120/19 120/21 236/24 243/3 243/7 243/14 311/4 311/7 313/1 313/16 314/9 314/20 315/8 315/12 316/7 316/11 319/12 320/5 320/11 320/15 320/18 322/13 323/2 323/7 323/20 325/17 326/3 326/7 326/16 327/20
**MR. GARCIA: [64]**
**MR. SHERWIN: [141]**
**MS. MILITELLO: [3]** 233/22 234/1 234/4
**ROOM CLERK: [14]** 120/24 121/1 121/5 121/7 182/16 182/18 182/24 244/19 244/21 244/24 270/21 270/25 271/2 367/7
**THE AGENT: [2]** 251/10 305/22
**THE COURT REPORTER: [9]** 126/10 146/4 146/7 162/6 211/4 219/21 219/23 299/23 366/13
**THE COURT: [432]**
**THE DEFENDANT: [181]**
**THE INTERPRETER: [1]** 137/9
**THE MARSHAL: [5]** 367/22 367/24 368/2 368/4 368/7
**THE WITNESS: [30]** 121/4 121/6 131/10 131/13 131/15 134/14 144/4 145/24 146/10 177/16 178/20 182/23 208/16 219/9 219/25 227/16 227/19 227/21 227/23 244/23 253/7 270/15 270/24 271/1 277/14 278/21 285/8 285/10 294/4 305/14

**$**

**$2,000 [2]** 346/16 352/14
**$20,000 [3]** 297/4 344/4 359/14
**$600 [1]** 218/9
**$7,600 [1]** 218/8
**$8,000 [2]** 215/22 354/3
**$80 [3]** 202/12 348/10 348/22

**'**

**'Without [3]** 319/24 327/6 327/10

**/**

**/S/Francine [1]** 371/22

**1**

**1-2 [1]** 185/14
**1-3 [1]** 185/14
**1-4 [1]** 351/9
**10 [3]** 118/8 120/1 235/1
**1028A [3]** 312/7 312/7 312/24
**11 [2]** 207/9 207/11
**114 [9]** 299/22 299/23 300/4 300/6 300/6 300/23 345/1 345/1 345/3
**117 [5]** 269/10 302/2 302/3 302/4 345/11
**118 [2]** 303/1 345/11

**119 [2]** 303/13 345/11
**11:00 [1]** 181/12
**11:39 [1]** 181/12
**11:44 p.m [1]** 206/8
**12 [16]** 211/10 211/11 211/14 211/16 211/18 211/22 212/8 212/12 212/13 274/17 354/14 354/22 360/23 361/4 361/8 371/12
**120 [3]** 303/23 304/3 345/11
**122 [1]** 370/3
**128 [4]** 371/6 371/7 371/7 371/8
**12:30 [3]** 186/18 230/22 234/8
**13 [14]** 194/1 194/1 194/2 194/5 194/13 194/21 223/19 228/25 249/19 250/1 254/16 254/24 265/8 371/9
**130 [1]** 371/7
**133 [1]** 371/8
**138 [4]** 304/8 346/17 346/18 371/7
**14 [12]** 120/5 199/5 202/25 202/25 203/1 203/4 203/8 203/11 203/12 203/15 203/16 371/10
**146 [1]** 370/5
**149 [1]** 371/6
**14th [1]** 294/16
**15 [11]** 204/6 204/7 204/8 204/11 204/16 204/19 204/20 204/23 204/25 298/13 371/11
**15 days [1]** 199/6
**15 minutes [4]** 178/25 233/1 305/18 331/1
**151 [1]** 371/6
**15th [2]** 268/16 344/3
**16 [12]** 206/22 206/25 207/3 207/10 207/12 207/16 209/11 298/13 346/7 346/8 346/11 371/11
**161 [1]** 371/3
**1657 [1]** 208/14
**17 [9]** 207/1 207/3 207/10 207/12 210/1 224/13 287/3 287/3 371/11
**17 years [1]** 247/16
**1752 [1]** 309/23
**176 [1]** 370/5
**178 [1]** 370/6
**18 [9]** 206/22 207/1 207/3 207/10 207/12 298/13 298/17 309/22 371/11
**183 [1]** 370/7
**188 [2]** 371/8 371/8
**18th [3]** 300/22 344/11 344/21
**19 [14]** 225/17 225/19 225/19 225/21 226/2 226/4 226/21 227/24 228/9 229/14 251/10 253/11 253/11 371/12
**19-80056-CR-RKA [1]** 118/4
**194 [2]** 371/9 371/9
**195 [1]** 371/9
**196 [1]** 371/9
**19th [2]** 299/9 299/16
**1:17 [1]** 235/1
**1:30 [3]** 230/22 233/14 242/19

**2**

**2.1 [3]** 238/5 238/11 238/24
**2.2 [4]** 237/7 238/6 238/12 238/24
**20 [7]** 250/23 250/25 254/1 254/2 328/21 351/15 371/3

**20,000 [2]** 296/1 301/25
**2003 [1]** 275/10
**2005 [1]** 311/22
**2007 [1]** 275/7
**201 [1]** 371/10
**2010 [1]** 321/9
**2015 [4]** 248/8 271/17 271/19 276/24
**2016 [1]** 275/7
**2018 [1]** 272/2
**2019 [27]** 118/8 120/1 123/6 128/24 133/23 183/15 184/12 185/8 189/4 193/2 197/19 202/7 203/18 203/22 203/23 206/6 230/2 235/1 294/16 295/14 298/17 300/13 302/6 305/3 305/4 344/3 346/21
**202 [1]** 371/10
**203 [2]** 371/10 371/10
**204 [2]** 371/11 371/11
**207 [2]** 371/11 371/11
**207B [1]** 119/14
**21 [14]** 258/10 258/12 258/24 258/25 260/10 261/1 261/3 262/25 263/4 264/9 265/8 281/3 288/14 371/3
**211 [1]** 371/12
**212 [1]** 371/12
**22 [21]** 258/11 258/12 261/7 261/15 262/1 262/4 262/20 262/24 262/25 263/4 263/16 264/6 264/7 264/9 265/9 266/20 280/6 280/8 280/17 280/25 371/4
**220 [1]** 370/9
**225 [1]** 371/4
**226 [1]** 371/12
**228 [1]** 371/12
**23 [22]** 224/25 225/2 225/21 278/12 278/23 279/22 280/1 281/14 281/16 281/17 282/9 284/5 343/18 344/6 344/9 345/1 345/10 345/12 346/17 346/17 371/4 371/22
**24 [16]** 281/25 282/1 283/22 283/24 283/25 284/1 288/2 288/5 288/24 289/7 289/21 290/12 291/15 291/17 293/23 371/5
**245 [1]** 370/10
**25 [12]** 281/25 282/1 283/23 290/11 291/3 291/6 291/7 293/2 293/22 295/6 343/23 371/5
**250 [1]** 371/3
**254 [1]** 371/3
**258 [2]** 371/3 371/4
**26 [8]** 127/25 128/1 130/15 131/17 133/6 301/2 302/9 371/8
**26 minutes [1]** 342/19
**263 [1]** 371/4
**26th [2]** 300/18 344/25
**27 [1]** 303/9
**271 [1]** 370/12
**27MAR [1]** 208/13
**27th [7]** 208/13 302/6 302/10 303/19 304/2 346/6 346/12
**28 [1]** 342/16
**281 [1]** 371/3
**282 [2]** 371/5 371/5
**289 [1]** 371/5

373

**2**

**28th [7]** 184/12 189/4 199/15 203/22 205/13 206/6 300/13
**29 [4]** 233/7 243/2 306/15 306/25
**291 [1]** 371/5
**299 [1]** 119/14
**29th [10]** 202/7 203/18 203/23 304/14 346/21 346/22 347/5 347/7 348/15 348/22
**2:07 [2]** 242/19 242/23
**2:12 [1]** 242/23
**2:30 [1]** 233/5

**3**

**3-20-23 [1]** 371/22
**3-31-2019 [1]** 230/2
**30 [3]** 139/25 307/25 308/4
**30 minutes [3]** 233/12 236/12 307/24
**30 seconds [1]** 351/15
**301 [1]** 311/19
**30th [38]** 123/6 123/12 124/2 125/25 126/19 128/24 131/5 133/23 134/8 138/13 138/19 138/24 142/24 145/18 148/3 148/17 150/14 150/20 151/2 152/5 153/2 153/5 153/13 178/12 180/19 183/15 183/19 185/8 186/5 193/1 197/19 221/12 221/16 295/13 299/2 344/16 348/17 348/18
**324 [1]** 210/19
**325 [1]** 371/6
**331 [1]** 370/14
**33132 [1]** 119/7
**33301 [1]** 119/14
**33401 [2]** 119/4 119/11
**343 [1]** 370/16
**35534008005420 [2]** 229/11 254/21
**35534008005420 [1]** 194/12
**358 [1]** 370/14
**359 [1]** 370/17
**38 [1]** 304/9
**3:30 [2]** 233/5 307/13
**3:34 [1]** 309/1
**3:52 [1]** 309/1

**4**

**40 minutes [1]** 307/15
**40 years [1]** 266/25
**400 [1]** 119/4
**416 F.3d 301 [1]** 311/19
**45 minutes [1]** 233/2
**45 seconds [1]** 139/25
**450 [1]** 119/10
**4:38 [1]** 330/7
**4:49 [1]** 330/7
**4th [1]** 119/7

**5**

**500 [2]** 119/3 119/11
**5686 [1]** 119/15
**5:30 [1]** 360/10
**5:50 [1]** 363/21
**5:56 [1]** 366/16

**6**

**6.pic [1]** 268/4
**60,000 [1]** 302/1
**6:00 [1]** 366/16
**6:15 [1]** 369/15

**7**

**7-1 [6]** 149/12 149/19 151/6 151/15 178/7 371/6
**7-2 [11]** 149/11 149/12 149/19 150/2 151/6 151/14 151/15 177/4 177/8 178/7 371/6
**702 [1]** 179/17
**769-5686 [1]** 119/15
**7:06 [1]** 230/2

**8**

**8:30 p.m [1]** 206/7
**8th [1]** 277/10

**9**

**902 [2]** 207/9 207/11
**91 [10]** 268/25 269/2 297/19 297/23 298/6 300/20 300/20 344/7 344/7 344/9
**954 [1]** 119/15
**99 [1]** 119/7
**9:30 [10]** 363/18 363/18 366/23 366/25 367/14 367/22 368/19 368/20 368/21 369/1
**9:46 [2]** 118/8 120/1

**A**

**a.m [5]** 118/8 120/1 181/12 181/12 366/23
**ability [2]** 222/12 335/2
**above [2]** 197/20 371/20
**above-entitled [1]** 371/20
**Absolutely [1]** 326/3
**accept [8]** 326/16 327/20 327/21 329/6 329/12 334/11 335/11 355/2
**acceptable [1]** 328/1
**access [7]** 142/4 166/18 167/16 169/6 189/21 227/20 357/2
**accident [2]** 181/4 339/2
**accordance [1]** 341/25
**according [2]** 346/4 346/13
**account [5]** 303/12 304/6 345/20 345/21 346/2
**accurate [12]** 128/23 131/4 134/7 150/19 150/21 151/1 169/17 279/24 315/7 315/9 322/10 334/12
**accurately [2]** 309/21 335/3
**acoustics [1]** 367/2
**acquit [1]** 315/17
**Acquittal [2]** 306/22 306/23
**acquivital [1]** 306/21
**acronym [1]** 256/18
**across [4]** 139/6 142/5 152/16 171/5
**act [6]** 332/25 337/16 337/17 338/25 339/3 340/14
**acted [5]** 179/18 297/16 338/1 339/6 339/8
**acting [2]** 172/8 352/3

**action [1]** 337/15
**actions [3]** 156/3 356/4 356/7
**activities [1]** 301/11
**ad [1]** 361/24
**ad nauseam [1]** 361/24
**add [3]** 293/14 309/18 324/10
**added [2]** 261/18 326/8
**adding [3]** 310/20 310/21 319/17
**addition [3]** 156/3 265/6 324/7
**address [1]** 256/10
**addressing [1]** 343/5
**adjacent [1]** 353/16
**Adler [17]** 119/8 120/18 181/17 231/25 235/21 236/9 236/24 243/1 243/11 306/15 312/19 319/11 325/4 328/2 341/20 364/16 365/9
**admissible [1]** 179/18
**admission [2]** 125/17 281/13
**admit [1]** 279/22
**admitted [50]** 130/9 130/10 133/6 135/12 135/13 138/1 138/2 151/14 151/15 169/21 188/22 188/23 194/20 194/21 196/12 196/13 202/1 202/2 203/11 203/12 204/19 204/20 207/11 207/12 212/6 212/8 228/8 228/9 254/1 254/2 260/19 261/2 261/3 263/15 263/16 277/21 281/16 281/17 282/10 289/21 291/6 291/7 333/6 333/7 365/17 365/23 365/24 366/1 366/4 371/2
**admonition [3]** 121/12 278/1 361/24
**advance [2]** 221/18 361/12
**advantage [1]** 334/1
**advertised [1]** 244/6
**advising [2]** 299/3 344/17
**aerial [3]** 210/23 211/16 212/14
**affairs [2]** 162/3 333/1
**affect [1]** 339/13
**affirmatively [3]** 162/2 172/18 315/13
**afraid [1]** 215/20
**afternoon [12]** 148/7 153/17 155/24 221/21 223/2 235/3 305/17 309/3 343/1 358/19 358/20 366/19
**afterwards [3]** 167/15 172/3 173/18
**agency [7]** 226/22 317/6 337/20 338/4 338/7 338/12 338/18
**agent [62]**
**Agent Brennan [4]** 120/15 121/21 130/2 185/2
**Agent Fortune [6]** 122/13 127/21 128/6 133/11 135/17 183/20
**Agent Ivanovich [13]** 144/24 172/12 173/21 183/4 224/19 229/23 230/3 346/10 349/1 352/8 353/6 353/9 353/22
**Agent Kerr [5]** 126/18 212/20 349/19 350/8 352/23
**Agent Krystle [1]** 125/23
**Agent Sam [4]** 144/13 170/23 181/25 221/20
**agent's [1]** 197/15
**agents [13]** 174/9 175/20 175/22 175/25 176/3 180/22 216/1 314/1 338/9 349/14 349/16 353/15 358/1

**A**

**aggressive [2]** 191/8 191/14
**agree [13]** 194/25 197/22 232/9
 309/20 323/6 323/7 323/19 328/11
 332/6 339/24 364/1 364/11 365/3
**agreement [3]** 340/5 341/25 344/3
**agrees [1]** 295/12
**Ah [3]** 216/12 235/17 239/23
**ahold [1]** 164/2
**aid [1]** 334/3
**airiance [1]** 240/4
**airline [1]** 346/16
**airlines [15]** 204/2 204/12 205/1
 205/9 205/22 206/9 206/10 206/14
 207/1 207/20 208/10 208/17 208/20
 209/15 346/8
**airplane [1]** 356/8
**airport [4]** 205/9 205/10 205/24
 205/25
**airports [2]** 205/8 205/23
**Alan [4]** 182/20 182/20 328/15
 363/23
**allege [1]** 260/19
**alleged [1]** 338/24
**allegedly [1]** 169/25
**allow [9]** 121/13 125/2 231/4 232/7
 244/12 284/20 319/5 334/6 361/25
**allowed [16]** 158/12 177/12 189/15
 216/9 216/22 232/22 232/23 242/5
 248/19 313/22 314/3 331/13 335/10
 350/18 351/3 351/19
**allowing [1]** 328/2
**almost [6]** 175/14 187/5 235/25
 354/3 367/19 367/19
**alone [1]** 339/21
**alternate [4]** 361/7 361/11 361/14
 363/12
**alternates [1]** 361/16
**alternative [2]** 328/1 329/3
**Alternatively [1]** 307/10
**Altman [4]** 118/17 251/7 277/8 343/3
**amended [1]** 369/6
**amendment [1]** 237/20
**AMERICA [5]** 118/6 187/16 198/3
 218/20 219/2
**American [7]** 161/6 161/14 162/9
 162/21 166/20 352/1 363/1
**amount [3]** 202/11 209/24 210/9
**amounts [1]** 218/6
**analogies [3]** 343/3 343/4 343/6
**analogous [3]** 312/21 313/2 324/9
**analyst [3]** 259/16 265/16 271/22
**analyze [1]** 259/16
**Analyzer [1]** 256/1
**analyzing [1]** 360/2
**Andre [2]** 135/7 136/11
**angle [3]** 152/13 155/5 171/4
**angles [1]** 152/11
**annoyingly [1]** 211/5
**annual [3]** 246/5 246/14 246/17
**answer [16]** 134/24 147/6 147/7
 159/9 159/10 160/1 160/8 160/17
 163/12 177/10 177/14 177/15 231/23
 335/5 352/5 360/21

**answers [2]** 180/8 200/6
**anxious [1]** 174/9
**anymore [1]** 172/16
**anyways [1]** 348/1
**apologies [2]** 182/11 292/14
**apologize [14]** 138/14 158/2 160/3
 162/7 163/8 182/8 182/14 225/18
 244/9 266/23 285/16 296/4 311/17
 327/24
**app [2]** 198/23 258/2
**Appeals [1]** 311/18
**APPEARANCES [1]** 119/1
**Apple [1]** 249/23
**application [2]** 198/11 198/17
**apply [4]** 237/7 237/9 306/20 306/20
**appointment [7]** 156/20 159/1
 159/22 163/2 163/4 163/9 163/17
**appreciate [1]** 121/9
**appreciation [3]** 361/15 362/22
 362/25
**approach [20]** 127/18 149/23 154/18
 220/3 224/5 224/6 225/4 225/23
 228/12 249/16 250/19 258/17 261/6
 261/21 263/19 266/18 278/10 281/20
 289/25 291/9
**approached [1]** 187/5
**approaches [1]** 352/9
**approximately [7]** 122/18 138/21
 183/8 186/18 195/5 218/8 218/9
**archived [1]** 261/19
**area [64]**
**areas [3]** 134/15 158/13 349/25
**aren't [1]** 324/2
**arguing [1]** 312/19
**argument [22]** 307/14 307/17 308/9
 308/10 308/11 308/12 308/13 308/13
 308/14 308/16 313/20 322/24 322/24
 331/11 331/14 331/16 331/16 342/8
 343/7 343/10 358/13 370/15
**arguments [4]** 239/13 239/18 240/18
 331/10
**Ariela [7]** 145/12 145/17 146/3 146/6
 146/10 186/19 370/4
**arise [1]** 323/23
**arisen [1]** 323/12
**armed [1]** 314/1
**arose [1]** 311/24
**arranged [3]** 198/13 299/5 344/18
**arrangements [2]** 198/24 198/25
**arrest [1]** 222/15
**arrested [4]** 222/9 222/17 222/25
 223/12
**arrival [2]** 205/16 206/2
**arrive [1]** 138/25
**arrived [1]** 172/22
**arriving [2]** 206/8 333/12
**article [2]** 148/14 223/6
**articulate [2]** 253/4 257/9
**articulates [1]** 257/10
**artifacts [2]** 246/25 257/12
**Asian [7]** 161/3 161/4 188/6 274/10
**aspect [2]** 314/10 322/11
**aspects [1]** 275/14
**assembly [4]** 299/8 299/9 299/10

 299/14
**asserts [1]** 333/20
**assets [2]** 184/16 184/24
**assigned [11]** 122/21 123/13 123/14
 183/11 183/12 183/16 183/19 183/21
 184/15 184/16 185/2
**assignment [4]** 122/23 184/13
 184/23 185/24
**assignments [1]** 184/22
**assist [2]** 125/13 247/10
**Assistant [4]** 119/2 119/6 119/9
 236/25
**association [7]** 159/25 161/6 161/14
 162/10 162/16 162/21 166/20
**assume [2]** 324/9 333/9
**assumed [1]** 359/4
**attachment [3]** 266/12 267/22 268/12
**attachments [2]** 265/3 265/10
**attempt [7]** 258/21 317/1 317/1
 335/19 337/4 337/5 337/8
**attempted [2]** 243/14 357/10
**attempting [3]** 191/9 337/6 344/9
**attend [7]** 198/2 198/14 198/14
 198/25 218/19 246/22 301/14
**attendance [1]** 186/4
**attire [2]** 199/21 353/5
**attorney [3]** 119/2 119/6 231/23
**Attorney's [2]** 119/3 119/6
**AUD [3]** 285/9 285/12 285/19
**audio [31]** 195/14 195/15 195/19
 265/3 265/4 265/12 269/5 269/7 279/3
 279/7 283/8 284/17 285/3 285/18
 285/19 297/23 297/25 298/1 298/3
 298/5 298/11 298/11 298/12 298/18
 300/7 300/8 300/19 300/20 300/23
 301/3 302/7
**Australian [2]** 119/3 119/10
**authenticated [3]** 133/3 151/13
 283/20
**authenticity [2]** 206/17 296/18
**authority [79]**
**authority' [3]** 319/25 327/6 327/10
**authorization [1]** 324/9
**authorized [3]** 311/5 324/12 335/24
**avail [1]** 306/10
**Avenue [2]** 119/3 119/10
**awarded [1]** 362/25
**aware [4]** 147/17 161/15 187/3 339/8
**awareness [1]** 186/1

