*UNITED STATES DISTRICT COURT*

*SOUTHERN DISTRICT OF FLORIDA*

*FORT LAUDERDALE DIVISION*

*CASE NO. 19-80056-CR-RKA*

```
UNITED STATES OF AMERICA,          .
                                   .
           Plaintiff,              . Fort Lauderdale, Florida
                                   . September 11, 2019
     v.                            . 2:08 P.M.
                                   .
YUJING ZHANG,                      .
                                   .
           Defendant.              .
. . . . . . . . . . . . . . . . . .
```

- - - - -

*Transcript of Trial Proceedings*

*had before the Honorable Roy K. Altman,*

*United States District Judge, and a Jury.*

- - - - -

*DAY 3*

- - - - -

*Proceedings recorded by mechanical stenography, transcript produced by computer.*

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

**APPEARANCES:**

For the Government:   Rolando Garcia
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      500 South Australian Avenue
                      Suite 400
                      West Palm Beach, Florida  33401
                           and
                      Michael R. Sherwin
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      99 NE 4th Street
                      Miami, Florida   33132

For the Defendant:    Robert E. Adler
                      Kristy Militello
                      Assistant Federal Public Defenders
                      Federal Public Defender's Office
                      450 Australian Avenue South
                      Suite 500
                      West Palm Beach, FL  33401

Court Reporter:       Francine C. Salopek, RMR, CRR
                      Official Court Reporter
                      United States District Court
                      299 E. Broward Blvd., Room 207B
                      Fort Lauderdale, Florida 33301
                      (954)769-5686

                         - - - - -

**WEDNESDAY, SEPTEMBER 11, 2019, 2:08 P.M.**

*(The Judge entered the courtroom)*

THE COURT:  Good afternoon.  Please be seated.

ROOM CLERK:  Calling case 19-80056-Criminal, United States of America vs. Yujing Zhang.

Counsel, please state your appearances for the record.

MR. GARCIA:  Good afternoon, Your Honor.  Rolando Garcia on behalf of the United States.

MR. SHERWIN:  AUSA Michael Sherwin, Your Honor.

THE AGENT:  Special Agent Sam Ivanovich.

THE COURT:  Good afternoon to the three of you.

THE DEFENDANT:  *(In English)* Good afternoon.

THE COURT:  Good afternoon, Ms. Zhang.

And good afternoon to stand-by counsel who are both here today as well.

As you have heard, the jury has sent me a note today, September 11th, that the jury has reached a verdict.

Is the United States prepared to hear the verdict?

MR. GARCIA:  Yes, sir.

THE COURT:  Ms. Zhang?

THE DEFENDANT:  *(In English)* Yes, Your Honor.

THE COURT:  All rise for the jury.

*(The jury entered the courtroom)*

THE COURT:  Please be seated.

Good afternoon, ladies and gentlemen.