**B**

**B-U-R-S-E-Y [1]** 311/18
**B1 [3]** 235/11 236/2 236/4
**B10.2 [1]** 317/17
**B11 [1]** 317/22
**B12 [1]** 317/25
**B2.1 [3]** 237/9 237/23 309/7
**B2.2 [3]** 236/5 237/23 309/6
**B3 [1]** 239/8
**B4 [4]** 239/11 239/22 240/6 240/13
**B5 [1]** 241/8
**B7 [1]** 241/15
**B8 [3]** 242/11 309/8 309/10
**B9.1A [1]** 317/13

**B**

**bachelor's [1]** 246/1
**background [3]** 245/24 266/4 272/18
**backside [1]** 308/7
**bag [2]** 193/17 193/19
**balance [1]** 299/15
**ballpark [1]** 247/19
**banded [1]** 187/12
**bar [1]** 244/6
**barricades [1]** 349/15
**Barron [1]** 193/6
**bars [1]** 233/25
**basic [5]** 238/22 247/4 267/13 300/4 313/6
**basis [11]** 147/17 157/21 194/16 212/2 221/1 226/14 226/18 228/1 253/20 260/22 289/10
**Bath [20]** 124/16 124/21 127/3 127/3 127/14 127/16 128/15 128/17 130/4 136/8 137/4 141/9 141/22 190/24 191/13 192/1 192/19 193/16 195/5 348/7
**bathing [1]** 199/25
**bathroom [20]** 170/15 171/13 171/15 171/20 172/19 173/19 174/1 174/5 174/7 174/10 174/12 174/16 174/20 175/3 175/12 175/17 175/18 175/21 192/15 360/21
**Beach [33]** 119/4 119/11 122/21 122/24 127/13 130/20 142/3 183/12 184/17 184/18 190/19 190/21 191/17 191/17 192/6 193/16 194/24 195/6 195/12 198/14 199/2 199/3 200/17 200/19 205/5 205/24 205/25 210/4 213/8 214/6 214/9 214/17 351/2
**becomes [1]** 352/6
**began [2]** 198/5 240/15
**begin [5]** 244/25 271/16 331/21 360/8 363/14 368/22
**beginning [13]** 179/6 179/8 239/14 241/5 251/16 285/4 285/22 286/10 287/21 296/5 343/4 355/21 358/23
**begins [1]** 360/7
**behind [2]** 214/10 266/25
**Beijing [1]** 294/5
**belabor [1]** 326/18
**belief [2]** 179/23 252/5
**beliefs [1]** 340/8
**believe [32]** 134/16 141/2 141/2 152/10 155/7 155/21 159/21 161/1 161/5 171/19 174/16 181/22 230/2 237/2 241/12 247/15 249/11 257/6 265/16 283/17 291/14 292/4 297/21 298/16 300/14 311/4 313/3 320/12 322/17 334/12 334/14 334/18
**believed [11]** 200/7 214/21 320/23 321/24 323/4 324/23 325/13 325/20 326/10 327/14 336/20
**believes [1]** 323/16
**belong [3]** 180/5 180/25 353/13
**belongings [2]** 351/18 363/9
**Belt [1]** 296/9
**Bernard [1]** 152/21
**besides [1]** 214/18

**beyond [19]** 312/15 319/24 325/10 327/10 331/24 332/15 332/18 332/24 333/3 336/4 336/17 337/10 337/23 338/22 355/3 355/5 355/6 356/15 360/4
**bigger [1]** 300/2
**binding [1]** 333/8
**black [1]** 188/5
**blank [1]** 176/1
**blocked [1]** 349/13
**blue [1]** 190/13
**blurry [1]** 298/15
**Blvd [1]** 119/14
**board [1]** 290/5
**boarding [5]** 204/13 205/1 205/3 206/7 275/4
**Bob [1]** 308/20
**bodies [1]** 350/20
**body [2]** 156/6 295/3
**booked [4]** 199/7 199/8 199/10 207/23
**booking [1]** 203/19
**born [2]** 272/24 272/25
**bottom [6]** 124/10 205/4 205/20 207/21 209/10 310/11
**Boulevard [11]** 124/12 127/8 127/9 127/10 127/12 131/5 136/7 137/4 139/6 141/13 141/21
**bound [1]** 352/15
**Boyce [4]** 361/16 362/13 362/21 363/8
**bracket [1]** 285/19
**break [14]** 178/23 178/24 181/9 219/16 230/21 233/6 233/9 233/11 242/14 248/19 305/17 307/9 308/23 360/25
**Brennan [8]** 120/15 120/25 121/4 121/21 130/2 135/5 185/2 370/3
**briefs [1]** 276/5
**Broward [1]** 119/14
**Buffett's [1]** 301/22
**build [1]** 219/1
**building [33]** 309/25 310/3 310/4 310/8 310/21 310/23 319/22 319/24 320/1 325/8 325/9 325/11 325/14 326/12 326/14 327/7 327/9 327/12 327/16 327/18 335/19 336/1 336/6 336/7 336/9 336/10 336/15 336/17 336/19 336/23 336/24 337/12 356/25
**buildings [2]** 309/17 337/7
**bunch [3]** 215/21 347/13 353/18
**burden [6]** 323/5 331/15 332/17 355/2 355/2 355/4
**bureau [6]** 245/10 245/12 245/19 246/19 271/8 272/4
**Bursey [2]** 311/17 312/3
**business [9]** 207/19 226/22 226/23 227/18 251/21 252/2 252/13 294/6 348/16
**businesses [1]** 227/15
**butchering [1]** 326/20
**butter [1]** 244/7
**button [2]** 126/10 211/3
**buy [3]** 299/3 299/17 344/17

**buying [1]** 344/24
**buys [1]** 346/11
**Bye [1]** 363/11

**C**

**C-H-A-N-G [2]** 270/19 271/1
**cabana [1]** 353/3
**cafe [2]** 347/9 348/23
**calculation [1]** 181/5
**calendar [4]** 164/6 164/8 242/15 242/18
**call [14]** 120/13 125/20 144/15 146/1 158/25 181/23 183/14 219/15 221/19 243/23 256/16 270/17 331/21 367/11
**called [17]** 125/23 145/12 162/9 164/5 166/19 170/23 174/24 180/18 198/11 223/20 255/25 268/4 294/10 328/16 328/17 335/14 362/7
**calls [9]** 146/13 147/6 147/7 181/25 242/15 242/18 243/25 270/19 351/2
**calm [1]** 145/9
**camera [2]** 154/13 156/9
**cameras [12]** 127/4 127/9 127/12 127/14 130/21 131/9 131/21 132/16 133/20 134/12 134/16 135/9
**cancel [1]** 304/21
**cancellation [1]** 356/7
**cancelled [14]** 180/18 299/3 299/12 344/16 344/23 345/9 345/15 346/5 347/2 347/4 356/8 359/15 359/16 359/24
**capable [1]** 338/17
**capacity [2]** 227/22 276/15
**caption [1]** 235/5
**captured [1]** 133/19
**Caputo [5]** 313/15 313/19 313/20 314/4 322/20
**car [3]** 250/12 347/10 349/16
**card [3]** 218/10 348/11 348/16
**cards [3]** 215/21 218/3 354/2
**careful [1]** 215/23
**carefully [2]** 332/22 355/11
**carry [2]** 296/7 341/7
**carrying [2]** 193/11 201/2
**cart [10]** 139/5 140/7 140/9 141/1 141/20 141/24 142/6 212/23 351/7 351/13
**cash [8]** 215/22 218/5 218/7 346/13 346/14 352/15 354/3 354/3
**Cashier [2]** 215/25 216/1
**cataloged [2]** 226/9 227/7
**catch [4]** 232/11 239/25 240/4 364/22
**catering [4]** 152/17 163/18 165/12 165/16
**caught [1]** 356/18
**cause [2]** 169/14 170/3
**causes [1]** 289/14
**caution [6]** 231/2 231/3 249/8 317/17 339/15 341/13
**CCCPC [3]** 296/11 296/14 296/15
**CD [4]** 259/1 259/2 259/8 259/12
**CD-ROM [2]** 259/1 259/2
**cease [1]** 360/22
**cell [9]** 246/25 255/6 255/7 255/8

## C

**cell... [5]** 255/9 260/14 267/14 267/18 367/10

**certificate [3]** 297/11 362/21 362/24

**certificates [3]** 207/9 361/15 362/20

**certification [9]** 206/16 206/20 246/6 246/7 246/14 246/15 246/16 246/17 276/25

**certifications [1]** 274/21

**certified [6]** 246/3 272/4 275/19 276/16 276/22 277/16

**certify [1]** 371/19

**chain [8]** 219/14 225/12 226/6 226/17 228/7 265/11 333/21 355/16

**chair [1]** 171/14

**chairs [1]** 192/14

**challenge [2]** 313/11 313/24

**chambers [1]** 369/1

**chance [6]** 235/20 243/1 248/9 330/9 330/14 344/23

**Chang [11]** 270/19 270/20 270/24 271/5 271/6 277/21 278/4 278/23 280/4 281/23 370/11

**character [3]** 179/22 180/4 180/16

**characters [1]** 269/16

**charge [4]** 203/24 235/7 332/9 370/14

**charged [10]** 202/11 307/8 337/6 337/24 339/16 348/22 357/10 357/15 357/18 358/8

**charges [8]** 210/20 309/14 335/14 335/18 335/22 338/19 339/10 348/10

**Charlene [2]** 240/9 240/10

**Charles [4]** 198/9 198/21 199/8 218/24

**chat [1]** 257/15

**check [8]** 159/2 166/14 166/23 168/9 210/8 210/14 290/23 299/11

**check-in [2]** 210/8 210/14

**checked [3]** 166/21 210/8 290/14

**checking [1]** 168/7

**checkout [1]** 210/14

**checkpoint [41]** 125/15 125/16 125/20 125/22 126/2 126/3 126/4 126/17 130/5 138/25 139/13 139/14 139/17 139/18 140/7 141/25 142/1 142/4 142/18 142/21 142/24 143/5 143/6 143/11 143/12 143/24 144/9 152/23 153/1 153/3 185/10 185/11 185/13 189/5 189/14 191/4 348/3 348/4 349/25 352/24 353/16

**checkpoint 1 [11]** 125/20 125/22 130/5 138/25 139/14 140/7 189/5 189/14 191/4 348/3 353/16

**checkpoint 2 [8]** 139/13 139/17 142/18 143/6 143/11 143/12 143/24 144/9

**children [3]** 193/6 193/7 357/8

**China [26]** 162/12 187/11 187/16 188/16 189/1 198/3 198/18 199/1 205/3 205/9 218/20 219/2 294/18 294/22 297/11 343/16 343/20 344/1 344/11 344/13 344/22 345/2 345/13 345/16 345/25 346/20

**Chinese [33]** 129/6 134/24 137/9 159/25 160/9 161/6 161/13 162/3 162/9 162/12 162/21 166/20 193/23 201/8 218/9 232/10 258/1 272/4 272/6 272/9 272/10 272/10 272/23 277/11 284/1 287/6 288/6 293/11 293/12 294/21 296/8 318/11 352/1

**choose [2]** 306/11 340/13

**chooses [1]** 331/12

**chose [2]** 332/13 369/8

**chronological [3]** 160/3 343/11 343/15

**cigarette [1]** 360/21

**circle [12]** 131/22 134/12 143/11 148/25 208/1 208/3 266/17 269/4 284/20 287/21 295/15 295/16

**circled [1]** 132/17

**circuit [4]** 311/16 311/18 312/5 322/8

**circular [1]** 325/23

**circumstances [5]** 277/8 320/7 333/22 349/12 355/17

**circumstantial [10]** 239/12 239/16 240/17 333/18 333/21 333/24 355/16 355/19 355/25 356/10

**citations [1]** 313/2

**cited [2]** 313/9 313/11

**citing [1]** 324/1

**citizenship [1]** 363/1

**Claims [1]** 359/19

**clarification [2]** 236/25 291/19

**clarify [7]** 129/13 129/15 129/17 129/19 131/18 177/21 260/12

**classes [1]** 246/10

**clear [6]** 126/10 147/10 166/23 315/20 321/9 321/19 323/10 343/8 352/12 353/25

**clerk [1]** 328/19

**client [12]** 238/1 243/10 243/13 243/17 311/3 317/4 318/25 319/14 328/4 328/9 329/25 366/11

**clients [1]** 347/18

**Clinton [1]** 301/13

**Clintons' [1]** 301/12

**clip [1]** 139/24

**close [10]** 137/14 235/13 235/18 237/3 238/3 305/21 307/11 307/24 338/23 342/15

**closer [1]** 300/14

**closing [21]** 307/13 307/16 308/9 308/10 308/11 308/12 308/13 308/13 308/14 308/16 330/2 331/10 331/11 331/14 331/16 331/16 342/8 343/7 343/10 358/13 370/15

**clothing [2]** 148/14 223/6

**club [45]** 123/10 123/12 123/15 124/16 127/3 127/4 127/15 127/16 128/15 128/17 133/20 136/8 137/5 138/10 141/9 142/7 142/8 145/14 146/18 146/18 146/21 146/22 147/2 147/5 147/6 147/16 147/18 148/2 150/12 157/12 158/17 158/18 164/5 165/3 193/16 195/5 200/17 200/19 315/14 335/20 335/24 348/7 351/2 353/4 353/5

**cluttered [1]** 171/4

**Co [1]** 343/5

**Co-counsel [1]** 343/5

**Coast [2]** 184/8 184/19

**code [3]** 208/14 209/1 309/23

**codes [4]** 205/8 205/22 208/21 208/22

**collected [1]** 135/24

**college [3]** 273/6 273/7 275/4

**Colony [12]** 200/12 200/16 207/1 210/4 214/24 215/2 217/16 347/8 348/9 348/10 348/18 354/1

**color [2]** 148/15 257/11

**column [17]** 174/17 207/25 209/10 267/9 267/22 280/13 280/14 280/15 284/11 284/11 285/4 285/12 285/13 285/22 287/7 287/10 287/14

**columns [4]** 264/15 284/10 285/16 286/10

**combined [1]** 258/3

**comfort [1]** 179/24

**comfortable [2]** 180/9 180/21

**command [1]** 265/11

**comments [5]** 239/13 239/18 239/20 240/22 240/24

**commit [6]** 337/4 337/6 337/9 337/11 357/11 357/12

**committed [5]** 307/7 338/20 338/23 339/3 355/7

**Committee [1]** 297/12

**committing [3]** 337/14 337/16 337/18

**common [10]** 294/17 294/22 295/1 295/2 332/22 333/16 349/12 355/10 355/13 360/1

**communicate [7]** 121/15 159/6 214/21 244/14 264/20 341/9 362/2

**communicating [5]** 145/4 176/4 176/5 343/16 344/22

**communication [41]** 172/15 231/6 266/5 266/9 267/12 267/21 269/2 269/10 269/12 280/24 281/12 282/21 282/23 282/24 283/3 284/11 284/12 284/24 285/18 285/25 286/1 286/3 286/21 292/7 297/24 299/20 300/6 302/2 302/3 303/3 303/14 303/24 304/10 343/14 343/18 343/19 343/22 344/3 344/10 344/12 345/12

**communications [17]** 198/12 198/19 213/23 214/1 262/6 264/14 264/16 264/19 264/24 265/1 265/22 282/17 282/19 283/1 283/5 283/8 287/25

**Communist [1]** 296/8

**compact [1]** 293/11

**company [4]** 294/7 294/19 294/24 348/22

**comparative [1]** 274/10

**compare [1]** 365/2

**compilation [3]** 135/23 136/3 137/22

**complete [3]** 158/6 315/5 315/20

**completed [1]** 331/20

**complicated [1]** 242/13

**complications [1]** 199/9

**complied [2]** 197/8 224/12

**comply [2]** 165/4 206/14

**C**

**component** [1] 262/25
**computer** [24] 118/25 166/18 166/21
166/23 166/25 167/1 167/4 168/3
168/24 169/1 170/2 220/22 245/11
245/14 245/18 247/7 247/22 248/1
248/14 251/21 251/25 252/4 255/5
255/18
**computers** [3] 221/4 221/9 245/21
**concedes** [1] 323/3
**concept** [3] 322/16 355/14 355/16
**concern** [2] 169/16 216/3
**concerned** [6] 169/18 172/6 333/17
337/25 352/6 357/20
**concerning** [3] 188/1 332/20 334/16
**conclude** [2] 307/7 355/24
**concluded** [1] 369/15
**conclusions** [1] 333/16
**condense** [1] 136/1
**condensed** [1] 139/24
**conduct** [5] 121/14 231/5 244/13
252/2 339/9
**conducted** [3] 193/18 195/9 195/11
**conducting** [2] 191/10 338/9
**confer** [1] 141/2
**conference** [1] 235/7
**conferences** [2] 246/4 246/23
**confirm** [19] 136/5 137/2 146/24
147/19 150/9 150/15 152/9 154/11
165/18 167/21 167/24 168/15 171/24
172/21 173/7 178/11 178/13 178/14
300/15
**confirmation** [3] 180/16 208/11
209/1
**confirmed** [1] 299/6
**conflicting** [1] 306/8
**conflicts** [2] 299/6 344/20
**confront** [2] 153/16 190/10
**confronted** [3] 150/16 152/4 178/15
**confronts** [1] 349/1
**confuse** [1] 325/3
**confused** [1] 179/19
**confusing** [5] 238/17 321/18 321/20
325/2 325/2
**confusion** [1] 181/4
**Congress** [2] 312/2 324/4
**connect** [2] 255/5 255/16
**connected** [3] 192/16 255/21 255/22
**connection** [2] 184/10 343/22
**conscientious** [1] 362/25
**consensually** [3] 190/6 191/5 191/16
**consent** [10] 190/2 190/10 190/13
191/7 191/10 193/14 193/18 312/13
312/14 312/16
**consideration** [1] 239/12
**consistent** [2] 211/19 318/6
**consistently** [1] 180/8
**constant** [1] 179/16
**constitutes** [1] 316/5
**constitutional** [4] 195/20 306/5
306/6 306/8
**construed** [1] 239/21
**consult** [3] 231/22 232/8 232/16
**contact** [4] 163/23 186/5 210/9

210/12
**contacted** [1] 163/18
**contacting** [1] 344/13
**contain** [3] 130/2 133/22 213/23
**contained** [4] 135/23 213/16 253/15
324/2
**container** [1] 224/7
**containing** [2] 262/5 269/5
**contains** [12] 128/14 130/4 133/19
135/11 135/22 253/23 259/3 264/12
282/19 284/1 324/1 346/9
**content** [2] 257/6 259/14
**context** [3] 311/14 312/6 312/7
**continued** [5] 191/1 191/18 198/2
327/15 336/22
**continuing** [2] 139/10 196/25
**contract** [46] 271/21 271/23 284/2
284/3 288/6 288/7 288/8 288/10
288/14 288/16 288/25 289/2 290/6
291/20 291/23 292/6 292/15 292/22
293/6 293/9 293/15 293/17 293/19
294/1 294/15 295/3 295/9 295/11
295/21 295/25 296/18 296/19 296/22
297/2 297/3 297/14 297/17 343/24
343/25 344/2 344/7 344/15 358/25
359/13 359/17 359/18
**contract's** [1] 288/21
**control** [2] 122/7 176/2
**controversial** [1] 326/25
**convene** [1] 364/17
**convenience** [1] 340/16
**conversation** [17] 157/5 157/6 157/7
159/14 159/19 159/20 173/8 173/12
173/14 173/22 176/23 176/24 176/25
177/1 191/1 191/14 364/21
**convinced** [3] 333/2 333/3 340/7
**convincing** [1] 332/25
**Cooperation** [1] 297/13
**coordinate** [4] 123/15 184/16 184/21
184/25
**coordination** [3] 142/3 184/20
185/24
**coordinator** [1] 184/15
**copies** [3] 204/12 328/21 366/20
**copy** [10] 226/16 237/10 237/13
255/10 261/14 319/10 320/12 320/13
335/16 364/12
**copying** [1] 247/7
**cord** [1] 256/12
**cordoned** [6] 310/5 310/22 319/18
336/10 356/23 356/24
**core** [5] 313/18 314/10 314/13 322/20
325/18
**corner** [2] 207/21 279/14
**correction** [3] 318/16 318/18 318/20
**corroborated** [1] 337/13
**corroborates** [3] 348/20 349/7
354/10
**counsel** [29] 121/18 121/25 122/3
149/16 181/16 211/1 218/13 232/8
235/14 237/25 239/13 243/9 243/12
243/16 261/17 270/9 278/17 282/7
305/8 311/2 317/3 318/24 319/13
328/3 328/8 329/24 341/16 343/5