1           THE JURORS:  Good afternoon.
2           THE COURT:  Is there anyone who failed last night or
3   early this morning to heed my admonitions not to discuss the
4   case with anyone or to allow the case to be discussed with you;
5   not to do any research about the case, the lawyers, or the
6   parties; or to communicate via social media or otherwise about
7   the case?
8           I see no hands.
9           Madam foreperson, I have received your note that the
10  jury has reached a verdict, is that correct?
11          JUROR 9:  Okay.  Yes.
12          THE COURT:  Please hand your verdict to Alan.
13          ToniAnn, please publish the verdict.
14          ROOM CLERK:  United States District Court, Southern
15  District of Florida, Case Number 19-80056-Criminal-Altman,
16  United States of America vs. Yujing Zhang, Defendant.
17          "We, the jury, unanimously find the defendant as
18      to Count 1 of the indictment, guilty.
19          "We, the jury, unanimously find the defendant as
20      to Count 2 of the indictment, guilty.
21          "So say we all."
22          Signed and dated at the United States Courthouse,
23  Fort Lauderdale, Florida, the 11th day of September 2019,
24  foreperson of the jury, Shelley Hoffman.
25          THE COURT:  Please poll the jury.

```
1            ROOM CLERK:  Ladies and gentlemen of the jury, as I
2   ask you the following question, please answer out loud "yes" or
3   "no."
4            Juror Number 1, Evelyne Santiago, is the verdict as
5   read your true verdict?
6            JUROR NO. 1:  Yes.
7            ROOM CLERK:  Juror Number 2, Diana Chain, is the
8   verdict as read your true verdict?
9            JUROR NO. 2:  Yes.
10           ROOM CLERK:  Juror Number 3, Jacqueline White, is the
11  verdict as read your true verdict?
12           JUROR NO. 3:  Yes.
13           ROOM CLERK:  Juror Number 4, Maria Cujar, is the
14  verdict as read your true verdict?
15           JUROR NO. 4:  Yes.
16           ROOM CLERK:  Juror Number 5, Brandon Donald Henderson,
17  is the verdict as read your true verdict?
18           JUROR NO. 5:  Yes.
19           ROOM CLERK:  Juror Number 6, Nibaldo Padilla, is the
20  verdict as read your true verdict?
21           JUROR NO. 6:  *(No response)*
22           ROOM CLERK:  Juror Number 6, Nibaldo Padilla, is the
23  verdict as read your true verdict?
24           JUROR NO. 6:  Yes.
25           THE COURT:  Juror Number 7, Daphnee Francoise
```

```
 1   Athouriste, is the verdict as read your true verdict?
 2            JUROR NO. 7:  Yes.
 3            ROOM CLERK:  Juror Number 8, Cindy Jean Anderson, is
 4   the verdict as read your true verdict?
 5            JUROR NO. 8:  Yes.
 6            ROOM CLERK:  Juror Number 9, Shelley Hoffman, is the
 7   verdict as read your true verdict?
 8            JUROR NO. 9:  Yes.
 9            ROOM CLERK:  Juror Number 10, Beverley Edwards, is the
10   verdict as read your true verdict?
11            JUROR NO. 10:  Yes.
12            ROOM CLERK:  Juror Number 11, Suzi Sostizzo, is the
13   verdict as read your true verdict?
14            JUROR NO. 11:  Yes.
15            ROOM CLERK:  Juror Number 12, Cindy Conway, is the
16   verdict as read your true verdict?
17            JUROR NO. 12:  Yes.
18            ROOM CLERK:  Thank you.
19            THE COURT:  Folks, thank you very much for your
20   service.  As I mentioned to you at the beginning of the trial,
21   I will come back to the deliberation room to speak to you and
22   to give you your certificates in a moment.  First, there are a
23   couple of legal issues that I have to take care of in the
24   courtroom.  So with that, I will allow you to retire back to
25   your deliberation room.