366/10
**count** [10] 309/13 318/21 335/15
335/18 335/22 337/6 339/10 340/21
340/24 357/15
**Count 1** [4] 309/13 335/18 337/6
340/21
**Count 2** [2] 335/22 340/24
**counterpart** [2] 123/13 183/20
**counts** [4] 317/18 318/21 335/15
360/5
**Counts 1** [1] 318/21
**County** [7] 127/13 130/20 142/3
184/17 190/19 190/21 213/8
**court** [63]
**Court's** [4] 224/5 235/11 236/2 321/8
**courthouse** [1] 266/24
**courtroom** [32] 120/2 120/22 140/12
140/15 179/3 181/11 181/13 182/1
182/13 186/7 217/3 231/10 234/7
235/2 242/22 242/24 244/3 305/20
308/25 309/2 330/6 330/8 330/24
341/8 341/13 363/12 366/15 366/18
367/1 367/4 367/8 368/22
**Courts** [1] 272/20
**cover** [1] 127/10
**CPC** [1] 296/7
**CR** [1] 118/4
**Craig** [5] 219/13 219/22 219/25 251/8
370/8
**create** [10] 184/5 184/22 184/22
227/5 251/18 251/20 255/3 255/8
255/9 259/5
**created** [3] 227/14 253/7 259/4
**credibility** [3] 241/9 242/8 249/12
**credit** [5] 215/21 218/3 304/5 346/1
354/2
**crime** [17] 335/25 336/3 337/4 337/11
337/14 337/19 337/22 338/13 338/19
338/21 338/23 339/10 339/11 339/13
339/14 355/7 357/11
**crimes** [7] 123/2 123/2 226/17 307/7
335/14 339/16 339/18
**criminal** [3] 183/13 306/25 313/5
**cross** [9] 141/21 145/21 176/14
176/17 219/6 230/9 270/12 305/11
370/5
**Cross-examination** [7] 145/21
176/14 176/17 219/6 230/9 270/12
305/11
**CRR** [2] 119/12 371/23
**currency** [3] 193/22 193/23 218/8
**curriculum** [1] 246/9
**cursory** [1] 349/3
**custody** [19] 219/14 221/4 224/17
224/18 224/21 225/12 225/17 226/6
226/17 228/7 228/19 229/5 229/19
230/3 230/5 253/11 253/12 255/14
367/13
**customers** [1] 146/20
**CXRW7H** [1] 208/11
**cyberforensics** [1] 246/2

**D**

**D.C** [1] 311/17

**D**

**D.C. [1]** 311/16
**D.C. Circuit [1]** 311/16
**daily [5]** 147/17 157/21 220/25
  226/14 226/18
**dangerous [1]** 350/21
**dark [1]** 132/3
**data [36]** 213/16 213/18 225/16
  245/21 246/12 247/2 247/5 247/7
  247/21 252/23 255/9 256/8 256/11
  256/13 257/2 257/10 258/6 259/7
  259/13 259/16 259/20 259/24 259/25
  260/4 260/14 260/16 260/18 260/19
  262/7 262/18 263/4 263/7 264/10
  268/18 270/1 270/6
**date [40]** 138/12 189/3 196/6 205/11
  205/15 205/16 206/1 206/5 207/22
  209/1 210/14 210/14 210/15 267/17
  268/7 268/14 287/16 294/15 295/23
  298/11 298/16 300/12 300/21 302/5
  302/5 302/23 303/7 303/9 303/18
  304/1 304/12 338/20 338/21 338/23
  338/23 341/7 344/10 347/5 352/2
  371/23
**date's [1]** 287/18
**dated [7]** 197/17 202/7 203/18
  262/16 279/13 294/16 301/1
**dates [2]** 295/16 363/5
**daughter [2]** 193/5 357/7
**deceived [1]** 338/8
**decide [13]** 170/2 239/5 308/10
  331/23 334/12 334/18 335/13 339/20
  339/22 340/2 360/12 360/16 363/17
**decided [4]** 231/14 236/16 238/8
  238/9
**decision [13]** 233/7 236/10 237/2
  237/8 238/20 306/9 321/8 332/1
  332/14 333/13 334/14 338/17 338/18
**decorations [1]** 154/21
**deductions [1]** 333/16
**defendant [128]**
**defendant's [12]** 135/7 138/24
  159/24 189/1 213/18 233/7 237/13
  248/9 332/18 332/20 337/13 348/25
**Defender [1]** 236/25
**Defender's [1]** 119/10
**Defenders [1]** 119/9
**defense [12]** 181/4 186/10 231/15
  311/12 312/23 314/11 319/20 320/4
  321/22 322/9 324/18 329/17
**defer [1]** 237/2
**definition [7]** 311/9 312/7 312/20
  312/21 312/22 314/7 356/22
**degree [7]** 273/12 273/14 273/20
  273/23 274/12 274/16 322/25
**degrees [3]** 273/13 273/22 274/15
**delay [1]** 141/1
**delete [2]** 235/4 257/1
**deleted [2]** 256/20 257/12
**deliberate [5]** 317/23 360/12 360/19
  361/9 363/21
**deliberating [1]** 367/5
**deliberation [3]** 360/22 363/9 363/20
**deliberations [10]** 331/22 334/4

335/17 339/25 340/15 360/8 362/6
  362/9 363/14 368/23
**deliver [2]** 348/19 368/25
**demeanor [7]** 173/15 175/8 175/24
  179/16 179/22 180/16 181/5
**deny [1]** 307/8
**department [5]** 337/20 338/3 338/8
  338/11 338/18
**departure [3]** 205/15 206/1 209/19
**depending [6]** 220/4 230/23 237/8
  237/23 238/14 247/13
**depict [1]** 345/14
**depicted [4]** 203/15 207/19 265/21
  345/10
**depicting [1]** 212/16
**depositions [1]** 276/13
**derived [1]** 265/13
**describe [8]** 153/18 171/3 186/9
  192/9 192/13 202/5 204/24 243/4
**describing [3]** 169/4 217/20 217/25
**designated [6]** 123/4 184/4 186/2
  226/23 248/6 277/16
**designation [2]** 250/5 250/8
**desk [20]** 152/6 153/15 153/20 155/5
  155/8 155/9 155/17 156/10 156/13
  156/24 157/2 158/25 159/5 163/19
  168/11 172/1 172/2 172/11 173/10
  175/18
**despite [2]** 180/17 356/7
**destination [1]** 209/19
**detached [1]** 267/21
**detail [3]** 255/1 297/22 338/16
**detailed [1]** 281/12
**details [6]** 148/20 151/20 159/19
  161/9 250/4 272/17
**detained [1]** 191/15
**detect [1]** 172/9
**detectives [2]** 190/21 191/25
**determine [3]** 169/23 169/24 339/17
**determined [2]** 352/16 352/18
**development [2]** 296/8 297/13
**device [21]** 221/8 224/3 224/17
  229/20 230/3 247/6 247/21 247/23
  250/17 250/18 255/17 256/3 256/13
  269/20 269/21 302/18 303/5 303/5
  303/6 303/21 304/16
**devices [21]** 190/15 191/5 193/22
  201/3 201/7 215/13 215/19 215/21
  216/2 218/1 221/4 221/6 223/13
  223/14 245/21 247/2 247/14 250/10
  279/2 353/21 354/2
**dialect [3]** 272/5 272/6 272/15
**dialects [1]** 272/11
**difference [6]** 241/22 272/9 324/5
  333/23 355/18 356/10
**differential [2]** 214/8 214/11
**difficult [2]** 298/14 355/14
**digit [2]** 205/8 205/22
**digital [8]** 221/3 245/21 245/21
  246/10 247/6 247/13 247/14 256/6
**dinner [2]** 163/3 163/3
**direct [23]** 122/11 146/12 172/14
  183/2 220/10 229/12 239/12 239/16
  240/17 245/5 271/3 333/17 333/19

333/24 340/14 355/19 356/11 370/3
  370/5 370/7 370/9 370/10 370/12
**directive [1]** 296/10
**directives [1]** 296/14
**directly [2]** 335/5 369/1
**director [1]** 220/23
**dirt [1]** 244/7
**disappointment [1]** 361/18
**disbelieve [3]** 241/13 249/11 334/14
**discovered [3]** 190/3 190/14 194/6
**discovery [2]** 149/22 252/21
**discrete [3]** 282/16 282/22 287/25
**discretion [1]** 256/25
**discuss [14]** 121/13 166/7 231/4
  233/13 237/5 243/1 244/11 287/2
  307/21 312/6 340/4 360/23 360/24
  361/25
**discussed [10]** 121/13 166/8 228/20
  231/4 236/9 244/12 248/18 254/15
  308/14 361/25
**discussing [5]** 121/20 208/17 236/13
  237/12 340/5
**discussion [32]** 121/18 121/24 122/2
  149/16 202/16 202/20 210/25 218/13
  235/14 237/1 237/25 243/9 243/12
  243/16 261/16 270/9 278/16 282/6
  285/14 305/8 311/2 317/3 318/24
  319/13 328/3 328/8 328/18 329/24
  366/10 368/8 369/5 369/14
**discussions [2]** 223/10 331/21
**disjunctive [1]** 315/1
**disk [27]** 130/16 133/22 135/11
  135/18 135/22 259/5 259/24 260/3
  260/4 260/15 260/17 260/19 262/7
  262/19 263/7 263/9 265/2 270/2 281/3
  281/4 281/7 281/8 288/12 288/13
  288/14 288/25 298/1
**disks [1]** 364/8
**disobey [1]** 339/5
**disposition [2]** 145/8 173/14
**disprove [2]** 333/22 355/17
**dispute [1]** 311/24
**disqualified [2]** 361/10 362/11
**disregard [3]** 332/8 333/11 339/6
**distance [1]** 367/9
**distinguished [1]** 181/15
**district [8]** 118/1 118/2 118/18
  119/13 311/16 313/10 362/23 362/24
**division [3]** 118/3 123/14 183/21
**doc [1]** 160/9
**docket [1]** 319/7
**document [24]** 196/16 196/19 207/23
  209/5 210/10 225/7 225/8 225/11
  226/3 226/12 227/6 229/13 229/13
  251/8 251/10 279/11 279/14 279/17
  280/17 280/20 283/2 283/6 283/12
  284/1
**documentation [1]** 188/1
**documents [4]** 226/14 265/7 280/12
  294/22
**DOJ [1]** 313/5
**dollars [1]** 296/2
**Donald [1]** 193/7
**door [15]** 152/15 152/16 152/22

**D**

**door... [12]** 152/23 153/21 153/21 154/5 154/19 156/5 165/24 168/22 168/23 174/21 305/21 363/24
**doors [2]** 165/16 192/15
**doubt [22]** 239/9 331/25 332/15 332/19 332/20 332/21 332/21 332/24 333/3 336/5 337/10 337/23 338/22 355/1 355/3 355/5 355/5 355/6 355/10 356/15 356/16 360/5
**downloaded [3]** 259/7 260/6 265/7
**dress [5]** 155/24 156/3 199/22 353/7 353/7
**dressed [3]** 155/23 199/20 199/21
**drill [1]** 356/2
**drive [7]** 128/14 128/21 130/2 133/11 133/18 133/19 139/11
**driver [1]** 141/1
**driver's [1]** 202/6
**drives [2]** 133/22 221/9
**drones [1]** 350/6
**dropoff [1]** 354/17
**dropped [3]** 139/12 212/23 351/13
**drove [2]** 191/24 191/25
**dual [2]** 123/1 183/12
**duties [16]** 122/25 123/11 124/5 147/3 147/14 147/16 147/20 152/8 183/9 185/5 185/6 220/20 221/15 227/4 245/18 279/18
**duty [11]** 122/19 123/6 123/9 123/10 124/2 125/25 139/18 221/13 317/23 331/18 363/1

**E**

**early [5]** 148/6 187/23 200/24 344/21 354/5
**earphone [1]** 364/21
**earpiece [1]** 349/21
**ears [2]** 231/24 342/13
**easier [5]** 154/4 214/21 249/24 266/15 295/4
**east [1]** 139/12
**eastern [1]** 214/9
**economic [3]** 219/3 219/4 297/13
**economics [1]** 162/5
**edification [1]** 264/3
**education [4]** 245/25 273/2 274/2 274/17
**educational [1]** 272/8
**effect [6]** 294/20 315/25 316/3 324/22 325/6 329/15
**effectively [1]** 247/14
**effort [1]** 163/23
**eight [3]** 214/10 347/7 347/8
**eight hours [1]** 214/10
**eight o'clock [1]** 347/7
**electronic [13]** 190/14 193/21 201/2 215/19 215/21 216/2 217/25 221/8 223/14 226/17 283/3 288/11 354/2
**electronics [3]** 123/2 191/8 353/18
**element [6]** 311/21 311/23 321/13 322/6 323/6 324/4
**elements [1]** 321/11
**Eleventh [1]** 322/8

**elicit [3]** 167/1 215/15 216/10
**ELMO [1]** 182/20
**email [6]** 264/20 298/25 299/1 299/1 301/8 345/4
**embark [1]** 140/9
**emphasize [1]** 334/8
**employed [8]** 122/16 183/4 183/7 220/13 220/14 245/8 245/9 245/12
**employee [3]** 139/5 146/3 271/22
**employer [1]** 363/6
**employment [1]** 271/16
**encompassed [2]** 322/5 323/15
**encounter [2]** 148/8 148/17
**encountered [4]** 138/20 149/4 186/16 191/23
**enforcement [1]** 184/7
**engage [4]** 154/19 155/17 172/1 231/6
**engagement [1]** 163/10
**English [163]**
**enhance [1]** 209/12
**ensue [1]** 157/5
**ensure [8]** 121/21 166/18 259/7 259/19 260/6 262/18 267/13 283/20
**enter [49]** 129/3 134/11 136/19 141/22 141/24 154/20 189/6 192/15 251/14 258/21 313/18 314/12 314/15 314/18 314/24 314/25 315/2 316/1 316/2 316/4 319/22 319/25 320/7 320/23 321/1 321/25 322/15 322/16 322/18 323/5 323/17 323/17 324/23 324/24 325/7 325/11 325/14 325/21 326/11 327/7 327/11 327/14 335/18 335/19 335/25 336/15 336/18 336/21 357/11
**Enterprise [1]** 294/6
**enters [2]** 309/24 354/18
**entirely [2]** 238/20 315/19
**entitled [5]** 179/17 242/3 320/23 334/8 371/20
**entrance [8]** 129/11 129/11 131/11 131/12 142/19 150/11 166/2 171/17
**entry [5]** 189/1 189/15 309/16 337/7 356/17
**environment [3]** 123/17 190/5 192/3
**equal [1]** 239/16
**equipment [4]** 215/13 223/24 247/10 250/9
**equivalent [3]** 250/11 258/2 301/18
**Er [3]** 301/20 304/18 304/21
**erroneously [1]** 351/3
**escorted [3]** 139/6 353/15 354/19
**especially [1]** 264/1
**essence [1]** 239/14
**essentially [1]** 213/11
**establish [1]** 184/9
**established [2]** 183/24 185/11
**estate [6]** 299/1 301/9 304/20 345/5 347/1 351/6
**evaluating [1]** 355/13
**evening [12]** 161/23 161/24 162/9 166/15 166/19 167/21 187/24 189/19 199/21 200/8 200/25 353/7
**event [80]**

**events [16]** 131/4 134/7 147/17 153/13 157/12 158/1 158/4 158/6 161/15 299/5 305/2 305/5 343/11 343/12 344/19 350/18
**everybody [2]** 314/2 352/19
**everyone [2]** 182/5 367/3
**everyone's [1]** 263/25
**evidence [127]**
**evident [1]** 326/4
**EWR [4]** 205/6 205/9 205/21 205/23
**EWR-PBI [1]** 205/21
**examination [20]** 122/11 145/21 146/12 176/14 176/17 177/20 178/1 183/2 219/6 220/10 230/9 245/5 248/2 251/16 251/18 255/18 259/3 270/12 271/3 305/11
**examine [5]** 221/5 221/7 221/8 257/22 340/6
**examiner [16]** 220/22 221/19 230/16 230/17 245/11 245/15 245/19 245/20 246/3 246/8 246/18 247/2 247/15 251/21 254/14 257/22
**Excel [8]** 262/11 262/19 263/8 264/4 264/16 270/2 279/2 282/19
**excerpt [1]** 259/3
**exclude [1]** 332/19
**excuse [8]** 128/14 133/16 141/2 187/17 212/25 236/24 257/20 259/13
**excused [12]** 145/23 145/25 178/19 178/21 219/8 219/10 230/11 230/12 270/14 270/16 305/13 305/15
**executed [1]** 196/17
**executive [2]** 123/5 184/5
**exhibit [174]**
**Exhibit 1 [2]** 165/14 178/3
**Exhibit 1-1 [1]** 126/6
**Exhibit 12 [2]** 211/10 354/22
**Exhibit 13 [8]** 194/1 223/19 228/25 249/19 250/1 254/16 254/24 265/8
**Exhibit 14 [1]** 202/25
**Exhibit 16 [3]** 346/7 346/8 346/11
**Exhibit 17 [1]** 224/13
**Exhibit 19 [6]** 225/19 226/2 226/21 229/14 253/11 253/11
**Exhibit 2 [3]** 123/21 143/20 148/21
**Exhibit 20 [1]** 250/23
**Exhibit 21 [8]** 258/10 258/24 260/10 263/4 264/9 265/8 281/3 288/14
**Exhibit 22 [11]** 261/7 261/15 262/1 262/4 262/20 262/24 264/9 265/9 266/20 280/8 280/25
**Exhibit 23 [14]** 224/25 278/12 278/23 279/22 280/11 282/9 284/5 344/6 344/9 345/1 345/10 345/12 346/17 346/17
**Exhibit 24 [12]** 281/25 283/22 283/24 283/25 288/2 288/5 288/24 289/7 290/12 291/15 291/17 293/23
**Exhibit 25 [5]** 290/11 293/2 293/22 295/6 343/23
**Exhibit 26 [3]** 127/25 130/15 131/17
**Exhibit 3 [1]** 348/19
**Exhibit 4 [4]** 127/23 133/18 133/21 133/25

**E**

**Exhibit 5 [5]** 127/24 128/7 130/8 130/13 133/14
**Exhibit 6 [5]** 127/24 135/17 136/20 139/24 143/17
**Exhibit 7-1 [6]** 150/4 151/24 165/21 168/19 174/16 177/4
**Exhibit 7-2 [3]** 150/22 155/2 155/4
**Exhibit 8 [1]** 188/21
**Exhibit 9 [1]** 195/24
**exhibits [27]** 121/20 128/4 149/11 149/18 149/23 151/6 151/13 185/14 207/10 280/2 281/24 333/7 343/21 363/25 364/1 364/11 364/24 364/25 365/3 365/17 367/17 368/12 368/12 369/1 369/8 371/1 371/2
**Exhibits 1-1 [1]** 185/14
**Exhibits 16 [1]** 207/10
**Exhibits 7-1 [1]** 149/11
**exit [2]** 165/9 192/15
**exited [12]** 175/17 175/18 179/3 181/11 231/10 234/7 242/22 305/20 308/25 330/6 363/12 366/15
**exonerated [1]** 324/15
**expect [2]** 180/3 180/4
**expedite [2]** 140/1 283/4
**experience [5]** 242/1 248/21 249/8 335/10 367/3
**expert [26]** 241/16 241/16 241/18 241/19 241/24 242/4 242/6 242/7 242/9 245/2 247/2 247/22 248/1 248/6 248/13 248/18 248/22 249/3 249/11 271/12 272/13 276/21 277/5 277/21 278/2 294/22
**expertise [2]** 241/25 272/3
**explain [9]** 125/12 132/21 135/20 207/18 243/14 246/7 332/5 339/25 365/14
**explained [2]** 196/23 349/8
**explaining [3]** 145/10 258/5 326/21
**explanation [1]** 323/21
**explosives [1]** 350/5
**express [3]** 314/12 322/18 323/23
**extent [2]** 181/4 313/23
**external [1]** 229/20
**extract [8]** 245/20 246/11 247/2 247/14 247/21 255/6 255/7 259/20
**extracted [10]** 252/23 253/2 255/9 256/7 257/10 257/20 258/6 260/16 270/1 286/7
**extracting [2]** 247/5 255/23
**extraction [17]** 213/18 213/21 225/16 252/18 252/22 253/8 254/9 255/2 255/3 256/20 256/21 256/22 256/23 257/5 268/18 285/7 285/8
**extractions [1]** 247/11
**extracts [1]** 256/6
**extraordinary [1]** 301/19
**eyes [2]** 159/8 355/8
**eyewitness [1]** 333/21