```

```
1                 Thank you.
2                 COURTROOM SECURITY OFFICER:  All rise.
3                 (The jury was excused)
4                 THE COURT:  Please be seated.
5                 Ms. Zhang, please rise.
6                 Ms. Zhang, the jury, having found you guilty of the
7     charges contained in Counts 1 and 2 of the indictment, I hereby
8     adjudicate you guilty of those counts and I will order a copy
9     of your Presentence Investigation Report.  Let me explain that.
10                A probation officer will be calling to inquire about
11    matters that will be included in a Presentence Investigation
12    Report that he or she will prepare in your case.
13                You will have the right, if you wish, to have your
14    stand-by counsel present with you when you meet with your
15    probation officer.
16                You will then be given a copy of the probation
17    officer's report, and you will be given an opportunity to file
18    any objections you might have to anything contained in that
19    report.  The United States will have the same opportunity.
20                At to your sentencing hearing, I will hear argument on
21    those objections, and I will rule on those objections.  I will
22    also give you the opportunity to allocute, that is, the chance
23    to speak to me on your own behalf before I impose sentence, and
24    to bring in any friends or family members or members of your
25    community who may wish to come in and speak to me on your
```

```
 1   behalf before I impose sentence, though you need not feel like
 2   you have to do that.
 3            Do you understand that?
 4            THE DEFENDANT:  (In English) Okay.  Yes.
 5            THE COURT:  I'll order the preparation of a
 6   Presentence Investigation Report, and I will set sentencing for
 7   November the 22nd at ten a.m.
 8            Does that work for the United States?
 9            MR. GARCIA:  Yes, sir.
10            THE COURT:  Does that work for stand-by counsel?
11            MS. MILITELLO:  Yes, I can be present, Your Honor.
12            THE COURT:  Is there anything else the United States
13   would like me to take care of?
14            MR. GARCIA:  No, sir.
15            THE COURT:  Anything else, Ms. Zhang?
16            THE DEFENDANT:  (In English) No.
17            THE COURT:  I'll remand you to the custody of the
18   Bureau of Prisons.
19            We'll be adjourned.
20            Mr. Adler, Ms. Militello, can I see you sidebar?
21            MS. MILITELLO:  Yes.
22            (The following proceedings were had at sidebar)
23            MR. ADLER:  Yes, Your Honor.
24            THE COURT:  I just wanted to thank you both for your
25   service.  I know this was difficult, and I thought you both did
```

```
1   an admirable job.
2            MR. ADLER:  Thank you.
3            MS. MILITELLO:  Thank you, Judge.
4            THE COURT:  All right.
5              (The foregoing proceedings were had at sidebar)
6              (The defendant exited the courtroom)
7              (The Judge exited the courtroom)
8              (Proceedings concluded at 2:34 p.m.)
9                          - - - - -
10
11
12                          **INDEX**
13                                              **PAGE**
14  **VERDICT**                                     398
15                          - - - - -
16
17
18
19                   C E R T I F I C A T E
20    I certify that the foregoing is a correct transcript from
21    the record of proceedings in the above-entitled matter.
22
23
       /S/Francine C. Salopek                3-20-23
24    Francine C. Salopek, RMR-CRR           Date
      Official Court Reporter
25
```