**F**

**F-O-R-T-U-N-E [1]** 121/6
**F.3d [1]** 311/19

**face [1]** 176/1
**Facebook [1]** 258/2
**faces [1]** 361/19
**facility [8]** 123/25 124/13 124/15 175/3 176/24 179/25 180/2 180/15
**fact [28]** 156/8 157/25 169/11 178/11 180/17 180/20 216/24 220/22 222/3 222/13 241/23 249/2 314/19 322/5 333/20 333/23 337/23 338/8 338/14 338/15 338/15 355/18 357/2 357/21 357/22 357/24 359/2 359/17
**factors [1]** 241/11
**facts [8]** 253/4 331/24 333/13 333/22 336/4 337/9 340/11 355/17
**factual [2]** 315/10 333/10
**fail [2]** 244/11 323/13
**failed [1]** 323/5
**fails [2]** 332/16 337/5
**fairness [1]** 326/23
**fall [1]** 325/1
**false [14]** 180/23 317/5 335/22 337/19 337/25 338/2 338/2 338/5 338/10 338/11 338/13 357/14 357/19 357/25
**falsity [3]** 337/25 338/14 357/20
**familiarize [3]** 187/25 201/1 354/6
**families [1]** 123/4
**family [17]** 123/17 124/22 147/25 153/9 153/11 154/6 154/7 160/23 168/2 183/23 184/3 310/13 337/2 350/22 358/4 359/1 362/6
**famous [1]** 301/17
**fascinated [1]** 154/21
**fashion [3]** 252/6 252/9 256/2
**favorable [1]** 307/2
**Faye [1]** 361/17
**FBI [16]** 230/15 230/16 245/9 246/3 246/8 246/9 251/22 252/1 252/2 252/9 259/22 270/19 271/16 271/19 276/20 276/22
**FBI's [2]** 256/12 258/7
**February [1]** 294/16
**federal [20]** 119/9 119/10 207/11 236/25 246/11 248/2 271/8 277/4 277/9 277/10 306/25 317/6 321/18 321/21 324/2 324/16 335/25 337/19 349/21 359/21
**fell [1]** 181/2
**fellow [2]** 343/16 362/4
**female [3]** 148/8 186/10 186/21
**fence [1]** 142/8
**field [7]** 183/11 220/19 220/21 241/25 242/9 249/7 335/10
**Figueroa [1]** 321/9
**figure [1]** 358/15
**file [9]** 256/7 266/9 266/11 266/13 269/6 269/7 285/7 285/8 288/11
**files [4]** 263/9 265/6 283/11 291/22
**filing [1]** 235/10
**fill [2]** 341/7 362/9
**filled [1]** 364/12
**filled-in [1]** 364/12
**film [2]** 154/16 158/13
**filming [4]** 153/24 154/1 154/9 156/7

**finagle [1]** 353/2
**final [3]** 135/16 277/2 331/9
**finally [1]** 303/23
**finance [2]** 301/15 301/23
**financial [1]** 123/2
**fine [13]** 173/16 175/10 175/10 179/12 236/4 267/24 316/6 316/11 317/12 317/16 327/3 358/22 368/24
**finger [2]** 211/4 211/5
**fingerprint [2]** 224/2 250/13
**finish [5]** 216/19 231/19 307/10 307/12 367/20
**finished [2]** 148/7 158/1
**firearms [1]** 350/5
**firm [1]** 276/6
**firms [1]** 276/4
**five minutes [4]** 307/22 308/18 308/23 342/14
**five-minute [1]** 307/9
**fix [1]** 132/7
**FL [1]** 119/11
**flew [3]** 199/1 199/12 199/14
**flies [2]** 344/25 345/7
**flight [13]** 199/4 199/7 199/8 199/10 199/10 205/3 205/4 206/5 206/6 207/21 207/22 207/23 209/21
**flights [1]** 208/12
**FLORIDA [15]** 118/2 118/7 119/4 119/7 119/14 191/17 198/14 199/2 210/5 313/8 320/15 323/20 323/25 324/13 362/24
**Florida's [1]** 301/9
**flush [1]** 182/20
**flying [1]** 343/16
**focus [1]** 343/21
**focused [1]** 314/9
**folder [2]** 167/17 256/7
**folders [1]** 167/16
**folks [13]** 121/8 178/22 215/5 230/21 242/21 244/8 305/16 328/20 331/1 353/3 360/7 363/13 366/19
**food [2]** 233/21 233/23
**foot [2]** 213/11 352/25
**footage [22]** 128/15 128/16 128/21 129/11 129/12 129/22 130/3 130/4 130/20 130/22 131/18 131/20 133/19 133/23 134/1 135/11 135/22 135/23 136/5 136/6 137/2 137/3
**football [3]** 343/2 343/4 343/5
**forbids [2]** 339/5 339/7
**Force [1]** 226/17
**foregoing [3]** 217/11 342/22 371/19
**foreign [3]** 265/21 265/23 269/24
**foremost [1]** 324/4
**forensic [21]** 220/22 221/19 230/15 230/17 245/11 245/15 245/18 245/20 246/8 246/18 246/23 247/12 247/12 247/22 248/1 251/21 253/8 255/5 255/6 255/8 257/22
**forensically [2]** 221/5 247/8
**forensics [3]** 247/2 248/7 248/14
**foreperson [5]** 340/14 340/14 340/25 341/6 360/18
**forget [5]** 301/10 302/19 321/14

**F**

**forget... [2]** 345/6 345/17
**form [30]** 196/4 196/23 196/24 197/2
197/4 197/6 197/17 197/19 197/20
210/9 210/16 225/12 225/12 225/17
226/7 226/17 228/18 228/20 229/5
229/7 253/11 268/18 314/11 318/4
318/5 318/9 340/16 341/5 341/7 363/4
**formal [1]** 332/9
**formally [2]** 271/24 276/22
**format [1]** 262/19
**former [1]** 301/18
**FORT [4]** 118/3 118/7 119/14 267/1
**Fortune [16]** 120/15 120/25 121/4
121/21 122/13 127/21 128/6 133/11
135/6 135/17 138/6 139/23 140/15
183/20 185/2 370/3
**Fourth [1]** 311/18
**frame [7]** 140/5 140/6 140/21 141/11
141/12 142/17 183/14
**frames [1]** 141/8
**Fran [1]** 366/12
**Francine [3]** 119/12 371/22 371/23
**frankly [1]** 356/1
**fraudulent [1]** 337/20
**free [3]** 350/23 362/18 366/24
**freely [1]** 164/4
**Friday [1]** 203/23
**friend [1]** 168/2
**friendly [1]** 159/5
**friends [1]** 147/25
**friendship [12]** 162/16 185/17 187/15
189/14 198/3 198/15 218/20 294/5
297/11 352/12 352/25 357/18
**frightened [1]** 175/9
**front [13]** 141/25 146/8 146/19 149/2
170/15 180/13 215/11 216/6 235/15
306/3 308/3 328/24 329/2
**full-time [1]** 271/22
**fun [1]** 360/7
**functionality [1]** 258/3
**functions [1]** 186/1
**furtherance [1]** 357/12

**G**

**gained [2]** 191/7 357/2
**gaining [5]** 191/2 319/25 325/11
327/11 336/18
**gains [1]** 316/4
**Garcia [41]** 119/2 120/11 181/21
182/13 182/15 183/3 185/22 186/15
188/24 194/23 196/14 202/3 202/18
202/23 203/14 204/22 207/14 208/23
211/2 211/8 212/11 215/10 216/8
217/14 217/19 217/24 218/14 219/11
237/12 243/21 317/9 323/3 326/17
330/9 331/5 342/24 363/23 365/1
370/7 370/16 370/18
**Garcia's [1]** 329/14
**gate [1]** 142/8
**gather [1]** 191/2
**general [24]** 122/25 123/11 124/6
131/15 131/22 132/17 140/6 147/1
147/3 147/24 152/17 152/19 220/20

220/24 221/6 245/24 250/3 258/20
272/10 275/11 295/10 296/7 320/22
321/23
**generated [5]** 225/13 252/18 253/5
253/6 253/14
**gentleman [7]** 135/2 140/25 164/12
164/21 165/8 173/1 221/24
**gentlemen [9]** 122/14 126/15 130/13
169/19 245/7 249/1 331/7 343/1 343/8
**gentlemens [1]** 174/6
**gets [5]** 241/24 331/14 347/10 351/5
356/8
**gives [5]** 249/11 308/8 324/16 350/1
356/22
**gladly [1]** 355/2
**glass [1]** 153/21
**glasses [2]** 199/22 199/23
**Global [1]** 296/10
**golf [10]** 139/5 140/7 140/9 141/1
141/20 141/24 142/6 212/23 351/7
351/13
**gonna [14]** 149/7 149/10 151/20
151/20 155/1 155/2 164/15 164/18
164/19 165/13 175/13 190/4 200/7
367/22
**Gorgeous [1]** 301/8
**gotta [1]** 329/10
**govern [1]** 278/2
**government [56]**
**Government 8 [1]** 188/11
**government's [186]**
**Government's 12 [6]** 211/14 211/16
211/18 211/22 212/12 212/13
**Government's 13 [2]** 194/1 194/13
**Government's 14 [5]** 202/25 203/4
203/8 203/15 203/16
**Government's 15 [4]** 204/7 204/16
204/23 204/25
**Government's 16 [2]** 207/16 209/11
**Government's 17 [1]** 210/1
**Government's 2 [2]** 191/19 210/22
**Government's 3 [5]** 201/13 201/17
201/23 202/4 212/25
**Government's 8 [2]** 188/10 188/25
**Government's 9 [5]** 195/24 196/3
196/8 196/11 196/15
**governmental [1]** 338/7
**grab [1]** 182/2
**graduate [2]** 274/3 275/8
**graduated [1]** 275/22
**graduating [1]** 276/2
**grand [2]** 143/11 358/20
**granted [1]** 189/20
**gray [3]** 155/24 199/21 221/24
**gray/silver [1]** 199/21
**Great [12]** 122/10 125/5 150/6 221/11
232/19 234/5 268/2 295/23 328/12
328/14 368/7 369/11
**greater [1]** 334/8
**green [1]** 148/16
**ground [1]** 321/3
**grounds [43]** 126/25 179/19 192/18
309/17 309/25 310/3 310/4 310/8
310/21 310/23 313/13 314/3 314/12

319/22 319/24 320/1 321/2 325/8
325/10 325/12 325/14 326/12 326/14
327/8 327/9 327/12 327/16 327/18
335/20 336/1 336/6 336/8 336/9
336/11 336/15 336/17 336/19 336/23
336/24 337/7 337/12 349/10 356/17
**Grumaz [17]** 145/12 145/17 146/3
146/6 146/10 146/14 146/16 147/14
150/3 170/8 178/3 186/20 187/3 213/4
352/3 353/6 370/4
**Guard [2]** 184/8 184/19
**guest [4]** 315/14 350/17 351/24
353/2
**guests [2]** 147/4 147/21
**guide [2]** 147/4 323/22
**guilt [4]** 332/10 332/15 332/18
332/20
**guilty [24]** 318/5 318/5 318/21
318/22 331/24 332/16 333/2 336/3
337/8 337/22 339/12 339/12 339/18
339/18 339/20 339/21 339/23 339/23
340/22 340/22 340/25 340/25 358/8
360/4

**H**

**Hakka [5]** 272/5 272/5 272/6 272/15
272/22
**half [3]** 122/18 183/8 331/2
**hallway [2]** 174/22 175/7
**hand [20]** 120/24 127/21 127/22
146/4 149/7 149/10 177/5 182/16
219/21 223/17 236/22 244/19 249/18
250/22 258/9 266/16 267/4 278/5
281/23 312/11
**handed [17]** 128/12 130/15 133/12
190/13 193/25 195/23 201/11 202/24
204/5 224/13 225/7 237/15 259/5
261/25 278/24 279/11 280/11
**handing [2]** 237/9 261/14
**handling [1]** 246/24
**hands [3]** 121/17 175/5 348/20
**handshake [1]** 256/6
**handsome [1]** 221/24
**happy [2]** 243/5 348/11
**head [3]** 162/2 172/18 356/2
**heading [2]** 139/8 319/7
**headings [1]** 235/5
**hear [8]** 129/9 173/22 211/3 236/1
240/1 328/5 358/2 367/3
**heard [10]** 208/20 249/5 343/14
343/23 348/2 351/14 352/22 353/6
357/6 359/4
**hearing [9]** 169/23 170/2 215/7 216/6
217/12 277/4 277/17 341/19 342/23
**hearings [6]** 215/11 230/22 230/23
233/14 276/11 367/5
**hearsay [1]** 217/2
**heavy [1]** 332/17
**heed [2]** 121/12 244/11
**Hello [2]** 146/14 271/5
**help [6]** 172/5 172/7 298/21 364/16
365/10 366/8
**helpful [3]** 235/6 312/21 335/9
**helps [1]** 325/17

**H**

**here's [3]** 298/20 298/25 362/4
**hers [1]** 167/13
**hesitate [1]** 340/6
**hesitation [1]** 333/1
**Hey [1]** 301/8
**high [2]** 273/15 273/16
**higher [2]** 273/22 355/4
**highest [2]** 296/10 296/14
**highlight [1]** 131/14
**highlighted [2]** 344/14 345/3
**Hillary [2]** 301/13 301/18
**hired [1]** 271/24
**Hodges [3]** 361/17 362/14 363/8
**hold [4]** 156/12 301/10 331/13 345/6
**holding [2]** 154/15 156/8
**hole [1]** 356/2
**home [1]** 363/15
**Homeland [1]** 338/11
**honest [1]** 340/8
**honor [118]**
**honorable [3]** 118/17 231/13 306/20
**Honorary [1]** 297/11
**hooked [1]** 256/4
**hooks [1]** 256/5
**hope [3]** 201/18 202/6 244/5
**Hopefully [1]** 121/9
**hotel [18]** 200/12 200/16 201/9
202/13 202/13 207/1 210/4 214/24
215/2 215/20 215/21 217/16 347/8
348/10 348/18 353/23 354/1 354/12
**hour [2]** 233/3 331/2
**hours [2]** 214/10 214/13
**house [5]** 146/19 227/6 313/13
313/21 314/3
**huge [3]** 299/8 299/9 299/10
**hum [2]** 253/24 285/10
**hundred [3]** 181/7 247/23 326/24
**hurt [1]** 190/12
**hurtful [1]** 312/23
**husband [1]** 193/6

**I**

**I'd [7]** 231/20 242/13 243/6 254/8
282/17 307/11 365/11
**I'll [41]** 139/25 153/23 158/2 162/7
166/10 166/16 167/7 207/8 223/17
228/6 230/24 231/23 233/13 236/22
242/18 253/25 258/20 269/9 274/23
283/4 290/8 296/23 308/5 308/15
316/23 318/23 342/16 343/6 346/23
361/2 362/16 362/20 363/8 363/10
363/14 366/12 366/25 367/8 368/18
369/9 369/10
**I'm [121]**
**I've [35]** 133/12 188/9 193/25 195/23
202/24 204/5 204/23 205/6 206/20
207/8 211/9 212/12 238/11 240/14
240/21 240/22 241/4 241/5 241/9
246/2 261/25 278/23 311/13 311/13
313/11 317/8 319/16 320/8 325/19
331/20 344/14 345/2 356/15 358/25
361/24
**I-V-A-N-O-V-I-C-H [1]** 182/23

**ID [1]** 354/11
**idea [4]** 161/19 305/2 305/5 353/11
**identical [6]** 136/6 137/2 178/14
226/16 229/7 254/23
**identification [34]** 125/19 127/23
128/2 140/18 148/13 149/13 186/12
187/8 187/10 188/10 188/13 193/25
194/3 195/23 196/1 201/11 201/15
202/24 203/2 204/5 204/9 207/4 211/9
211/12 218/10 225/3 226/5 251/1
258/13 278/7 282/2 293/21 312/8
312/12
**identified [4]** 140/11 151/13 187/6
189/18
**identifier [5]** 223/25 229/15 250/9
250/15 250/16
**identify [4]** 148/14 221/23 223/4
288/19
**Illinois [1]** 277/10
**image [12]** 265/6 265/10 266/11
266/13 267/21 268/3 268/4 268/7
268/11 268/12 283/11 291/22
**images [1]** 268/19
**IME [1]** 223/24
**IMEI [13]** 194/9 223/20 223/22 229/4
229/7 229/11 250/5 250/17 250/18
254/15 254/16 254/19 254/23
**iMessage [1]** 257/17
**immediate [3]** 159/10 310/13 337/2
**immediately [1]** 160/17
**impartially [2]** 332/22 355/11
**implied [5]** 314/13 320/7 321/17
322/18 323/24
**impliedly [1]** 323/14
**impress [1]** 334/20
**impressions [1]** 334/9
**impressive [1]** 155/11
**improper [1]** 217/6
**in-house [1]** 217/6
**inadmissible [2]** 217/1 217/6
**inapplicable [2]** 312/24 313/25
**incident [1]** 246/24
**inclined [2]** 315/18 323/8
**include [5]** 184/6 202/11 247/24
320/6 321/19
**included [2]** 235/25 322/12
**includes [4]** 246/9 324/4 333/6 337/2
**including [3]** 202/9 279/3 310/13
**incoming [22]** 266/11 267/5 267/6
268/10 269/5 284/13 284/24 284/24
284/25 298/11 298/12 300/8 300/9
300/10 300/12 301/3 304/11 304/12
304/16 344/12 345/2 346/19
**inconsequential [1]** 337/16
**increase [1]** 293/13
**independent [1]** 334/5
**INDEX [2]** 369/17 370/20
**indexed [1]** 227/8
**indicate [11]** 198/20 199/7 199/12
200/10 200/13 203/24 209/13 209/13
209/17 210/17 284/12
**indicated [2]** 197/4 204/1
**indicates [3]** 229/19 294/24 346/15
**indicating [67]**

**indication [2]** 215/12 257/19
**indicative [1]** 294/23
**indictment [17]** 307/8 319/4 319/6
319/10 330/10 330/15 332/9 335/14
335/16 338/19 339/10 339/16 340/21
340/24 357/10 358/9 360/5
**individual [13]** 123/13 140/8 198/9
343/19 344/1 344/11 344/12 344/21
345/2 345/13 345/16 345/25 346/20
**individuals [3]** 123/4 125/16 184/21
**inferences [3]** 307/1 307/1 307/6
**influence [2]** 338/17 357/23
**influenced [2]** 332/2 334/6
**influencing [1]** 338/17
**inform [1]** 192/17
**information [19]** 162/23 170/1 191/2
191/3 210/9 210/12 245/22 246/1
247/14 253/15 255/6 255/7 255/23
256/6 256/23 279/2 346/9 349/23
353/4
**informed [12]** 186/4 186/20 189/8
192/20 196/22 198/4 198/6 198/12
199/1 347/9 351/3 351/3
**informs [1]** 207/22
**initial [9]** 125/15 185/10 215/10
242/14 348/4 349/24 351/5 352/24
354/16
**initialed [2]** 262/16 283/18
**initially [6]** 191/22 191/23 319/23
325/9 327/8 336/16
**initials [2]** 259/12 279/13
**initiate [1]** 255/22
**Initiatives [1]** 296/9
**Inn [3]** 202/13 203/20 207/2
**innocence [2]** 318/7 332/12
**innocent [1]** 332/11
**input [1]** 132/3
**inquire [1]** 187/13
**inserting [1]** 326/20
**instant [1]** 262/5
**instantaneously [1]** 187/5
**instead [3]** 181/5 299/13 309/7
**institute [1]** 123/16
**instruct [1]** 331/18
**instructed [3]** 241/4 355/4 355/15
**instructing [1]** 169/22
**instruction [44]** 236/7 236/8 237/8
237/14 238/22 238/22 239/8 241/3
241/8 241/10 241/11 241/15 241/21
244/11 271/13 309/19 309/21 311/7
311/13 314/22 315/24 316/17 316/18
316/25 317/1 317/6 317/8 317/13
317/15 317/17 317/20 317/22 317/25
319/20 320/2 320/9 320/11 320/16
321/13 322/9 327/25 359/5 362/14
362/15
**instructions [38]** 231/21 232/4 232/7
232/8 232/17 233/10 233/13 235/11
235/11 235/15 235/24 236/2 236/2
237/7 239/6 240/15 241/10 242/12
242/14 249/2 307/10 307/21 307/22
309/5 309/9 322/12 329/5 329/19
330/4 331/9 331/20 332/7 332/8
333/11 341/24 354/24 356/14 359/23