| | | |
|---|---|---|
| **COURTROOM SECURITY OFFICER:** [1] 401/2<br>**JUROR 9:** [1] 398/11<br>**JUROR NO. 10:** [1] 400/11<br>**JUROR NO. 11:** [1] 400/14<br>**JUROR NO. 12:** [1] 400/17<br>**JUROR NO. 1:** [1] 399/6<br>**JUROR NO. 2:** [1] 399/9<br>**JUROR NO. 3:** [1] 399/12<br>**JUROR NO. 4:** [1] 399/15<br>**JUROR NO. 5:** [1] 399/18<br>**JUROR NO. 6:** [2]<br>**JUROR NO. 7:** [1] 400/2<br>**JUROR NO. 8:** [1] 400/5<br>**JUROR NO. 9:** [1] 400/8<br>**MR. ADLER:** [2]<br>**MR. GARCIA:** [4]<br>**MR. SHERWIN:** [1] 397/9<br>**MS. MILITELLO:** [3]<br>**ROOM CLERK:** [15]<br>**THE AGENT:** [1] 397/10<br>**THE COURT:** [19]<br>**THE DEFENDANT:** [4]<br>**THE JURORS:** [1] 398/1<br><br>**/**<br>**/S/Francine** [1] 403/23<br><br>**1**<br>**10** [1] 400/9<br>**11** [3]<br>**11th** [2]<br>**12** [1] 400/15<br>**19-80056-CR-RKA** [1] 395/4<br>**19-80056-Criminal** [1] 397/4<br><br>**2**<br>**2019** [3]<br>**207B** [1] 396/14<br>**22nd** [1] 402/7<br>**23** [1] 403/23<br>**299** [1] 396/14<br>**2:08** [2]<br>**2:34** [1] 403/8<br><br>**3**<br>**3-20-23** [1] 403/23<br>**33132** [1] 396/7<br>**33301** [1] 396/14<br>**33401** [2]<br>**398** [1] 403/14<br><br>**4**<br>**400** [1] 396/4<br>**450** [1] 396/10<br>**4th** [1] 396/7<br><br>**5**<br>**500** [2]<br>**5686** [1] 396/15<br><br>**7**<br>**769-5686** [1] 396/15 | **9**<br>**954** [1] 396/15<br>**99** [1] 396/7<br><br>**A**<br>**a.m** [1] 402/7<br>**above** [1] 403/21<br>**above-entitled** [1] 403/21<br>**adjourned** [1] 402/19<br>**adjudicate** [1] 401/8<br>**Adler** [2]<br>**admirable** [1] 403/1<br>**admonitions** [1] 398/3<br>**afternoon** [8]<br>**Agent** [1] 397/10<br>**Agent Sam** [1] 397/10<br>**Alan** [1] 398/12<br>**allocute** [1] 401/22<br>**allow** [2]<br>**Altman** [2]<br>**AMERICA** [3]<br>**America vs. Yujing** [2]<br>**Anderson** [1] 400/3<br>**answer** [1] 399/2<br>**appearances** [2]<br>**argument** [1] 401/20<br>**Assistant** [3]<br>**Athouriste** [1] 400/1<br>**Attorney** [2]<br>**Attorney's** [2]<br>**AUSA** [1] 397/9<br>**Australian** [2]<br>**Avenue** [2]<br><br>**B**<br>**Beach** [2]<br>**beginning** [1] 400/20<br>**Beverley** [1] 400/9<br>**Blvd** [1] 396/14<br>**Brandon** [1] 399/16<br>**Broward** [1] 396/14<br>**Bureau** [1] 402/18<br><br>**C**<br>**calling** [2]<br>**certificates** [1] 400/22<br>**certify** [1] 403/20<br>**Chain** [1] 399/7<br>**chance** [1] 401/22<br>**charges** [1] 401/7<br>**Cindy** [2]<br>**communicate** [1] 398/6<br>**community** [1] 401/25<br>**computer** [1] 395/25<br>**concluded** [1] 403/8<br>**contained** [2]<br>**Conway** [1] 400/15<br>**copy** [2]<br>**counsel** [4]<br>**Count** [2]<br>**Count 1** [1] 398/18<br>**Count 2** [1] 398/20<br>**counts** [2]<br>**Counts 1** [1] 401/7 | **COURT** [6]<br>**Courthouse** [1] 398/22<br>**courtroom** [5]<br>**CR** [1] 395/4<br>**Criminal** [2]<br>**CRR** [2]<br>**Cujar** [1] 399/13<br>**custody** [1] 402/17<br><br>**D**<br>**Daphnee** [1] 399/25<br>**Date** [1] 403/24<br>**dated** [1] 398/22<br>**defendant** [6]<br>**Defender's** [1] 396/10<br>**Defenders** [1] 396/9<br>**deliberation** [2]<br>**Diana** [1] 399/7<br>**difficult** [1] 402/25<br>**discuss** [1] 398/3<br>**discussed** [1] 398/4<br>**DISTRICT** [6]<br>**DIVISION** [1] 395/3<br>**Donald** [1] 399/16<br><br>**E**<br>**early** [1] 398/3<br>**Edwards** [1] 400/9<br>**English** [4]<br>**entitled** [1] 403/21<br>**Evelyne** [1] 399/4<br>**excused** [1] 401/3<br>**exited** [2]<br>**explain** [1] 401/9<br><br>**F**<br>**failed** [1] 398/2<br>**family** [1] 401/24<br>**Federal** [2]<br>**file** [1] 401/17<br>**FL** [1] 396/11<br>**FLORIDA** [7]<br>**Folks** [1] 400/19<br>**foregoing** [2]<br>**foreperson** [2]<br>**FORT** [4]<br>**Fort Lauderdale** [1] 398/23<br>**Francine** [3]<br>**Francoise** [1] 399/25<br>**friends** [1] 401/24<br><br>**G**<br>**Garcia** [2]<br>**gentlemen** [2]<br>**Government** [1] 396/2<br>**guilty** [4]<br><br>**H**<br>**hand** [1] 398/12<br>**hands** [1] 398/8<br>**hear** [2]<br>**heard** [1] 397/16<br>**hearing** [1] 401/20<br>**heed** [1] 398/3<br>**Henderson** [1] 399/16 |