**I**

**insure** [1] 290/23
**intake** [2] 221/3 225/12
**intended** [2] 337/11 357/11
**intent** [4] 324/6 337/13 339/4 339/7
**intentional** [1] 316/8
**intentionally** [1] 339/1
**interact** [1] 158/23
**interaction** [4] 158/21 212/20 222/13 223/8
**interactions** [2] 212/15 213/4
**interest** [2] 334/24 340/11
**international** [3] 205/25 223/24 250/9
**Internet** [1] 198/18
**interpretation** [7] 134/24 208/20 208/22 270/5 276/7 276/8 333/14
**interpreter** [6] 129/10 134/23 240/11 260/12 318/12 364/22
**interpreting** [1] 324/3
**interrupt** [2] 160/3 163/8
**interrupted** [1] 136/21
**interview** [15] 191/18 192/12 192/13 192/14 195/7 195/9 195/11 195/11 195/12 195/14 195/21 196/6 196/22 214/14 354/8
**interviewed** [3] 194/25 197/22 354/7
**interviewing** [4] 192/3 196/25 197/25 213/9
**introduce** [3] 206/22 281/11 369/8
**introduced** [3] 363/25 364/24 365/3
**introduction** [3] 134/20 242/11 309/8
**inventoried** [1] 226/9
**investigate** [1] 123/2
**investigation** [2] 271/8 338/10
**investigations** [1] 183/13
**investigative** [2] 198/17 208/16
**investigator** [1] 233/23
**investigators** [1] 245/22
**investment** [1] 301/23
**invitation** [11] 188/2 324/11 347/16 347/21 347/22 347/23 347/25 348/5 349/18 351/23 353/1
**invited** [1] 160/23
**iPad** [1] 148/25
**iPhone** [15] 213/13 213/16 213/19 219/14 224/14 229/2 249/23 250/1 250/17 251/17 255/5 263/5 265/7 265/13 270/1
**iPhone 7** [11] 213/13 213/16 213/19 219/14 224/14 250/17 251/17 255/5 263/5 265/13 270/1
**iPhones** [2] 194/6 247/24
**irrelevant** [3] 216/24 217/21 289/18
**Isidore** [11] 202/7 346/23 347/6 347/12 348/2 348/18 348/21 349/6 349/17 354/10 356/21
**issue** [9] 215/14 216/9 312/19 313/17 314/11 322/14 328/2 333/10 348/3
**issued** [1] 297/12
**issues** [1] 121/22
**it'd** [2] 250/11 268/1
**item** [29] 128/10 128/12 130/17 130/19 135/16 135/21 249/22 251/4

251/8 251/13 251/15 278/5 278/24 279/1 286/18 287/3 287/3 290/9 292/7 292/12 297/19 297/23 298/6 299/22 300/6 300/23 303/1 304/8 366/2
**item 114** [3] 299/22 300/6 300/23
**item 118** [1] 303/1
**item 138** [1] 304/8
**item 91** [3] 297/19 297/23 298/6
**items** [10] 127/21 127/23 133/22 190/4 229/18 257/12 278/5 280/24 281/6 365/12
**Ivanka** [2] 193/5 359/1
**Ivanovich** [28] 144/13 144/19 144/24 145/5 170/24 171/8 172/12 172/22 173/6 173/21 176/4 181/25 182/17 182/23 183/4 221/20 222/5 223/13 224/19 229/23 230/3 346/10 349/1 352/8 353/6 353/9 353/22 370/7

**J**

**Jared** [1] 193/6
**Jersey** [3] 199/2 205/10 205/24
**Jinping's** [1] 296/8
**job** [3] 227/22 259/19 271/15
**joined** [1] 271/18
**Jones** [2] 217/3 217/3
**Jr** [1] 193/7
**judge** [76]
**Judge Altman** [3] 251/7 277/8 343/3
**Judge Matthewman** [1] 215/11
**Judge Moore** [1] 248/8
**judge's** [1] 271/13
**judges** [2] 340/11 340/11
**judgment** [1] 306/21
**jump** [1] 310/6
**jumping** [1] 274/19
**June** [1] 277/10
**jurisdiction** [2] 338/3 358/1
**juror** [5] 355/9 362/5 362/12 362/18 366/22
**jurors** [20] 120/4 239/19 239/21 240/23 307/11 307/23 319/4 323/10 323/13 323/16 330/19 334/7 340/4 341/14 361/7 361/7 361/12 362/4 363/12 368/22
**jurors'** [1] 317/23
**jury** [122]
**jury's** [2] 230/4 264/3

**K**

**K.S** [3] 270/19 270/20 370/11
**Katherine** [4] 270/19 270/20 270/24 370/11
**keep** [6] 156/7 211/4 211/5 226/9 235/6 306/11
**keeping** [1] 364/14
**Kerr** [8] 125/23 126/18 139/14 212/20 349/19 350/8 352/19 352/23
**khaki** [1] 148/15
**Killen** [1] 248/10
**killing** [1] 329/11
**kinds** [2] 239/15 240/16
**knives** [1] 350/6
**knowing** [11] 316/10 320/1 320/25 321/10 321/12 322/5 325/2 325/12

327/12 336/19 338/1
**knowingly** [23] 309/24 317/14 320/25 321/1 321/2 322/1 322/15 322/19 323/18 325/15 326/13 326/22 327/17 335/18 335/25 336/5 336/7 336/23 337/10 337/11 338/25 357/2 357/4
**knowledge** [21] 153/8 154/12 161/21 180/18 223/13 230/4 252/8 256/19 256/20 257/1 269/25 270/3 279/9 288/16 288/25 297/15 297/16 321/17 323/11 333/20 335/9
**knows** [8] 185/21 200/9 314/2 338/6 341/3 347/16 347/17 353/11
**Kristy** [2] 119/9 308/20
**Krystle** [2] 125/23 139/14
**Kushner** [1] 193/6

**L**

**lab** [7] 220/23 226/6 226/8 227/6 227/9 227/15 229/21
**label** [1] 144/16
**laboratory** [3] 221/7 225/13 251/25
**ladies** [10] 122/13 126/15 130/13 169/19 170/15 245/7 249/1 331/7 343/1 343/8
**lady** [2] 176/22 193/5
**Lago** [116]
**land** [1] 124/8
**language** [15] 145/2 156/21 188/6 265/21 265/23 269/23 269/24 271/22 272/3 275/14 277/22 293/11 296/6 320/6 325/3
**languages** [1] 272/11
**laptop** [2] 364/4 364/9
**laptops** [2] 221/9 245/22
**large** [2] 186/1 218/6
**late** [3] 148/7 230/24 244/8
**latest** [1] 246/24
**LAUDERDALE** [4] 118/3 118/7 119/14 267/1
**Laughter** [6] 179/1 219/18 222/2 327/23 331/3 341/4
**law** [27] 184/7 246/13 273/11 273/13 273/21 273/24 273/24 274/10 276/4 314/15 315/7 315/21 322/4 328/19 331/9 331/19 332/5 332/6 332/8 332/10 333/11 339/5 339/6 339/7 339/9 350/4 357/8
**lawful** [55]
**lawfully** [1] 180/24
**lawyers** [10] 121/14 231/5 239/18 240/19 244/13 333/8 360/14 362/2 366/25 367/9
**lay** [3] 124/8 179/17 245/1
**layman's** [1] 247/4
**lead** [1] 343/12
**leading** [1] 337/15
**leads** [1] 348/13
**learn** [1] 189/5
**learned** [1] 272/22
**leave** [6] 156/6 164/15 168/14 201/9 353/23 367/10
**leaves** [2] 143/23 256/11

# L

leaving [1] 175/11
legal [6] 275/24 276/1 294/20 313/6
 333/23 355/18
legitimate [2] 350/13 350/13
Lemke [1] 152/21
lettering [1] 188/5
letters [1] 208/11
letting [1] 164/17
license [2] 274/18 324/11
lied [4] 216/4 314/19 352/19 359/21
light [4] 148/15 148/15 307/2 307/6
limited [1] 169/21
Limo [2] 201/18 202/6
line 114 [2] 345/1 345/3
line 117 [2] 302/3 345/11
line 120 [1] 303/23
line 138 [2] 346/17 346/18
Line 38 [1] 304/9
line 4 [5] 267/3 286/1 286/4 291/15
 297/8
line 91 [3] 344/7 344/7 344/9
line item [2] 287/3 287/3
lines [5] 171/5 212/16 315/24 345/10
 345/13
linguist [5] 233/2 270/19 271/21
 276/23 277/4
linguistic [1] 270/5
linguistics [1] 271/12
linguists [1] 270/2
Linux [2] 246/11 246/25
list [19] 166/14 167/6 167/16 168/10
 169/4 169/9 169/12 169/16 169/24
 169/25 252/17 350/17 350/17 352/7
 363/25 364/12 364/17 365/2 369/6
listened [2] 298/3 302/7
listening [4] 215/13 275/14 358/16
 358/22
lists [2] 168/5 202/7
LLM [1] 274/14
lobby [18] 138/11 138/20 139/13
 143/25 144/9 144/11 144/16 144/18
 149/3 150/11 150/25 151/2 154/20
 164/3 165/9 171/9 171/11 354/19
local [1] 184/7
location [13] 132/17 132/22 132/23
 132/25 157/17 192/20 206/5 210/18
 212/20 212/23 213/3 213/7 222/22
locations [2] 202/8 212/15
lock [1] 367/4
locked [1] 367/8
log [1] 227/20
logic [1] 268/6
logs [1] 207/19
lost [1] 352/17
lower [1] 156/16
lunch [6] 163/3 230/21 231/8 234/5
 244/5 366/24
Luncheon [1] 234/8
lunchtime [2] 231/21 244/9
lying [3] 353/19 353/19 359/4

# M

Mac [2] 246/11 246/25

magistrate [1] 215/11
magnetometer [3] 351/8 351/10
 354/18
magnetometers [1] 212/24
main [14] 131/11 131/12 138/10
 138/20 139/11 139/13 142/19 143/25
 144/9 144/15 144/18 147/2 158/19
 212/24
maintain [3] 350/17 350/17 367/13
maintained [6] 127/15 227/17 251/24
 252/1 252/5 252/9
maintains [1] 127/12
manage [1] 295/12
management [3] 294/6 294/6 294/6
manager [9] 152/17 163/18 163/24
 165/12 166/7 166/9 167/1 167/10
 243/8
manager's [9] 152/19 164/16 165/16
 166/4 166/13 166/17 167/3 167/20
 168/14
Mandarin [23] 160/11 161/2 161/3
 265/19 271/12 272/4 272/9 272/12
 272/13 272/23 274/2 274/21 274/25
 275/2 275/6 275/12 276/21 276/23
 277/4 277/22 287/14 293/23 295/4
mandatory [1] 246/5
manipulate [1] 257/1
manner [2] 246/12 247/8
manning [2] 142/23 153/3
Manual [1] 313/5
manufactured [1] 224/1
map [8] 123/19 124/11 127/2 138/15
 138/18 143/8 143/19 148/22
Mar [116]
March [72]
March 15 [1] 298/13
March 15th [2] 268/16 344/3
March 18 [1] 298/17
March 18th [3] 300/22 344/11 344/21
March 2019 [1] 305/4
March 26 [2] 301/2 302/9
March 26th [2] 300/18 344/25
March 27 [1] 303/9
March 27th [5] 302/6 303/19 304/2
 346/6 346/12
March 28th [6] 184/12 189/4 203/22
 205/13 206/6 300/13
March 29th [8] 202/7 203/18 203/23
 304/14 346/21 347/5 347/7 348/22
March 30th [37] 123/6 123/12 125/25
 126/19 128/24 131/5 133/23 134/8
 138/13 138/19 138/24 142/24 145/18
 148/3 148/17 150/14 150/20 151/2
 152/5 153/2 153/5 153/13 178/12
 180/19 183/15 183/19 185/8 186/5
 193/1 197/19 221/12 221/16 295/13
 299/2 344/16 348/17 348/18
Margaretta [1] 361/16
mark [5] 139/1 139/9 285/23 286/10
 286/12
marked [31] 128/1 149/12 188/9
 188/12 193/25 194/2 195/23 195/25
 201/11 201/14 202/24 203/1 204/5
 204/8 207/3 211/9 211/11 214/4

223/18 224/24 225/2 226/4 250/22
 250/25 258/9 258/12 281/24 282/1
 285/19 286/8 371/2
marking [1] 294/17
marshal [2] 341/10 341/11
marshals [1] 242/17
Mary's [1] 275/3
master [1] 273/24
master's [1] 246/2
match [2] 155/25 167/13
material [8] 190/15 193/24 215/13
 319/5 337/25 338/14 338/15 357/20
materials [1] 253/23
matter [9] 169/9 324/17 335/11 338/1
 338/3 357/20 358/1 360/4 371/20
matters [3] 244/9 248/20 333/14
Matthewman [1] 215/11
mean [40] 134/21 176/23 176/24
 176/25 208/21 208/25 228/4 230/5
 236/17 239/24 240/3 246/8 247/5
 249/9 250/7 250/8 252/16 253/18
 269/7 273/15 315/3 318/15 321/17
 326/1 334/11 335/11 342/1 347/12
 347/21 350/1 352/10 352/21 354/6
 355/5 355/5 356/15 356/18 357/9
 357/12 357/20
meaning [1] 239/2
means [48] 208/14 208/18 220/25
 230/6 231/16 231/20 239/9 242/2
 248/19 249/3 267/12 267/14 268/3
 310/4 310/22 311/9 312/8 312/12
 314/6 314/23 315/25 318/14 319/21
 319/25 320/1 325/7 325/11 325/12
 325/23 325/25 326/5 326/23 327/6
 327/11 327/12 329/16 336/9 336/14
 336/18 336/19 338/25 339/3 344/12
 346/19 349/6 355/10 355/25 360/20
meant [2] 259/13 331/2
meantime [1] 164/6
mechanic [1] 266/2
mechanical [1] 118/24
mechanically [1] 291/13
mechanics [1] 255/2
media [9] 121/15 221/3 226/8 231/7
 244/14 246/11 247/13 362/3 362/10
mediator [1] 327/22
meet [4] 138/9 301/16 301/17 323/5
meeting [2] 180/17 200/8
Melania [1] 193/5
member [14] 154/6 160/23 160/23
 163/4 163/10 167/25 168/2 315/14
 351/1 351/4 351/24 351/24 352/4
 362/7
members [21] 147/22 147/25 147/25
 153/9 153/11 158/17 158/17 158/18
 183/9 183/18 184/1 184/4 186/16
 207/18 208/8 209/8 210/2 310/13
 331/18 337/2 340/14
membership [1] 168/9
memories [1] 334/9
memory [2] 334/3 335/1
memos [1] 276/5
mentions [2] 162/20 311/14
merits [1] 271/13

385

## M

**message [38]** 265/17 266/11 267/6
267/7 267/14 267/18 269/5 269/8
269/14 269/17 269/21 284/15 284/16
287/4 297/25 298/1 300/7 300/12
302/4 302/5 302/12 302/14 302/16
302/17 302/24 303/4 303/6 303/7
303/8 303/13 303/15 303/21 303/25
304/7 304/11 304/13 304/16 341/10
**messages [12]** 257/19 257/23 262/5
265/3 265/4 265/22 279/3 279/5 279/8
282/25 283/7 283/10
**messaging [5]** 198/18 258/1 264/13
264/23 283/5
**metric [1]** 179/22
**Miami [5]** 119/7 220/19 220/21
226/16 266/24
**Michael [1]** 119/5
**microphone [11]** 121/2 137/14 146/8
211/3 235/13 235/18 238/3 240/2
270/22 328/6 364/19
**Microphone's [1]** 137/11
**mid [1]** 305/17
**mid-afternoon [1]** 305/17
**midmorning [1]** 178/23
**Militello [10]** 119/9 181/17 231/25
233/20 235/21 236/9 311/11 364/16
365/9 366/8
**mine [2]** 264/1 364/13
**minister [1]** 301/19
**Minnesota [4]** 275/4 275/18 276/9
276/17
**minute [5]** 136/15 175/1 178/24
181/9 307/9
**minutes [33]** 168/17 173/18 178/25
219/19 230/24 233/1 233/2 233/12
236/12 242/21 243/4 244/8 268/16
305/18 307/15 307/22 307/24 308/5
308/18 308/18 308/23 328/21 330/5
331/1 342/12 342/13 342/14 342/16
342/19 356/12 366/12 367/9 368/20
**Miranda [5]** 195/22 196/4 196/7
197/23 218/21
**misguided [1]** 352/17
**misled [1]** 338/8
**misrepresentation [9]** 315/3 316/4
316/8 316/10 320/1 325/12 327/13
336/20 357/5
**misrepresenting [1]** 357/2
**mission [3]** 123/1 180/16 183/13
**mistake [4]** 181/2 181/4 339/1 357/4
**mixing [1]** 266/22
**mobile [5]** 221/3 223/24 224/1 250/9
258/1
**modification [1]** 310/15
**modify [1]** 321/10
**moment [15]** 149/14 164/13 176/10
176/20 202/18 249/21 253/4 255/12
258/15 261/11 270/8 283/23 305/7
318/23 341/17
**money [11]** 295/25 299/13 304/5
304/6 312/16 346/1 346/2 346/3
346/12 352/14 359/16
**month [1]** 157/23

**monthly [1]** 158/3
**months [3]** 220/17 277/6 277/7
**Moore [1]** 248/8
**morning [22]** 120/3 120/18 120/19
120/23 124/9 128/4 148/6 181/14
230/3 252/16 253/18 253/22 301/9
307/11 345/4 360/13 363/17 368/5
368/19 368/20 368/21 369/10
**mostly [1]** 121/8
**mother [1]** 272/22
**motion [6]** 243/2 306/15 306/17
306/20 306/24 307/8
**motions [1]** 351/17
**mouth [1]** 240/2
**move [16]** 131/8 132/11 136/11 139/2
179/10 179/12 182/20 238/10 252/13
260/10 262/24 289/6 291/3 296/23
316/16 330/2
**movement [4]** 138/24 211/19 354/15
354/21
**movements [2]** 184/25 212/17
**moves [4]** 131/7 151/6 226/21 262/24
**moving [5]** 132/7 170/21 242/16
292/18 316/25
**MR [98]**
**Mr. [66]**
**Mr. Adler [15]** 120/18 181/17 231/25
235/21 236/9 243/1 243/11 306/15
312/19 319/11 325/4 328/2 341/20
364/16 365/9
**Mr. Bernard [1]** 152/21
**Mr. Cashier [2]** 215/25 216/1
**Mr. Fortune [1]** 140/15
**Mr. Garcia [19]** 120/11 181/21
182/13 182/15 202/18 211/2 215/10
216/8 219/11 237/12 243/21 317/9
323/3 326/17 330/9 331/5 342/24
363/23 365/1
**Mr. Garcia's [1]** 329/14
**Mr. Ivanovich [3]** 145/5 173/6 222/5
**Mr. Robert [1]** 328/13
**Mr. Sherwin [4]** 169/5 182/2 244/17
365/1
**Mr. Soto [14]** 233/1 245/7 245/17
248/13 249/18 250/22 253/3 253/14
254/8 255/1 258/22 261/25 264/3
271/10
**Mr. Williams [5]** 220/12 222/5 225/7
228/17 230/15
**Ms [1]** 370/17
**Ms. [144]**
**Ms. Boyce [3]** 362/13 362/21 363/8
**Ms. Chang [7]** 271/5 271/6 277/21
278/4 278/23 280/4 281/23
**Ms. Grumaz [9]** 146/14 146/16
147/14 150/3 170/8 178/3 187/3 213/4
352/3
**Ms. Hodges [2]** 362/14 363/8
**Ms. Kristy [1]** 308/20
**Ms. Militello [9]** 181/17 231/25
233/20 235/21 236/9 311/11 364/16
365/9 366/8
**Ms. Zhang [106]**
**Ms. Zhang's [7]** 179/16 194/6 196/5

197/11 207/21 210/12 214/23
**multiple [3]** 192/15 317/18 357/17
**murder [1]** 277/11
**murdered [1]** 277/12
**music [2]** 231/24 342/13

## N

**name [57]**
**named [3]** 138/6 148/9 351/4
**names [1]** 167/12
**narrow [2]** 287/24 322/23
**National [1]** 273/8
**Nations [11]** 185/17 187/15 189/14
189/3 198/15 218/19 299/9 299/13
352/12 352/24 357/18
**native [2]** 272/20 272/22
**natural [1]** 338/16
**nature [5]** 151/9 191/8 191/15 211/23
215/14
**nauseam [1]** 361/24
**NE [1]** 119/7
**near [6]** 155/9 156/6 164/12 171/13
171/17 321/18
**necessary [3]** 207/6 326/24 331/24
**neither [1]** 319/19
**nervous [1]** 358/22
**network [6]** 251/25 255/11 256/14
256/15 256/18 258/7
**New Jersey [2]** 199/2 205/24
**Newark [6]** 199/2 205/4 205/4 205/10
205/16 205/23
**news [1]** 331/4
**nice [4]** 120/20 231/8 234/5 244/5
**nicely [1]** 175/13
**Nine [1]** 363/18
**Nineteen [5]** 220/17 245/13 247/17
247/18 251/11
**nodding [2]** 162/2 172/18
**none [2]** 342/5 351/19
**nonsense [1]** 359/25
**nonuniformed [1]** 184/8
**normal [1]** 251/20
**normally [7]** 152/7 153/20 153/23
154/22 227/10 269/17 337/18
**north [2]** 139/8 139/10
**note [4]** 313/6 364/8 366/22 368/1
**noted [1]** 313/12
**notes [5]** 333/25 334/3 334/4 334/6
334/8
**notetaking [2]** 241/4 241/5
**notice [2]** 323/11 350/1
**notify [1]** 271/9
**notion [1]** 321/16
**novice [1]** 267/1
**nowhere [1]** 321/17
**number [70]**
**Number 1 [1]** 212/19
**Number 12 [1]** 354/14
**Number 15 [1]** 204/6
**number 19 [2]** 227/24 251/10
**Number 2 [1]** 212/22
**Number 20 [1]** 254/1
**Number 23 [2]** 281/14 343/18
**number 3 [4]** 201/12 213/1 213/2