**H**

**hereby** [1] 401/7
**Hoffman** [2]
**Honor** [5]
**Honorable** [1] 395/17

**I**

**I'll** [2]
**impose** [2]
**included** [1] 401/11
**INDEX** [1] 403/12
**indictment** [3]
**inquire** [1] 401/10
**Investigation** [3]
**issues** [1] 400/23
**Ivanovich** [1] 397/10

**J**

**Jacqueline** [1] 399/10
**Jean** [1] 400/3
**job** [1] 403/1
**Judge** [4]
**Juror** [13]
**jury** [13]

**K**

**Kristy** [1] 396/9

**L**

**ladies** [2]
**LAUDERDALE** [4]
**lawyers** [1] 398/5
**legal** [1] 400/23
**loud** [1] 399/2

**M**

**Madam** [1] 398/9
**Maria** [1] 399/13
**matter** [1] 403/21
**matters** [1] 401/11
**mechanical** [1] 395/24
**media** [1] 398/6
**meet** [1] 401/14
**members** [2]
**Miami** [1] 396/7
**Michael** [2]
**Militello** [2]
**moment** [1] 400/22
**morning** [1] 398/3
**Mr.** [1] 402/20
**Mr. Adler** [1] 402/20
**Ms.** [6]
**Ms. Militello** [1] 402/20
**Ms. Zhang** [5]

**N**

**NE** [1] 396/7
**Nibaldo** [2]
**note** [2]
**November** [1] 402/7
**November the** [1] 402/7
**Number** [14]
**Number 1** [1] 399/4
**Number 19-80056-Criminal-Altman** [1] 398/15

**Number 2** [1] 399/7

**O**

**objections** [3]
**Office** [3]
**officer** [2]
**officer's** [1] 401/17
**Official** [2]
**opportunity** [3]
**order** [2]

**P**

**p.m** [3]
**Padilla** [2]
**PAGE** [1] 403/13
**Palm** [2]
**parties** [1] 398/6
**Plaintiff** [1] 395/7
**poll** [1] 398/25
**preparation** [1] 402/5
**prepare** [1] 401/12
**prepared** [1] 397/18
**present** [2]
**Presentence** [3]
**Prisons** [1] 402/18
**probation** [3]
**proceedings** [6]
**produced** [1] 395/25
**Public** [2]
**publish** [1] 398/13

**Q**

**question** [1] 399/2

**R**

**reached** [2]
**read** [13]
**received** [1] 398/9
**record** [2]
**recorded** [1] 395/24
**remand** [1] 402/17
**report** [5]
**Reporter** [3]
**research** [1] 398/5
**response** [1] 399/21
**retire** [1] 400/24
**rise** [3]
**RKA** [1] 395/4
**RMR** [2]
**RMR-CRR** [1] 403/24
**Robert** [1] 396/8
**Rolando** [2]
**room** [3]
**Roy** [1] 395/17
**rule** [1] 401/21

**S**

**Salopek** [3]
**Sam** [1] 397/10
**Santiago** [1] 399/4
**sentence** [2]
**sentencing** [2]
**September** [4]
**SEPTEMBER 11** [1] 397/1
**September 11th** [1] 397/17

**service** [2]
**Shelley** [2]
**Sherwin** [2]
**sidebar** [3]
**Signed** [1] 398/22
**social** [1] 398/6
**Sostizzo** [1] 400/12
**South** [2]
**SOUTHERN** [2]
**Special** [1] 397/10
**stand** [3]
**stand-by** [3]
**state** [1] 397/6
**STATES** [15]
**stenography** [1] 395/24
**Street** [1] 396/7
**Suite** [2]
**Suzi** [1] 400/12

**T**

**take** [2]
**ten a.m** [1] 402/7
**thank** [6]
**thought** [1] 402/25
**ToniAnn** [1] 398/13
**transcript** [3]
**trial** [2]
**true** [13]

**U**

**U.S** [2]
**unanimously** [2]
**understand** [1] 402/3
**UNITED** [15]

**V**

**verdict** [32]
**via** [1] 398/6
**vs.** [2]

**W**

**WEDNESDAY** [1] 396/17
**West** [2]
**White** [1] 399/10
**wish** [2]
**work** [2]

**Y**

**YUJING** [3]

**Z**

**ZHANG** [8]