## N

**number 3... [1]** 348/13
**number 4 [4]** 135/6 135/12 213/6 266/8
**Number 5 [1]** 292/13
**numbered [1]** 212/14
**numbers [11]** 128/1 149/12 151/15 186/4 207/3 207/12 207/22 208/10 258/12 282/1 367/10
**numerous [6]** 190/3 190/14 193/15 193/21 195/4 218/23

## O

**o'clock [6]** 186/18 230/23 230/25 233/12 233/15 347/7
**O36 [1]** 317/5
**object [16]** 151/8 167/7 194/15 207/5 212/1 216/19 216/22 216/25 217/5 217/17 227/25 260/21 263/12 289/9 320/5 321/15
**objected [1]** 207/9
**objection [106]**
**objection's [1]** 261/1
**objectionable [2]** 216/23 217/4
**objections [2]** 240/19 240/23
**objective [1]** 180/17
**objectives [1]** 181/6
**obligated [1]** 296/1
**observe [1]** 335/3
**observed [2]** 187/3 242/4
**obtain [5]** 206/9 213/15 214/23 312/11 312/14
**obtained [4]** 190/2 206/12 215/2 273/24
**occasion [2]** 185/16 213/21
**odd [2]** 156/4 351/16
**odds [1]** 341/2
**offense [11]** 242/11 309/8 311/7 311/21 321/13 322/6 337/5 337/9 337/16 337/18 356/14
**offer [9]** 174/11 188/18 194/13 196/8 201/23 203/8 204/16 211/22 233/25
**offering [2]** 169/13 248/17
**office [46]** 119/3 119/6 119/10 122/22 122/24 127/13 130/21 131/19 131/21 142/3 152/17 152/18 164/3 164/16 165/12 165/17 165/19 166/4 166/13 166/17 167/3 167/20 168/14 168/16 183/11 183/12 184/18 190/20 190/22 191/17 192/5 192/9 192/11 193/17 194/25 195/6 195/13 199/25 213/8 218/22 220/19 220/21 222/23 255/19 349/5 354/8
**officers [1]** 349/15
**Official [2]** 119/13 371/23
**Oh [22]** 120/8 122/9 122/9 126/11 126/13 131/15 132/10 137/18 230/10 235/22 236/11 238/18 239/1 259/13 266/15 267/25 286/10 287/4 288/21 292/20 364/23 367/25
**on-call [1]** 221/19
**one o'clock [2]** 186/18 233/12
**one-time [2]** 246/15 246/16
**one-way [1]** 199/3

**open [4]** 224/6 224/11 268/22 363/24
**open-ended [1]** 268/22
**opening [3]** 342/15 342/16 343/6
**operated [2]** 140/7 141/20 142/2
**operating [1]** 140/8
**opinion [11]** 179/17 242/5 248/20 249/6 253/18 314/5 333/10 335/10 335/12 335/13 340/6
**opinions [4]** 222/1 242/3 248/22 249/12
**opportunity [13]** 216/20 261/11 262/9 280/8 281/4 283/14 295/7 306/15 308/9 329/1 334/2 335/2 366/1
**opposite [2]** 150/24 155/4
**option [2]** 318/21 318/22
**options [2]** 238/11 340/22
**order [22]** 123/5 160/3 184/5 207/19 238/10 255/13 258/4 296/7 343/15 352/19 361/10 365/25
**organic [1]** 293/23
**orientation [1]** 127/2
**origin [1]** 287/6
**original [1]** 293/9
**ours [1]** 364/14
**outcome [1]** 334/25
**outgoing [15]** 269/14 269/21 287/16 300/8 302/16 302/17 302/23 303/6 303/7 303/14 303/17 303/21 303/25 304/1 345/15
**outline [1]** 124/6
**overall [1]** 272/10
**overhead [7]** 122/5 148/21 223/17 249/25 264/7 266/17 295/5
**overrule [3]** 133/2 228/6 253/25
**overruled [15]** 133/5 135/8 151/12 167/8 194/20 207/7 212/4 217/18 217/23 240/23 261/1 263/13 263/15 281/16 289/20
**overruling [1]** 212/5
**overview [1]** 140/6
**owned [1]** 140/7

## P

**p.m [16]** 206/7 206/8 234/8 235/1 242/19 242/20 242/23 242/23 309/1 309/1 330/7 330/7 363/21 366/16 366/16 369/15
**pad [1]** 148/24
**page [25]** 207/15 207/15 209/5 209/11 229/13 229/13 235/5 235/10 257/5 262/10 262/14 262/16 279/10 283/18 292/4 292/5 292/6 292/12 292/15 292/21 292/21 295/6 310/2 346/8 370/2
**page 1 [2]** 292/21 295/6
**page 2 [3]** 257/5 292/21 346/8
**pages [8]** 235/9 251/16 262/13 291/17 291/18 291/20 292/1 293/7
**Palm [31]** 119/4 119/11 122/21 122/23 127/13 130/20 142/3 183/11 184/17 184/18 190/19 190/21 191/16 191/17 192/6 193/16 194/24 195/6 195/12 198/14 199/2 199/3 205/4 205/24 205/24 210/4 213/8 214/5

**214/9 214/17 222/23**
**pan [1]** 122/6
**pants [3]** 140/20 148/15 148/16
**paper [2]** 207/19 348/12
**papers [2]** 136/11 136/13
**paragraph [10]** 254/10 254/16 257/5 257/8 296/3 296/5 325/5 327/5 340/20 340/23
**paragraph 2 [1]** 340/23
**paragraphs [2]** 257/14 340/19
**parking [17]** 124/19 124/21 125/7 125/13 127/5 127/14 129/23 130/4 131/12 137/19 139/7 139/12 141/22 190/24 191/13 192/1 192/19
**parse [1]** 255/12
**part [18]** 124/17 125/7 147/14 147/15 147/20 221/18 227/4 240/12 240/16 240/18 240/21 247/1 285/2 295/8 315/18 334/15 358/3 364/21
**participant [1]** 173/23
**participate [3]** 189/13 222/14 361/22
**participation [1]** 184/14
**parties [13]** 121/15 197/5 231/6 244/14 293/20 294/5 296/19 297/15 297/16 311/19 319/5 331/9 362/2
**partners [1]** 276/6
**parts [1]** 240/13
**party [7]** 294/9 295/12 295/12 296/1 296/1 296/8 319/19
**party B [1]** 295/12
**pass [5]** 154/25 156/10 156/10 205/3 320/19
**passed [4]** 154/24 155/8 155/17 156/13
**passenger [1]** 209/17
**passes [2]** 204/13 205/1
**passports [4]** 187/12 188/16 350/13 350/14
**Patenaude [3]** 139/19 142/25 351/14
**path [3]** 139/9 213/11 213/11
**Patricia [1]** 361/16
**Patrick [1]** 248/10
**pattern [6]** 235/24 236/6 236/8 317/10 317/14 317/19
**Paul [3]** 139/19 142/25 351/14
**pause [14]** 132/1 136/17 154/3 155/16 176/11 182/10 202/19 211/24 232/14 237/11 240/8 251/2 320/20 327/4
**pay [3]** 296/1 344/4 361/13
**payment [5]** 203/24 209/6 210/9 210/16 258/2
**PBI [2]** 205/21 205/24
**PBSO [1]** 141/14
**PD [1]** 184/18
**Peace [1]** 294/5
**peanut [1]** 244/7
**pen [1]** 156/16
**pending [1]** 276/25
**people [16]** 146/20 147/7 147/22 153/23 171/22 192/2 193/1 209/4 253/12 301/15 301/17 347/13 349/16 350/18 355/23 361/9
**Peoples [2]** 187/11 188/16

387

**P**

**Peoria [1]** 277/10
**pepper [1]** 350/6
**percent [2]** 181/7 326/24
**perception [1]** 159/11
**perfect [2]** 122/10 369/2
**perfectly [1]** 237/4
**performance [1]** 362/25
**perhaps [4]** 139/25 250/13 299/10
334/1
**perimeter [6]** 124/23 125/1 125/4
125/6 153/6 314/1
**period [3]** 247/19 273/9 354/13
**permission [56]**
**permit [1]** 164/4
**permitted [6]** 169/22 170/1 180/5
333/25 361/8 365/24
**permutations [1]** 323/11
**person [50]** 180/4 184/4 190/2
190/11 191/6 198/10 198/22 200/4
200/7 200/9 201/8 222/12 222/13
223/2 229/20 242/8 294/10 310/9
310/12 312/9 312/12 314/2 315/2
316/3 320/22 321/24 323/4 323/13
323/16 324/11 324/22 325/13 325/20
326/10 327/13 327/17 333/19 335/9
336/12 336/20 336/23 337/1 338/6
339/6 339/8 339/8 347/19 350/22
358/4 358/20
**person's [3]** 179/22 242/1 324/6
**personal [6]** 214/23 223/8 260/24
289/12 289/17 334/24
**personally [5]** 128/16 130/22 133/25
153/10 242/4
**personnel [1]** 184/6
**persons [4]** 190/3 190/12 297/3
357/6
**pertinent [1]** 319/6
**Ph.D [2]** 273/24 274/14
**phone [70]**
**phones [8]** 201/7 201/8 217/15 221/3
221/9 247/24 354/1 365/12
**photo [15]** 126/16 150/4 150/8
150/10 150/11 150/13 150/16 150/19
157/8 174/15 188/4 210/23 211/16
301/20 302/1
**photographs [1]** 201/1
**photos [5]** 152/11 178/8 187/25
350/2 352/4
**phrase [1]** 314/7
**physical [2]** 255/14 256/1
**physically [4]** 178/8 185/7 191/11
230/6
**pic [1]** 286/11
**pick [5]** 150/3 233/14 264/2 360/13
361/11
**picked [4]** 139/4 271/24 347/7 351/7
**pictorial [1]** 263/8
**picture [9]** 126/5 268/3 268/7 268/11
268/19 286/5 286/17 286/23 292/6
**pictures [10]** 158/12 161/8 177/2
177/3 177/11 177/16 177/17 177/22
301/25 348/1
**piece [2]** 216/25 226/8

**pieces [2]** 169/20 170/21
**pink [2]** 140/20 186/10
**placard [1]** 158/10
**place [10]** 135/10 135/11 180/4
180/24 207/15 295/13 331/17 349/14
350/7 362/3
**Plaintiff [1]** 118/7
**plan [2]** 123/16 305/17
**platform [1]** 198/19
**play [9]** 138/18 138/22 139/23 141/18
343/11 343/11 343/11 343/11 364/9
**playing [8]** 140/23 141/5 141/16
142/11 142/15 143/1 163/5 163/5
**plow [1]** 219/17
**plow-through [1]** 219/17
**Plus [2]** 203/5 203/17
**podium [1]** 330/2
**point [57]**
**point 1 [1]** 351/5
**pointed [1]** 285/2
**police [2]** 349/15 349/21
**policy [2]** 158/14 352/5
**political [5]** 219/3 299/5 304/20
344/19 347/1
**politicians [1]** 301/15
**pool [17]** 160/20 189/9 189/12
199/17 199/18 200/21 350/10 350/25
351/2 353/3 353/4 353/5 353/8 353/10
353/11 353/11 357/3
**portion [1]** 124/10
**portions [1]** 345/3
**position [5]** 183/20 315/23 320/21
321/22 324/21
**positioned [1]** 135/2
**possession [1]** 230/6
**post [3]** 142/2 153/1 350/12
**post-1 [1]** 350/12
**posted [14]** 126/24 157/13 157/21
158/1 164/22 310/5 310/22 319/18
322/14 336/9 349/24 350/11 356/23
356/24
**poster [5]** 157/10 157/11 157/12
158/3 158/6
**posting [1]** 184/6
**potentially [4]** 186/20 201/9 313/2
344/4
**practice [1]** 364/2
**predicate [2]** 245/1 271/11
**prefer [8]** 179/9 179/10 238/7 253/19
329/5 329/20 329/21 367/14
**prejudice [1]** 332/3
**preliminary [2]** 240/15 241/10
**premise [1]** 315/10
**premises [4]** 172/10 172/10 321/25
324/24
**preparatory [3]** 275/4 275/6 275/12
**prepared [2]** 340/16 361/15
**preparing [1]** 337/17
**presence [1]** 180/22
**present [6]** 231/15 231/16 232/21
246/13 306/5 306/7
**presented [8]** 210/22 211/20 259/25
307/4 332/2 343/22 343/24 362/22
**presenting [1]** 125/17

**preserve [2]** 245/20 246/12
**preserved [1]** 306/24
**president [24]** 123/3 123/3 123/17
124/22 125/9 153/8 183/22 184/3
184/3 193/8 193/9 297/12 299/4 310/8
310/14 336/11 337/2 344/18 347/14
347/18 350/21 357/7 358/4 359/1
**President Trump [1]** 183/22
**president's [1]** 184/14
**presidential [2]** 123/14 183/21
**press [1]** 211/2
**presumes [1]** 332/10
**presumption [1]** 318/6
**price [3]** 301/21 301/24 302/1
**prices [1]** 301/13
**prime [1]** 301/19
**principal [1]** 274/17
**print [3]** 328/15 328/20 341/1
**printed [1]** 263/10
**priority [1]** 334/4
**private [3]** 192/3 275/4 275/20
**problem [7]** 176/7 182/9 182/15
304/18 311/10 313/19 368/3
**procedure [3]** 216/16 306/25 347/17
**Procedure 29 [1]** 306/25
**procedures [1]** 347/14
**proceed [15]** 133/8 182/25 202/22
217/13 220/1 236/13 243/18 245/3
249/14 289/23 308/16 329/4 329/19
342/6 351/19
**proceedings [9]** 118/16 118/24 215/6
217/11 307/4 341/18 342/22 369/15
371/20
**process [5]** 245/20 246/10 258/4
361/11 361/21
**processing [1]** 254/14
**produce [1]** 332/10
**produced [1]** 118/25
**proficiency [1]** 246/5
**promised [2]** 178/22 361/20
**promptly [1]** 341/11
**proof [8]** 332/17 332/19 332/24
332/24 333/21 355/5 355/16 363/7
**proper [8]** 144/15 144/16 207/10
252/5 252/9 262/10 266/5 267/13
**properly [5]** 151/13 260/6 262/19
265/12 283/20
**properties [1]** 213/12
**property [62]**
**proposal [1]** 316/23
**proposed [1]** 311/12
**proposition [3]** 315/17 320/22
321/24
**protect [2]** 358/3 365/25
**protected [10]** 192/18 193/1 310/9
310/12 336/12 337/1 347/18 350/22
357/6 358/4
**protectee [1]** 184/2
**protectees [2]** 185/1 186/3
**protecting [1]** 123/3
**protection [3]** 183/13 183/16 183/21
**protective [8]** 123/14 183/24 184/1
184/2 184/5 184/9 184/10 185/3
**protein [2]** 233/24 244/6

388

**P**

**protocol [3]** 252/9 350/10 351/22
**protocols [1]** 252/1
**prove [12]** 332/11 332/15 332/18
333/22 338/21 338/22 349/9 354/24
355/6 355/17 355/20 357/15
**proved [6]** 331/23 333/2 336/4
337/10 337/23 356/15
**provide [8]** 123/16 134/3 183/16
187/10 188/1 206/16 245/22 246/13
**provided [9]** 149/21 187/11 188/17
227/10 246/4 252/21 253/7 270/2
278/23
**proving [1]** 355/3
**provision [1]** 312/3
**provisions [1]** 313/7
**public [7]** 119/9 119/10 226/25
227/11 236/25 261/19 274/17
**publish [15]** 150/6 151/20 151/21
212/7 225/1 228/14 250/24 254/5
258/16 262/1 263/21 278/7 282/13
290/2 293/1
**published [1]** 227/11
**puddles [1]** 355/23
**pull [8]** 137/13 141/25 142/5 146/8
161/7 235/13 235/18 238/3
**pulled [3]** 136/6 137/3 188/3
**pulling [1]** 142/6
**pulls [1]** 256/23
**punishment [3]** 317/18 339/19
339/21
**purchase [1]** 346/9
**purports [1]** 135/12
**purposefully [1]** 180/23
**purposely [1]** 339/4
**purposes [22]** 121/19 125/19 127/2
127/4 127/23 128/3 140/19 143/10
148/13 151/19 159/15 169/6 230/4
231/17 235/7 258/5 266/4 272/8
277/22 278/7 291/19 293/21
**purse [29]** 190/2 190/9 190/9 190/13
190/14 191/10 193/10 193/20 193/21
194/7 199/24 199/25 201/3 201/19
201/21 202/14 203/6 204/2 204/14
215/19 348/25 349/1 349/2 349/3
349/4 349/5 353/17 353/18 353/22
**purview [1]** 138/23
**push [2]** 211/3 307/12
**puts [1]** 256/7
**PVG [2]** 205/6 205/9
**PVG-EWR [1]** 205/6

**Q**

**qualified [5]** 241/24 248/13 248/21
248/25 277/25
**qualify [1]** 276/21
**quality [2]** 290/13 290/23
**question [47]** 136/22 136/23 137/1
137/24 144/8 145/22 154/5 158/2
159/24 160/13 166/11 176/15 177/11
177/13 177/14 177/19 178/8 179/25
200/2 215/17 216/1 216/16 216/23
216/23 216/24 216/25 217/1 217/5
220/6 231/23 232/2 259/15 271/11

274/23 277/2 296/24 311/20 311/25
312/20 321/23 322/15 329/13 338/10
341/10 356/16 356/19 357/16
**questioned [1]** 353/17
**questioning [6]** 159/5 163/2 175/19
216/18 216/20 352/10
**questions [39]** 124/4 124/6 140/1
145/20 147/5 166/16 169/14 169/20
176/13 178/10 179/16 187/7 187/21
187/22 216/17 217/7 225/1 227/1
228/18 230/8 250/3 251/13 254/8
258/20 261/7 266/2 268/22 270/10
271/9 280/3 281/12 287/24 290/9
290/18 300/4 305/9 334/19 335/4
352/5
**quickly [2]** 138/15 237/16

**R**

**RA [4]** 191/12 193/11 194/24 214/15
**rained [1]** 355/24
**raise [6]** 120/24 146/4 182/16 219/21
243/6 244/19
**raised [1]** 243/6
**raw [1]** 288/25
**re [2]** 144/15 340/6
**re-examine [1]** 340/6
**reach [3]** 333/16 340/5 362/4
**reached [1]** 362/18
**reaching [1]** 338/18
**react [1]** 169/11
**reaction [1]** 160/7
**read [34]** 188/7 195/20 195/21 196/4
196/7 196/23 196/24 197/1 197/5
208/8 229/10 240/6 254/19 254/20
274/2 295/6 296/6 297/7 298/10
298/18 298/25 301/5 301/8 303/10
304/3 304/15 307/18 326/9 341/24
341/24 345/4 354/25 359/3 362/20
**reading [5]** 197/23 275/14 302/20
323/14 362/10
**reads [2]** 319/20 327/5
**ready [7]** 120/4 120/7 243/21 307/19
307/20 330/19 342/6
**realize [1]** 154/22
**reasonableness [1]** 323/22
**reasoning [1]** 333/15
**reasons [1]** 289/15
**rebuttal [4]** 308/12 342/17 342/18
359/11
**recall [12]** 124/9 159/15 172/24 248/6
275/5 343/3 343/15 347/6 348/13
348/24 349/1 351/9
**receipt [24]** 201/18 201/19 201/21
202/6 202/13 202/13 203/5 203/6
203/17 204/2 205/3 209/15 210/4
348/10 348/11 348/12 348/14 348/17
348/19 348/20 348/20 348/24 348/25
349/6
**receipts [4]** 193/23 204/12 204/14
205/2
**receive [3]** 128/19 237/13 246/17
**received [6]** 209/15 246/2 314/24
315/2 316/1 366/22
**receives [3]** 226/10 345/1 346/23

**receiving [1]** 346/20
**reception [37]** 144/16 144/18 144/19
145/16 147/15 149/1 149/2 151/25
152/8 163/20 163/21 164/19 164/24
165/5 165/15 170/7 170/9 170/13
170/22 171/7 171/22 171/25 172/17
172/20 175/22 175/25 178/11 186/19
186/23 190/1 191/24 195/4 213/3
218/16 351/6 351/8 352/9
**receptionist [6]** 147/2 161/14 186/19
351/20 351/22 354/17
**recess [7]** 181/12 234/8 242/19
242/23 309/1 330/7 366/16
**recitation [1]** 315/20
**recognition [2]** 362/21 362/22
**recognize [9]** 132/20 154/6 188/10
194/1 195/24 201/12 202/25 204/6
211/14
**recognized [3]** 181/15 322/20 361/20
**recollection [5]** 134/8 154/13 333/13
334/5 354/20
**recommended [1]** 309/18
**record [64]**
**recorded [4]** 118/24 195/15 265/2
283/9
**recording [8]** 195/19 298/3 298/5
298/18 300/20 300/20 300/23 364/3
**recordings [3]** 265/12 279/3 279/7
**records [6]** 206/9 206/17 207/1 207/1
207/2 346/8
**recovered [2]** 257/12 257/13
**red [10]** 202/13 203/5 203/17 203/19
207/1 212/16 213/10 223/7 285/23
294/17
**redact [1]** 319/5
**redacted [2]** 330/10 330/15
**redactions [1]** 319/8
**Redirect [3]** 177/20 177/24 370/6
**redundant [1]** 322/11
**refer [1]** 335/16
**reference [5]** 143/10 151/19 228/23
230/1 257/15
**referenced [1]** 313/4
**references [2]** 300/19 343/2
**referred [1]** 209/3
**referring [1]** 142/18
**refers [1]** 311/7
**reflect [13]** 132/16 149/18 149/20
180/9 186/12 186/14 203/19 205/11
205/15 207/23 209/5 210/6 262/7
**reflected [9]** 189/3 204/24 207/18
208/24 208/25 209/14 210/3 284/4
346/11
**reflection [1]** 169/17
**reflects [4]** 181/5 206/1 212/13 363/4
**refresh [1]** 354/20
**refund [3]** 299/13 302/19 345/17
**regular [3]** 227/14 227/17 241/22
**regulation [1]** 158/18
**Rehaif [1]** 321/8
**reiterates [1]** 241/5
**reject [3]** 122/1 122/1 278/18
**relationship [1]** 219/2
**relationships [2]** 219/3 219/4

389

**R**

**relatively [2]** 145/9 314/4
**relay [1]** 162/23
**relevance [6]** 179/15 179/19 179/21
260/24 296/16 296/17
**relevant [5]** 228/4 312/1 312/4
312/10 324/18
**rely [2]** 332/25 335/13
**remain [12]** 306/7 314/25 315/3
323/17 323/18 324/24 325/14 326/11
327/16 335/19 335/25 336/22
**remained [9]** 324/19 324/25 325/15
326/13 327/17 336/5 336/7 336/24
356/17
**remaining [7]** 232/24 316/2 319/23
325/9 327/9 336/16 337/11
**remains [2]** 309/24 362/3
**remarks [1]** 343/6
**remember [4]** 215/10 248/9 340/10
360/17
**removed [4]** 256/20 257/19 312/2
324/5
**render [1]** 360/3
**rendered [1]** 362/23
**repeated [1]** 361/24
**rephrase [5]** 144/8 158/2 166/10
259/15 274/23
**replace [1]** 326/5
**report [26]** 251/16 251/18 251/20
251/24 252/4 252/8 252/18 252/22
252/25 253/2 253/5 253/6 253/14
253/16 254/9 255/2 255/3 255/8
255/10 257/5 259/3 262/5 262/7
262/10 262/11 262/12
**reporter [5]** 119/12 119/13 202/17
202/21 371/23
**represent [6]** 146/19 266/5 269/2
269/13 282/23 315/13
**representation [5]** 128/23 131/4
134/7 151/1 263/8
**representative's [1]** 294/20
**represented [1]** 264/10
**representing [1]** 232/6
**represents [2]** 269/19 282/22
**Republic [2]** 187/11 188/16
**request [7]** 128/16 128/19 130/22
130/24 134/1 164/24 311/5
**requested [4]** 237/13 247/21 320/8
320/11
**required [3]** 307/3 338/18 362/17
**research [7]** 121/14 198/17 208/16
231/5 244/13 276/5 362/1
**reservation [4]** 207/20 208/13 209/1
210/7
**resident [7]** 122/21 183/12 191/17
193/17 195/6 195/12 222/23
**resides [1]** 256/13
**Resource [1]** 313/5
**respected [1]** 358/20
**respond [5]** 156/23 156/25 157/1
192/22 341/11
**responded [1]** 197/3
**responding [1]** 345/14
**response [17]** 157/1 159/24 159/25

160/13 160/14 168/1 236/14 238/15
246/24 248/16 267/8 269/3 295/17
296/10 310/19 317/7 338/10
**responsibilities [10]** 122/25 123/11
123/15 147/3 147/15 147/16 220/20
221/16 227/5 245/18
**responsibility [1]** 358/3
**rest [8]** 305/25 306/1 328/24 328/25
329/2 329/4 346/15 363/13
**restate [1]** 222/14
**restaurant [2]** 347/9 348/8
**rested [1]** 231/15
**restricted [49]** 142/4 142/20 309/17
309/25 310/3 310/4 310/5 310/21
310/22 319/18 319/22 319/23 319/25
321/2 321/3 321/5 321/6 322/19 325/8
325/9 325/11 325/14 326/12 326/14
327/7 327/9 327/11 327/16 327/18
335/19 336/1 336/6 336/7 336/9
336/10 336/15 336/17 336/19 336/22
336/24 337/7 337/12 349/11 350/1
350/3 353/14 356/19 356/22 356/25
**restroom [3]** 181/22 182/8 187/4
**rests [3]** 329/16 329/18 331/6
**result [2]** 311/24 337/18
**results [1]** 246/13
**resume [1]** 366/23
**retire [2]** 360/8 363/14
**return [3]** 199/4 341/8 358/8
**review [11]** 139/21 213/21 235/20
237/10 255/11 260/6 283/14 294/21
330/10 330/14 366/2
**reviewed [11]** 128/21 131/2 134/5
135/10 136/3 206/20 207/8 259/10
279/10 311/13 317/8
**reviewers [1]** 260/1
**Ricardo [4]** 243/25 244/20 244/23
370/10
**rightmost [1]** 285/13
**rights [10]** 195/20 195/22 196/4
196/24 197/23 197/24 218/22 237/4
306/8 306/10
**rise [13]** 120/10 179/2 181/10 181/20
231/9 234/6 244/1 305/19 308/24
330/23 363/19 366/14 366/17
**RKA [1]** 118/4
**RMR [2]** 119/12 371/23
**RMR-CRR [1]** 371/23
**road [6]** 124/11 127/7 127/7 141/12
192/1 296/9
**roadblocks [2]** 184/6 347/15
**roads [1]** 349/13
**roam [1]** 184/22
**Robert [3]** 119/8 236/24 328/13
**Rolando [1]** 119/2
**ROM [2]** 259/1 259/2
**Roof [5]** 202/13 203/5 203/17 203/19
207/2
**room [39]** 119/14 155/12 155/15
164/4 164/22 165/9 170/14 175/25
192/12 192/13 192/14 192/16 195/12
195/14 195/19 195/21 196/6 196/22
201/9 203/19 210/17 210/19 210/20
216/3 216/8 218/1 331/21 340/13

341/6 354/8 354/12 360/23 360/24
361/4 363/9 363/20 364/11 364/25
368/13
**Room 324 [1]** 210/19
**route [1]** 354/17
**routine [1]** 235/25
**Roy [1]** 118/17
**rubber [1]** 187/12
**rule [8]** 158/19 158/19 207/11 233/7
243/2 306/15 306/25 339/9
**Rule 29 [3]** 233/7 243/2 306/15
**rules [3]** 217/1 246/11 331/19

**S**

**S5 [1]** 241/3
**S7 [2]** 228/23 229/15
**safe [2]** 123/16 192/3
**safer [1]** 190/4
**Saint [1]** 275/3
**Salopek [3]** 119/12 371/22 371/23
**Sam [14]** 144/13 144/19 170/17
170/23 171/8 172/3 172/22 174/3
174/5 176/3 181/25 221/20 223/13
251/9
**SAMUEL [3]** 182/17 182/23 370/7
**SAN [5]** 255/10 256/16 256/18 258/7
260/1
**Sand [1]** 256/17
**SANS [1]** 246/24
**sat [1]** 172/2
**saw [15]** 143/14 144/3 144/24 167/12
170/14 171/19 172/3 174/9 175/6
210/22 222/13 224/18 249/5 288/12
350/2
**scary [1]** 366/23
**scenario [1]** 233/4
**schedule [3]** 157/12 199/4 299/6
**scheduled [8]** 147/17 161/21 166/19
166/24 185/17 305/2 305/5 344/19
**schedules [1]** 184/22
**scheduling [1]** 231/17
**scholar [1]** 277/11
**school [8]** 272/23 273/15 273/16
275/3 275/4 275/6 275/12 275/20
**schooling [2]** 273/3 273/5
**scientific [4]** 241/25 248/20 249/7
335/8
**scissors [2]** 220/3 224/6
**scope [2]** 312/15 347/5
**scored [1]** 343/9
**scores [1]** 349/13
**screen [40]** 123/18 123/19 125/2
125/2 126/7 131/14 131/23 131/23
132/7 132/7 132/10 132/11 132/17
135/7 135/7 136/10 136/12 138/4
139/24 147/10 148/22 149/8 152/2
167/12 179/5 179/8 191/19 196/15
197/7 202/4 204/23 207/16 209/12
210/1 212/12 284/19 284/19 285/3
294/2 297/20
**screen's [2]** 131/24 295/18
**screening [1]** 125/16
**screens [1]** 170/2
**scroll [1]** 266/8

**S**

**seal [2]** 294/19 294/23
**seals [1]** 294/22
**search [14]** 190/2 190/8 190/10 191/5 191/7 191/10 193/10 193/14 193/17 193/18 213/15 349/2 349/3 349/4
**searched [4]** 190/14 199/24 350/19 350/20
**searches [1]** 351/18
**searching [2]** 188/4 349/16
**seasons [1]** 146/22
**seat [4]** 121/1 182/18 244/21 270/21
**Seattle [1]** 274/11
**second [25]** 134/19 134/22 136/9 141/11 172/3 207/15 207/15 209/5 215/3 229/13 239/18 240/18 292/12 300/23 315/1 316/2 318/6 318/19 318/22 321/11 321/12 323/6 329/21 357/14 360/19
**secondary [4]** 178/10 273/12 273/13 273/14
**seconds [2]** 139/25 351/15
**secret [58]**
**Secretary [2]** 296/7 301/18
**section [3]** 205/20 206/7 309/23
**Section 1752 [1]** 309/23
**secure [2]** 123/17 153/5
**security [20]** 123/16 123/16 125/13 127/4 141/3 153/1 153/22 173/2 185/10 185/10 189/6 200/2 221/18 338/11 347/14 350/11 351/2 351/5 351/22 352/23
**seek [5]** 251/14 265/24 276/21 281/10 340/12
**seeks [9]** 134/11 252/13 260/10 262/24 277/21 279/22 289/6 291/3 349/2
**segment [1]** 282/24
**segues [1]** 230/17
**selection [2]** 232/5
**self [1]** 326/4
**self-evident [1]** 326/4
**seminars [1]** 246/22
**send [3]** 316/22 364/8 366/3
**sended [1]** 288/11
**sends [3]** 345/18 345/22 345/24
**sense [10]** 157/2 238/25 242/9 332/22 333/16 349/12 355/11 355/13 360/1 366/5
**sensitive [9]** 151/10 151/11 194/17 194/18 212/3 228/3 253/23 261/19 289/17
**sentence [8]** 197/2 315/1 316/3 323/9 324/22 325/5 326/8 326/8
**September [3]** 118/8 120/1 235/1
**SEPTEMBER 10 [2]** 120/1 235/1
**serial [1]** 223/25
**server [4]** 255/16 256/12 256/13 259/22
**servers [1]** 221/9
**service [58]**
**services [1]** 134/23
**setting [1]** 301/17
**seven [5]** 150/2 151/14 177/8 178/4

347/7
**Seven-1 [4]** 150/2 151/14 177/8 178/4
**Shanghai [6]** 199/1 205/3 205/9 205/15 214/12 214/13
**shape [1]** 154/17
**Shattuck [1]** 275/3
**Shattuck-Saint [1]** 275/3
**she'll [6]** 139/4 139/6 139/10 139/12 232/12 277/25
**sheet [2]** 226/6 285/20
**sheriff's [9]** 127/13 130/20 131/19 131/21 142/3 184/18 190/19 190/21 213/8
**Sherwin [82]**
**shift [13]** 148/5 267/23 268/21 274/1 274/5 276/20 280/2 283/22 285/25 288/2 296/3 297/19 302/2
**shirt [2]** 140/20 148/15
**shocked [1]** 176/1
**short [1]** 219/12
**shown [1]** 238/11
**sic [31]** 146/11 152/6 152/17 155/15 156/9 160/3 165/14 170/11 174/6 177/3 178/3 190/3 197/1 197/20 199/23 215/25 223/24 239/24 240/4 267/21 272/20 280/6 292/9 299/14 299/18 304/9 304/21 306/21 314/14 344/19 349/23
**sick [3]** 361/9 362/6 362/7
**side [9]** 150/24 152/25 153/22 242/17 293/22 293/23 308/3 354/16 365/6
**sidebar [6]** 215/3 215/6 217/11 341/16 341/18 342/22
**sides [1]** 316/23
**sign [11]** 126/21 157/11 158/10 158/10 158/11 158/12 197/1 341/1 341/7 350/2 351/17
**signage [5]** 349/24 351/10 351/11 351/13 356/20
**signature [10]** 196/5 196/5 197/11 197/12 197/13 197/14 197/15 197/16 197/20 294/20
**signatures [1]** 319/7
**signed [7]** 197/5 197/9 197/10 283/17 296/22 297/3 311/12
**signs [8]** 126/22 126/24 142/14 142/20 172/9 197/10 314/1 349/24
**silent [2]** 306/7 306/11
**silver [1]** 199/21
**single [5]** 279/10 279/14 280/24 332/7 366/2
**sitted [1]** 152/6
**situation [6]** 181/2 187/3 238/23 313/20 317/19 365/4
**situations [1]** 154/16
**six minutes [1]** 168/17
**size [1]** 263/24
**sketch [1]** 125/1
**skipping [1]** 260/2
**slight [1]** 154/16
**slower [1]** 162/7
**small [2]** 158/10 254/20
**smelled [1]** 249/5

**so-called [1]** 180/18
**social [5]** 121/15 231/7 244/14 258/1 362/3
**software [7]** 247/10 247/12 253/8 255/6 255/22 255/24 256/3
**someone's [1]** 356/2
**son [4]** 193/6 193/7 357/8 357/8
**son-in-law [1]** 357/8
**soon [5]** 133/4 154/20 156/5 174/21 362/17
**sorts [1]** 263/24
**Soto [18]** 233/1 243/25 244/20 244/23 245/7 245/17 248/13 249/18 250/22 253/3 253/14 254/8 255/1 258/22 261/25 264/3 271/10 370/10
**sound [4]** 163/1 247/8 253/10 269/8
**sounds [4]** 120/4 260/15 322/10 328/25
**sources [6]** 135/23 135/25 136/7 137/3 137/12 137/17
**south [3]** 119/3 119/10 125/6
**southern [18]** 118/2 124/10 124/12 125/5 125/6 127/8 127/9 127/10 127/12 131/5 136/7 137/4 139/6 141/13 141/21 142/9 348/8 362/24
**space [1]** 340/25
**special [30]** 120/15 121/20 122/13 125/23 126/18 127/21 128/6 130/2 133/11 135/17 138/6 139/23 142/23 144/13 144/24 170/23 172/12 173/21 181/25 183/5 183/20 212/20 213/7 216/1 221/20 242/8 247/9 249/10 335/9 361/21
**specialize [1]** 273/9
**specialized [2]** 247/9 335/8
**specific [10]** 124/4 208/17 212/15 287/24 310/20 311/25 331/24 339/9 339/16 339/18
**spell [3]** 121/5 163/1 270/25
**spelling [2]** 146/9 146/11
**spent [1]** 236/12
**spliced [1]** 135/25
**split [1]** 308/2
**spoke [4]** 164/11 172/3 172/4 172/13
**spoken [2]** 356/4 356/5
**sponte [1]** 243/6
**spray [1]** 350/6
**spreadsheet [20]** 225/17 262/11 262/12 263/8 264/4 264/10 264/12 264/16 264/24 265/2 265/13 270/2 279/2 281/8 282/19 284/4 286/7 288/17 288/20 344/6
**spy [1]** 216/5
**spyware [2]** 215/12 216/7
**stage [1]** 307/3
**stamp [3]** 188/25 189/3 214/1
**stand [9]** 139/4 181/16 208/22 232/8 296/15 301/20 329/1 329/14 329/17
**stand-by [2]** 181/16 232/8
**standard [11]** 214/9 236/6 239/8 239/11 241/8 241/15 241/21 251/21 317/22 317/25 320/15
**standing [2]** 152/3 163/19
**stands [1]** 223/24

**S**

**starting [1]** 236/2
**starts [1]** 207/20
**state [26]** 121/2 146/9 180/11 180/12
182/19 189/12 198/2 198/5 199/4
199/19 207/8 214/21 219/24 220/12
222/1 244/22 266/6 270/22 274/23
275/16 275/16 276/9 301/18 324/8
324/15 335/10
**stated [23]** 175/9 189/8 189/11
189/12 189/13 191/4 198/9 198/22
199/3 199/8 199/14 199/18 200/7
200/9 200/20 200/25 201/6 209/24
214/20 218/19 219/1 283/17 304/16
**statement [20]** 180/24 217/4 315/7
315/9 317/5 322/3 335/23 337/20
337/24 337/25 338/2 338/2 338/5
338/11 338/13 357/14 357/15 357/16
357/19 357/25
**statements [1]** 240/18
**states [70]**
**States vs [2]** 311/17 313/15
**station [2]** 122/19 255/18
**stationary [1]** 209/4
**stationed [2]** 220/18 220/19
**statute [41]** 123/4 184/5 309/22
309/22 311/22 311/25 312/3 312/24
312/25 313/6 313/7 313/8 313/10
313/12 313/25 314/13 314/14 314/21
315/1 319/17 320/24 320/25 321/10
321/11 321/18 321/18 321/19 322/21
324/1 324/2 324/3 324/5 324/8 324/11
324/13 324/15 324/16 325/18 325/22
326/19 326/20
**stay [5]** 199/5 260/2 360/11 360/11
363/16
**stayed [2]** 165/9 210/17
**staying [2]** 200/10 200/11
**steal [1]** 312/16
**stenography [1]** 118/24
**step [6]** 174/25 235/23 257/4 337/14
337/15 357/9
**Stephanie [1]** 361/17
**stepped [3]** 154/2 174/21 352/25
**steps [3]** 165/23 170/4 357/12
**stick [3]** 284/7 343/6 360/15
**sticker [1]** 225/21
**stolen [3]** 201/10 215/20 353/24
**stood [4]** 164/5 164/11 172/13
351/15
**stop [13]** 139/25 141/7 154/23 155/1
156/10 156/13 156/19 160/2 164/13
170/20 175/1 256/9 296/12
**stopped [3]** 159/16 159/18 186/20
**storage [8]** 156/9 221/8 251/25
255/11 256/13 256/14 256/15 256/18
**store [1]** 255/10
**stored [1]** 252/5
**story [2]** 198/5 198/8
**straight [7]** 155/14 156/9 303/12
330/1 345/20 345/21 352/5
**strange [2]** 172/8 352/4
**strategies [1]** 296/9
**streamlined [1]** 258/4

**Street [1]** 119/7
**stretch [1]** 215/5
**string [1]** 223/20
**strongly [2]** 232/7 337/13
**structurally [1]** 312/24
**study [2]** 274/6 274/8
**stuff [1]** 365/13
**style [1]** 340/18
**sua [1]** 243/6
**sua sponte [1]** 243/6
**submission [1]** 311/12
**submit [2]** 358/7 369/6
**submits [1]** 248/13
**submitted [1]** 311/11
**subpoena [2]** 206/13 209/16
**Subsection [1]** 310/2
**subsequent [1]** 197/22
**substantial [4]** 337/14 337/15 359/9
357/12
**successfully [1]** 259/20
**sufficient [2]** 307/5 322/20
**suggest [4]** 232/7 301/14 334/18
354/21
**suggested [3]** 232/4 249/2 325/20
**suggesting [1]** 181/3
**suit [2]** 199/25 221/24
**Suite [2]** 119/4 119/11
**sum [1]** 295/25
**summarize [2]** 240/7 240/12
**summarizes [1]** 354/15
**summary [3]** 254/10 254/16 256/2
**summons [1]** 352/8
**sun [1]** 361/1
**Sunday [1]** 230/2
**supplement [1]** 309/19
**support [3]** 245/23 315/16 321/21
**Supreme [2]** 321/8 323/20
**surgical [1]** 166/16
**surrounded [1]** 175/20
**surrounding [1]** 213/12
**suspect [1]** 155/22
**sustained [1]** 240/22
**sweater [1]** 199/22
**sworn [7]** 120/25 146/5 146/6 182/17
219/22 244/20 270/20
**sympathy [1]** 332/3
**system [2]** 252/4 252/5

**T**

**table [4]** 186/10 192/14 221/25 223/5
**tablet [1]** 247/6
**tablets [1]** 221/10
**tagged [1]** 229/7
**Taiwan [8]** 272/25 273/2 273/3 273/5
273/8 273/16 273/18 274/3
**take [43]** 136/15 146/20 147/7 158/12
174/11 178/8 178/23 178/23 179/16
181/9 187/25 190/5 201/1 221/4 224/7
230/21 231/18 231/25 232/25 233/1
233/2 233/6 233/7 236/18 242/17
242/18 242/21 243/4 244/8 255/4
255/13 282/9 282/10 304/23 307/9
319/4 328/21 330/5 331/17 333/25
341/5 354/21 365/12

**taken [16]** 177/17 181/12 229/20
234/8 242/19 242/23 299/15 301/21
309/1 330/7 334/1 347/13 347/17
351/8 353/16 366/16
**takeout [1]** 234/2
**takes [2]** 348/1 348/9
**talk [22]** 144/5 153/13 161/13 167/2
168/13 170/7 173/5 173/20 192/24
196/16 208/25 213/13 232/20 271/15
306/15 313/5 343/13 354/23 354/25
361/2 361/3 362/19
**talked [6]** 240/14 290/6 296/21
301/16 306/8 319/17
**talking [12]** 137/9 145/1 145/2 180/3
190/1 225/14 235/7 308/18 322/22
322/23 341/12 359/3
**talks [4]** 241/3 257/6 312/4 350/11
**tan [1]** 140/20
**tap [2]** 284/20 285/1
**Task [1]** 226/17
**tasted [1]** 244/7
**tasteless [1]** 233/24
**tasting [1]** 244/7
**taught [1]** 275/3
**taxi [4]** 200/14 201/18 202/6 354/17
**teach [4]** 274/21 274/24 275/2 275/19
**teaching [2]** 275/6 275/12
**team [1]** 221/18
**technical [4]** 232/5 242/1 248/20
249/7 335/8
**technology [1]** 246/1
**telephone [2]** 250/10 250/14
**telephonic [1]** 198/18
**tell [94]**
**telling [5]** 200/2 323/16 324/13
326/22 334/20
**tells [10]** 241/11 241/22 242/6 345/16
347/10 347/20 352/1 352/11 353/22
354/5
**temporarily [3]** 183/21 310/10 336/13
**ten minutes [4]** 219/19 328/21 367/9
368/20
**ten-minute [2]** 178/24 181/9
**tend [3]** 309/20 333/22 355/17
**tendency [1]** 338/16
**tennis [21]** 124/16 124/21 127/3
127/4 127/15 127/16 128/15 128/17
129/12 130/4 136/8 137/5 141/9
141/22 190/24 191/13 192/1 192/19
193/16 195/5 348/7
**tense [1]** 309/13
**tent [1]** 350/12
**term [4]** 272/10 312/6 316/8 325/22
**terms [5]** 138/24 146/17 247/4 247/4
323/22
**test [1]** 263/25
**tested [1]** 277/3
**testified [11]** 135/5 135/9 204/1
248/1 277/4 335/3 346/10 346/11
347/6 347/12 353/25
**testify [27]** 181/25 231/17 236/6
236/7 236/10 236/21 236/21 237/2
237/9 237/24 238/6 238/11 238/12
238/14 238/19 238/20 238/23 238/24

**T**

**testify... [9]**  239/4 243/25 248/13 277/21 306/5 306/6 309/7 332/13 332/13
**testifying [4]**  232/3 238/10 277/9 334/16
**testimony [28]**  129/22 169/22 208/19 211/20 215/18 216/6 230/17 230/18 245/1 248/18 249/10 271/11 278/2 333/7 333/19 334/9 334/13 335/6 335/7 335/12 347/6 348/2 348/14 351/14 352/22 353/6 357/6 358/2
**testing [1]**  246/5
**text [38]**  160/10 264/20 264/23 265/12 265/12 265/22 269/14 269/15 269/17 269/19 269/23 279/3 279/7 283/5 283/7 287/4 287/16 302/4 302/10 302/12 302/14 302/17 302/23 303/4 303/15 303/20 303/21 303/25 304/1 344/22 345/2 345/14 345/19 345/22 345/24 346/19 346/20 346/23
**texting [2]**  174/22 174/25
**thank [84]**
**Thanks [4]**  145/24 215/24 293/4 305/23
**theme [1]**  343/7
**theory [7]**  180/1 180/12 180/13 180/23 313/6 319/20 322/9
**thereabouts [1]**  308/1
**think [70]**
**thinking [6]**  156/7 233/22 299/7 324/19 356/3 356/4
**Thirty [1]**  307/15
**thorough [2]**  193/18 349/4
**thought [7]**  182/7 259/13 329/8 347/8 351/15 352/3 353/24
**three-digit [2]**  205/8 205/22
**three-page [1]**  229/13
**thumb [7]**  128/14 128/21 130/2 133/11 133/18 133/19 133/22
**Thursday [2]**  203/22 206/5
**thus [1]**  241/23
**ticket [5]**  199/3 299/17 346/10 346/12 346/16
**tickets [3]**  299/4 344/17 344/24
**tie [1]**  171/5
**tied [1]**  313/17
**ties [1]**  313/16
**till [1]**  158/1
**time [110]**
**times [9]**  157/25 193/15 195/4 206/6 207/22 218/23 247/20 306/9 357/17
**timing [1]**  200/22
**title [4]**  245/10 271/20 309/22 340/19
**Title 18 [1]**  309/22
**toggle [5]**  138/4 138/14 139/20 143/7 165/13
**toilet [2]**  173/19 175/5
**tongue [4]**  161/7 272/21 272/22 272/22
**ToniAnn [3]**  328/15 362/17 367/10
**tonight [2]**  360/12 369/9
**tool [1]**  255/8
**tools [1]**  247/12

**top [13]**  122/8 122/9 186/11 199/22 205/2 205/6 207/25 223/7 235/5 264/9 285/9 319/7 340/18
**total [2]**  209/24 307/23
**totally [2]**  176/2 179/11
**touch [5]**  125/2 148/24 152/2 284/19 362/16
**touchdown [1]**  343/9
**tour [1]**  352/17
**tourist [1]**  181/2
**toward [1]**  337/14
**towards [9]**  155/5 159/5 164/6 165/9 167/4 168/20 171/9 175/6 231/2
**town [1]**  347/15
**track [2]**  226/9 309/22
**tracking [1]**  319/17
**trade [1]**  162/5
**training [5]**  246/2 246/4 246/18 246/25 335/9
**transcript [4]**  118/16 118/24 136/25 371/19
**transdescending [1]**  199/23
**transferred [1]**  263/7
**translate [10]**  265/24 276/11 276/13 283/15 286/17 288/8 293/12 302/12 303/10 303/20
**translated [11]**  279/24 289/2 290/6 293/6 297/14 298/5 300/20 343/19 343/25 344/6 344/13
**translation [18]**  277/17 277/22 279/18 279/24 280/15 280/21 287/11 287/12 289/5 290/8 290/12 290/13 290/14 290/19 290/21 291/15 298/8 298/10
**translations [3]**  276/8 280/18 280/22
**translator [3]**  230/18 232/11 276/15
**transport [1]**  321/10
**transported [6]**  190/7 190/18 190/19 190/23 191/11 213/8
**transposed [3]**  262/19 265/8 288/17
**travel [4]**  139/9 198/13 198/24 205/11
**travels [1]**  321/10
**treat [1]**  249/12
**trees [1]**  329/11
**trespass [7]**  313/7 313/9 313/17 314/14 314/14 320/16 322/17
**trespassed [1]**  313/21
**trial [22]**  118/16 206/13 209/16 216/3 216/9 240/15 240/22 248/4 248/5 248/6 332/2 333/12 333/15 339/15 343/4 362/11 364/24 365/18 365/23 365/24 366/1 366/5
**triggered [1]**  169/16
**trip [5]**  198/13 201/18 295/12 296/2 348/22
**trivial [1]**  338/16
**true [5]**  266/24 322/3 334/11 360/3 361/18
**Trump [5]**  183/22 193/5 193/5 193/7 347/1
**Trump's [5]**  297/12 299/1 301/9 304/20 345/5
**Trump, [1]**  193/7
**Trump, Jr [1]**  193/7

**truth [4]**  169/8 334/21 334/23 340/12
**TUESDAY [2]**  119/17 234/10
**tweeting [1]**  362/10
**Twenty [8]**  225/15 225/16 225/22 259/1 263/15 290/12 300/16 302/9
**Twenty-five [1]**  290/12
**Twenty-one [1]**  259/1
**Twenty-six [2]**  300/16 302/9
**Twenty-three [3]**  225/15 225/16 225/22
**Twenty-two [1]**  263/15
**two minutes [5]**  243/4 308/5 308/18 342/12 342/16
**two o'clock [3]**  230/23 230/25 233/15
**two years [1]**  146/19

**U**

**U.S [3]**  119/2 119/6 302/1
**U.S. [4]**  296/2 297/11 297/12 301/25
**U.S. China [1]**  297/11
**U.S. dollars [1]**  296/2
**U.S. President [1]**  297/12
**U.S. will [1]**  301/25
**UFED [1]**  256/1
**Uh [1]**  233/18
**uhm [47]**  146/18 147/6 152/25 155/24 156/5 159/8 160/8 163/18 164/6 167/15 167/15 173/1 174/22 177/2 221/2 246/1 253/17 255/4 266/14 274/17 276/4 280/12 281/8 282/24 283/3 284/17 285/19 286/7 287/6 287/6 287/20 288/6 288/11 291/18 292/6 294/5 294/19 294/19 305/12 310/25 317/12 358/23 358/24 358/25 359/2 359/8 359/8
**ultimately [1]**  199/9
**Um [2]**  253/24 285/10
**Um-hum [2]**  253/24 285/10
**umbrella [1]**  355/23
**UN [7]**  159/25 161/6 161/13 162/1 162/14 162/20 166/20
**unable [1]**  188/7
**unambiguous [2]**  313/14 321/19
**unanimous [1]**  339/24
**unanimously [2]**  340/20 340/23
**uncomfortable [1]**  180/6
**unconstitutionally [1]**  313/12
**undergraduate [5]**  273/10 273/18 273/20 273/23 274/3
**underline [2]**  302/20 302/23
**underlying [1]**  313/7
**underneath [2]**  303/1 318/21
**understand [18]**  144/2 154/4 159/12 159/13 161/4 179/25 187/20 200/18 238/9 238/16 241/17 319/1 322/24 335/4 365/7 365/11 365/20 366/4
**understanding [15]**  140/25 143/22 143/23 143/25 147/21 147/24 158/15 159/12 220/25 222/8 224/16 267/14 281/6 297/2 302/14
**understands [2]**  313/4 346/4
**understood [2]**  197/3 286/9
**undoubtedly [1]**  178/24

**U**

**unduly [1]** 334/6
**unequivocally [1]** 345/8
**unfair [1]** 315/19
**unfazed [1]** 180/22
**Unfortunately [1]** 361/6
**uniform [4]** 349/15 349/15 349/20 349/20
**uniformed [1]** 184/7
**unimportant [1]** 338/16
**unique [5]** 223/25 250/10 250/15 250/16 250/18
**unit [1]** 360/20
**UNITED [91]**
**universal [5]** 208/14 209/3 214/4 214/10 214/13
**University [6]** 273/8 274/10 274/12 275/8 275/22 276/2
**unlawful [4]** 309/16 312/16 337/6 356/17
**unlawfully [4]** 192/18 192/21 353/14 359/21
**unlawfulness [1]** 313/13
**unless [6]** 242/4 329/2 338/13 349/18 355/7 367/5
**unlike [2]** 242/2 249/3
**unnecessary [1]** 312/23
**unsatisfying [1]** 314/4
**unsuper [1]** 164/17
**untrue [2]** 338/5 338/6
**unusual [2]** 155/22 156/4
**updated [1]** 157/22
**upheld [1]** 313/10
**uploaded [1]** 252/8
**upstairs [1]** 368/24
**urge [1]** 360/1
**urgently [2]** 304/5 346/1
**us [33]** 134/12 166/8 167/10 178/23 178/24 186/4 187/2 189/25 190/6 190/9 191/8 191/15 193/13 195/3 196/21 197/25 198/8 202/18 206/12 212/13 218/7 231/18 233/23 234/2 245/24 256/2 284/8 299/3 299/7 322/8 343/12 344/17 360/16
**UTC [3]** 208/14 214/4 214/11
**utilize [1]** 247/13
**utilized [1]** 184/24

**V**

**vague [1]** 313/13
**vagueness [2]** 313/10 313/24
**valet [5]** 139/5 139/11 140/8 141/21 351/7
**variation [1]** 208/10
**vehicle [3]** 125/15 190/20 191/9
**vehicles [2]** 125/16 350/19
**verbal [2]** 160/14 275/13
**verbatim [1]** 197/1
**verbiage [1]** 293/14
**verdict [16]** 318/1 318/4 318/5 318/8 339/13 339/23 340/1 340/16 340/19 341/5 341/6 358/7 360/3 362/4 362/18 363/21
**verifies [1]** 350/13

**verify [1]** 163/17
**Veronica [6]** 214/20 214/22 218/11 354/10 354/11 354/11
**version [6]** 236/5 236/20 236/22 330/10 330/15 343/19 343/25 344/13
**via [9]** 190/19 194/9 206/13 209/15 212/23 244/14 264/20 344/22 362/3
**vice [2]** 123/3 184/3
**vicinity [1]** 131/22
**video [45]** 127/9 128/14 128/16 129/11 129/22 130/20 130/22 133/23 135/9 135/10 135/22 135/25 136/3 136/7 136/7 136/8 137/4 137/4 137/5 137/17 137/21 138/4 138/18 138/22 139/21 139/24 140/4 140/21 140/23 141/5 141/9 141/14 141/16 142/11 142/15 143/1 143/3 143/13 143/13 143/17 195/14 195/15 195/19 364/2 364/8
**videos [1]** 137/22
**view [4]** 159/8 212/14 316/24 326/25
**viewing [2]** 307/2 307/6
**VIN [1]** 250/11
**violate [2]** 324/10 324/14
**violated [1]** 320/24
**violating [2]** 324/15 339/9
**violation [3]** 325/21 350/4 352/4
**virtue [3]** 314/19 315/3 316/4
**vision [2]** 171/6 264/1
**visit [8]** 183/22 184/14 187/13 218/16 344/4 359/6 359/7 359/23
**visiting [3]** 277/11 310/10 336/13
**voice [9]** 264/20 265/1 279/5 283/10 284/15 284/16 284/24 304/11 304/12
**voicemail [1]** 269/8
**volume [1]** 293/12
**voluntarily [2]** 339/1 339/4
**vote [1]** 360/17
**voted [1]** 341/14

**W**

**wait [8]** 134/23 160/15 164/6 164/19 176/20 216/19 220/8 292/14
**waited [1]** 154/23
**waiting [4]** 165/15 170/14 171/17 174/6
**waive [1]** 197/24
**walk [7]** 152/16 152/25 153/19 155/19 165/19 282/18 351/12
**walked [7]** 155/7 155/20 170/12 170/22 171/7 171/19 171/25
**walking [6]** 154/10 155/5 171/20 174/22 186/18 187/4
**wandering [1]** 181/2
**warn [1]** 342/19
**warrant [1]** 213/15
**washing [1]** 175/5
**Washington [5]** 274/11 274/13 275/9 275/22 276/3
**watches [1]** 221/9
**watching [2]** 143/18 171/10
**we'd [3]** 236/7 236/21 327/21
**weapons [6]** 190/12 190/15 349/3 350/6 350/20 351/18

**wear [1]** 199/21
**wearing [8]** 140/18 140/20 148/14 148/15 171/3 186/9 223/6 349/19
**WeChat [26]** 198/11 198/16 198/17 213/23 214/1 257/17 257/19 257/22 257/25 258/1 264/14 264/15 264/19 264/21 264/23 265/1 265/12 267/6 267/7 268/10 269/5 279/7 282/21 343/13 343/18 343/22
**week [2]** 161/22 299/7
**weekend [6]** 153/5 183/19 183/22 184/11 304/6 346/2
**weekly [2]** 157/21 158/4
**weight [5]** 239/17 249/10 333/23 334/9 355/18
**weird [3]** 172/4 172/7 172/8
**welcome [1]** 181/17
**west [17]** 119/4 119/11 122/21 122/23 131/10 183/11 191/16 191/17 192/5 193/16 194/24 195/6 195/12 205/4 205/24 214/17 222/23
**westernmost [1]** 139/11
**wet [1]** 355/22
**WhatsApp [1]** 258/2
**whatsoever [1]** 239/21
**whenever [1]** 368/1
**where's [1]** 292/21
**whichever [1]** 239/5
**white [4]** 188/5 313/13 313/21 314/3
**who's [2]** 219/11 350/11
**wholesale [2]** 237/20 237/21
**widely [1]** 198/18
**wife [2]** 301/13 357/7
**willfully [5]** 317/14 337/19 338/1 339/3 339/8
**willfulness [4]** 311/21 311/23 312/2 324/4
**Williams [10]** 219/13 219/22 219/25 220/12 222/5 225/7 228/17 230/15 251/8 370/8
**willing [2]** 234/1 332/25
**Willy [12]** 202/7 346/22 347/6 347/12 348/2 348/18 348/21 349/6 349/7 349/17 354/10 356/20
**window [1]** 175/6
**Windows [2]** 246/10 246/25
**wipe [2]** 126/7 149/8
**Wire [3]** 303/12 345/20 345/20
**wired [1]** 195/14
**wish [4]** 308/15 314/21 341/9 363/10
**wishes [3]** 237/1 237/2 331/11
**witness [83]**
**witness's [4]** 278/2 335/6 335/12 335/12
**witnesses [12]** 230/16 231/16 232/25 241/9 241/23 242/2 249/4 278/2 333/7 334/15 370/1 370/2
**woman [2]** 138/6 145/11
**women's [1]** 187/4
**wonder [1]** 312/10
**wondering [1]** 244/6
**word [9]** 285/9 312/2 321/10 321/12 324/8 326/5 326/6 338/25 339/3
**wording [1]** 211/18

**W**

**words [14]** 157/10 163/14 293/14
310/21 319/17 322/19 323/12 324/2
324/13 325/6 339/24 355/20 356/4
356/5
**work [28]** 122/14 122/15 145/14
146/17 146/18 146/18 182/22 183/22
184/23 233/15 233/17 234/3 240/4
246/18 247/1 271/6 271/8 271/23
274/3 275/21 275/22 275/24 276/2
276/20 279/16 316/17 367/2 369/9
**worked [3]** 146/22 276/4 288/12
**working [22]** 126/2 126/3 126/18
136/11 137/11 137/15 137/16 145/17
147/2 147/15 147/20 148/2 149/1
150/13 178/12 179/9 184/22 220/15
222/5 271/19 293/18 295/18
**works [2]** 145/11 367/15
**world [1]** 250/17
**worst [1]** 233/4
**worst-case [1]** 233/4
**wrap [1]** 358/5
**write [4]** 161/9 274/2 341/10 362/20
**writing [5]** 211/23 275/15 276/5
341/12 354/16
**written [3]** 160/10 275/13 285/6
**wrong [9]** 259/20 292/14 304/23
309/13 340/7 359/2 359/19 359/20
359/22
**wrote [1]** 163/1

**X**

**Xi [1]** 296/8

**Y**

**yep [3]** 132/13 367/23 367/23
**you'd [5]** 321/4 321/5 321/5 355/8
360/13
**young [1]** 221/24
**Yuan [2]** 193/22 218/9
**YUJING [6]** 118/9 186/5 203/17
204/13 205/2 294/9

**Z**

**ZHANG [120]**
**Zhang's [7]** 179/16 194/6 196/5
197/11 207/21 210/12 214/23
**zone [8]** 183/24 184/1 184/2 184/5
184/9 184/10 185/3 214/3
**Zulu [3]** 208/14 209/2 209/3